**UNITED STATES BANKRUPTCY COURT**

**EASTERN DISTRICT OF CALIFORNIA**

In re:                              )        Case No. 25-26876-C-11
                                    )
OROVILLE HOSPITAL,                  )
                                    )
                                    )
                    Debtor(s).      )
_____     )

**ORDER TRANSFERRING CASE**

     The above-entitled case, as related to Case No. 25-26877-B-11, is hereby transferred to the Honorable Christopher D. Jaime, Chief Judge, Department B, United States Bankruptcy Court, Sacramento, California, for all further proceedings.

**Dated:** December 08, 2025

_____
Christopher D. Jaime, Chief Judge
United States Bankruptcy Court

**INSTRUCTIONS TO CLERK OF COURT**
**SERVICE LIST**

The Clerk of Court is instructed to send the attached document, via the BNC, to the following parties:

Nicholas A. Koffroth
2049 Century Park E #2100
Los Angeles CA 90067

- 2 -

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28