**5**

KEITH C. OWENS (SBN 184841)
kowens@foxrothschild.com
NICHOLAS A. KOFFROTH (SBN 287854)
nkoffroth@foxrothschild.com
**FOX ROTHSCHILD LLP**
10250 Constellation Boulevard, Suite 900
Los Angeles, California 90067
Telephone: (310) 598-4150
Facsimile: (310) 556-9828

*Proposed Counsel to Oroville Hospital, et al.,
the Debtors and Debtors-in-Possession*

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF CALIFORNIA
# SACRAMENTO DIVISION

| | |
|---|---|
| In re: | Lead Case No. 25-26876 |
| OROVILLE HOSPITAL, *et al.*,[1] | Jointly Administered With: Case No. 25-26877 |
| Debtors and Debtors in Possession. | **DCN NAK-1** |
| | Chapter 11 |
| ☒ Affects All Debtors | Hon. Christopher D. Jaime |
| ☐ Affects Oroville Hospital<br>☐ Affects OroHealth Corporation: A Nonprofit Healthcare System | [*Relief requested on ex parte basis.*] |
| Debtors and Debtors in Possession. | |

**EXHIBIT IN SUPPORT OF DEBTORS'** ***EX PARTE*** **APPLICATION FOR ENTRY OF AN ORDER: (I) MODIFYING LBR 9014-1(d) TO ALLOW THE FILING AND SERVICE OF AN OMNIBUS NOTICE OF FIRST DAY MOTIONS; (II) SHORTENING NOTICE WITH RESPECT TO THE FIRST DAY MOTIONS; (III) MODIFYING LBR 9014-1(d)(5) TO ALLOW REQUESTS FOR RELIEF TO BE JOINED IN A SINGLE MOTION; AND (IV) MODIFYING LBR 9014-1(d)(4) <u>SOLELY FOR PROCEDURAL FIRST DAY MOTIONS</u>**

Oroville Hospital, a California nonprofit public benefit corporation ("<u>Oroville Hospital</u>"),

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each debtor's federal tax identification number, are: Oroville Hospital (4554) and Orohealth Corporation: A Nonprofit Healthcare System (4776). The mailing address for the Debtors is 2767 Olive Highway, Oroville, California, 95966.

- 1 -

178762393.1

and OroHealth Corporation: A Nonprofit Healthcare System ("OroHealth" and, together with Oroville Hospital, the "Debtors") hereby submit the following exhibit in support of the *Debtors' Ex Parte Application for Entry of an Order: (I) Modifying LBR 9014-1(d) to Allow the Filing and Service of an Omnibus Notice of First Day Motions; (II) Shortening Notice with Respect to the First Day Motions; (III) Modifying LBR 9014-1(d)(5) to Allow Requests for Relief to be Joined in a Single Motion; and (IV) Modifying LBR 9014-1(d)(4) Solely for Procedural First Day Motions*:

| Exhibit | Description | Pages |
|---|---|---|
| A | [*Proposed*] Order (I) Modifying LBR 9014-1(d) to Allow the Filing and Service of an Omnibus Notice of First Day Motions; (II) Shortening Notice with Respect to the First Day Motions; (III) Modifying LBR 9014-1(d)(5) to Allow Requests for Relief to be Joined in a Single Motion; and (IV) Modifying LBR 9014-1(d)(4) Solely for Procedural First Day Motions | 3-4 |

Dated: December 8, 2025                          **FOX ROTHSCHILD LLP**

*/s/ Nicholas A. Koffroth*
Keith C. Owens
Nicholas A. Koffroth

*Proposed Counsel to Oroville Hospital, et al., the Debtors and Debtors-in-Possession*

- 2 -

178762393.1

3

KEITH C. OWENS (SBN 184841)
kowens@foxrothschild.com
NICHOLAS A. KOFFROTH (SBN 287854)
nkoffroth@foxrothschild.com
**FOX ROTHSCHILD LLP**
10250 Constellation Boulevard, Suite 900
Los Angeles, California 90067
Telephone: (310) 598-4150
Facsimile: (310) 556-9828

*Proposed Counsel to Oroville Hospital, et al.,
the Debtors and Debtors-in-Possession*

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF CALIFORNIA
## SACRAMENTO DIVISION

| | |
|---|---|
| In re: | Lead Case No. 25-26876 |
| OROVILLE HOSPITAL, *et al.*,[2] | Jointly Administered With:<br>Case No. 25-26877 |
| Debtors and Debtors in Possession. | **DCN NAK-1** |
| | Chapter 11 |
| ☒ Affects All Debtors | Hon. Christopher D. Jaime |
| ☐ Affects Oroville Hospital<br>☐ Affects OroHealth Corporation: A Nonprofit Healthcare System | [*Relief requested on ex parte basis.*] |
| Debtors and Debtors in Possession. | |

