5

KEITH C. OWENS (SBN 184841)
kowens@foxrothschild.com
NICHOLAS A. KOFFROTH (SBN 287854)
nkoffroth@foxrothschild.com
**FOX ROTHSCHILD LLP**
10250 Constellation Boulevard, Suite 900
Los Angeles, California 90067
Telephone:   (310) 598-4150
Facsimile:    (310) 556-9828

*Proposed Counsel to Oroville Hospital, et al.,
the Debtors and Debtors-in-Possession*

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF CALIFORNIA
## SACRAMENTO DIVISION

| | |
|---|---|
| In re: | Lead Case No. 25-26876 |
| OROVILLE HOSPITAL, *et al.*,[1] | Jointly Administered With:<br>Case No. 25-26877 |
| Debtors and Debtors in Possession. | **DCN NAK-2**<br>Chapter 11 |
| ☒  Affects All Debtors | Hon. Christopher D. Jaime |
| ☐  Affects Oroville Hospital<br>☐  Affects OroHealth Corporation: A Nonprofit Healthcare System<br><br>Debtors and Debtors in Possession. | **Hearing Information**<br>Hearing Date:  December 11, 2025<br>Hearing Time:  11:00 a.m.<br>Location:    Courtroom 32<br>        501 I Street<br>        Sacramento, California 95814<br>          *or*<br>        *by Zoom Webinar* |

**EXHIBIT IN SUPPORT OF
DEBTORS' EMERGENCY MOTION FOR ORDER AUTHORIZING:
(I) A CONSOLIDATED LIST OF THIRTY LARGEST GENERAL UNSECURED
CREDITORS FOR ALL CASES; (II) A CONSOLIDATED MASTER MAILING
MATRIX FOR ALL CASES; AND (III) THE DEBTORS' CLAIMS AND
<u>NOTICING AGENT TO MAINTAIN THE MASTER MAILING MATRIX</u>**

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each debtor's federal tax identification number, are: Oroville Hospital (4554) and Orohealth Corporation: A Nonprofit Healthcare System (4776). The mailing address for the Debtors is 2767 Olive Highway, Oroville, California, 95966.

- 1 -

179656330.1

Oroville Hospital, a California nonprofit public benefit corporation ("Oroville Hospital"), and OroHealth Corporation: A Nonprofit Healthcare System ("OroHealth" and, together with Oroville Hospital, the "Debtors") hereby submit the following exhibit in support of the *Debtors' Emergency Motion for Order Authorizing: (I) A Consolidated List of Thirty Largest Unsecured Creditors for All Cases; (II) A Consolidated Master Mailing Matrix for All Cases; and (III) the Debtors' Claims and Noticing Agent to Maintain the Master Mailing Matrix*:

| Exhibit | Description | Pages |
|---|---|---|
| A | [*Proposed*] Order Authorizing: (I) A Consolidated List of Thirty Largest General Unsecured Creditors for All Cases; (II) A Consolidated Master Mailing Matrix for All Cases; and (III) the Debtors' Claims and Noticing Agent to Maintain the Master Mailing Matri | 3-5 |

Dated: December 8, 2025

**FOX ROTHSCHILD LLP**

*/s/ Nicholas A. Koffroth*
Keith C. Owens
Nicholas A. Koffroth

*Proposed Counsel to Oroville Hospital, et al., the Debtors and Debtors-in-Possession*

- 2 -

179656330.1

3

KEITH C. OWENS (SBN 184841)
kowens@foxrothschild.com
NICHOLAS A. KOFFROTH (SBN 287854)
nkoffroth@foxrothschild.com
**FOX ROTHSCHILD LLP**
10250 Constellation Boulevard, Suite 900
Los Angeles, California 90067
Telephone: (310) 598-4150
Facsimile: (310) 556-9828

*Proposed Counsel to Oroville Hospital, et al.,
the Debtors and Debtors-in-Possession*

