KEITH C. OWENS (SBN 184841)
kowens@foxrothschild.com
NICHOLAS A. KOFFROTH (SBN 287854)
nkoffroth@foxrothschild.com
**FOX ROTHSCHILD LLP**
10250 Constellation Boulevard, Suite 900
Los Angeles, California 90067
Telephone:     (310) 598-4150
Facsimile:     (310) 556-9828

*Proposed Counsel to Oroville Hospital, et al.,
the Debtors and Debtors-in-Possession*

**UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
SACRAMENTO DIVISION**

| | |
|---|---|
| In re: | Lead Case No. 25-26876 |
| OROVILLE HOSPITAL, *et al.*,[1] | Jointly Administered With:<br>Case No. 25-26877 |
| Debtors and Debtors in Possession. | **DCN NAK-4** |
| | Chapter 11 |
| ☒ Affects All Debtors | Hon. Christopher D. Jaime |
| ☐ Affects Oroville Hospital<br>☐ Affects OroHealth Corporation: A Nonprofit Healthcare System | **Hearing Information**<br>Hearing Date:   December 11, 2025<br>Hearing Time:   11:00 a.m.<br>Location:        Courtroom 32<br>                     501 I Street<br>                     Sacramento, California 95814<br>                          *or*<br>                     *by Zoom Webinar* |
| Debtors and Debtors in Possession. | |

**DECLARATION OF ROBERT J. WENTZ IN SUPPORT OF
DEBTORS' EMERGENCY MOTION FOR ENTRY OF AN ORDER
PROTECTING CONFIDENTIAL PATIENT AND EMPLOYEE INFORMATION**

I, Robert J. Wentz, declare as follows:

1. I am the President and Chief Executive Officer of Oroville Hospital ("Oroville

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each debtor's federal tax identification number, are: Oroville Hospital (4554) and Orohealth Corporation: A Nonprofit Healthcare System (4776). The mailing address for the Debtors is 2767 Olive Highway, Oroville, California, 95966.

- 1 -

179656816.1

Hospital"). I am also the Chief Executive Officer of Oroville Hospital's parent corporation, Orohealth Corporation: A Nonprofit Healthcare System ("OroHealth" and, together with Oroville Hospital, the "Debtors"). I make this declaration in support of the *Debtors' Emergency Motion for Entry of an Order Protecting Confidential Patient and Employee Information* (the "Motion") filed concurrently herewith and for all other purposes authorized by law.[2]

2. Except as otherwise indicated, all facts in this declaration are based upon my personal knowledge, my discussions with the Debtors' management team and advisors, including FTI Consulting, Inc. ("FTI") as their financial advisors, my review of relevant documents and information concerning the Debtors' operations, financial affairs, and restructuring initiatives, or my opinions based upon my experience and knowledge. The documents referenced herein, or otherwise relied upon for purposes of this Declaration, are business records of the Debtors, prepared and kept in the ordinary course of the regularly conducted business activities of the Debtors and used by me for those purposes. I am over the age of eighteen and authorized to submit this declaration on behalf of the Debtors. If called upon as a witness, I could and would testify competently to the facts set forth in this Declaration.

3. OroHealth, Oroville Hospital, and their affiliated nondebtor entities operate as a California nonprofit health care system in and around Butte County, California, with approximately 133 general acute care beds (including 10 intensive care and 10 perinatal beds), an active emergency room, 14 "flex" beds separately authorized by the California Department of Public Health on an annual basis, and 126 skilled nursing facility beds. The Debtors also provide 33 specialty services at their 31 clinics (including 10 rural health clinics) in Oroville, Yuba City, and Chico, and provide laboratory services through Valley Clinical Laboratory with 23 outpatient laboratory draw stations in Oroville, Yuba City, Chico, Grass Valley, Orland, and Redding. In its fiscal year ended 2024, the Debtors recorded 98,018 patient days (adjusted to account for outpatient visits), 26,416 emergency room visits, 2.2 million lab tests, 361,558 clinic visits, and 384 births at their facilities. Each of the Debtors are exempt from federal income taxation as an organization described in Section 501(c)(3) of the Internal Revenue Code of 1986. A more detailed description

---

[2] Unless otherwise defined herein, all capitalized terms have the definitions set forth in the Motion.

179656816.1

of the Debtors, including their current and historical business operations and the events precipitating these bankruptcy cases (the "Chapter 11 Cases"), will be set forth in the *Declaration of Robert J. Wentz in Support of Chapter 11 Petitions and First Day Motions* (the "First Day Declaration") to be filed subsequent to this Declaration.

4.     On December 8, 2025 (the "Petition Date"), the Debtors initiated these Chapter 11 Cases by filing voluntary petitions for relief under chapter 11 of title 11 of the United States Code (the "Bankruptcy Code").[3] As of the date of this Declaration, the Debtors are operating their businesses and managing their properties as debtors in possession pursuant to §§ 1107(a) and 1108. No request for the appointment of a trustee or examiner has been made in these Chapter 11 Cases, and no committees have been appointed or designated.

5.     As set forth above, the Debtors serve a large volume of patients at their healthcare facilities and are subject to the provisions of the Health Insurance Portability and Accountability Act of 1996 ("HIPAA"), Public Law 104-191, concerning treatment of patient information. The Debtors are including as potential creditors all patients who have a credit balance. Instead of including those names on the master mailing matrix, the Debtors propose to file those names under seal with the Court in order to protect confidential patient information, to protect patients' identities and their privacy. All of these patients will receive notice of these Chapter 11 Cases, but the names of the patients will be maintained under seal at the Clerk's office.

6.     Additionally, the Debtors employ approximately 2,130 employees and 188 independent contractors (collectively, the "Employees"). The Employees include a medical staff of approximately 147 physicians, 418 nurses, and 1,500 additional patient care and operations staff. Notably, the scope of the hospital's operations make it the second largest employer in the City of Oroville with its operations comprising 31.6% of the City's total workforce. I believe that the Debtors should be authorized to redact the personally identifiable information of their employees, officers, and directors from public filings because the disclosure of such information poses a risk to individuals. Among other things, such information could be used to perpetrate identity theft or

---

[3] Unless otherwise indicated herein, all references to "§" and "Section" refer to a Section of the Bankruptcy Code.

- 3 -

179656816.1

1 locate survivors of domestic violence, harassment, or stalking.

2　　　　7.　　I believe an immediate and orderly transition into chapter 11 is critical to the viability of the Debtors' operations and that any delay in granting the requested relief in the Motion could hinder operations and disrupt the efficient restructuring process. I believe that emergency relief is necessary to avoid immediate and irreparable harm to the Debtors in the early stages of the Chapter 11 Cases. Absent entry of the Order, the Debtors would be forced to publicly file information that would subject them to liability under HIPAA and could jeopardize the Patient safety and security. Moreover, I believe that immediate implementation of the relief sought in the Motion is necessary to limit the potential harm to the Debtors' operations and assets.

　　　　I declare under penalty of perjury that the foregoing is true and correct.

　　　　Dated this 8th day of December, 2025, in Butte County, California.



_____
　　　　　　　　　　　　　　　　Robert J. Wentz

- 4 -

179656816.1