3

KEITH C. OWENS (SBN 184841)
kowens@foxrothschild.com
NICHOLAS A. KOFFROTH (SBN 287854)
nkoffroth@foxrothschild.com
**FOX ROTHSCHILD LLP**
10250 Constellation Boulevard, Suite 900
Los Angeles, California 90067
Telephone: (310) 598-4150
Facsimile: (310) 556-9829

*Proposed Counsel to Oroville Hospital, et al.,
the Debtors and Debtors-in-Possession*

**UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
SACRAMENTO DIVISION**

| | |
|---|---|
| In re: | Lead Case No. 25-26876-C-11 |
| OROVILLE HOSPITAL, *et al.*,[1] | Jointly Administered With: Case No. 25-26877 |
|       Debtors and Debtors in Possession. | **DCN KCO-7** |
| | Chapter 11 |
| ☒ Affects All Debtors | Hon. Christopher D. Jamie |
| ☐ Affects Oroville Hospital<br>☐ Affects Orohealth Corporation: A Nonprofit Healthcare System | **Hearing Information**<br>Hearing Date: December 11, 2025<br>Hearing Time: 11:00 a.m.<br>Location: Courtroom 32<br>            501 I Street<br>            Sacramento, California 95814<br>            *or*<br>            *by Zoom Webinar* |
|       Debtors and Debtors in Possession. | |

**<u>SUPPLEMENTAL</u> DECLARATION OF ROBERT J. WENTZ
IN SUPPORT OF DEBTORS' EMERGENCY MOTION FOR ENTRY OF
INTERIM AND FINAL ORDERS: (I) AUTHORIZING THE DEBTORS
TO HONOR PREPETITION OBLIGATIONS TO PHYSICIANS AS
CRITICAL VENDORS; AND (II) GRANTING RELATED RELIEF**

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each debtor's federal tax identification number, are: Oroville Hospital (4554) and OroHealth Corporation: A Nonprofit Healthcare System (4776). The mailing address for the Debtors is 2767 Olive Highway, Oroville, California, 95966.

-1-

180064138.1

I, Robert J. Wentz, hereby state and declare as follows:

1. I am the President and Chief Executive Officer of Oroville Hospital ("Oroville Hospital" or "Hospital"). I am also the Chief Executive Officer of Oroville Hospital's parent corporation, Orohealth Corporation: A Nonprofit Healthcare System ("OroHealth" and, together with Oroville Hospital, the "Debtors"). I make this *Supplemental* declaration in support of the *Debtors' Emergency Motion for Entry of Interim and Final Orders (I) Authorizing the Debtors to Honor Prepetition Obligations to Physicians as Critical Vendors* (the "Motion") filed previously and for all other purposes authorized by law.[2]

2. Except as otherwise indicated, all facts in this declaration are based upon my personal knowledge, my discussions with the Debtors' management team and advisors, including FTI Consulting, Inc. ("FTI") as their financial advisors, my review of relevant documents and information concerning the Debtors' operations, financial affairs, and restructuring initiatives, or my opinions based upon my experience and knowledge. The documents referenced herein, or otherwise relied upon for purposes of this Declaration, are business records of the Debtors, prepared and kept in the ordinary course of the regularly conducted business activities of the Debtors and used by me for those purposes. I am over the age of eighteen and authorized to submit this declaration on behalf of the Debtors. If called upon as a witness, I could and would testify competently to the facts set forth in this Declaration.

3. Physicians are paid in arrears on the 15th of each month. The interim amount requested in connection with the Motion ($6.75 million) is for services rendered by Physicians in November 2025, which will come due in the ordinary course of business on December 15, 2025. The final amount requested in connection with the Motion ($1.65 million) is the stub period for the first eight days of December 2025, which would come due in ordinary course of business on January 15, 2026.

4. Furthermore, over the summer of 2025, the Hospital managed its cash flow through delayed payment to the Physicians. Based upon my discussions with Physicians, I am concerned that

---

[2] Unless otherwise defined herein, all capitalized terms have the definitions set forth in the Memorandum of Points and Authorities filed in connection with the Motion.

-2-

180064138.1

further delayed payments to Physicians may push them over the edge to leave the Hospital, particularly given the shortage of physicians and opportunities in other areas where they reside such as Sacramento, Roseville, Rocklin and Lincoln. To that end, over the past month, about 15 Physicians have told me that they would quit if they were not paid. I believe this is representative of the broader Physician population who have not communicated to me about their intentions. In addition, based on my conversations with them, many of these Physicians lack significant savings and cannot afford to have payment deferred.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information, and belief.

Dated this 10th day of December, 2025, in Butte County, California.

_____
Robert J. Wentz

-3-

180064138.1