# UNITED STATES BANKRUPTCY COURT

## EASTERN DISTRICT OF CALIFORNIA

In re
OROVILLE HOSPITAL,
        Debtor.

) Case No. 25-26876 - B - 11
) Docket Control No. KCO-2
) Document No. 24
) Date: 12/11/2025
) Time: 11:00 AM
) Dept: B

**Order**

Findings of fact and conclusions of law having been stated orally on
the record and good cause appearing.

IT IS ORDERED that the motion and the relief requested in the motion
are granted on an interim basis.  Prepetition wages, salaries,
benefits, and other compensation may be paid and related prepetition
obligations may be honored as stated on the record.

**Dated:** December 11, 2025

Christopher D. Jaime, Chief Judge
United States Bankruptcy Court

[24] - Chapter 11 First Day Motion/Application for Entry of Interim and Final Orders Authorizing
Debtors to Pay Prepetition Wages, Salaries, and other Compensation [KCO-2] Filed by Debtor
OROVILLE HOSPITAL (hlus) [24] - Chapter 11 First Day Motion/Application for Entry of Interim and
Final Orders to Continue Employee Benefits [KCO-2] Filed by Debtor OROVILLE HOSPITAL (hlus)