**UNITED STATES BANKRUPTCY COURT**

**EASTERN DISTRICT OF CALIFORNIA**

```
In re                          ) Case No. 25-26876 - B - 11
OROVILLE HOSPITAL,             ) Docket Control No. KCO-7
          Debtor.              ) Document No. 52
                               ) Date: 12/11/2025
                               ) Time: 11:00 AM
                               ) Dept: B
```

**Order**

Findings of fact and conclusions of law having been stated orally on the record and good cause appearing.

IT IS ORDERED that the motion and the relief requested in the motion are granted on an interim basis. Prepetition obligations to physicians as critical vendors may be honored.

**Dated:** December 11, 2025

Christopher D. Jaime, Chief Judge
United States Bankruptcy Court

[52] - Chapter 11 First Day Motion/Application for Entry of Interim and Final Orders Authorizing the Debtors to Honor Prepetition Obligations to Physicians as Critical Vendors [KCO-7] Filed by Debtor OROVILLE HOSPITAL (hlus)