**UNITED STATES BANKRUPTCY COURT**

**EASTERN DISTRICT OF CALIFORNIA**

```
In re                          ) Case No. 25-26876 - B - 11
OROVILLE HOSPITAL,             ) Docket Control No. NAK-7
         Debtor.               ) Document No. 58
                               ) Date: 12/11/2025
                               ) Time: 11:00 AM
_____) Dept: B
```

**Order**

Findings of fact and conclusions of law having been stated orally on the record and good cause appearing.

IT IS ORDERED that the motion is granted on an interim basis, as modified and stated on the record. All replacement liens contemplated by the DIP financing agreement and the use of cash collateral shall be effective as of December 11, 2025.

**Dated:** December 11, 2025

　　　　　　　　　　　　　　　　　　／s／ Christopher D. Jaime
　　　　　　　　　　　　　　　　　　Christopher D. Jaime, Chief Judge
　　　　　　　　　　　　　　　　　　United States Bankruptcy Court

[58] - Chapter 11 First Day Motion/Application for Interim and Final Orders Authorizing the Debtors to Obtain Senior Secured Postpetition Financing, Grant liens, and Provide Superpriority Administrative Expense Claims [NAK-7] Filed by Debtor OROVILLE HOSPITAL (hlus) [58] - Chapter 11 First Day Motion/Application for Interim and Final Orders Modifying the Automatic Stay [NAK-7] Filed by Debtor OROVILLE HOSPITAL (hlus) [58] - Chapter 11 First Day Motion/Application for Interim and Final Orders Scheduling a Final Hearing [NAK-7] Filed by Debtor OROVILLE HOSPITAL (hlus) [58] - Motion/Application for Adequate Protection [NAK-7] Filed by Debtor OROVILLE HOSPITAL (hlus) [58] - Motion/Application to Use Cash Collateral [NAK-7] Filed by Debtor OROVILLE HOSPITAL (hlus)