**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF CALIFORNIA**
**CIVIL MINUTES**

---

**Case Title:** OROVILLE HOSPITAL　　　**Case No.:** 25-26876 - B - 11

**Docket Control No.** KCO-3

**Date:** 12/11/2025

**Time:** 11:00 AM

**Matter:** [28] - Chapter 11 First Day Motion/Application for Entry of Interim and Final Orders Granting Limited Waiver of Section 345(b) Deposit Requirements [KCO-3] Filed by Debtor OROVILLE HOSPITAL (hlus) [28] - Chapter 11 First Day Motion/Application for Entry of Interim and Final Orders Scheduling a Final Hearing [KCO-3] Filed by Debtor OROVILLE HOSPITAL (hlus) [28] - Chapter 11 First Day Motion/Application for Entry of Interim and Final Orders Waiving Requirements of LBR 2015-1 [KCO-3] Filed by Debtor OROVILLE HOSPITAL (hlus) [28] - Chapter 11 First Day Motion/Application for Entry of Interim and Final orders Authorizing the Debtors to Maintain Existing Bank Accounts, Continue the Use of Cash Management System, Continue Use of Business Forms, Perform Intercompany Transactions, Continue Credit Card Program, Honor Certain Prepetition Obligations and Continue Issuing Patient Refunds [KCO-3] Filed by Debtor OROVILLE HOSPITAL (hlus)

**Judge: Christopher D. Jaime**
**Courtroom Deputy: Danielle Mobley**
**Reporter: Electronic Record**
**Department: B**

---

**APPEARANCES for:**
**Movant(s):**
Proposed Debtors Attorney - Keith Owens, Nicholas Koffroth, Jack Praetzellis, Jessica Nwasike; For the Principal Debtor – Robert Wentz, Michael Lane, Sean Gums, James Maloney

**Respondent(s):**
 U.S. Trustee's Attorney – Jason Blumberg; Creditors Attorney – Thomas Mouzes, Kevin Walsh, Christopher Marks, Coleen Murphy, Christopher Hughes, Nir Moaz; Interested Party - Gavin Wilkinson
(by zoom) – Creditors Attorney - Sara Kornblatt, Melissa Hamill, Keith Patrick-Banner, Carson Heninger, Teddy Kapur, Thomas Phinney, Laurie Tratkman, Zachary Herbert

---

**CIVIL MINUTES**

Motion Granted on an Interim basis

Findings of fact and conclusions of law stated orally on the record

**The court will issue an order.**

**AMENDED ORDER TO BE PREPARED BY: KEITH OWENS**