FILED
DEC 11 2025
UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re: OROVILLE HOSPITAL, et al.,<br><br><br>Debtor(s). | Bankruptcy Case No.<br>25-26876 |
| <br>v.<br><br>Plaintiff(s),<br><br><br>Defendant(s). | Adversary Proceeding No. _mpes_<br><br>FILED<br>DEC 12 2025<br>UNITED STATES BANKRUPTCY COURT<br>EASTERN DISTRICT OF CALIFORNIA |

FILED BY FAX

## APPLICATION FOR PRO HAC VICE AND PROPOSED ORDER

Pursuant to Local Rule 1001-1(c) of the United States Bankruptcy Court for the Eastern District of California and Local Rule 180(b)(2) of the United States District Court for the Eastern District of California, Melissa S. Woods hereby applies for permission to appear and participate as counsel in the above entitled action on behalf of the following party or parties:

United Steelworkers_____.

.On July 24, 2001_____ (date), I was admitted to practice and am presently am in good standing in the United States District Court, Southern District of New York_____ (court). A certificate of good standing from that court is submitted in conjunction with this application. I have not been disbarred or formally censured by a court of record or by a state bar association, and there are not disciplinary proceedings against me.

[ ] I have /[✓] I have not concurrently or within the year preceding this application made a pro hac vice application to this court. (If you have made a pro hac vice application to this court within the last year, list the name and case number of each matter in which an application was made, the date of application and whether granted or denied.)

_____

_____

The $300.00 fee prescribed for filing an application for admission to practice pro hac vice has been paid to the Clerk, U.S. District Court, Eastern District of California. (U.S. District Court receipt number _ZOO616165_____). **[NOTE: U.S. District Court receipt number indicating payment is REQUIRED. Applications submitted without a valid U.S. District Court receipt number will NOT be processed.]**

Date:12/11/2025_____　　Signature of Applicant: _Melissa S. Woods_____

EDC 2-602, Rev. 12/18/23

**Pro Hac Vice Attorney**

| | |
|---|---|
| Applicant's Name: | Melissa S. Woods |
| Law Firm Name: | Cohen, Weiss, and Simon LLP |
| Address: | 909 3rd Ave 12th Floor |
| | |
| City: | New York          State: NY          Zip: 10022 |
| Phone Number | (  212-356-0234  ) |
| City and State of Residence: | New York, New York |
| Primary E-mail Address: | mwoods@cwsny.com |
| Secondary E-mail Address: | |

**Local Attorney**

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

| | |
|---|---|
| Local Counsel's Name: | Laurie Traktman |
| Law Firm Name: | Gilbert & Sackman A Law Corporation |
| Address: | 800 Wilshire Blvd., Ste. 1410 |
| | |
| City: | Los Angeles          State: CA          Zip: 90017 |
| Phone Number: | (    323    ) 938-3000, ext. 340 |
| State Bar Number: | 165588 |

## ORDER

The Pro Hac Vice Application is APPROVED. The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

Dated: _12/11/25_          _____

# United States District Court
## Southern District of New York

### Certificate of Good Standing

I, *Tammi M. Hellwig*, Clerk of Court, Certify that

  MELISSA S. WOODS  , Bar #  MW8571

was duly admitted to practice in the Court on

    July 24, 2001

and is in good standing as a member of the Bar of this Court

Dated at  500 Pearl St.   On   October 16, 2025
     New York, New York

*Tammi M. Hellwig*

  Tammi M. Hellwig    By   s/ R. Juliano
   Clerk of Court        Deputy Clerk