# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF CALIFORNIA

| In re:<br>OROVILLE HOSPITAL, et al.,<br><br>Debtor(s) | **WITHDRAWAL OF REQUEST FOR SPECIAL NOTICE**<br><br>Case Number: 25-26876 |
|---|---|

**TO THE CLERK OF THE COURT AND ALL INTERESTED PARTIES:**

I, __Nir Maoz__, withdraw the Request for Special Notice
*(name of party who previously requested notice)*

that I previously submitted through the court's electronic portal in the case listed above. I understand that by withdrawing my electronic Request for Special Notice, I will no longer appear as a party on the docket, and I will stop receiving Notices of Electronic filing regarding documents filed in this case.

| Name: | Nir Maoz |
|---|---|
| **Firm Name:**<br>*If applicable* | KTBS Law LLP |
| **Email Address:**<br>*This email address must match the email address used to request notifications.* | nmaoz@ktbslaw.com |

- **Registered e-Filers** should file this document using the court's CAEB eFiling site.
- **All other parties** should mail this document to the address below:

> United States Bankruptcy Court
> Eastern District of California
> 501 I Street, Suite 3-200
> Sacramento, CA 95814

Dated: December 15, 2025            By: *[signature]*

EDC 3-860, 9/2024