**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF CALIFORNIA**
**CIVIL MINUTES**

---

**Case Title**: OROVILLE HOSPITAL      **Case No.**: 25-26876 - B - 11

                                                 **Docket Control No.** NAK-6

                                                 **Date:** 12/11/2025
                                                 **Time:** 11:00 AM

**Matter:** [35] - Chapter 11 First Day Motion/Application for Order Authorizing and Approving the Appointment of Epiq Corporate Restructuring, LLC as Notice, Claims, and Solicitation Agent [NAK-6] Filed by Debtor OROVILLE HOSPITAL (hlus)

**Judge: Christopher D. Jaime**
**Courtroom Deputy: Danielle Mobley**
**Reporter: Electronic Record**
**Department: B**

---

**APPEARANCES for:**
**Movant(s):**
Proposed Debtors Attorney - Keith Owens, Nicholas Koffroth, Jack Praetzellis, Jessica Nwasike;  For the Principal Debtor – Robert Wentz, Michael Lane, Sean Gums, James Maloney
**Respondent(s):**
U.S. Trustee's Attorney – Jason Blumberg;  Creditors Attorney – Thomas Mouzes, Kevin Walsh, Christopher Marks, Coleen Murphy, Christopher Hughes, Nir Moaz;  Interested Party - Gavin Wilkinson; (by zoom) – Creditors Attorney - Sara Kornblatt, Melissa Hamill, Keith Patrick-Banner, Carson Heninger, Teddy Kapur, Thomas Phinney, Laurie Traktman, Zachary Hebert

---

**CIVIL MINUTES**

Motion Granted

Findings of fact and conclusions of law stated orally on the record

    **The court will issue an order.**