**4**

KEITH C. OWENS (SBN 184841)
kowens@foxrothschild.com
NICHOLAS A. KOFFROTH (SBN 287854)
nkoffroth@foxrothschild.com
**FOX ROTHSCHILD LLP**
10250 Constellation Boulevard, Suite 900
Los Angeles, California 90067
Telephone:　(310) 598-4150
Facsimile:　(310) 556-9829

*Proposed Counsel to Oroville Hospital, et al.,
the Debtors and Debtors-in-Possession*

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF CALIFORNIA
### SACRAMENTO DIVISION

| | |
|---|---|
| In re: | Lead Case No. 25-26876-C-11 |
| OROVILLE HOSPITAL, *et al.*,[1] | Jointly Administered With: Case No. 25-26877 |
| Debtors and Debtors in Possession. | **DCN KCO-7** |
| | Chapter 11 |
| ☒ Affects All Debtors | Hon. Christopher D. Jaime |
| ☐ Affects Oroville Hospital | **Hearing Information** |
| ☐ Affects OroHealth Corporation: A Nonprofit Healthcare System | Hearing Date:　December 11, 2025 |
| | Hearing Time:　11:00 a.m. |
| Debtors and Debtors in Possession. | Location:　Courtroom 32 |
| | 　　　　　501 I Street |
| | 　　　　　Sacramento, California 95814 |
| | *or* |
| | *by Zoom Webinar* |

**SECOND SUPPLEMENTAL DECLARATION OF ROBERT J. WENTZ
IN SUPPORT OF DEBTORS' EMERGENCY MOTION FOR ENTRY OF
INTERIM AND FINAL ORDERS: (I) AUTHORIZING THE DEBTORS
TO HONOR PREPETITION OBLIGATIONS TO PHYSICIANS AS
CRITICAL VENDORS; AND (II) GRANTING RELATED RELIEF**

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each debtor's federal tax identification number, are: Oroville Hospital (4554) and OroHealth Corporation: A Nonprofit Healthcare System (4776). The mailing address for the Debtors is 2767 Olive Highway, Oroville, California, 95966.

I, Robert J. Wentz, hereby state and declare as follows:

1. I am the President and Chief Executive Officer of Oroville Hospital ("Oroville Hospital" or "Hospital"). I am also the Chief Executive Officer of Oroville Hospital's parent corporation, Orohealth Corporation: A Nonprofit Healthcare System ("OroHealth" and, together with Oroville Hospital, the "Debtors"). I make this *Second Supplemental* declaration in support of the *Debtors' Emergency Motion for Entry of Interim and Final Orders (I) Authorizing the Debtors to Honor Prepetition Obligations to Physicians as Critical Vendors* (the "Motion") filed previously and for all other purposes authorized by law.[2]

2. Except as otherwise indicated, all facts in this declaration are based upon my personal knowledge, my discussions with the Debtors' management team and advisors, my review of relevant documents and information concerning the Debtors' operations, financial affairs, and restructuring initiatives, or my opinions based upon my experience and knowledge. The documents referenced herein, or otherwise relied upon for purposes of this Declaration, are business records of the Debtors, prepared and kept in the ordinary course of the regularly conducted business activities of the Debtors and used by me for those purposes. I am over the age of eighteen and authorized to submit this declaration on behalf of the Debtors. If called upon as a witness, I could and would testify competently to the facts set forth in this Declaration.

3. The Motion sought relief to pay approximately 150 physicians, surgeons, and physician medical directors (the "Physicians") as critical vendors. Due to California's ban on the corporate practice of medicine, the Physicians are all independent contractors or employees of physician groups that contract with the Debtors.

4. Although the Motion focuses on physicians, surgeons, and physician medical directors, the requested relief also included twelve Certified Registered Nurse Anesthetists ("CRNA") and one Certified Registered Nurse First Assistant ("CRNFA") that also contract with the Hospital to provide critical services essential to its ongoing operations. As licensed providers under California law, the CRNAs and CRNFA can practice and bill for services independent of the

---

[2] Unless otherwise defined herein, all capitalized terms have the definitions set forth in the Memorandum of Points and Authorities filed in connection with the Motion.

physicians. The CRNAs and CRNFA are paid on the same cycle as the Physicians (monthly in arrears on the 15th day of the following month) and are paid out of the same bank account.

5. These thirteen individuals were included in the budgeted amounts identified in the Motion, so no additional amounts are requested by this Second Supplemental Declaration, and this Supplement Declaration does not change any relief requested. However, the CRNAs and the CRNFA were inadvertently excluded from the definition of critical healthcare providers sought to be paid as critical vendors. The Debtors, therefore, file this Second Supplemental Declaration out of an abundance of caution to clarify the inclusion of the CRNAs and CRNFA in the relief requested.

6. The CRNAs provide anesthesia services at the Debtors' surgical center, and the CRNFA is skilled in robotic surgery, specifically vascular surgery and interventional radiology. Of the $6.75 million in initial relief sought by the Debtors and granted by the Court, approximately $425,000 is owed to the CRNAs and the CRNFA for prepetition services provided during the month of November 2025. Of the additional $1.65 million sought for final relief, $100,000 is owed to the CRNAs and the CRNFA for prepetition services provided from December 1 through December 7, 2025. The prepetition amounts owed to the CRNAs and the CRNFA are collectively referred to as the "CRNA/CRNFA Claims."

7. Due to the essential services provided by the CRNAs and the CRNFA, they are just as critical to the Debtors' operations as the Physicians. All thirteen of these individuals work in the Hospital's surgery center. The Hospital only has one Anesthesiologist, which means the CRNAs administer anesthesia for ninety percent (90%) or more of surgeries performed at the Hospital. The CRNFA was engaged as part of a two-person team with one of the Hospital's most active vascular surgeons and is critical to that surgeon's practice. As such, the CRNAs and the CRNFA epitomize the "clinical dependency" of the Physicians and other contracted healthcare providers at the Hospital. If these individuals were to leave, surgery would come to a grinding halt, which would have a dramatic and detrimental impact on patient care and the Debtors' revenue.

8. I scheduled a meeting with the CRNAs on December 15, 2025, and nine attended. All in attendance expressed their intention to explore alternative employment opportunities if not immediately paid the prepetition amounts owed. Those in attendance also indicated, at that time, a

1　willingness to sign a critical vendor agreement substantially similar to the form agreement approved
2　by the Court.

3　　　　9.　　As previously mentioned, the prepetition CRNA/CRNFA Claims are already included
4　in the budgeted amounts identified in the Motion. As such, no additional amounts are requested by
5　this Second Supplemental Declaration, and this Second Supplemental Declaration does not change
6　any relief requested. The Debtors file this Second Supplemental Declaration out of an abundance of
7　caution to clarify the inclusion of the CRNAs and CRNFA in the requested relief.

8　　　　10.　　A redline of the proposed Amended Interim Order clarifying that the CRNA/CRNFA
9　Claims can be paid in accordance with the Motion is filed concurrently herewith as a Supplemental
10　Exhibit in support of this Second Supplemental Declaration.

11　　　　I declare under penalty of perjury that the foregoing is true and correct to the best of my
12　knowledge, information, and belief.

13　　　　Dated this 16th day of December, 2025, in Butte County, California.



Robert J. Wentz