FORM L138 Order to Show Cause – Appointment of Patient Care Ombudsman (v.8.14)

25–26876 – B – 11

# UNITED STATES BANKRUPTCY COURT
## Eastern District of California

**Robert T Matsui United States Courthouse**
**501 I Street, Suite 3–200**
**Sacramento, CA 95814**

(916) 930–4400
www.caeb.uscourts.gov
M–F 9:00 AM – 4:00 PM



## ORDER TO APPEAR AND SHOW CAUSE WHY A
## PATIENT CARE OMBUDSMAN SHOULD NOT BE APPOINTED

**Case Number:**    25–26876 – B – 11

**Debtor Name(s) and Address(es):**

OROVILLE HOSPITAL
2767 Olive Highway
Oroville, CA 95966

The Court docket and file in the above case indicate that the debtor is a health care business. Pursuant to Section 333(a)(1) of the Bankruptcy Code, the Court shall order, not later than 30 days after the commencement of the case, the appointment of a patient care ombudsman unless the Court finds that such appointment is not necessary for the protection of the patients under the specific facts of the case.

**THEREFORE,**

**IT IS ORDERED** that the debtor and, if represented, debtor's counsel, and the case trustee, if any, appear before the Court on the following date, time and place:

**DATE & TIME:**     1/13/26 at 11:00 AM
**PLACE:**     U.S. Bankruptcy Court
                Courtroom 32, 6th Floor, Robert T Matsui United States Courthouse, 501 I Street, Sacramento, CA

and show cause why the Court should not order the appointment of a patient care ombudsman pursuant to 11 U.S.C. § 333(a).

Dated:
12/18/25

For the Court,
Scott Yach , Clerk