FORM L139 Notice of Filing of Transcript and of Deadlines Related to Redaction and Restriction (v.1.15)

25–26876 – B – 11

**UNITED STATES BANKRUPTCY COURT**
Eastern District of California

**Robert T Matsui United States Courthouse**
**501 I Street, Suite 3–200**
**Sacramento, CA 95814**

(916) 930–4400
www.caeb.uscourts.gov
M–F 9:00 AM – 4:00 PM



# NOTICE OF FILING OF TRANSCRIPT AND OF DEADLINES RELATED TO REDACTION AND RESTRICTION

**Case Number:** 25–26876 – B – 11

Debtor Name(s) and Address(es):

OROVILLE HOSPITAL
 2767 Olive Highway
Oroville, CA 95966

A transcript of the proceeding held on 12/11/25 was filed on 12/24/2025 and is listed on the court docket as document number 144. The following deadlines apply:

1. The parties have until 12/31/2025 to file with the court a *Notice of Intent to Request Redaction* of the transcript. The deadline for filing a *Request for Redaction and List of Items to be Redacted* is 01/14/2026.

2. If a *Request for Redaction and List of Items to be Redacted* is filed, the redacted transcript is due 01/26/2026.

3. If no such request is filed, the transcript will be made available for remote electronic access upon expiration of the restriction period, which is 03/24/2026 unless extended by court order.

To review the transcript for redaction purposes, you may purchase a copy of the transcript at the rate established by the Judicial Conference from the court reporter whose contact information is provided below by following the instructions on the court's web site at http://www.caeb.uscourts.gov/Calendar/Transcripts.aspx, or you may view the transcript at the Clerk's Office public terminal.

eScribers, LLC – 973–406–2250

Dated:
12/30/25

For the Court,
Scott Yach , Clerk