**3**

PETER C. ANDERSON
UNITED STATES TRUSTEE
EDMUND GEE, SBN 178627
ASSISTANT UNITED STATES TRUSTEE
JASON BLUMBERG, SBN 330150
TRIAL ATTORNEY
TREVOR R. FEHR (SBN 316699)
TRIAL ATTORNEY
DEANNA K. HAZELTON (SBN 202821)
TRIAL ATTORNEY
**UNITED STATES DEPARTMENT OF JUSTICE**
OFFICE OF THE UNITED STATES TRUSTEE
501 "I" Street, Suite 7-500
Sacramento, CA 95814
Telephone: (916) 930-2100
Email: jason.blumberg@usdoj.gov

Attorneys for Peter C. Anderson
United States Trustee for Region 17

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| In re:<br><br>OROVILLE HOSPITAL, *et al.*,<br><br>Debtors and Debtors in Possession.[1]<br><br>☒ Affects All Debtors<br><br>☐ Affects Oroville Hospital<br><br>☐ Affects OroHealth Corporation: A Nonprofit Healthcare System<br><br>Debtors and Debtors in Possession. | Lead Case No. 25-26876<br><br>Jointly Administered With:<br>Case No. 25-26877<br><br>Chapter 11<br><br>Hon. Christopher D. Jaime |

**APPOINTMENT OF OFFICIAL COMMITTEE OF UNSECURED CREDITORS**

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each debtor's federal tax identification number, are: Oroville Hospital (4554) and Orohealth Corporation: A Nonprofit Healthcare System (4776). The mailing address for the Debtors is 2767 Olive Highway, Oroville, California, 95966. Debtors are being jointly administered pursuant to Court's Joint Administration Order. [*See* ECF No. 15].

1

Pursuant to 11 U.S.C. § 1102(a), Peter C. Anderson, the United States Trustee for Region 17, hereby appoints the following unsecured creditors to be members of the Official Committee of Unsecured Creditors in the above-captioned cases:

1.     Modern-Sundt, a Joint Venture
        Representative: Moke Seegert
        3083 Southgate Lane
        Chico, CA 95928
        Attorney: Sara Kornblatt
        Gibbs Giden
        Phone: (310) 734-3391
        skornblatt@gibbsgiden.com

2.     Change Healthcare Operations, LLC
        Representative: Paul Runice
        One Health Drive MN103-0500
        Eden Prairie, MN 55344
        Attorney: Eric Goldstien
        Shipman & Goodwin, LLP
        Phone: (860) 251-5059
        egoldstein@goodwin.com

3.     Phoenix Settlement Admin
        Representative: Susana Carrillo
        515 Figueroa St. Suite 1250
        Los Angeles, CA 90071
        Attorney: Larry Lee
        Diversity Law Group, APC
        Phone: (310) 266-5654
        lwlee@diversitylaw.com

4.     Medline Industries LP
        Representative: Shane Reed
        3 Lakes Drive
        Northfield, IL 60093
        Phone: (847) 505-6935
        sreed@medline.com

5.     Vitel Net
        Representative: Michael Kollar
        1640 Boro Place, 4th Floor
        McLean, VA 22102
        Phone: (703) 762-9992
        mkollar@vitelnnet.com

6.     Boston Scientific
Representative: Enrico Laurent
300 Boston Scientific Way
Marlborough, MA 01752
Attorney: Steven D. Sass
Steen D. Sass LLC
PO Box 45
Clarksville, MD 21029
Phone: (410) 458-6100
stevendsassllc@gmail.com

7.     United Steelworkers International Union
Representative: Zach Hebert
Assistant General Counsel
60 Blvd. of the Allies, Rm. 807
Pittsburgh, PA 15222
Attorney: Laurie Traktman
Gilbert & Sackman
800 Wilshire Blvd., St 1410
Los Angeles, CA 90017
Phone: 323-937-3000 ext 340
lat@gslaw.org

Date:    December 23, 2025           PETER C. ANDERSON
                                             UNITED STATES TRUSTEE

                               By:     */s/ Edmund Gee*
                                                  Edmund Gee
                                                  Assistant United States Trustee