```
1   THOMAS G. MOUZES (SBN 099446)
    BASHAR AHMAD (SBN 258619)
2   BOUTIN JONES INC.
    Sacramento Offices
3   555 Capitol Mall, Suite 1500
    Sacramento, California 95814
4   Telephone:  (916) 321-4444
    Facsimile:  (916) 441-7597
5   Email:      tmouzes@boutinjones.com
                bahmad@boutinjones.com
6
7   Attorneys for Tri Counties Bank
```

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA

(Sacramento Division)

| | |
|---|---|
| In re<br><br>OROVILLE HOSPITAL, et al.,[1]<br><br>　　　Debtors and Debtors in Possession.<br><br>☒ Affects All Debtors<br>☐ Affects Oroville Hospital<br>☐ Affects OroHealth Corporation: A Nonprofit Healthcare System | **Case No. 2025-26876**<br><br>**Jointly Administered with:**<br>**Case No. 2025-26877**<br><br>Chapter 11<br><br>DC No. NAK-7<br><br>**TRI COUNTIES BANK'S STATEMENT REGARDING DEBTORS' MOTION FOR INTERIM AND FINAL ORDERS (I) AUTHORIZING THE DEBTORS TO (A) OBTAIN SENIOR SECURED POST-PETITION FINANCING, (B) USE CASH COLLATERAL AND (C) GRANT LIENS AND PROVIDE SUPERPRIORITY ADMINISTRATIVE EXPENSE CLAIMS; (II) GRANTING ADEQUATE PROTECTION TO CERTAIN PREPETITION SECURED PARTIES; (III) MODIFYING THE AUTOMATIC STAY; (IV) SCHEDULING A FINAL HEARING; AND (V) GRANTING RELATED RELIEF; AND <u>DEMAND FOR ADEQUATE PROTECTION</u>**<br><br>Final Hearing Date:　January 12, 2026<br>Time:　　　　　　　　10:00 a.m.<br>Department:　　　　　B, Crtrm 32<br>Judge:　　　　　Honorable Christopher D. Jaime |

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each debtor's federal tax identification number, are: Oroville Hospital (4554) and Orohealth Corporation: A Nonprofit Healthcare System (4776). The mailing address for the Debtors is 2767 Olive Highway, Oroville, California, 95966.

1

STATEMENT OF TRI COUNTIES BANK

4906-7683-7509.4

Secured Creditor Tri Counties Bank ("TCB") submits this Statement regarding the Final Hearing on the motion of Debtor Oroville Hospital and Debtor OroHealth Corporation Motion (the "Debtors"): (I) Authorizing Debtors To (A) Obtain Senior Secured Post-Petition Financing, (B) Use Cash Collateral, And (C) Grant Liens And Provide Superpriority Administrative Expense Claims; (II) Granting Adequate Protection To Certain Prepetition Secured Parties; (III) Modifying The Automatic Stay; (IV) Scheduling A Final Hearing; And (V) Granting Related Relief. TCB submits this Statement under full reservation of its rights.

First, to the knowledge of TCB, the revised final order reflecting the new lender and additional terms and provisions that were included post-hearing has not been circulated. TCB requests the opportunity to review, object to and sign off on the revised final order.

Second, TCB is informed that Debtors are in the process of revising its/their budget with the assistance of new financial advisors. TCB is a fully secured creditor in this case, with a secured claim of $1,633,602.44, which collateral includes deposit accounts at TCB. Since the filing of this case, Debtor Oroville Hospital ceased making regular monthly payments to TCB on its secured loan. TCB seeks clarification concerning whether Debtor Oroville Hospital intends to resume and maintain the regular monthly loan payment to TCB, as well as cure any existing loan payment defaults on the secured loan.

TCB reserves its rights including to raise additional issues/objections at the hearing.

Dated: December 29, 2025.

BOUTIN JONES INC.
Attorneys at Law

By: _____/s/ Thomas G. Mouzes_____
THOMAS G. MOUZES
BASHAR AHMAD

Attorneys for Tri Counties Bank

STATEMENT OF TRI COUNTIES BANK

4906-7683-7509.4