**3**

KEITH C. OWENS (SBN 184841)
kowens@foxrothschild.com
NICHOLAS A. KOFFROTH (SBN 287854)
nkoffroth@foxrothschild.com
**FOX ROTHSCHILD LLP**
10250 Constellation Boulevard, Suite 900
Los Angeles, California 90067
Telephone:    (310) 598-4150
Facsimile:    (310) 556-9829

*Proposed Counsel to Oroville Hospital, et al.,
the Debtors and Debtors-in-Possession*

## UNITED STATES BANKRUPTCY COURT
### EASTERN DISTRICT OF CALIFORNIA
### SACRAMENTO DIVISION

| | |
|---|---|
| In re: | Lead Case No. 25-26876 |
| OROVILLE HOSPITAL, *et al.*,[1] | Jointly Administered With: Case No. 25-26877 |
| Debtors and Debtors in Possession. | **DCN NAK-9** |
| | Chapter 11 |
| ☒ Affects All Debtors | Hon. Christopher D. Jaime |
| ☐ Affects Oroville Hospital<br>☐ Affects OroHealth Corporation: A Nonprofit Healthcare System | **341(a) Meeting Information**<br>Date:              January 20, 2026<br>Time:              1:00 p.m.<br>Teleconference:  888-330-1716<br>Passcode:        4191086# |
| Debtors and Debtors in Possession. | |

## NOTICE OF COMMENCEMENT OF CHAPTER 11 CASES AND MEETING OF CREDITORS PURSUANT TO SECTION 341 OF THE BANKRUPTCY CODE

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each debtor's federal tax identification number, are: Oroville Hospital (4554) and OroHealth Corporation: A Nonprofit Healthcare System (4776). The mailing address for the Debtors is 2767 Olive Highway, Oroville, California, 95966.

- 1 -

180403739.1

**TO THE COURT, CREDITORS, AND ALL INTERESTED PARTIES:**

**Commencement of Chapter 11 Cases.** On December 8, 2025, Oroville Hospital (the "Hospital"), and OroHealth Corporation ("OroHealth"), the above-referenced debtors and debtors-in-possession (collectively, the "Debtors"), in the above-captioned bankruptcy cases (the "Chapter 11 Cases") filed voluntary petitions for relief under chapter 11 of title 11 of the United States Code, 11 U.S.C. §§ 101 et. seq. (the "Bankruptcy Code"),[2] with the United States Bankruptcy Court for the Eastern District of California (Sacramento Division) (the "Court"), and an order for relief has been entered. The Chapter 11 Cases are being jointly administered under Case No. 25-26876. You may be a creditor of one of the Debtors.

**THIS NOTICE HAS IMPORTANT INFORMATION ABOUT THE CHAPTER 11 CASES FOR CREDITORS AND DEBTORS, INCLUDING INFORMATION ABOUT THE MEETING OF CREDITORS AND DEADLINES. READ THIS NOTICE CAREFULLY. DO NOT FILE THIS NOTICE WITH ANY PROOF OF CLAIM OR OTHER FILING IN THE CHAPTER 11 CASES.**

**Automatic Stay.** The filing of the Chapter 11 Cases imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the Debtors or the Debtors' property. For example, while the stay is in effect, creditors cannot sue, assert a deficiency, repossess property, or otherwise try to collect from the Debtors. Creditors cannot demand repayment from the Debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees.

**Potential Effect of Confirmation of a Plan.** Confirmation of a chapter 11 plan may result in a discharge of debt. A creditor who wants to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadline specified in this notice. (See the Discharge of Debts section below for more information.)

**Your Rights May Be Affected.** To protect your rights, consult an attorney.

**Access to Documents.** All documents filed in the case may be inspected using the following methods: (i) free of charge from the Chapter 11 Cases website maintained by Epiq Corporate Restructuring, LLC, https://dm.epiq11.com/case/orovillehospital/info; (ii) from the Court's PACER system (requires a subscription), accessible through the Court's website, at https://www.caeb.uscourts.gov/, which includes a link to the Court's Case Management/Electronic Case Filing System (CM/ECF system) and PACER registration; or (iii) at the bankruptcy clerk's office at the address listed below. **The staff of the bankruptcy clerk's office cannot give legal advice.**

**Bankruptcy Clerk's Office.** The mailing address and phone number for the Clerk of the Court is as follows:

U.S. Bankruptcy Court
501 I Street, Suite 3-200
Sacramento, CA 95814
916-930-4400

The Clerk's office hours are from 9:00 a.m. (Pacific Time) through 4:00 p.m. (Pacific Time), Mondays through Fridays, except Federal holidays. Documents in these Chapter 11 Cases may be filed at the above address.

---

[2] Unless otherwise defined herein, all references to "Section" and "§" refer to a section of the Bankruptcy Code.

**Debtors' Proposed Counsel.** The contact information for proposed counsel to the Debtors is as follows:

Keith C. Owens (kowens@foxrothschild.com)
Nicholas A. Koffroth (nkoffroth@foxrothschild.com)
**FOX ROTHSCHILD LLP**
10250 Constellation Boulevard, Suite 900
Los Angeles, California 90067
Telephone: (310) 598-4150     Facsimile: (310) 556-9829

**Meeting of Creditors.** The Debtors' representative must attend the meeting to be questioned under oath. Creditors may attend, but are not required to do so. The initial meeting of creditors will take place on **January 20, 2026, at 1:00 p.m. (Pacific Time)**. The initial meeting of creditors will be conducted telephonically. You may attend the meeting of creditors by using the following **phone number, 888-330-1716, and passcode, 4191086#**. The meeting may be continued or adjourned to a later date. If so, the date will be on the Court docket.

**Proof of Claim Deadline.** The Debtors have concurrently requested that the Court suspend Local Bankruptcy Rule 3003-1, which otherwise sets the filing deadline within ninety (90) days after the date first set for the meeting of the creditors.[3] When a deadline is established, all known creditors will receive notice of the deadline, along with a proof of claim form indicating how their claim is scheduled and instructions for completing and filing a proof of claim.

**Creditors with a Foreign Address.** If you are a creditor receiving notice mailed to a foreign address, you may file a motion asking the Court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in these Chapter 11 Cases.

**Plan Confirmation.** Chapter 11 allows debtors to reorganize or liquidate according to a plan. A plan is not effective unless the court confirms it. You may receive a copy of the plan and a disclosure statement telling you about the plan, and you may have the opportunity to vote on the plan. You will receive notice of the date of the confirmation hearing, and you may object to confirmation of the plan and attend the confirmation hearing. Unless a trustee is serving, the debtor will remain in possession of the property and may continue to operate its business.

**Discharge of Debts.** Confirmation of a chapter 11 plan may result in a discharge of debts, which may include all or part of your debt. *See* 11 U.S.C. § 1141(d). A discharge means that creditors may never try to collect the debt from the debtor except as provided in the plan. If you want to have a particular debt owed to you excepted from the discharge and § 523(c) applies to your claim, you must start a judicial proceeding by filing a complaint and paying the filing fee in the bankruptcy clerk's office by the deadline.

Dated: December 29, 2025           **FOX ROTHSCHILD LLP**

                                             */s/ Nicholas A. Koffroth*
                                             Keith C. Owens
                                             Nicholas A. Koffroth
                                             *Proposed Counsel to Oroville Hospital, et al.,*
                                             *the Debtors and Debtors-in-Possession*

---

[3] An automatically generated notice [Docket No. 135] was filed on December 19, 2025, that reflects the deadline set forth in the local rule; however the Debtors understand that the notice was not served.

180403739.1