**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF CALIFORNIA**
**SACRAMENTO DIVISION**

|  |  |
|---|---|
| In re:<br><br>OROVILLE HOSPITAL, *et al*.,[1]<br><br>    Debtors and Debtors in Possession. | Lead Case No. 25-26876<br><br>Jointly Administered With:<br>Case No. 25-26877<br><br>Chapter 11<br><br>Hon. Christopher D. Jaime<br><br>**Ref. Docket Nos. 129, 130 & 133** |

## <u>CERTIFICATE OF SERVICE</u>

I, JACK LAWRENCE, hereby certify that:

1.  I am employed as a Case Manager by Epiq Corporate Restructuring, LLC, with their principal office located at 777 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2.  On December 17, 2025, I caused to be served the:

    a.  "Amended Interim Order (I) Authorizing the Debtors to Honor Prepetition Obligations to its Physicians as Critical Vendors; and (II) Granting Related Relief," dated December 17, 2025 [Docket No. 133],

    b.  "Exhibit in Support of Second Supplemental Declaration of Robert J. Wentz in Support of Debtors' Emergency Motion for Entry of Interim and Final Orders: (I) Authorizing the Debtors to Honor Prepetition Obligations to its Physicians as Critical Vendors; and (II) Granting Related Relief," dated December 17, 2025, *related to Docket No.130*, a copy of which is annexed hereto as <u>Exhibit A</u>, and

    c.  "Second Supplemental Declaration of Robert J. Wentz in Support of Debtors' Emergency Motion for Entry of Interim and Final Orders: (I) Authorizing the Debtors to Honor Prepetition Obligations to Physicians as Critical Vendors; and (II) Granting Related Relief," dated December 16, 2025, *related to Docket No. 129*, a copy of which is annexed hereto as <u>Exhibit B</u>,

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each debtor's federal tax identification number, are: Oroville Hospital (4554) and OroHealth Corporation: A Nonprofit Healthcare System (4776). The mailing address for the Debtors is 2767 Olive Highway, Oroville, California, 95966.

by causing true and correct copies to be:

     i.   enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed <u>Exhibit C</u>, and

    ii.   delivered via electronic mail to those parties listed on the annexed <u>Exhibit D</u>.

3.  All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

<u>*/s/ Jack Lawrence*</u>
Jack Lawrence

**EXHIBIT A**

**8**

KEITH C. OWENS (SBN 184841)
kowens@foxrothschild.com
NICHOLAS A. KOFFROTH (SBN 287854)
nkoffroth@foxrothschild.com
**FOX ROTHSCHILD LLP**
10250 Constellation Boulevard, Suite 900
Los Angeles, California 90067
Telephone:    (310) 598-4150
Facsimile:    (310) 556-9829

*Proposed Counsel to Oroville Hospital, et al.,*
*the Debtors and Debtors-in-Possession*

## UNITED STATES BANKRUPTCY COURT
### EASTERN DISTRICT OF CALIFORNIA
### SACRAMENTO DIVISION

| | |
|---|---|
| In re: | Lead Case No. 25-26876 |
| OROVILLE HOSPITAL, *et al.*,[1] | Jointly Administered With: Case No. 25-26877 |
| Debtors and Debtors in Possession. | **DCN KCO-7** |
| ☒  Affects All Debtors | Chapter 11 |
| ☐  Affects Oroville Hospital | Hon. Christopher D. Jaime |
| ☐  Affects OroHealth Corporation: A Nonprofit Healthcare System | **Hearing Information** |
| Debtors and Debtors in Possession. | Hearing Date:  December 11, 2025 Hearing Time:  11:00 a.m. Location:        Courtroom 32 501 I Street, Sixth Floor Sacramento, California 95814 |

**EXHIBIT IN SUPPORT OF <u>SECOND SUPPLEMENTAL</u> DECLARATION OF ROBERT J. WENTZ IN SUPPORT OF DEBTORS' EMERGENCY MOTION FOR ENTRY OF INTERIM AND FINAL ORDERS: (I) AUTHORIZING THE DEBTORS TO HONOR PREPETITION OBLIGATIONS TO ITS PHYSICIANS AS <u>CRITICAL VENDORS; AND (II) GRANTING RELATED RELIEF</u>**

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each debtor's federal tax identification number, are: Oroville Hospital (4554) and OroHealth Corporation: A Nonprofit Healthcare System (4776). The mailing address for the Debtors is 2767 Olive Highway, Oroville, California, 95966.

