|   |   |
|---|---|
| 1 | **2** |
| 2 | KYRSTEN B. SKOGSTAD (SBN 281583) |
| 3 | CALIFORNIA NURSES ASSOCIATION<br>LEGAL DEPARTMENT |
| 4 | 155 Grand Avenue<br>Oakland, CA  94612 |
| 5 | 510-273-2200 (Telephone)<br>510-663-4822 (Facsimile) |
| 6 | kskogstad@calnurses.org |
| 7 | Attorneys for<br>CALIFORNIA NURSES ASSOCIATION |

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF CALIFORNIA**
**SACRAMENTO DIVISION**

| In re: | Lead Case No. 25-26876 |
|---|---|
| OROVILLE HOSPITAL, *et al*., | Jointly Administered With:<br>25-26877 |
| Debtors and Debtors<br>in Possession. | **DCN KCO-2** |
|  | Chapter 11 |
|  | Hon. Christopher D. Jaime |
| ☒ Affects All Debtors | **DECLARATION OF KIM JAKAB IN SUPPORT OF CNA OBJECTION TO INTERIM WAGE AND BENEFITS ORDER [DKT. 104]** |
| ☐ Affects Oroville Hospital | |
| ☐ Affects OroHealth Corporation: A Nonprofit Healthcare System | |
| Debtors and Debtors in Possession. | **Hearing:**<br>**Date:** January 12, 2026<br>**Time:** 10:00 AM<br>**Place:** Courtroom 32<br>　　　　501 I Street<br>　　　　Sacramento, CA 95814 |

　　　1.　　I, Kim Jakab, declare that the following facts are true to the best of my knowledge and recollection and if called to testify to them could do so competently.

1

DECLARATION OF KIM JAKAB
Case No. 25-26876

2. I am employed by the California Nurses Association as a labor representative. In this capacity, I negotiate and enforce collective bargaining agreements ("CBAs") with hospitals at which CNA represents registered nurses.

3. Oroville Hospital is one of the hospitals I am assigned to represent in this capacity.

4. On December 18, Dawn Nevers, Oroville Hospital Director of Human Resources emailed to inform me that the nurses' use of continuing education hours (CE hours) during the bankruptcy will be subject to a $17,150 cap to the extent those hours were accrued prepetition, attached as Exhibit C to the Exhibit List, filed contemporaneously herewith.

5. Because hours are accrued before they are used most of the hours that registered nurses would be eligible to use in the next few months would have accrued prepetition.

6. Nurses in California are required to complete 30 hours of continuing education every two years to maintain their licenses.

7. Ms. Nevers also stated that the wages for the nurses that occurred in the pay period falling within the petition date that were worked prepetition were already deducted from the $17,150 cap.

8. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on December 29, 2025, at Oroville, California.

/s/ Kim Jakab
Kim Jakab

2
DECLARATION OF KIM JAKAB
Case No. 25-26876