
Filed 12/30/25     Case 25-26876     Doc 163

Kyrsten B. Skogstad (SBN 281583)
California Nurses Association
Legal Department
155 Grand Avenue
Oakland, CA 94612
510-761-1522 (Telephone)
510-663-4822 (Facsimile)
kskogstad@calnurses.org

Attorney for: California Nurses Association

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF CALIFORNIA

| In re:<br><br>Oroville Hospital, et al.,<br><br><br><br><br><br>Debtor(s) | **Bankruptcy Case No.:** 25-26776<br>**Docket Control Number:** KCO-2<br><br>**Hearing Information** *(if applicable)*:<br><br>   Hearing Date:     January 12, 2026<br>   Hearing Time:     10:00 AM<br>   Location:     Dept B, Crtrm 32<br>   Judge:     Hon. Christopher D. Jaime |
|---|---|
| <br>Plaintiff(s)<br>v.<br><br><br><br><br><br>Defendant(s) | **Adversary Proceeding No.** *(if applicable)*:<br>**Docket Control Number:**<br><br>**Hearing Information** *(if applicable)*:<br><br>   Hearing Date:<br>   Hearing Time:<br>   Location:<br>   Judge: |

## CERTIFICATE OF SERVICE OF

Objection, Declaration Kim Jacob In Support Of Objection, and Exhibits In Support of Objection By Creditor California Nurses Association To Motion For Interim and Final Orders: (I) Authorizing the Debtors to (A) Pay Prepetition Employee Wages and Salaries, and Other Compensation, And (B) Continue Employee Benefits; And (II) Granting Related Relief [Dkt. NOS. 24, 104]

1

I, the undersigned, certify and declare:

1. **Personal knowledge.** I am over the age of 18 years and not a party to the above-entitled case.

2. **Status**. I am ☐ an attorney of record in this case/adversary proceeding, **or** ☐ trustee, **or** ☑ my business/employer is <u>California Nurses Association</u> and my ☑ business address **or** ☐ mailing address if not a business is:

   <u>155 Grand Avenue, Oakland, CA 94612</u>.

3. **About the Case/Proceeding.** (*Check at least one type of case/proceeding and as many subheadings thereunder as* applicable.)

   ☐ **Chapter 7 case** (*indicate below if subject to limited noticing; check all that are applicable.*)
   - ☐ Rule 2002(h) Limited Noticing. Fed. R. Bankr. P. 2002(h); LBR 2002-3. *(Check all that are applicable.)*
     - ☐ One of the following applies: (1) This is a voluntary asset case and at least 70 days have elapsed since the order for relief; (2) This is an involuntary asset case and at least 90 days have elapsed since the order for relief; (3) This is a no asset case and at least 90 days have elapsed since the mailing of the notice of time for filing claims under Fed. R. Bankr. P. 3002(c)(5).
     - ☐ This case is subject to an order limiting service. Fed. R. Bankr. P. Rule 2002(m). The order limiting service is docketed at ECF no.____.

   ☐ **Chapter 12 or 13 case** (*indicate below if subject to limited noticing; check all that are applicable.*)
   - ☐ Rule 2002(h) Limited Noticing. This case is subject to limited noticing because at least 70 days have elapsed since the order for relief. Fed. R. Bankr. P. 2002(h); LBR 2002-3.7.
   - ☐ Rule 3015(h) Limited Noticing (post-confirmation plan modification only). This case is subject to limited noticing because the debtor(s) has confirmed at least one plan and the modified plan filed herewith neither lengthens the term of, nor diminishes the dividend due general unsecured creditors, from the most recently confirmed plan. Fed. R. Bankr. P. 3015(h); LBR 3015-1(d)(3).
   - ☐ This case is subject to an order limiting service. Fed. R. Bankr. P. 2002(m). The order limiting service is docketed at ECF no ____.

   ☐ **Chapter 9 case** (*indicate below if subject to limited noticing*)
   - ☐ This case is subject to an order limiting service. Fed. R. Bankr. P. 2002(m). The order limiting service is docketed at ECF no.____.

   ☑ **Chapter 11 case** (*indicate below if subject to limited noticing*)
   - ☐ This case is subject to limited noticing because one or more creditors/equity holders committees have been appointed. Fed. R. Bankr. P. 2002(i); LBR 2002-4.
   - ☐ This case is subject to an order limiting service. Fed. R. Bankr. P. 2002(m). The order limiting service is docketed at ECF no.____.

