GREENBERG TRAURIG, LLP

CARSON HENINGER (SBN CA 327130)
222 SOUTH MAIN STREET, SUITE 1730
SALT LAKE CITY, UTAH 84101
TELEPHONE: 801.478.6914
CARSON.HENINGER@GTLAW.COM

KEVIN J. WALSH (admitted *pro hac vice*)
COLLEEN A. MURPHY (admitted *pro hac vice*)
CHRISTOPHER MARKS (admitted *pro hac vice*)
One International Place, Suite 2000
Boston, Massachusetts 02110
Telephone: (617) 310-6000
Email: Kevin.Walsh@gtlaw.com
Colleen.Murphy@gtlaw.com
Chris.Marks@gtlaw.com

Counsel to UMB Bank, N.A., as DIP Lender, Master Trustee and Series 2019 Bond Trustee

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA SACRAMENTO DIVISION

| | |
|---|---|
| In re:<br><br>OROVILLE HOSPITAL, *et al.*,[1]<br><br>Debtors and Debtors in Possession<br><br>---<br><br>☒ Affects all Debtors<br>☐ Affects Oroville Hospital<br>☐ Affects OroHealth Corporation: A Nonprofit Healthcare System<br><br>Debtors and Debtors in Possession | Lead Case No. 25-26876<br><br>Jointly Administered With: Case No. 25-26877<br><br>**DCN NAK-7**<br><br>Chapter 11<br>Hon. Christopher D. Jaime<br><br>Hearing Date: January 12, 2026<br>Hearing Time: 10:00 a.m.<br>Location: Courtroom 32<br>501 I Street, Suite 3-200<br>Sacramento, California 95814 |

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each debtor's federal tax identification number, are: Oroville Hospital (4554) and OroHealth Corporation: A Nonprofit Healthcare System (4776). The mailing address for the Debtors is 2767 Olive Highway, Oroville, California, 95966.

-1-

64068876.v1

**UMB BANK, N.A., AS TRUSTEE'S STATEMENT AND RESERVATION OF RIGHTS REGARDING THE DEBTORS' EMERGENCY MOTION FOR FINAL ORDER (I) AUTHORIZING THE DEBTORS TO (A) OBTAIN SENIOR SECURED POSTPETITION FINANCING, (B) USE CASH COLLATERAL, AND (C) GRANT LIENS AND PROVIDE SUPERPRIORITY ADMINISTRATIVE EXPENSE CLAIMS; (II) GRANTING ADEQUATE PROTECTION TO CERTAIN PREPETITION SECURED PARTIES; (III) MODIFYING THE AUTOMATIC STAY; (IV) SCHEDULING A FINAL HEARING; AND (V) GRANTING RELATED RELIEF, AND RESERVATION OF RIGHTS**

UMB Bank, N.A., as the DIP Lender, Master Trustee and Series 2019 Bond Trustee (the "Trustee"), the senior secured creditor of Oroville Hospital (the "Debtor" or "Hospital"), by and through undersigned counsel hereby files this statement and reservation of rights in connection with the Debtor's *Emergency Motion For Interim And Final Orders (I) Authorizing The Debtors To (A) Obtain Senior Secured Postpetition Financing, (B) Use Cash Collateral, And (C) Grant Liens And Provide Superpriority Administrative Expense Claims; (II) Granting Adequate Protection To Certain Prepetition Secured Parties; (III) Modifying The Automatic Stay; (IV) Scheduling A Final Hearing; And (V) Granting Related Relief* (the "Motion") [Docket No. 58], as modified at the December 11, 2025 hearing and by the *Interim Order (I) Authorizing The Debtors To (A) Obtain Senior Secured Postpetition Financing, (B) Use Cash Collateral, And (C) Grant Liens And Provide Superpriority Administrative Expense Claims; (II) Granting Adequate Protection To Certain Prepetition Secured Parties; (III) Modifying The Automatic Stay; (IV) Scheduling A Final Hearing; And (V) Granting Related Relief* [Docket No. 112] (the "Interim Order").[2]

The Trustee supports the Hospital's use of its cash collateral, and the proceeds from the DIP Facility being extended by the Trustee, to fund the Hospital's operations so that the Hospital can continue to provide care for the community while it runs a sale process. However, the Trustee does not consent to the use of its cash collateral and the proceeds of the DIP Facility for purposes outside of an agreed upon budget that the Trustee has approved. The Trustee continues to negotiate with the Debtor and the other parties on a long-term budget for this case. However, at this time no such

/ / /

---

[2] The Trustee reserves and preserves all of its rights with respect to the Motion and/or any other motion that has been filed in this case by the Debtor on an interim basis, and explicitly does not waive any arguments with respect thereto by filing this statement.

-2-

64068876.v1

agreement has been reached.[3] The Trustee's primary focus is to ensure that the Hospital has sufficient resources to continue its operations while it pursues a value-maximizing sale process that will benefit all constituents of the Debtor's Estate.

Given the significant uncertainties that exist regarding the scope of the Debtor's cash needs during this case, and because the Trustee has received sparse and unreliable financial information from the Debtor throughout the past two plus years leading up to, and after, the filing of this case (an issue the Trustee hopes will be remedied by the new financial advisor to the Hospital), the Trustee's collateral should not be used for other, non-core operating purposes, including payments to insider/affiliates, without the Trustee's consent. The Trustee reserves all of its rights with respect to the budget being prepared by the Debtor's new financial advisor, which the Trustee expects will be provided by the Debtor prior to the Final Hearing.

## **CONCLUSION**

WHEREFORE, for the foregoing reasons UMB Bank, N.A., as DIP Lender, Master Trustee and Series 2019 Bond Trustee, respectfully requests that the Court GRANT the Motion, as modified by a proposed final order to be submitted to the Court in connection with the final hearing on the Motion, and GRANT any other or further relief as the Court deems appropriate under the circumstances.

Respectfully Submitted,

GREENBERG TRAURIG, LLP

By /s/ *Kevin J. Walsh*
Carson Heninger (SBN CA 327130)
Kevin J. Walsh (admitted *pro hac vice*)
Colleen A. Murphy (admitted *pro hac vice*)
Christopher Marks (admitted *pro hac vice*)

Counsel to UMB Bank, N.A., as DIP Lender, Master Trustee and Series 2019 Bond Trustee

---

[3] The Trustee notes that since the initial hearing in this case the Debtor has hired a new financial advisor, which has necessarily extended the budget negotiation process.

-3-

64068876.v1