**Spencer Fane LLP**
Catherine Schlomann Robertson (State Bar No. 136213)
crobertson@spencerfane.com
225 West Santa Clara Street
Suite 1500
San Jose, California 95113
Telephone:　　408.286.5100
Facsimile:　　408.286.5722

Attorneys for Commerce Bank

**IN THE UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF CALIFORNIA**
**SACRAMENTO DIVISION**

| | |
|---|---|
| In re:<br>OROVILLE HOSPITAL, et al.,[1]<br><br>　　　Debtors and Debtor in Possession.<br><br>☒ Affects All Debtors<br>☐ Affects Oroville Hospital<br>☐ Affects OroHealth Corporation:<br>　A Nonprofit Healthcare System<br><br>　　　Debtors and Debtor in Possession. | Lead Case No. 25-26876<br><br>Jointly Administered With: Case No. 25-26877<br><br>**DCN NAK-7**<br>Chapter 11<br><br><br>Hon. Christopher D. Jamie<br><br>**Hearing Information**<br><br>Hearing Date:　January 12, 2026<br>Hearing Time:　10:00 a.m.<br>Location:　　　Courtroom 32<br>　　　　　　　501 I Street, Sixth Floor<br>　　　　　　　Sacramento, California 95814 |

**CERTIFICATE OF SERVICE**

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each debtor's federal tax identification number, are: Oroville Hospital (4554) and OroHealth Corporation: A Nonprofit Healthcare System (4776). The mailing address for the Debtors is 2767 Olive Highway, Oroville, California, 95966.

1

**United States Bankruptcy Court, Eastern District of CA**
In Re: Gabriell Molex. – Lead Case No. 25-26876

### CERTIFICATE OF SERVICE

State of California         )
                                     ) xx
County of Los Angeles    )

      I am a citizen of the United States and an employee in the aforesaid County. I am over the age of eighteen years and not a party to the within action. My business address is 201 Santa Monica Blvd., Suite 550, Santa Monica, CA 90401-2214. On the date mentioned below, I caused true copy(ies) of the following document(s) to be served on the party(ies) below using the method(s) checked:

1. **COMMERCE BANK'S RESPONSE AND RESERVATION OF RIGHTS TO DEBTORS' EMERGENCY MOTION FOR ENTRY OF INTERIM AND FINAL ORDERS (I) AUTHORIZING THE DEBTORS TO (A) MAINTAIN EXISTING BANK ACCOUNTS; (B) CONTINUE USE OF CASH MANAGEMENT SYSTEM; (C) CONTINUE USE OF BUSINESS FORMS; (D) PERFORM INTERCOMPANY TRANSACTIONS; (E) CONTINUE CREDIT CARD PROGRAM; (F) HONOR CERTAIN PREPETITION OBLIGATIONS RELATED THERETO; AND (G) CONTINUE ISSUING PATIENT REFUNDS, (II) WAIVING REQUIREMENTS OF LBR 2015-1, (III) GRANTING LIMITED WAIVER OF SECTION 345(B) DEPOSIT REQUIREMENTS; (IV) SCHEDULING A FINAL HEARING; AND (V)GRANTING RELATED RELIEF**

2. **COMMERCE BANK'S RESPONSE AND RESERVATION OF RIGHTS TO DEBTORS' EMERGENCY MOTION FOR INTERIM AND FINAL ORDERS (I) AUTHORIZING THE DEBTORS TO (A) OBTAIN SENIOR SECURED POSTPETITION FINANCING, (B) USE CASH COLLATERAL, AND (C) GRANT LIENS AND PROVIDE SUPERPRIORITY ADMINISTRATIVE EXPENSE CLAIMS; (II) GRANTING ADEQUATE PROTECTION TO CERTAIN PREPETITION SECURED PARTIES; (III) MODIFYING THE AUTOMATIC STAY; (IV) SCHEDULING A FINAL HEARING; AND (V) GRANTING RELATED RELIEF**

On the Addressee(s) below named in said action by:

    ☒    First Class Mail. I am familiar with the regular mail collection and processing practices of the business. Mail will be deposited with the United States Postal Service on the same day following ordinary business practices. I enclosed the above-mentioned document(s) in a sealed envelope with postage thereon fully prepaid in the United States Post Office mail box at the above address St. Louis, Missouri.

