**2**

LOVE N. DALAL, M.D., (PRO SE)

2721 Olive Hwy Ste. 9D

Oroville, CA 95966

Telephone: (530) 532-8071

Email: ldalal@orohosp.com

Pro Se

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF CALIFORNIA
### SACRAMENTO DIVISION

| | |
|---|---|
| In re: | Lead Case No. 25-26876 |
| OROVILLE HOSPITAL, *et al.,* | Jointly Administered With: Case No. 25-26877 |
| Debtors and Debtors in Possession | **DCN KCO-7** |
| | Chapter 11 |
| ☒ Affects All Debtors | **Hon. Christopher D. Jaime** |
| ☐ Affects Oroville Hospital | **Hearing Information:** |
| ☐ Affects OroHealth Corporation: | Date: January 12, 2026 |
| Debtors and Debtors in Possession | Time: 10:00 AM |
| | Location:    Courtroom 32 |
| | 501 I Street, Sixth Floor |
| | Sacramento, CA 95814 |
| | or *by Zoom Webinar* |

**NOTICE AND CLARIFICATION REGARDING ORDER**
**DENYING APPLICATION FOR ORDER SHORTENING TIME**
**(Related to DCN KCO-7)**

I, Love N. Dalal, M.D. (pro se), file this brief notice regarding the Court's order titled

"Order Denying Application for Order Shortening Time" (Dkt. 215), which denies my

application but states that the **denial is "without prejudice to filing an objection late."**

1    I am not requesting an expedited hearing, a continuance of the January 12, 2026

2  hearing, or any halt to physician payments.

3    Already on file in this case are my Limited Objection (Dkt. 196), my Declaration in

4  Support (Dkt. 197), and my Motion for Leave to File Limited Objection Out of Time (the

5  "Leave Motion") (Dkt. 195).

6    Consistent with the Court's "without prejudice" order, I respectfully ask the Court

7  to consider my Limited Objection on the merits at the January 12, 2026 hearing and, as

8  appropriate, to either grant the Leave Motion or treat it as unnecessary or moot.

9

10    Dated: January 8, 2026

11    Respectfully submitted,

12

13    _____

14    LOVE N. DALAL, M.D. (pro se)