4

KEITH C. OWENS (SBN 184841)
kowens@foxrothschild.com
NICHOLAS A. KOFFROTH (SBN 287854)
nkoffroth@foxrothschild.com
**FOX ROTHSCHILD LLP**
10250 Constellation Boulevard, Suite 900
Los Angeles, California 90067
Telephone: (310) 598-4150
Facsimile: (310) 556-9829

*Proposed Counsel to Oroville Hospital, et al., the Debtors and Debtors-in-Possession*

## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF CALIFORNIA
## SACRAMENTO DIVISION

| | |
|---|---|
| In re: | Lead Case No. 25-26876 |
| OROVILLE HOSPITAL, *et al.*,[1] | Jointly Administered With: Case No. 25-26877 |
| Debtors and Debtors in Possession. | **DCN NAK-7** |
| | Chapter 11 |
| ☒ Affects All Debtors | Hon. Christopher D. Jaime |
| ☐ Affects Oroville Hospital<br>☐ Affects OroHealth Corporation: A Nonprofit Healthcare System | **Hearing Information**<br>Hearing Date: February 11, 2026<br>Hearing Time: 10:00 a.m.<br>Location: Courtroom 32<br>501 I Street, Sixth Floor<br>Sacramento, California 95814 |
| Debtors and Debtors in Possession. | |

**NOTICE OF *CONTINUED* HEARING ON DEBTORS' EMERGENCY MOTION FOR INTERIM AND FINAL ORDERS (I) AUTHORIZING THE DEBTORS TO (A) OBTAIN SENIOR SECURED POSTPETITION FINANCING, (B) USE CASH COLLATERAL, AND (C) GRANT LIENS AND PROVIDE SUPERPRIORITY ADMINISTRATIVE EXPENSE CLAIMS; (II) GRANTING ADEQUATE PROTECTION TO CERTAIN PREPETITION SECURED PARTIES; (III) MODIFYING THE AUTOMATIC STAY; (IV) SCHEDULING A FINAL HEARING; AND (V) GRANTING RELATED RELIEF**

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each debtor's federal tax identification number, are: Oroville Hospital (4554) and OroHealth Corporation: A Nonprofit Healthcare System (4776). The mailing address for the Debtors is 2767 Olive Highway, Oroville, California, 95966.

1

181251344.1

**PLEASE TAKE NOTICE** that a continued hearing will be held on the *Debtors' Emergency Motion for Interim and Final Orders (I) Authorizing the Debtors to (A) Obtain Senior Secured Postpetition Financing, (B) Use Cash Collateral, and (C) Grant Liens and Provide Superpriority Administrative Expense Claims; (II) Granting Adequate Protection to Certain Prepetition Secured Parties; (III) Modifying the Automatic Stay; (IV) Scheduling a Final Hearing; and (V) Granting Related Relief* [Docket No. 58] (the "Motion")[2] filed by Oroville Hospital (the "Hospital"), and OroHealth Corporation: A Nonprofit Healthcare System ("OroHealth), the above-referenced debtors and debtors-in-possession (collectively, the "Debtors"), in the above-captioned bankruptcy cases (the "Chapter 11 Cases") filed under chapter 11 of title 11 of the United States Code (the "Bankruptcy Code").[3]

**PLEASE TAKE FURTHER NOTICE** that the continued hearing on the Motion will be held on **February 11, 2026, at 10:00 a.m.** (the "Hearing"), or as soon thereafter as the matter may be heard, in the Courtroom of the Honorable Christopher D. Jaime, United States Bankruptcy Judge, 501 I Street, Courtroom 32 Sacramento, California, 95814, where the Court will hear and consider approval of the Motion.

**PLEASE TAKE FURTHER NOTICE** that the matter will be conducted simultaneously: (i) In Person, at Sacramento Courtroom 32, (ii) via ZoomGov Video, (iii) via ZoomGov Telephone, and (iv) via CourtCall. You may choose any of these options. Parties who wish to appear at a hearing remotely should sign up by 4:00 p.m. one business day prior to the hearing. Information regarding how to sign up can be found on the Remote Appearances page of the court's website at https://www.caeb.uscourts.gov/Calendar/CourtAppearances. Procedures and guidelines for remote appearances may be found on the Court's website as follows: https://www.caeb.uscourts.gov/documents/Forms/Misc/ZoomGov%20Protocols.pdf. Each party who has signed up will receive a Zoom link or phone number, meeting I.D., and password via e-mail. If the deadline to sign up has passed, parties who wish to appear remotely must contact the Courtroom

---

[2] Unless otherwise defined herein, capitalize terms shall have the definitions set forth in the Motion.
[3] Unless otherwise defined herein, all references to "Section" and "§" refer to a section of the Bankruptcy Code.

Deputy for the Department holding the hearing. Telephonic appearances may be arranged at least 24 hours in advance of calendared hearings through court conference at 1-866-582-6878.

**PLEASE TAKE FURTHER NOTICE** that the Debtors shall file a proposed form of final order granting the Motion and the related budget not later than **January 23, 2026**. Opposition, if any, must be filed and served not later than **January 30, 2026**. Any replies shall be filed and served not later than **February 4, 2026**.

If you or your attorney do not take steps to oppose timely the relief requested in the Motion, the Court may decide that you do not oppose the relief sought in the Motion and may enter an order granting the relief requested.

**PLEASE TAKE FURTHER NOTICE** that you can determine whether the matter has been resolved without oral argument or whether the court has issued a tentative ruling and can view any pre-hearing dispositions by checking the Court's website at www.caeb.uscourts.gov after 4:00 p.m. the day before the hearing. Parties appearing telephonically must view the pre-hearing dispositions prior to the hearing.

**PLEASE TAKE FURTHER NOTICE** that this Notice does not contain all the particulars of the Motion or supporting documents for the Motion, nor does it summarize all the evidence submitted in support of the Motion. For further specifics concerning the Motion and the relief requested, you are encouraged to review the Motion and the supporting evidence, including the supporting declarations, copies of which may be obtained from the website, https://dm.epiq11.com/case/orovillehospital/info free of charge.

You may also access these documents from the Court's PACER system (requires a subscription). The web page address for the United States Bankruptcy Court for the Eastern District of California is https://www.caeb.uscourts.gov/, which includes a link to the Court's Case Management/Electronic Case Filing System (CM/ECF system) and PACER registration.

**PLEASE TAKE FURTHER NOTICE** that your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. If you do not have an attorney, you may wish to consult one.

181251344.1

Dated: January 16, 2026

**FOX ROTHSCHILD LLP**

By /s/ Nicholas A. Koffroth
KEITH C. OWENS (SBN 184841)
NICHOLAS A. KOFFROTH (SBN 287854)
10250 Constellation Boulevard, Suite 900
Los Angeles, California 90067
*Proposed Counsel to Oroville Hospital, et al.,
the Debtors and Debtors-in-Possession*

- 4 -

181251344.1