3
KEITH C. OWENS (SBN 184841)
kowens@foxrothschild.com
NICHOLAS A. KOFFROTH (SBN 287854)
nkoffroth@foxrothschild.com
**FOX ROTHSCHILD LLP**
10250 Constellation Boulevard, Suite 900
Los Angeles, California 90067
Telephone:    (310) 598-4150
Facsimile:    (310) 556-9828

*Attorneys for Oroville Hospital, et al.,*
*the Debtors and Debtors-in-Possession*

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF CALIFORNIA**
**SACRAMENTO DIVISION**

| | |
|---|---|
| In re:<br><br>OROVILLE HOSPITAL, *et al.*,[1]<br><br>Debtors and Debtors in Possession. | Lead Case No. 25- 26876<br>Jointly Administered With:<br>Case No. 25-26877<br><br>**DCN USA-1**<br>Chapter 11<br><br>Hon. Christopher D. Jaime |
| ☒ Affects All Debtors<br><br>☐ Affects Oroville Hospital<br>☐ Affects OroHealth Corporation: A Nonprofit Healthcare System<br><br>Debtors and Debtors in Possession. | **Hearing Information**<br>Hearing Date:  February 17, 2026<br>Hearing Time:  11:00 a.m.<br>Location:        Courtroom 32<br>                       501 I Street<br>                       Sacramento, California 95814 |

**ORDER DENYING COUNTERMOTION OF THE UNITED STATES**
**FOR RELIEF FROM STAY**

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each debtor's federal tax identification number, are: Oroville Hospital (4554) and Orohealth Corporation: A Nonprofit Healthcare System (4776). The mailing address for the Debtors is 2767 Olive Highway, Oroville, California, 95966.

- 1 -

182322840.2

Upon the Countermotion of the United States for Relief from Stay (the "Countermotion") filed by the United States Department of Health and Human Services ("HHS") on February 13, 2026 [Docket No. 447] requesting approval of the Court to setoff the payment of $1,769,096.54 against the FCA settlement obligation; and this Court, having jurisdiction over this matter pursuant to 28 U.S.C. § 1334; and this Court, having found that this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and this Court, having found that it may enter a final order consistent with Article III of the United States Constitution; and this Court, having found that venue of this proceeding and the Motion in this district is permissible pursuant to 28 U.S.C. §§ 1408 and 1409; and this Court, having found cause for the granting in part and denying in part the Debtors' Motion for Order Compelling Turnover of Estate Property and Finding HHS Willfully Violated the Automatic Stay [Docket Nos. 409-413; 417] (the "Turnover Motion");[2] and finding that HHS's notice of the Countermotion [Docket No. 448] and of the hearing on the Countermotion (the "Hearing") were appropriate under the circumstances and that no other notice need be provided; and this Court, having reviewed the Countermotion, the Memorandum of Points and Authorities in support of the Countermotion [Docket No. 449], the Relief from Stay Summary Sheet filed in support of the Countermotion [Docket No. 450] and the Certificate of Service [Docket No. 451]; and this Court, having heard the statements of counsel in support of and in opposition to the relief requested in the Countermotion; and after due deliberation and for the reasons set forth on the record at the Hearing on the Countermotion and the Turnover Motion,

**IT IS HEREBY ORDERED THAT:**

1. The Countermotion is DENIED.

2. This Order is immediately effective and enforceable upon its entry.

3. This Court retains exclusive jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of this Order.

---

[2] Capitalized terms not defined herein shall have the meanings assigned to them in the Turnover Motion.

182322840.2

*** END OF ORDER ***

**Dated:** February 20, 2026

Christopher D. Jaime, Chief Judge
United States Bankruptcy Court

**APPROVED AS TO FORM:**

United States Department of Health and Human Services

By: Jeffrey J. Lodge, Assistant United States Attorney

182322840.2