**[PROPOSED] ORDER (I) MODIFYING LBR 9014-1(d) TO ALLOW
THE FILING AND SERVICE OF AN OMNIBUS NOTICE OF FIRST DAY MOTIONS;
(II) SHORTENING NOTICE WITH RESPECT TO THE FIRST DAY MOTIONS;
(III) MODIFYING LBR 9014-1(d)(5) TO ALLOW REQUESTS FOR RELIEF TO BE
JOINED IN A SINGLE MOTION; AND (IV) MODIFYING LBR 9014-1(d)(4) SOLELY
<u>FOR PROCEDURAL FIRST DAY MOTIONS</u>**

The Court, having considered the *Debtors' Ex Parte Application for Entry of an Order: (I)*

---

[2] The Debtors in these chapter 11 cases, along with the last four digits of each debtor's federal tax identification number, are: Oroville Hospital (4554) and Orohealth Corporation: A Nonprofit Healthcare System (4776). The mailing address for the Debtors is 2767 Olive Highway, Oroville, California, 95966.

- 3 -

178762393.1

*Modifying LBR 9014-1(d) to Allow the Filing and Service of an Omnibus Notice of First Day Motions; (II) Shortening Notice with Respect to the First Day Motions; (III) Modifying LBR 9014-1(d)(5) to Allow Requests for Relief to be Joined in a Single Motion; and (IV) Modifying LBR 9014-1(d)(4) Solely for Procedural First Day Motions* (the "<u>Application</u>");[3] has been made (the "<u>Application</u>"); and upon consideration of the accompanying *Declaration of Robert J. Wentz* in support of the Application; and this Court having jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; and this matter being a core proceeding within the meaning of 28 U.S.C. §157(b)(2); and the Court being able to issue a final order consistent with Article III of the United States Constitution; and venue of this proceeding and the Application being proper before the Cout pursuant to 28 U.S.C. §§ 1408 and 1409; and the Court having found and determined that notice of the Application is reasonable and sufficient under the circumstances, and no other or further notice need be provided; and the relief requested in the Motion being in the best interest of the Debtors' estates, their creditors and other parties in interest and necessary to prevent immediate and irreparable harm; and the Court having determined that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein; and the Court having found cause for consideration of the Application on an *ex parte* basis; and after due deliberation and sufficient cause appearing therefor,

**IT IS HEREBY ORDERED** as follows:

1. The Application is granted in its entirety.

2. The Hearing on the First Day Motions shall take place on December 11, 2025, at 11:00 a.m. (Pacific Time) in Courtroom 32 at 501 I Street, Sacramento, California 95814.

3. The Debtors shall file and serve a single, omnibus notice of the Hearing on the First Day Motions on the Notice Parties in the manner set forth in the Application. Proof of service of such omnibus notice on the Notice Parties shall be sufficient to provide notice of the Hearing on the First Day Motions; provided, however, that the Court may require other or further notice of any final hearing on a First Day Motion. LBR 9014-1(d) is hereby modified to the extent necessary to

---

[3] Unless otherwise defined herein, all capitalized terms have the definitions set forth in the Application.

permit the foregoing omnibus notice procedure for the First Day Motions.

4. The periods required for notice of the Hearing on the First Day Motions are hereby modified and shortened; provided, however, that the Debtors shall effect service of the omnibus notice on the Notice Parties not later than December 9, 2025, at 5:00 p.m. (Pacific) by either first class mail, overnight delivery, facsimile, or email (where available).

5. Any opposition to the relief requested in a First Day Motion may be presented at the hearing on the respective First Day Motion.

6. Parties may appear at the hearings on the First Day Motions by videoconference using the following procedures: https://www.caeb.uscourts.gov/documents/Forms/Misc/ZoomGov%20Protocols.pdf.

7. To the extent necessary and typical, LBR 9014-1(d)(5) is modified to permit the Debtors to join multiple requests for relief in the First Day Motions.

8. To the extent necessary, LBR 9014-1(d)(4) is modified to expand the page limitation from six to ten pages solely for the Procedural First Day Motions.

9. The Court will retain jurisdiction to implement and enforce the terms of this Order.

DATED:

_____
United States Bankruptcy Judge

- 5 -

178762393.1