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF CALIFORNIA
## SACRAMENTO DIVISION

| | |
|---|---|
| In re:<br><br>OROVILLE HOSPITAL, *et al.*,[2]<br><br>  Debtors and Debtors in Possession.<br><br>☒ Affects All Debtors<br>☐ Affects Oroville Hospital<br>☐ Affects OroHealth Corporation: A Nonprofit Healthcare System<br><br>  Debtors and Debtors in Possession. | Lead Case No. 25-26876<br><br>Jointly Administered With:<br>Case No. 25-26877<br><br>**DCN NAK-2**<br><br>Chapter 11<br><br>Hon. Christopher D. Jaime<br><br>**Hearing Information**<br>Hearing Date: December 11, 2025<br>Hearing Time: 11:00 a.m.<br>Location:  Courtroom 32<br>  501 I Street<br>  Sacramento, California 95814<br>  *or*<br>  *by Zoom Webinar* |

**[PROPOSED] ORDER AUTHORIZING:
(I) A CONSOLIDATED LIST OF THIRTY LARGEST GENERAL UNSECURED
CREDITORS FOR ALL CASES; (II) A CONSOLIDATED MASTER MAILING
MATRIX FOR ALL CASES; AND (III) THE DEBTORS' CLAIMS AND
<u>NOTICING AGENT TO MAINTAIN THE MASTER MAILING MATRIX</u>**

---

[2] The Debtors in these chapter 11 cases, along with the last four digits of each debtor's federal tax identification number, are: Oroville Hospital (4554) and Orohealth Corporation: A Nonprofit Healthcare System (4776). The mailing address for the Debtors is 2767 Olive Highway, Oroville, California, 95966.

- 3 -

179656330.1

The Court, having considered the *Debtors' Emergency Motion for Order Authorizing: (I) A Consolidated List of Thirty Largest General Unsecured Creditors for All Cases; (II) A Consolidated Master Mailing Matrix for All Cases; and (III) the Debtors' Claims and Noticing Agent to Maintain the Master Mailing Matrix* (the "Motion"),[3] pursuant to §§ 105(a) and 521 of title 11 of the United States Code (the "Bankruptcy Code"),[4] Rules 1007, 2002, 6003, and 6004, of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), and Rule 1007-1 of the Local Rules of Practice, as more fully set forth in the Motion; and upon consideration of the *Declaration of Robert J. Wentz in Support of Debtors' Emergency Motion for Order Authorizing: (I) A Consolidated List of Thirty Largest General Unsecured Creditors for All Cases; (II) A Consolidated Master Mailing Matrix for All Cases; and (III) the Debtors' Claims and Noticing Agent to Maintain the Master Mailing Matrix* filed in support of the Motion; and this Court having jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; and this matter being a core proceeding within the meaning of 28 U.S.C. §157(b)(2); and the Court being able to issue a final order consistent with Article III of the United States Constitution; and venue of this proceeding and the Motion being proper before the Cout pursuant to 28 U.S.C. §§1408 and 1409; and the Court having found and determined that notice of the Motion is reasonable and sufficient under the circumstances, and no other or further notice need be provided; and the relief requested in the Motion being in the best interests of the Debtors estates, their creditors and other parties in interest and necessary to prevent immediate and irreparable harm; and the Court having determined that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein; and the Court having held a hearing on the Motion and considered arguments of counsel and any oppositions to the Motion made on or before the hearing; and after due deliberation, sufficient cause appearing for the relief requested in the Motion, and for the reasons set forth on the record of the hearing,

**IT IS HEREBY ORDERED** as follows:

1. The Motion is granted in its entirety.

---

[3] Unless otherwise defined herein, all capitalized terms have the definitions set forth in the Motion.
[4] Unless otherwise indicated herein, all references to "§" and "Section" are to a Section of the Bankruptcy Code.

179656330.1

2. Any opposition to the Motion not otherwise resolved by the parties is hereby overruled.

3. The Debtors are authorized to file, in each of their respective Chapter 11 Cases, an identical, consolidated list of the 30 largest general unsecured creditors, in lieu of filing separate lists of the 20 largest unsecured creditors for each Debtor.

4. The Debtors are authorized to file, in each of their respective Chapter 11 Cases, an identical, consolidated master mailing matrix, in lieu of a separate matrix for each Debtor.

5. To the extent employed by separate order of this Court, the Debtors' claims and noticing agent, Epiq Systems, Inc., is authorized to maintain the master mailing matrix and to provide such matrix in electronic format to any party in interest upon request.

6. Notwithstanding Bankruptcy Rule 6004(h), the terms and conditions of this Order are immediately effective and enforceable upon its entry.

7. The Court will retain jurisdiction to implement and enforce the terms of this Order.

DATED:

_____
United States Bankruptcy Judge

179656330.1