Oroville Hospital, a California nonprofit public benefit corporation ("Oroville Hospital"), and OroHealth Corporation: A Nonprofit Healthcare System ("OroHealth" and, together with Oroville Hospital, the "Debtors") hereby submit the following exhibit in support of the *Second Supplemental Declaration of Robert J. Wentz in Support of Debtors' Emergency Motion for Entry of Interim and Final Orders (I) Authorizing the Debtors to Honor Prepetition Obligations to its Physicians as Critical Vendors; and (II) Grant Related Relief* (the "Second Supplemental Wentz Declaration"):

| Exhibit | Description | Pages |
|---------|-------------|-------|
| A | REDLINE [Proposed] Amended Interim Order (i) Authorizing the Debtors to Honor Prepetition Obligations to its Physicians as Critical Vendors; and (ii) Grant Related Relief | 3-8 |

Dated: December 17, 2025

**FOX ROTHSCHILD LLP**

*/s/ Keith C. Owens*
Keith C. Owens
Nicholas A. Koffroth

*Proposed Counsel to Oroville Hospital, et al., the Debtors and Debtors-in-Possession*

**EXHIBIT A**

**[REDLINE Proposed Amended Interim Order]**

KEITH C. OWENS (SBN 184841)
kowens@foxrothschild.com
NICHOLAS A. KOFFROTH (SBN 287854)
nkoffroth@foxrothschild.com
**FOX ROTHSCHILD LLP**
10250 Constellation Boulevard, Suite 900
Los Angeles, California 90067
Telephone:    (310) 598-4150
Facsimile:    (310) 556-9828

*Proposed Counsel to Oroville Hospital, et al.,*
*the Debtors and Debtors-in-Possession*

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF CALIFORNIA**
**SACRAMENTO DIVISION**

| | |
|---|---|
| In re: | Lead Case No. 25-26876 |
| OROVILLE HOSPITAL, *et al.*,[2] | Jointly Administered With:<br>Case No. 25-26877 |
|                   Debtors and Debtors<br>                  in Possession. | **DCN KCO-7** |
| | Chapter 11 |
| ☒  Affects All Debtors | Hon. Christopher D. Jaime |
| ☐  Affects Oroville Hospital<br>☐  Affects OroHealth Corporation: A Nonprofit<br>     Healthcare System | **Hearing Information**<br>Hearing Date:  December 11, 2025<br>Hearing Time:  11:00 a.m.<br>Location:        Courtroom 32 |
|              Debtors and Debtors in Possession. |                 501 I Street, Sixth Floor<br>                Sacramento, California 95814<br>                    *or*<br>               *by Zoom Webinar* |

**[PROPOSED] AMENDED INTERIM ORDER (I) AUTHORIZING THE DEBTORS**
**TO HONOR PREPETITION OBLIGATIONS TO ITS PHYSICIANS AS**
**CRITICAL VENDORS; AND (II) GRANTING RELATED RELIEF**

---

[2] The Debtors in these chapter 11 cases, along with the last four digits of each debtor's federal tax identification number, are: Oroville Hospital (4554) and OroHealth Corporation: A Nonprofit Healthcare System (4776). The mailing address for the Debtors is 2767 Olive Highway, Oroville, California, 95966.

Upon the *Debtors' Emergency Motion for Entry of Interim and Final Orders (i) Authorizing the Debtors to Honor Prepetition Obligations to its Physicians as Critical Vendors; and (ii) Grant Related Relief* (the "Motion"),[3] §§ 105(a), 107(b), 363, 1107(a), and 1108 of the Bankruptcy Code, Bankruptcy Rules 6003, 6004, 9018, and 9037, and Rules 9018-1 and 9037-1 of the Local Rules of Practice, as more fully set forth in the Motion; and upon consideration of the *Declaration of Robert J. Wentz in Support of Debtors' Debtors' Emergency Motion for Entry of Interim and Final Orders (I) Authorizing the Debtors to Honor Prepetition Obligations to its Physicians as Critical Vendors; and (II) Grant Related Relief* (Docket No. 54); the *Supplemental Declaration of Robert J. Wentz in Support of Debtors' Debtors' Emergency Motion for Entry of Interim and Final Orders (I) Authorizing the Debtors to Honor Prepetition Obligations to its Physicians as Critical Vendors; and (II) Grant Related Relief* (Docket No. 85); the *Second Supplemental Declaration of Robert J. Wentz in Support of Debtors' Debtors' Emergency Motion for Entry of Interim and Final Orders (I) Authorizing the Debtors to Honor Prepetition Obligations to its Physicians as Critical Vendors; and (II) Grant Related Relief;* and this Court having jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; and this matter being a core proceeding within the meaning of 28 U.S.C. §157(b)(2); and the Court being able to issue a final order consistent with Article III of the United States Constitution; and venue of this proceeding and the Motion being proper before the Court pursuant to 28 U.S.C. §§ 1408 and 1409; and this Court having found that the relief requested in the Motion is in the best interests of the Debtors' estates, their creditors, and other parties in interest; and this Court having found that the Debtors' notice of the Motion and hearing on the Motion (the "Interim Hearing") were appropriate under the circumstances and that no other notice need be provided; and this Court having reviewed the Motion and having heard the statements in support of the relief requested therein at the Interim Hearing; and this Court having determined that the legal and factual bases set forth in the Motion and at the Interim Hearing establish just cause for the relief granted

---

[3] Unless otherwise defined herein, all capitalized terms have the definitions set forth in the Memorandum of Points and Authorities and the Second Supplemental Declaration of Robert J. Wentz in Support of the Motion filed concurrently herewith.

herein and is necessary to avoid immediate and irreparable harm pursuant to Bankruptcy Rule 6003; and after due deliberation and sufficient cause appearing therefor,