   ☐ **Chapter 15 case**    ☐ **Adversary Proceeding**

4. **About the Documents Served**
   On <u>December 30</u>, 20<u>25</u>, by the method(s) specified below, the following documents were served *(list in space provided):*



   **or** ☑ those documents described in the list appended hereto and numbered ***Attachment 4.***

5. **Who is Being Served**
   Unless otherwise indicated below, all indicated parties below have received all documents described in Section 4.

   | | |
   |---|---|
   | ☐ Debtor(s)<br>☐ Plaintiff(s)<br>☐ Defendant(s)<br>☐ All committee members<br>☐ Equity security holders<br>☐ All creditors and parties in interest (Notice of Hearing only)<br>☐ Only creditors that have filed claims (Notice of Hearing only)<br>☐ All creditors and parties in interest | ☐ Fewer than all creditors *(check at least one below)*<br>  ☐ Creditors that have filed claims<br>  ☐ Creditors holding allowed secured claims<br>  ☐ Creditors holding allowed priority unsecured claims<br>  ☐ Creditors holding leases or executory contracts that have been assumed<br>  ☐ 20 largest creditors<br>☐ Administrative claimants<br>☐ Other party(ies) in interest |

**6. How Service is Accomplished**

- A. ☑ **Rule 7004 Service.** *(Check at least one, if applicable.)*
    1. ☑ **First Class Mail**
       Service was effected on those persons listed on the attachment by placing a true and correct copy of the document(s) served in a sealed envelope, first class mail, postage prepaid in the United States Postal Service (or in a place designated by the law firm or trustee for outgoing mail prior to the last regular pick up of outgoing mailing for the day) for each of the persons listed below. Fed. R. Bankr. P. 7004(b); 7004(g). A list of the persons served, including their name/capacity to receive service, and address is appended hereto and numbered ***Attachment 6A-1***.
    2. ☐ **Certified Mail**
       Service was effected on those persons listed on the attachment by placing a true and correct copy of the document(s) served in a sealed envelope, certified mail, postage prepaid in the United States Postal Service (or in a place designated by the law firm or trustee for outgoing mail prior to the last regular pick up of outgoing mailing for the day) for each of the persons indicated below. Fed. R. Bankr. P. 7004(h). A list of the persons served, including their name/capacity to receive service, and address is appended hereto and numbered ***Attachment 6A-2***.
    3. ☐ **Publication**
       Service was effected by publication as ordered by the court and docketed at ECF no.____. Fed. R. Bankr. P. 7004(c). Attestation(s) as to the manner and form of such publication is appended hereto and numbered ***Attachment 6A-3***.

- B. ☑ **Rule 5 and Rules 7005, 9036 Service** *(Check as many as applicable.)*

    **Electronic Notice Recipients.** Attorneys and trustees that have appeared and parties who have requested notice per LBR 2018-1 are deemed to have received notice, Fed. R. Civ. P. 5, by filing the document with the Clerk of the Court, Fed. R. Bankr. 5005(a)(3)(A), 9036(b)(2),(c); LBR 9010-1, and separate notice is not required. Fed. R. Civ. P. 5(d)(1)(B), *incorp. by* Fed. R. Bankr. P. 7005, 9014(c).

    **Parties in Interest.** *(Check as many as are applicable, if any).* Parties in interest have been given notice in the following manner.

    1. ☑ **U.S. Mail**
       Service on those parties, listed below, was effected by placing a true and correct copy of the document(s) served in a sealed envelope, first class mail, postage prepaid in the United States Postal Service (or in a place designated by the law firm or trustee for outgoing mail prior to the last regular pick up of outgoing mailing for the day) for each of the persons indicated below. Fed. R. Civ. P. 5(b)(2)(c); Fed. R. Bankr. P. 9014.
        a. **Parties in interest**
            - ☐ **Clerk's Matrix of Creditors**. A copy of the matrix of creditors maintained by the Clerk of the Court as applicable to this case and/or adversary proceeding is appended hereto and numbered ***Attachment 6B-1***. Such list shall be downloaded not more than seven days prior to the date of filing of the pleadings and other documents and shall reflect the date of downloading.
            - ☐ **List Other Than the Clerk's Matrix of Creditors**. Where service by U.S. Mail is effected on six or fewer parties in interest, parties may (but need not) use a service list. A copy of the custom service list is appended hereto and numbered ***Attachment 6B-2***.
        b. ☑ **Other Parties in Interest Checked in Section 5.** A list of the named and addresses of other parties in interest served (if checked in section 5 above) is appended hereto and numbered ***Attachment 6B-3***.
    2. ☐ **Other Methods of Service**
       Specify the means of delivery. Fed. R. Civ. P. 5 (b)(2) (A), (B), (D), (F). A list of those persons so served and the addresses at which they are served is appended hereto and numbered ***Attachment 6B-4.***