**Addressee(s)**

| | |
|---|---|
| Matthew Higgins<br>Fox Rothschild LLP<br>312 N. Clark Street, Suite 1600<br>Chicago, IL 60654 | ***DEBTOR'S COUNSEL:*** |
| Nicholas A Koffroth<br>Fox Rothschild LLP<br>10250 Constellation Boulevard. Suite 900<br>Los Angeles, CA 90067 | ***DEBTOR'S COUNSEL:*** |
| Keith C Owens<br>Fox Rothschild LLP<br>10250 Constellation Blvd., Ste 900<br>Los Angeles, CA 90067 | ***DEBTOR'S COUNSEL:*** |
| David P. Papiez<br>Fox Rothschild LLP<br>1001 Fourth Avenue, Suite 4400<br>Seattle, WA 98154<br>206-389-1566 | ***DEBTOR'S COUNSEL:*** |
| Jason M. Blumberg<br>501 I St #7-500<br>Sacramento, CA 95814 | ***OFFICE OF UNITED STATES TRUSTEE*** |
| Trevor R. Fehr<br>280 S 1st St #268<br>San Jose, CA 95113 | ***OFFICE OF UNITED STATES TRUSTEE*** |
| Modern-Sundt<br>3083 Southgate Lane<br>Chico, CA 95928 | ***CREDITORS COMMITTEE*** |
| Change Healthcare Operations, LLC<br>One Health Drive MN103-0500<br>Eden Prairie, MN 55344 | ***CREDITORS COMMITTEE*** |
| Phoenix Settlement Admin<br>515 Figueroa St. Suite 1250<br>Los Angeles, CA 90071 | ***CREDITORS COMMITTEE*** |
| Medline Industries LP<br>3 Lakes Drive<br>Northfield, IL 60093 | ***CREDITORS COMMITTEE*** |
| Vitel Net<br>1640 Boro Place, 4th Floor<br>McLean, VA 22102 | ***CREDITORS COMMITTEE*** |

| | |
|---|---|
| Boston Scientific<br>300 Boston Scientific Way<br>Marlborough, MA 01752 | ***CREDITORS COMMITTEE*** |
| United Steelworkers International Union<br>60 Blvd. of the Allies, Rm. 807<br>Pittsburgh, PA 15222 | ***CREDITORS COMMITTEE*** |
| Zachary Hebert<br>60 Boulevard of the Allies, Room 807<br>Pittsburgh, PA 15222 | ***CREDITORS COMMITTEE*** |
| Laurie A. Traktman<br>Gilbert & Sackman, A Law Corporation<br>800 Wilshire Blvd.<br>Suite 1410<br>Los Angeles, CA 90017 | ***CREDITORS COMMITTEE*** |
| Melissa S. Woods<br>Cohen, Weiss, and Simon LLP<br>909 3rd Ave 12th Floor<br>New York, NY 10022 | ***CREDITORS COMMITTEE*** |
| Carson Heninger<br>Greenberg Traurig, P.A<br>222 South Main Street<br>Suite 1730<br>Salt Lake City, UT 84101 | ***UMB BOND TRUSTEE/DIP LENDER:*** |
| Christopher D. Marks<br>Greenberg Traurig, LLP<br>One International Place<br>Suite 2000<br>Boston, MA 02110 | ***UMB BOND TRUSTEE/DIP LENDER:*** |
| Colleen A. Murphy<br>Kevin Walsh<br>Greenberg Traurig, LLP<br>One International Place<br>Suite 2000<br>Boston, MA 02110 | ***UMB BOND TRUSTEE/DIP LENDER:*** |
| Thomas G. Mouzes<br>Boutin Jones, Inc.<br>555 Capitol Mall Suite 1500<br>Sacramento, CA 95814<br>916-321-4444 | ***TRI COUNTIES BANK:*** |

SPENCER FANE LLP<br>ATTORNEYS AT LAW<br>SAN JOSE

SJ 2438910.1

| | |
|---|---|
| CALIFORNIA DEPARTMENT OF HEALTH CARE SERVICES<br>ATTN CHRISTINE OGURO<br>1501 CAPITOL AVE STE 71.2048<br>SACRAMENTO, CA 95814-5005 | ***30 LARGEST:*** |
| MODERN-SUNDT<br>ATTN SARA KORNBLATT, ESQ.<br>C/O GIBBS GIDEN<br>12100 WILSHIRE BLVD<br>LOS ANGELES, CA 90025 | ***30 LARGEST:*** |
| CHANGE HEALTHCARE<br>ATTN VASSI ILIADIS, DAVID WILLNER, OREN KREPS<br>1999 AVENUE OF THE STARS, SUITE 1400<br>LOS ANGELES, CA 90067 | ***30 LARGEST:*** |
| U.S. DEPARTMENT OF JUSTICE<br>ATTN EDWARD C. CROOKE<br>CIVIL DIVISION, FRAUD SECTION<br>175 N STREET NE WASHINGTON, DC 200004 | ***30 LARGEST:*** |
| PHOENIX SETTLEMENT ADMIN.<br>ATTN YAMI BURNS<br>1411 N. BATAVIA ST., SUITE 105<br>ORANGE, CA 92867 | ***30 LARGEST:*** |
| OHPAC PARTNERS, LLC<br>ATTN RICHARD PACHULSKI<br>10100 SANTA MONICA BLVD<br>LOS ANGELES, CA 90067 | ***30 LARGEST:*** |
| BETA HEALTHCARE GROUP<br>ATTN RAY BASTIN<br>PO BOX 500030<br>SAN DIEGO, CA 92150-0030 | ***30 LARGEST:*** |
| OROVILLE MEDICAL COMPLEX, LLC<br>ATTN RICHARD PACHULSKI<br>10100 SANTA MONICA BLVD<br>LOS ANGELES, CA 90067 | ***30 LARGEST:*** |
| ZIMMER, INC.<br>ATTN DANIEL CARABALLO<br>14235 COLLECTIONS CENTER DR<br>CHICAGO, IL 60693 | ***30 LARGEST:*** |