**IT IS HEREBY ORDERED THAT:**

1. The Motion is GRANTED on an interim basis as set forth in this Amended Interim Order.

2. The final hearing (the "Final Hearing") on the Motion shall be held on **January 12, 2026, at 10:00 a.m., prevailing Pacific Standard Time**. Any objections or responses to the Motion shall be filed on or prior to **December 31, 2025**, and served on: (a) counsel for the Debtors Fox Rothschild LLP, 10250 Constellation Boulevard, Suite 900, Los Angeles, California 90067, Attn Keith C. Owens (kowens@foxrothschild.com) and Nicholas A. Koffroth (nkoffroth@foxrothschild.com); (b) the Office of the U.S. Trustee; (c) the holders of the thirty (30) largest unsecured claims against the Debtors (on a consolidated basis) filed in accordance with Bankruptcy Rule 1007(d) or the Official Committee of Unsecured Creditors (if appointed); (d) the proposed DIP lender; (e) creditors that assert a security interest in the Debtor's real property or cash collateral; (f) the State of California through the Attorney General for the State of California; (g) the United States of America through the United States Attorney for the Eastern District of California; and (h) parties that file with the Court and serve upon the Debtor requests for notice of all maters in accordance with Bankruptcy Rule 2002(i). In the event no objections to entry of a final order on the Motion are timely received, this Court may enter such final order without need for the Final Hearing. Any replies in support of the Motion shall be filed on or before **January 7, 2026.**

3. The Debtors are hereby authorized, but not directed, in the reasonable exercise of their business judgment, to honor, pay, or otherwise satisfy, on a case-by-case basis, all or part of the prepetition Physician Claims and the CRNA/CRNFA Claims in an amount not to exceed $6.75 million pending entry of the Final Order.

4. The Debtors are authorized to condition payment of the Physician Claims and the CRNA/CRNFA Claims upon the  terms of the Critical Vendor Agreement in form and substance substantially similar to the form attached as Exhibit C to the List of Exhibits filed in support of the Motion, and if such Physician, CRNA, or CRNFA fails to comply with said Critical Vendor

Agreement: (a) any payment on account of a prepetition Physician Claim or CRNA/CRNFA Claim received by such party shall be deemed, in the Debtors' discretion, an improper postpetition transfer and, therefore, immediately recoverable by the Debtors in cash upon written request by the Debtors; (b) upon recovery by the Debtors, any prepetition claim of such party shall be reinstated as if the payment had not been made; and (c) if there exists an outstanding postpetition balance due from the Debtors to such party, the Debtors may elect to recharacterize and apply any payment made pursuant to the relief requested by the Motion to such outstanding postpetition balance and such Physician, CRNA, or CRNFA will be required to repay to the Debtors such paid amounts that exceed the postpetition obligations then outstanding without the right of any setoffs, claims, provisions for payment of any claims, or otherwise.

5.      Any party that accepts payment from the Debtors on account of all or a portion of any Physician Claim or CRNA/CRNFA Claim pursuant to this ~~Interim Order~~Amended Interim Order shall be deemed to (a) agree to the terms and provisions of this ~~Interim Order~~Amended Interim Order, and (b) have waived, to the extent so paid, any and all prepetition claims, of any type, kind, or priority (including any reclamation claim), against the Debtors, their assets, and properties.

6.      The banks and financial institutions on which checks were drawn or electronic payment requests made in payment of the prepetition obligations approved herein are authorized to receive, process, honor, and pay all such checks and electronic payment requests when presented for payment, and all such banks and financial institutions are authorized to rely on the Debtors' designation of any particular check or electronic payment request as approved by this ~~Interim Order~~Amended Interim Order without any duty of further inquiry and without liability for following the Debtors' instructions.

7.      The Debtors are authorized to issue postpetition checks, or to effect postpetition fund transfer requests, in replacement of any checks or fund transfer requests that are dishonored as a consequence of these Chapter 11 Cases with respect to prepetition amounts owed in connection with the relief granted herein.

8.      Notwithstanding anything to the contrary contained in the Motion or herein, any payment to be made hereunder, and any authorization contained herein, shall be subject to and in

accordance with any interim and final orders, as applicable, authorizing or approving any postpetition debtor-in-possession financing or use of cash collateral for the Debtors (such orders, the "DIP Order") and any budget in connection with any such post-petition debtor-in-possession financing or use of cash collateral authorized herein. To the extent there is any inconsistency between the terms of the DIP Order and any action taken or proposed to be taken hereunder, the terms of the DIP Order shall control.

9.      The contents of the Motion satisfy the requirements of Bankruptcy rule 6003(b).

10.      Notice of the Motion as provided therein shall be deemed good and sufficient notice of such Motion and the requirements of Bankruptcy Rule 6004(a) are satisfied by such notice.

11.      Notwithstanding Bankruptcy Rule 6004(h), the terms and conditions of this ~~Interim Order~~Amended Interim Order are immediately effective and enforceable upon its entry.

12.      The Debtors are authorized to take all actions necessary to effectuate the relief granted in this ~~Interim Order~~Amended Interim Order in accordance with the Motion.

13.      This Court retains exclusive jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of this ~~Interim Order~~Amended Interim Order.