☐ I have used a third-party service company, i.e., _____, to assist me in effecting service. I have in my possession a signed certificate of service from that company and will produce that certificate of service on demand.

I swear under penalty of perjury that the foregoing is true and correct.

Executed on _December 30_____, 20_25___, at _Oakland_____ _CA_____.
                                                                  City                    State

_Michael Friedlander_____              _/s/ Michael Friedlander_____
Print Name                                                  Signature

**4**

KYRSTEN B. SKOGSTAD (SBN 281583)
CALIFORNIA NURSES ASSOCIATION
LEGAL DEPARTMENT
155 Grand Avenue
Oakland, CA 94612
510-761-1522 (Telephone)
510-663-4822 (Facsimile)
kskogstad@calnurses.org

Attorney for
CALIFORNIA NURSES ASSOCIATION

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF CALIFORNIA
### SACRAMENTO DIVISION

| | |
|---|---|
| In re: | Lead Case No. 25-26876 |
| OROVILLE HOSPITAL, *et al*., | Jointly Administered With: 25-26877 |
| Debtors and Debtors in Possession. | **DCN KCO-2** |
| | Chapter 11 |
| ☒ Affects All Debtors | Hon. Christopher D. Jaime |
| ☐ Affects Oroville Hospital | **CERTIFICATE OF SERVICE** |
| ☐ Affects OroHealth Corporation: A Nonprofit Healthcare System | |
| Debtors and Debtors in Possession. | |

    The undersigned hereby declares under penalty of perjury that I am a citizen of the United States, over the age of eighteen years, not a party to the within action and that my business address is 155 Grand Avenue, Oakland, California 94612.

1

1  On December 30, 2025, I served a copy of the following documents:

2

3      1. **OBJECTION BY CREDITOR CALIFORNIA NURSES ASSOCIATION TO MOTION FOR INTERIM AND FINAL ORDERS: (I) AUTHORIZING THE DEBTORS TO (A) PAY PREPETITION EMPLOYEE WAGES AND SALARIES, AND OTHER COMPENSATION, AND (B) CONTINUE EMPLOYEE BENEFITS; AND (II) GRANTING RELATED RELIEF [DKT. NOS. 24, 104]**

4

5

6

7

8      2. **DECLARATION OF KIM JAKAB IN SUPPORT OF CNA OBJECTION TO INTERIM WAGE AND BENEFITS ORDER [DKT. 104]**

9

10

11      3. **EXHIBITS A THROUGH C IN SUPPORT OF CALIFORNIA NURSES ASSOCIATION OBJECTION TO INTERIM WAGE AND BENEFITS ORDER**

12

13

14  via ECF to all ECF Registered Participants.

15  And, I served a copy via Electronic Mail and First Class United States Mail:

16  Fox Rothschild LLP
Attn: Keith C. Owens &
17  Nicholas A Koffroth
10250 Constellation Boulevard, Suite 900
18  Los Angeles, CA 90067
Via First Class Mail &
19  Via Electronic Mail: kowens@foxrothschild.com
               nkoffroth@foxrothschild.com
20

21  Also, I served a copy I served a copy via First Class United States Mail to the following:

22

23  Office of the U.S. Trustee        California Attorney Generals Office
450 Golden Gate Avenue, 5th Floor    Consumer Protection Section
Suite 05-0153                         Attn: Bankruptcy Notices
24  San Francisco, CA 94102            455 Golden Gate Ave., Ste. 11000
                                       San Francisco, CA 94102-7004
25