SPENCER FANE LLP
ATTORNEYS AT LAW
SAN JOSE

SJ 2438910.1

| | | |
|---|---|---|
| 1<br>2<br>3 | PACIFIC PARKS LANDSCAPING, INC<br>LAW OFFICES OF ABDULAZAZ,<br>GROSSPART & DUDMAN<br>6454 COLDWATER CANYON AVE.<br>NORTH HOLLYWOOD, CA 91606 | ***30 LARGEST:*** |
| 4<br>5<br>6 | VITEL NET<br>ATTN MICHAEL KOLLAR<br>1640 BORO PLACE<br>4TH FLOOR, SUITE 505<br>MCLEAN, VA 22102 | ***30 LARGEST:*** |
| 7<br>8<br>9 | BOSTON SCIENTIFIC CORPORATION<br>ATTN KETNOUVONG, BOUNTIAP<br>PO BOX 951653<br>DALLAS, TX 75395-1653 | ***30 LARGEST:*** |
| 10<br>11<br>12 | VITALANT<br>ATTN MISTY JOHNSON<br>P.O. BOX 29650<br>PHOENIX, AZ 85038-9650 | ***30 LARGEST:*** |
| 13<br>14 | CANNON DESIGN<br>ATTN SAMUEL J. MUIR, ESQ.<br>222 BROADWAY, SUITE 1503<br>OAKLAND, CA 94507 | ***30 LARGEST:*** |
| 15<br>16<br>17 | CHANGE HEALTHCARE<br>ATTN LUANNE ANDERSON<br>P.O. BOX 98347<br>CHICAGO, IL 60693-8347 | ***30 LARGEST:*** |
| 18<br>19<br>20 | CALIFORNIA ATTORNEY GENERALS OFFICE<br>CONSUMER PROTECTION SECTION<br>ATTN BANKRUPTCY NOTICES<br>455 GOLDEN GATE AVE STE 11000<br>SAN FRANCISCO CA 94102-7004 | ***GOVERNMENTAL AUTHORITIES:*** |
| 21<br>22<br>23 | US ATTORNEY EASTERN DISTRICT OF CA<br>501 I ST STE 10-100<br>ATTN ERIC GRANT<br>SACRAMENTO CA 95814 | ***GOVERNMENTAL AUTHORITIES:*** |
| 24<br>25 | MECHANICS BANK<br>2000 M STREET<br>MERCED CA 95340 | ***CASH MANAGEMENT BANKS:*** |
| 26<br>27 | COMERICA BANK<br>3551 W HAMLIN ROAD M C 2394<br>AUBURN HILLS MI 48326 | ***CASH MANAGEMENT BANKS:*** |

28

| | |
|---|---|
| THE BANK OF NEW YORK MELLON<br>500 ROSS ST 12TH FL<br>PITTSBURGH PA 15262 | ***CASH MANAGEMENT BANKS:*** |
| US BANK<br>9918 HIBERT ST LM-CA-HB3<br>SAN DIEGO CA 92131 | ***CASH MANAGEMENT BANKS:*** |
| FIRST CITIZENS BANK<br>PO BOX 63034<br>CHARLOTTE NC 28263-3034 | ***CASH MANAGEMENT BANKS:*** |
| MORGAN STANLEY<br>2565 IRON POINT ROAD SUITE 235<br>FOLSOM CA 95630 | ***CASH MANAGEMENT BANKS:*** |

     I declare under penalty of perjury, under the laws of the State of California, that the foregoing is true and correct. Executed on December 31, 2025, at Los Angeles, CA.

                        */s/ Yvonne Leon*_____
                        Yvonne Leon