DATED:

_____

United States Bankruptcy Judge

**EXHIBIT B**

**4**

KEITH C. OWENS (SBN 184841)
kowens@foxrothschild.com
NICHOLAS A. KOFFROTH (SBN 287854)
nkoffroth@foxrothschild.com
**FOX ROTHSCHILD LLP**
10250 Constellation Boulevard, Suite 900
Los Angeles, California 90067
Telephone:    (310) 598-4150
Facsimile:    (310) 556-9829

*Proposed Counsel to Oroville Hospital, et al.,*
*the Debtors and Debtors-in-Possession*

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF CALIFORNIA**
**SACRAMENTO DIVISION**

| | |
|---|---|
| In re: | Lead Case No. 25-26876-C-11 |
| OROVILLE HOSPITAL, *et al.*,[1] | Jointly Administered With:<br>Case No. 25-26877 |
|         Debtors and Debtors<br>        in Possession. | **DCN KCO-7** |
| | Chapter 11 |
| ☒  Affects All Debtors | Hon. Christopher D. Jaime |
| ☐  Affects Oroville Hospital<br>☐  Affects OroHealth Corporation: A Nonprofit<br>    Healthcare System | **Hearing Information**<br><u>Hearing Date</u>:  December 11, 2025<br><u>Hearing Time</u>:  11:00 a.m.<br><u>Location</u>:        Courtroom 32 |
|       Debtors and Debtors in Possession. |               501 I Street<br>              Sacramento, California 95814<br>                 *or*<br>           *by Zoom Webinar* |

<u>**SECOND SUPPLEMENTAL DECLARATION OF ROBERT J. WENTZ**</u>
<u>**IN SUPPORT OF DEBTORS' EMERGENCY MOTION FOR ENTRY OF**</u>
<u>**INTERIM AND FINAL ORDERS: (I) AUTHORIZING THE DEBTORS**</u>
<u>**TO HONOR PREPETITION OBLIGATIONS TO PHYSICIANS AS**</u>
<u>**CRITICAL VENDORS; AND (II) GRANTING RELATED RELIEF**</u>

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each debtor's federal tax identification number, are: Oroville Hospital (4554) and OroHealth Corporation: A Nonprofit Healthcare System (4776). The mailing address for the Debtors is 2767 Olive Highway, Oroville, California, 95966.

I, Robert J. Wentz, hereby state and declare as follows:

1.     I am the President and Chief Executive Officer of Oroville Hospital ("Oroville Hospital" or "Hospital"). I am also the Chief Executive Officer of Oroville Hospital's parent corporation, Orohealth Corporation: A Nonprofit Healthcare System ("OroHealth" and, together with Oroville Hospital, the "Debtors"). I make this *Second Supplemental* declaration in support of the *Debtors' Emergency Motion for Entry of Interim and Final Orders (I) Authorizing the Debtors to Honor Prepetition Obligations to Physicians as Critical Vendors* (the "Motion") filed previously and for all other purposes authorized by law.[2]

2.     Except as otherwise indicated, all facts in this declaration are based upon my personal knowledge, my discussions with the Debtors' management team and advisors, my review of relevant documents and information concerning the Debtors' operations, financial affairs, and restructuring initiatives, or my opinions based upon my experience and knowledge. The documents referenced herein, or otherwise relied upon for purposes of this Declaration, are business records of the Debtors, prepared and kept in the ordinary course of the regularly conducted business activities of the Debtors and used by me for those purposes. I am over the age of eighteen and authorized to submit this declaration on behalf of the Debtors. If called upon as a witness, I could and would testify competently to the facts set forth in this Declaration.

3.     The Motion sought relief to pay approximately 150 physicians, surgeons, and physician medical directors (the "Physicians") as critical vendors. Due to California's ban on the corporate practice of medicine, the Physicians are all independent contractors or employees of physician groups that contract with the Debtors.

4.     Although the Motion focuses on physicians, surgeons, and physician medical directors, the requested relief also included twelve Certified Registered Nurse Anesthetists ("CRNA") and one Certified Registered Nurse First Assistant ("CRNFA") that also contract with the Hospital to provide critical services essential to its ongoing operations. As licensed providers under California law, the CRNAs and CRNFA can practice and bill for services independent of the

---

[2] Unless otherwise defined herein, all capitalized terms have the definitions set forth in the Memorandum of Points and Authorities filed in connection with the Motion.

physicians. The CRNAs and CRNFA are paid on the same cycle as the Physicians (monthly in arrears on the 15th day of the following month) and are paid out of the same bank account.

5.     These thirteen individuals were included in the budgeted amounts identified in the Motion, so no additional amounts are requested by this Second Supplemental Declaration, and this Supplement Declaration does not change any relief requested. However, the CRNAs and the CRNFA were inadvertently excluded from the definition of critical healthcare providers sought to be paid as critical vendors. The Debtors, therefore, file this Second Supplemental Declaration out of an abundance of caution to clarify the inclusion of the CRNAs and CRNFA in the relief requested.