26  US Attorney, Eastern District of CA
501 I St, Ste 10-100
27  Attn Eric Grant
Sacramento, CA 95814
28

| | |
|---|---|
| United Steelworkers International Union<br>Representative: Zach Hebert<br>Assistant General Counsel<br>60 Blvd. of the Allies, Rm. 807<br>Pittsburgh, PA 1522 | Medline Industries LP<br>3 Lakes Drive<br>Northfield, IL 60093 |
| UMB Bank<br>Attn: Greenberg Traurig<br>PO Box 414589<br>Kansas City, MO 64141-4589 | Thomas G. Mouzes<br>555 Capitol Mall Suite 1500<br>Sacramento, CA 95814 |
| Counsel for Tri-Counties Bank:<br>Thomas G Mouzes<br>Bashar Ahmad<br>Boutin Jones Law Firm<br>555 Capitol Mall, Suite 1500<br>Sacramento, CA 95814 | Office of the U.S. Trustee<br>Robert T. Matsui United States Courthouse<br>501 I Street, Room 7-500<br>Sacramento, CA 95814 |
| City of Oroville<br>1735 Montgomery Street<br>Oroville, CA 95965 | David P. Papiez<br>Fox Rothschild LLP<br>1001 Fourth Avenue, Suite 4400<br>Seattle, WA 98154 |
| Jason M. Blumberg<br>501 I St #7-500<br>Sacramento, CA 95814 | Melissa S. Woods<br>Cohen, Weiss, and Simon LLP<br>909 3rd Ave 12th Floor<br>New York, NY 10022 |
| Trevor R. Fehr<br>280 S 1st St #268<br>San Jose, CA 95113 | Christopher D. Marks<br>Colleen A. Murphy<br>Kevin J. Walsh<br>Greenberg Traurig, LLP<br>One International Place<br>Suite 2000<br>Boston, MA 02110 |
| Zachary Hebert<br>60 Boulevard of the Allies, Room 807<br>Pittsburgh, PA 15222 | |
| Matthew Higgins<br>Fox Rothschild LLP<br>312 N. Clark Street, Suite 1600<br>Chicago, IL 60654 | |

Additionally, I served a copy via First Class United States Mail and via Electronic Mail, where an e-mail address was provided, to the Official Committee of Unsecured Creditors as set forth on the following page:

1    <u>Official Committee of Unsecured Creditors</u>

2

| | |
|---|---|
| Modern-Sundt, a Joint Venture<br>Representative: Moke Seegert<br>3083 Southgate Lane<br>Chico, CA 95928<br><br>Attorney: Sara Kornblatt<br>C/O Gibbs Giden<br>12100 Wilshire Blvd<br>Los Angeles, CA 90025 | Medline Industries LP<br>Representative: Shane Reed<br>3 Lakes Drive<br>Northfield, IL 60093<br>sreed@medline.com |
| Change Healthcare Operations, LLC<br>Representative: Paul Runice<br>One Health Drive MN103-0500<br>Eden Prairie, MN 55344<br><br>Attorney: Eric Goldstein<br>Shipman & Goodwin, LLP<br>egoldstein@goodwin.com | Vitel Net<br>Representative: Michael Kollar<br>1640 Boro Place, 4th Floor<br>McLean, VA 22102<br>mkollar@vitelnnet.com |
| Phoenix Settlement Admin<br>Representative: Susana Carrillo<br>515 Figueroa St. Suite 1250<br>Los Angeles, CA 90071<br>Attorney: Larry Lee<br>Diversity Law Group, APC<br>lwlee@diversitylaw.com | Boston Scientific<br>Representative: Enrico Laurent<br>300 Boston Scientific Way<br>Marlborough, MA 01752<br><br>Attorney: Steven D. Sass<br>Steen D. Sass LLC<br>PO Box 45<br>Clarksville, MD 21029<br>stevendsassllc@gmail.com |
| | United Steelworkers<br>International Union<br>Attorney: Laurie Traktman<br>Gilbert & Sackman<br>800 Wilshire Blvd., St. 1410<br>Los Angeles, CA 90017<br>lat@gslaw.org |

    I declare under penalty of perjury that the foregoing is true and correct. Executed on December 30, 2025, at Oakland, California.

                                                           */s/ Michael Friedlander*
                                                           Michael Friedlander