6.     The CRNAs provide anesthesia services at the Debtors' surgical center, and the CRNFA is skilled in robotic surgery, specifically vascular surgery and interventional radiology. Of the $6.75 million in initial relief sought by the Debtors and granted by the Court, approximately $425,000 is owed to the CRNAs and the CRNFA for prepetition services provided during the month of November 2025. Of the additional $1.65 million sought for final relief, $100,000 is owed to the CRNAs and the CRNFA for prepetition services provided from December 1 through December 7, 2025. The prepetition amounts owed to the CRNAs and the CRNFA are collectively referred to as the "CRNA/CRNFA Claims."

7.     Due to the essential services provided by the CRNAs and the CRNFA, they are just as critical to the Debtors' operations as the Physicians. All thirteen of these individuals work in the Hospital's surgery center. The Hospital only has one Anesthesiologist, which means the CRNAs administer anesthesia for ninety percent (90%) or more of surgeries performed at the Hospital. The CRNFA was engaged as part of a two-person team with one of the Hospital's most active vascular surgeons and is critical to that surgeon's practice. As such, the CRNAs and the CRNFA epitomize the "clinical dependency" of the Physicians and other contracted healthcare providers at the Hospital. If these individuals were to leave, surgery would come to a grinding halt, which would have a dramatic and detrimental impact on patient care and the Debtors' revenue.

8.     I scheduled a meeting with the CRNAs on December 15, 2025, and nine attended. All in attendance expressed their intention to explore alternative employment opportunities if not immediately paid the prepetition amounts owed. Those in attendance also indicated, at that time, a

1  willingness to sign a critical vendor agreement substantially similar to the form agreement approved

2  by the Court.

3       9.     As previously mentioned, the prepetition CRNA/CRNFA Claims are already included

4  in the budgeted amounts identified in the Motion. As such, no additional amounts are requested by

5  this Second Supplemental Declaration, and this Second Supplemental Declaration does not change

6  any relief requested. The Debtors file this Second Supplemental Declaration out of an abundance of

7  caution to clarify the inclusion of the CRNAs and CRNFA in the requested relief.

8       10.    A redline of the proposed Amended Interim Order clarifying that the CRNA/CRNFA

9  Claims can be paid in accordance with the Motion is filed concurrently herewith as a Supplemental

10  Exhibit in support of this Second Supplemental Declaration.

11       I declare under penalty of perjury that the foregoing is true and correct to the best of my

12  knowledge, information, and belief.

13       Dated this 16th day of December, 2025, in Butte County, California.



Robert J. Wentz

**EXHIBIT C**



Oroville Hospital
Address Service List

| Name | Address |
|------|---------|
| ALE USA, INC. | ATTN CARMEN AZEVEDO 2000 CORPORATE CENTER DR   THOUSAND OAKS CA 91320 |
| ALE USA, INC. | ATTN CARMEN AZEVEDO P.O. BOX 660367   DALLAS TX 75266-0367 |
| ALLIANCE FUNDING GROUP | 17542 17TH STREET  200   TUSTIN CA 92780 |
| AMERICORP FINANCING | 877 S. ADAMS RD   BIRMINGHAM MI 48009 |
| AMERICORP FINANCING | PO BOX 633553   CINCINNATI OH 45263-3553 |
| AMUR FINANCIING | 304 W 3RD ST   GRAND ISLAND NE 68801 |
| AMUR FINANCING | PO BOX 2555   GRAND ISLAND NE 68801 |
| BETA HEALTHCARE GROUP | ATTN RAY BASTIN 1443 DANVILLE BOULEVARD   ALAMO CA 94507 |
| BETA HEALTHCARE GROUP | ATTN RAY BASTIN PO BOX 500030   SAN DIEGO CA 92150-0030 |
| BOSTON SCIENTIFIC CORPORATION | ATTN KETNOUVONG, BOUNTIAP 201 WASHINGTON ST   BOSTON MA 02108 |
| BOSTON SCIENTIFIC CORPORATION | ATTN KETNOUVONG, BOUNTIAP PO BOX 951653   DALLAS TX 75395-1653 |
| CALIFORNIA ATTORNEY GENERALS OFFICE | CONSUMER PROTECTION SECTION ATTN: BANKRUPTCY NOTICES 455 GOLDEN GATE AVE., STE. 11000  SAN FRANCISCO CA 94102-7004 |
| CALIFORNIA DEPARTMENT | OF HEALTH CARE SERVICES 1501 CAPITOL AVE STE 71.2048 SACRAMENTO CA 95814-5005 |
| CALIFORNIA HEALTHCARE INS, INC | ATTN PRESIDENT AND COO 9229 SIERRA COLLEGE BLVD   ROSEVILLE CA 95661-5919 |
| CANNON DESIGN | ATTN SAMUEL J. MUIR, ESQ. 222 BROADWAY, SUITE 1503   OAKLAND CA 94507 |
| CANNON DESIGN | ATTN CEO DEPT CHICAGO 19824   PALATINE IL 60055 |
| CANNON DESIGN | ATTN CEO 300 E 42ND ST 2ND FL   NEW YORK NY 10017 |
| CANON MEDICAL FINANCE | 1000 HOWARD BLVD, SUITE 103   MT LAUREL NJ 08054 |
| CARDINAL HEALTH | ATTN TYRONZA WALTON 7000 CARDINAL PLACE   DUBLIN OH 43017 |
| CARDINAL HEALTH | ATTN TYRONZA WALTON P.O. BOX 742946   LOS ANGELES CA 90074-2946 |
| CHANGE HEALTHCARE | ATTN LUANNE ANDERSON P.O. BOX 742526   ATLANTA GA 30374-2526 |
| CHANGE HEALTHCARE | ATTN VASSI ILIADIS, DAVID WILLNER OREN KREPS 1999 AVE OF THE STARS, STE 1400  LOS ANGELES CA 90067 |
| CHANGE HEALTHCARE | ATTN LUANNE ANDERSON C/O OPTUM 11000 OPTUM CIRCLE  EDEN PRAIRIE MN 55344 |
| CHG MEDICAL STAFFING, INC. | ATTN EVONNE ORWIN P.O. BOX 972670   DALLAS TX 75397-2670 |
| CLINICOMP INTERNATIONAL, INC. | ATTN SEAN GALLAGHER 9655 TOWNE CENTRE DR   SAN DIEGO CA 92121 |
| CODONICS | 17991 ENGLEWOOD DR   MIDDLEBURG HEIGHTS OH 44130 |
| CODONICS | PO BOX 523   MURIETTA OH 45750-0523 |
| CURATIVE TALENT, LLC | ATTN BLAKE BEAR PO BOX 122549   DALLAS TX 75312-2549 |
| DE LAGE LANDEN FINANCIAL | SERVICES, INC. PO BOX 825736   PHILADELPHIA PA 19182-5736 |
| DELL FINANCIAL SERVICES | ONE DELL WAY   ROUND ROCK TX 78682 |
| DELL FINANCIAL SERVICES | PO BOX 5292   CAROL STREAM IL 60197-5292 |
| DEXT CAPITAL | PO BOX 74007351   CHICAGO IL 60674-7351 |
| FIRST CITIZENS BANK | 440 DRAKE CIRCLE   SACRAMENTO CA 95864 |
| FIRST CITIZENS BANK | PO BOX 63034   CHARLOTTE NC 28263-3034 |
| FORD CREDIT | BANKRUPTCY DEPARTMENT P.O. BOX 35911   CLEVELAND OH 44135-0911 |
| FORD CREDIT | BANKRUPTCY DEPARTMENT P.O. BOX 35911   CLEVELAND OH 44135-0911 |
| GE HEALTHCARE | 2984 COLLECTION CENTER DRIVE   CHICAGO IL 60693 |
| GE HEALTHCARE CAPITAL | PO BOX 640200   PITTSBURGH PA 15264-0200 |


| Name | Address |
| --- | --- |
| GREENBERGTRAURIG,LLP | COUNSEL TO UMB ATTN COLLEENMURPHY 1 INTERNATIONAL PL STE 2000 BOSTON MA 02110 |
| INTUITIVE SURGICAL | ATTN CEO/GENERAL COUNSEL PO BOX 883629   LOS ANGELES CA 90088-3629 |
| INTUITIVE SURGICAL | ATTN CEO/GENERAL COUNSEL 1020 KIFER ROAD   SUNNYVALE CA 94086 |
| INTUITIVE SURGICAL | PO BOX 883629    LOS ANGELES CA 90088-3629 |
| INTUITIVE SURGICAL INC | 1020 KIFER ROAD    SUNNYVALE CA 94086 |
| LANDMARK HEALTHCARE FACILITIES | ATTN MICHAEL D. CLEARY 839 N. JEFFERSON ST   MILWAUKEE WI 53202 |
| MECHANICS BANK | 2000 M STREET    MERCED CA 95340 |
| MECHANICS BANK | 2227 MYERS STREET    OROVILLE CA 95966 |
| MEDICAL SOLUTIONS | ATTN DARREL REICHENBERG P.O. BOX 850737   MINNEAPOLIS MN 55485-0737 |
| MEDLINE INDUSTRIES | ATTN SHANE REED, DIRECTOR OF CREDIT A/R SERVICES AND ESCALATIONS FINANCE DEPT. LA 21558  PASADENA CA 91185-1558 |
| MEDLINE INDUSTRIES | ATTN SHANE REED, DIRECTOR OF CREDIT A/R SERVICES AND ESCALATIONS FINANCE THREE LAKES DR  NORTHFIELD TOWNSHIP IL 60093 |
| MODERN-SUNDT | ATTN SARA KORNBLATT C/O GIBBS GIDEN 12100 WILSHIRE BLVD STE 300 LOS ANGELES CA 90025 |
| NISSAN MOTORS | PO BOX 740849    CINCINNATI OH 45274-0849 |
| OFFICE OF THE U.S. TRUSTEE | 450 GOLDEN GATE AVENUE, 5TH FLOOR SUITE 05-0153   SAN FRANCISCO CA 94102 |
| OHPAC PARTNERS, LLC | ATTN  RICHARD PACHULSKI 10100 SANTA MONICA BLVD   LOS ANGELES CA 90067 |
| OMNICELL, INC. | ATTN DORTHEA CARMON P.O. BOX 204650   DALLAS TX 75320-4650 |
| OMNICELL, INC. | ATTN DORTHEA CARMON 4220 NORTH FREEWAY   FORT WORTH TX 76137 |
| OROVILLE MEDICAL COMPLEX, LLC | ATTN RICHARD PACHULSKI 10100 SANTA MONICA BLVD   LOS ANGELES CA 90067 |
| PACIFIC GAS & ELECTRIC | ATTN CEO/GENERAL COUNSEL 300 LAKESIDE DRIVE   OAKLAND CA 94612 |
| PACIFIC GAS & ELECTRIC | ATTN CEO/GENERAL COUNSEL P.O. BOX 997300   SACRAMENTO CA 95899-7300 |
| PACIFIC PARKS LANDSCAPING, INC | LAW OFFICES OF ABDULAZAZ GROSSPART & DUDMAN 6454 COLDWATER CANYON AVE.  NORTH HOLLYWOOD CA 91606 |
| PHOENIX SETTLEMENT ADMIN. | ATTN YAMI BURNS 1411 N. BATAVIA ST., SUITE 105   ORANGE CA 92867 |
| PHOENIX SETTLEMENT ADMIN. | ATTN YAMI BURNS P.O. BOX 7208   ORANGE CA 92863 |
| STERIS CORPORATION | ATTN ALEX SYLVAN P.O. BOX 644063   PITTSBURGH PA 15264-4063 |
| STERIS CORPORATION | ATTN ALEX SYLVAN 5960 HEISLEY ROAD    MENTOR OH 44060 |
| STRYKER SALES LLC | ATTN NOEL PEREIRA 21343 NETWORK PLACE   CHICAGO IL 60673-1213 |
| THE BANK OF NEW YORK MELLON | PO BOX 392013    PITTSBURGH PA 15251-9013 |
| THE BANK OF NEW YORK MELLON | 500 ROSS ST 12TH FL    PITTSBURGH PA 15262 |
| TRI COUNTIES BANK | 63 CONSTITUTION DRIVE    CHICO CA 95973 |
| TRISHA L. HOPPS AND PAMELA SERAFINE | 5537 BLACK OLIVE DRIVE    PAMELA SERAFINE PARADISE CA 95954 |
| TRISHA L. HOPPS AND PAMELA SERAFINE | PAMELA SERAFINE 5537 BLACK OLIVE DRIVE   PARADISE CA 95954 |
| U.S. DEPARTMENT OF JUSTICE | ATTN EDWARD C. CROOKE CIVIL DIVISION, FRAUD SECTION 175 N STREET NE  WASHINGTON DC 200004 |
| UMB BANK | PO BOX 414589    KANSAS CITY MO 64141-4589 |



Address Service List

| Name | Address |
|------|---------|
| US ATTORNEY, EASTERN DISTRICT OF CA | 501 I ST, STE 10-100 ATTN ERIC GRANT   SACRAMENTO CA 95814 |
| VITALANT | ATTN MISTY JOHNSON P.O. BOX 29650   PHOENIX AZ 85038-9650 |
| VITALANT | ATTN MISTY JOHNSON 9305 E. VIA DE VENTURA   SCOTTSDALE AZ 85258 |
| VITEL NET | ATTN MICHAEL KOLLAR 1640 BORO PLACE 4TH FLOOR, SUITE 505 MCLEAN VA 22102 |
| WEATHERBY LOCUMS, INC. | ATTN EVONNE ORWIN P.O. BOX 972633   DALLAS TX 75397-2633 |
| WEATHERBY LOCUMS, INC. | ATTN EVONNE ORWIN 7259 BINGHAM JCT. BLVD   MIDVALE UT 84047 |
| ZIMMER, INC. | ATTN DANIEL CARABALLO 14235 COLLECTIONS CENTER DR   CHICAGO IL 60693 |

# Total Count: 78

**EXHIBIT D**

OROVILLE HOSPITAL, *et al.,* Lead Case No. 25-26876-C-11 (CDJ)

Electronic Mail Master/Core Service List

| Name | ATTN | Email Address |
|---|---|---|
| ALLIANCE FUNDING GROUP | | bknox@afg.com |
| AMERICORP FINANCING | | creditdept@americorpusa.com; mark.johnson@americorpusa.com |
| AMUR FINANCING | | livler@goamur.com |
| CALIFORNIA ATTORNEY GENERALS OFFICE | ATTN: BANKRUPTCY NOTICES | attorneygeneral.appointments@doj.ca.gov |
| CANON MEDICAL FINANCE | | pgillece@us.medical.canon |
| CODONICS | | gcaddell@codonics.com |
| DE LAGE LANDEN FINANCIAL SERVICES, INC. | | jksmith@leasedirect.com; smathur2@leasedirect.com; customersupport@leasedirect.com |
| DELL FINANCIAL SERVICES | | patrick_hanks@dell.com |
| DEXT CAPITAL | | brent.mcqueen@dextcapital.com |
| FIRST CITIZENS BANK | | greg.mellor@firstcitizens.com |
| FORD CREDIT | | cgoodhue@orovilleford.com |
| GE HEALTHCARE | | david.w.kelsey@gehealthcare.com |
| GREENBERGTRAURIG,LLP | ATTN COLLEEN MURPHY | colleen.murphy@gtlaw.com |
| INTUITIVE SURGICAL | | jennifer.klepper@intusurg.com |
| MECHANICS BANK | | angie_sargsyan@mechanicsbank.com; samone_shafer@mechanicsbank.com |
| NISSAN MOTORS | | dominic.vizor@nissan-usa.com |
| OFFICE OF THE U.S. TRUSTEE | | ustp.region17@usdoj.gov |
| THE BANK OF NEW YORK MELLON | | felicia.kadimajohnson@usbank.com |
| TRI COUNTIES BANK | | kenforbis@tcbk.com |
| TRISHA L. HOPPS AND PAMELA SERAFINE | PAMELA SERAFINE | hoppsie44@gmail.com |
| UMB BANK | | gavin.wilkinson@umb.com |
| US ATTORNEY, EASTERN DISTRICT OF CA | ATTN ERIC GRANT | usacae-webmaster@usdoj.gov |
| ALE USA, INC. | ATTN CARMEN AZEVEDO | enterprise orderdesk@al-enterprise.com |
| BETA HEALTHCARE GROUP | ATTN RAY BASTIN | ray.bastin@betahg.com |
| BOSTON SCIENTIFIC CORPORATION | ATTN KETNOUVONG, BOUNTIAP | bountiap.ketnouvong@bsci.com |
| CALIFORNIA DEPARTMENT OF HEALTH CARE SERVICES | ATTN CHRISTINE OGURO | cdtfa-bankruptcy@cdtfa.ca.gov |
| CALIFORNIA HEALTHCARE INS, INC | ATTN PRESIDENT AND COO | mhiggins@optimahealthcare.com |
| CANNON DESIGN | ATTN SAMUEL J. MUIR, ESQ. | sam@muir.law |
| CARDINAL HEALTH | ATTN TYRONZA WALTON | tyronza.walton@cardinalhealth.com |
| CHANGE HEALTHCARE | ATTN LUANNE ANDERSON | luanne.anderson@optum.com |
| CHANGE HEALTHCARE | ATTN VASSI ILIADIS, DAVID WILLNER, OREN KREPS | vassi.iliadis@hoganlovells.com; david.willner@hoganlovells.com; oren.kreps@hoganlovells.com |
| CHG MEDICAL STAFFING, INC. | ATTN EVONNE ORWIN | evonne.orwin@chghealthcare.com |
| CLINICOMP INTERNATIONAL, INC. | ATTN SEAN GALLAGHER | sean.gallagher@clinicomp.com |
| CURATIVE TALENT, LLC | ATTN BLAKE BEAR | bbear@doximity.com |
| INTUITIVE SURGICAL | ATTN CEO/GENERAL COUNSEL | customerservice@intusurg.com |
| LANDMARK HEALTHCARE FACILITIES | ATTN MICHAEL D. CLEARY | info@landmarkleadership.com |

OROVILLE HOSPITAL, *et al.,* Lead Case No. 25-26876-C-11 (CDJ)

Electronic Mail Master/Core Service List

| Name | ATTN | Email Address |
|---|---|---|
| MEDICAL SOLUTIONS | ATTN DARREL REICHENBERG | darrel.reichenberg@medicalsolutions.com |
| MEDLINE INDUSTRIES | ATTN MICHELLE CURTIN | mcurtin@medline.com |
| MODERN-SUNDT | ATTN Sara Kornblatt | skomblatt@gibbsgiden.com |
| OHPAC PARTNERS, LLC | ATTN  RICHARD PACHULSKI | rpachulski@pszjlaw.com |
| OMNICELL, INC. | ATTN DORTHEA CARMON | accounts.receivable@omnicell.com |
| OROVILLE MEDICAL COMPLEX, LLC | ATTN RICHARD PACHULSKI | rpachulski@pszjlaw.com |
| PACIFIC GAS & ELECTRIC | ATTN CEO/GENERAL COUNSEL | customerservice@pge.com |
| PACIFIC PARKS LANDSCAPING, INC | LAW OFFICES OF ABDULAZAZ | ksg@agrlaw.com |
| PHOENIX SETTLEMENT ADMIN. | ATTN YAMI BURNS | notice@phoenixclassaction.com |
| PHOENIX SETTLEMENT ADMIN. | ATTN YAMI BURNS | kevin@phoenixclassaction.com; taylor@phoenixclassaction.com |
| STERIS CORPORATION | ATTN ALEX SYLVAN | alex_sylvan@steris.com |
| STRYKER SALES LLC | ATTN NOEL PEREIRA | noel.pereira@stryker.com |
| U.S. DEPARTMENT OF JUSTICE | ATTN EDWARD C. CROOKE | jennifer.gregory@doj.ca.gov |
| VITALANT | ATTN MISTY JOHNSON | ar@vitalant.org |
| VITEL NET | ATTN MICHAEL KOLLAR | info@vitelnet.com |
| WEATHERBY LOCUMS, INC. | ATTN EVONNE ORWIN | evonne.orwin@chghealthcare.com |
| ZIMMER, INC. | ATTN DANIEL CARABALLO | daniel.caraballo@zimmerbiomet.com |