**15**

DOWNEY BRAND LLP
JAMIE P. DREHER (Bar No. 209380)
jdreher@downeybrand.com
JORGE A. GAITAN (Bar No. 288427)
jgaitan@downeybrand.com
621 Capitol Mall, 18th Floor
Sacramento, California 95814
Telephone: 916.444.1000
Facsimile: 916.444.2100

*Special Litigation and Conflicts Counsel for*
*The Official Committee Of Unsecured*
*Creditors*

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF CALIFORNIA,**
**SACRAMENTO DIVISION**

| | |
|---|---|
| In re: | **Lead Case No. 25-26876-C-11** |
| OROVILLE HOSPITAL, *et al*.,[1] | **Jointly Administered With:** |
| Debtors and Debtors in Possession. | **Case No. 25-26877** |
| | **Chapter 11** |
| ☒ Affects all Debtors | **Hon. Christopher D. Jaime** |
| ☐ Affects Oroville Hospital | |
| ☐ Affects OroHealth Corporation: A Nonprofit Healthcare System. | |
| Debtors and Debtors in Possession. | |

**DOWNEY BRAND'S MONTHLY FEE APPLICATION FOR ALLOWANCE AND PAYMENT OF INTERIM COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD MARCH 1, 2026 – MARCH 31, 2026**

1.  Downey Brand LLP (the "Firm") submits its Monthly Fee Application (the "Application") for Allowance and Payment of Interim Compensation and Reimbursement of Expenses for the Period March 1, 2026 – March 31, 2026 (the "Application Period") for work performed for the Official Committee of Unsecured Creditors. In support of the Application, the Firm respectfully represents as follows:

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each debtor's federal tax identification number, are: Oroville Hospital (4554) and Orohealth Corporation: A Nonprofit Healthcare System (4776). The mailing address for the Debtors is 2767 Olive Highway, Oroville, California, 95966.

5241212.1                1

2. The Firm is Special Litigation and Conflicts Counsel to the Official Committee of Unsecured Creditors. The Firm hereby applies to the Court for allowance and payment of interim compensation for services rendered and reimbursement of expenses incurred during the Application Period.

3. The Firm billed a total of $32,943 in fees and $892.47 in expenses during the Application Period. The total fees represent 63.6 hours expended during the period covered by this Application. Accordingly, the Firm seeks allowance of interim compensation in the amount of a total of $27,246.87 at this time. This total is comprised as follows: $26,354.40 (80% of the fees for services rendered) plus $892.47 (100% of the expenses incurred).[2]

4. For the postpetition period, the Firm is expected to receive $53,716 for time billed through February 28, 2026.

5. Attached as **Exhibit A** hereto is the name of each professional who performed services in connection with these cases during the period covered by this Application and the hourly rate for each such professional. Attached hereto as **Exhibit B** are the detailed time and expense statements for the Application Period.

6. The Firm has served a copy of this Application on the Office of the United States Trustee, the above-captioned debtors (the "Debtors"), counsel to the Debtors, and counsel to the Official Committee of Unsecured Creditors (the "Committee") appointed in these Chapter 11 Cases, (iv) counsel for UMB Bank, N.A., in its capacities as successor Series 2019 Bond Trustee,

---

[2] The Final DIP Order, ECF No. 480, prohibits the use of cash collateral for fees incurred challenging or bringing claims against the DIP Lender or related bond parties, except in that it provides up to $25,000 to the Committee for investigation of such claims. Downey Brand incurred $7,830 in fees related to its Bond Lien investigation in January 2026, and $15,560 in February 2026 (or 20% of Downey Brand's total fees for January and February). However, since Downey Brand's recovery for January and February were otherwise limited by the cap on the Committee's fees, Downey Brand, Downey Brand has only been paid 47% of total fees paid, or approximately $10,781 attributable to the $25,000 cap. The amount incurred for the Bond Lien investigation in March 2026 is $10,310. As such, assuming Downey Brand receives 80% on this monthly invoice. The amounts attributable to the $25,000 cap have not yet been exceeded.

5241212.1

2

DOWNEY BRAND LLP

Master Trustee, and postpetition lender, and parties who have requested special notice [3] (collectively, the "Notice Parties"). The Application was mailed to the Notice Parties by first class mail, postage prepaid, on or about April 24, 2026.

7.      Pursuant to this Court's Order Authorizing Interim Fee Procedures that was entered on or about February 17, 2026 [Docket No. 466], the Debtors are authorized in their discretion to make the payment requested herein, to the extent of available funds, without a further hearing or order of this Court unless an objection to this Application is filed with the Court and served upon the Notice Parties within ten (10) calendar days after the date of mailing of the Notice of this Application. If such an Objection is filed, the Debtors are authorized to pay 80% of the uncontested fees and 100% of the uncontested expenses without further order of the Court. If no Objection is filed, the Debtors are authorized to pay 80% of all fees requested in the Application and 100% of the uncontested expenses without further order of the Court.

8.      The interim compensation and reimbursement of expenses sought in this Application is not final. Upon the conclusion of these Chapter 11 Cases, the Firm will seek fees and reimbursement of the expenses incurred for the totality of the services rendered in these Chapter Cases. Any interim fees or reimbursement of expenses approved by this Court and received by the Firm will be credited against such final fees and expenses as may be allowed by this Court.

**WHEREFORE**, the Firm respectfully requests that the Debtors pay compensation to the Firm as requested herein pursuant to and in accordance with the terms of the Order Establishing Procedures and Authorizing Payment of Professional Fees and Expenses on a Monthly Basis.

DATED: March 25, 2026                    DOWNEY BRAND LLP


                                         By: /s/ Jamie P. Dreher
                                             JAMIE P. DREHER
                                             JORGE GAITAN
                                             Special Litigation and Conflicts Counsel for The
                                             Official Committee Of Unsecured Creditors

---

[3] Pursuant to Local Rule 2018-1, special notice parties for this case have consented to receive electronic notices as specified in FRBP 9036(b) and will receive this document via e-notice as set forth in the local rules for the Bankruptcy Court for the Eastern District of California.

5241212.1                                    3

DOWNEY BRAND LLP

# EXHIBIT "A"

| Name of Professional | Role | Hourly Rate | Total Hours | Total |
|---|---|---|---|---|
| Jamie P. Dreher | Partner | $700 | 19.2 | $13,440.00 |
| Jorge A. Gaitan | Counsel | $500 | 35.70 | $17,850.00 |
| Cathrine Deulloa | Paraprofessional | $190 | 8.7 | $1,653.00 |
| | | **Total:** | **63.6** | **$32,943.00** |

DOWNEY BRAND LLP

5241212.1

4

# EXHIBIT "B"

# DOWNEYBRAND

621 Capitol Mall, 18th Floor
Sacramento, CA 95814
916/444-1000 Main
916/444-2100 Fax
downeybrand.com

**INVOICE**

Official Committee of Creditors
of Oroville Hospital, et al.
Michael Kollar
Committee Chair CA

April 24, 2026
Invoice No. 626737
Page: 1

**For Services Rendered Through March 31, 2026**

**Re:**     **Oroville Hospital, et al. Ch. 11 Bankruptcy**
        **Our Matter No. 40114.00002**

| Date | Description | Atty | Hours | Rate | Amount |
|------|-------------|------|-------|------|--------|
| **Phase B100 - Administration** | | | | | |
| **Task B110 - Case Administration** | | | | | |
| 03/02/26 | [0.8 ] Review and analyze Orville filings from 2/25/26 to 3/2/26 to calculate deadlines based on court orders and applicable rules; identify trigger-based deadlines. | | 0.80 | 190.00 | 152.00 |
| 03/03/26 | [0.3 ] Review and analyze filings from 3/2/26 to 3/3/26 to calculate deadlines based on court orders and applicable rules; identify trigger-based deadlines. | | 0.10 | 190.00 | 19.00 |
| 03/04/26 | 1.7 — Review and finalize Application to retain Province LLC as financial advisor, and documents in support thereof for the OCUC; prepare filing-ready documents, including assembly of exhibits and verification of compliance with court requirements. | | 1.70 | 190.00 | 323.00 |
| 03/10/26 | [1.8 ] Review and analyze filings from 3/3/26 to 3/10/26 to calculate deadlines based on court orders and applicable rules; identify trigger-based deadlines. | | 1.80 | 190.00 | 342.00 |
| 03/11/26 | Review Docket, Bidding Procedures Order, Knudsen Order, and DIP order to confirm case deadlines and objection procedures. | JAG | 1.00 | 500.00 | 500.00 |
| 03/17/26 | [2.1 ] Review, revise, and finalize master deadline tracking system based on court orders; ensure accuracy of calculated deadlines for distribution to co-counsel. | | 2.10 | 190.00 | 399.00 |
| 03/18/26 | [1.8 ] Review and revise Limited Objection to Motion to Debtors Transition Motion regarding management transition plan and supporting declaration and exhibits; incorporate revisions, ensure accuracy and consistency across filings, and finalize documents for filing in compliance with court requirements. | | 1.80 | 190.00 | 342.00 |
| 03/18/26 | Review and finalize spreadsheet of case-specific deadlines [.3]; draft and send emails to Committee counsel and Province reflecting upcoming deadlines and coordination on upcoming monthly bill and fee applications [.2]. | JAG | 0.50 | 500.00 | 250.00 |

IDENTIFICATION
NUMBER
94 0438033

THIS ACCOUNT IS NOW DUE
AND PAYABLE. IF PAYMENT
IS NOT RECEIVED WITHIN 30 DAYS
A LATE CHARGE
WILL BE ADDED.



**DOWNEY**BRAND

621 Capitol Mall, 18th Floor
Sacramento, CA 95814
916/444-1000 Main
916/444-2100 Fax
downeybrand.com

**INVOICE**

Official Committee of Creditors
of Oroville Hospital, et al.
Michael Kollar
Committee Chair CA

April 24, 2026
Invoice No. 626737
Page: 2

| Date | Description | Atty | Hours | Rate | Amount |
|------|-------------|------|-------|------|--------|
| 03/18/26 | Assist Dentons with requirements and review of Pro Hac Vice Application [.3]. | JAG | 0.20 | 500.00 | 100.00 |
| 03/26/26 | [.3] Drafted Notice of Errata re: Province, LLC's Second Monthly Fee Application filed March 25, 2026; assembled and finalized for attorney review. | | 0.40 | 190.00 | 76.00 |
| | **Total for Task B110:** | | | | **$ 2,503.00** |

**Task B120 - Asset Analysis and Recovery**

| Date | Description | Atty | Hours | Rate | Amount |
|------|-------------|------|-------|------|--------|
| 03/03/26 | Strategize with S. Alberts regarding lien challenge issues. | JAG | 0.20 | 500.00 | 100.00 |
| | **Total for Task B120:** | | | | **$ 100.00** |

**Task B140 - Relief from Stay/Adequate Protection Proceedings**

| Date | Description | Atty | Hours | Rate | Amount |
|------|-------------|------|-------|------|--------|
| 03/13/26 | Review 2018 bondholder MFRS and begin work on analysis of same, potential grounds to objection, research regarding same. | JPD | 2.10 | 700.00 | 1,470.00 |
| 03/19/26 | Work on analysis of 2018 Bond/BNY stay relief motion, including review exhibits and compare to schedules and review DIP Order relative to same. | JPD | 0.70 | 700.00 | 490.00 |
| 03/20/26 | Further analysis and review of 2018 Bond documentation and conduct and review research related to debtor title to funds in held in trust for construction disbursements (re 2018 Bond Trustee MFRS). | JPD | 2.70 | 700.00 | 1,890.00 |
| 03/23/26 | Emails with Committee co-counsel regarding analysis and approach to 2018 Bond MFRS (.1); further review of loan agreement and Bond Indenture (.4). | JPD | 0.50 | 700.00 | 350.00 |
| 03/24/26 | Legal research and analysis of relief from stay case law [1.5]; and additional revisions to Committee Objection to Bank of NY Mellon RFS motion [.5]. | JAG | 2.00 | 500.00 | 1,000.00 |
| 03/24/26 | Drafting Committee response regarding Bank of NY Mellon relief from stay motion [.5]; review comments and strategize with J. Dreher regarding revisions [.2]; revise response document [.5] | JAG | 1.20 | 500.00 | 600.00 |
| 03/24/26 | Review to response to 2018 Bond stay relief response, edits, strategy. | JPD | 0.50 | 700.00 | 350.00 |

IDENTIFICATION
NUMBER
94 0438033

THIS ACCOUNT IS NOW DUE
AND PAYABLE. IF PAYMENT
IS NOT RECEIVED WITHIN 30 DAYS
A LATE CHARGE
WILL BE ADDED.

# DOWNEYBRAND

621 Capitol Mall, 18th Floor
Sacramento, CA 95814
916/444-1000 Main
916/444-2100 Fax
downeybrand.com

**INVOICE**

Official Committee of Creditors
of Oroville Hospital, et al.
Michael Kollar
Committee Chair CA

April 24, 2026
Invoice No. 626737
Page: 3

| Date | Description | Atty | Hours | Rate | Amount |
|------|-------------|------|-------|------|--------|
| 03/24/26 | Phone call with counsel for 2018 bondholders regarding MFRS and their security interests; follow up review of same and direct research regarding same. | JPD | 0.50 | 700.00 | 350.00 |
| 03/31/26 | Review Court order continuing relief from stay hearing [.1]; email to Dentons regarding order and next steps [.1]; review and analysis of reply filed by Bank of NY Mellon [.4]. | JAG | 0.60 | 500.00 | 300.00 |
| | **Total for Task B140:** | | | | **$ 6,800.00** |
| **Task B150 - Meetings of and Communications with Creditors** | | | | | |
| 03/02/26 | Standing Committee meeting for case updates. | JAG | 0.50 | 500.00 | 250.00 |
| 03/12/26 | Conference call with co-counsel to prepare for committee meeting and review outstanding motions. | JPD | 1.00 | 700.00 | 700.00 |
| 03/16/26 | Draft summary of updates on matters being handled by Downey Brand for committee. | JAG | 0.30 | 500.00 | 150.00 |
| 03/16/26 | Prepare for, conduct, follow up after, Committee meeting. | JPD | 1.00 | 700.00 | 700.00 |
| 03/23/26 | Strategize with J. Dreher regarding email to UMB counsel, and review email response from C. Murphy. | JAG | 0.10 | 500.00 | 50.00 |
| 03/23/26 | Attend standing committee meeting to provide case updates. | JAG | 0.90 | 500.00 | 450.00 |
| 03/23/26 | Prepare for, conduct, Committee meeting. | JPD | 0.90 | 700.00 | 630.00 |
| 03/30/26 | Attend standing committee meeting. | JAG | 0.60 | 500.00 | 300.00 |
| 03/30/26 | Email to the Committee providing a copy of the filed opposition to the 2018 bondholder relief from stay motion. | JAG | 0.10 | 500.00 | 50.00 |
| 03/30/26 | Committee meeting. | JPD | 0.60 | 700.00 | 420.00 |
| | **Total for Task B150:** | | | | **$ 3,700.00** |
| **Task B160 - Fee/Employment Applications** | | | | | |
| 03/01/26 | Review email from S. Maizel regarding Province employment application revisions | JAG | 0.10 | 500.00 | 50.00 |
| 03/02/26 | Initial review of Province retention application. | JAG | 0.30 | 500.00 | 150.00 |

IDENTIFICATION
NUMBER
94 0438033

THIS ACCOUNT IS NOW DUE
AND PAYABLE. IF PAYMENT
IS NOT RECEIVED WITHIN 30 DAYS
A LATE CHARGE
WILL BE ADDED.

# DOWNEYBRAND

621 Capitol Mall, 18th Floor
Sacramento, CA 95814
916/444-1000 Main
916/444-2100 Fax
downeybrand.com

## INVOICE

Official Committee of Creditors
of Oroville Hospital, et al.
Michael Kollar
Committee Chair CA

April 24, 2026
Invoice No. 626737
Page: 4

| Date | Description | Atty | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 03/03/26 | Revisions to Province retention application [.5]; revisions to Navid declaration [.3]; drafting proposed order [.3]; review emails between H. Thompson and S. Maizel regarding approval of revisions [.1]. | JAG | 1.20 | 500.00 | 600.00 |
| 03/03/26 | Review entered order on Downey Brand retention. | JAG | 0.10 | 500.00 | 50.00 |
| 03/04/26 | Drafting and revisions to exhibits ISO Province retention application[.4]; drafting Notice of Hearing for Province retention application [.3]; email to P. Navid regarding declaration and review response [.1]; further revisions to Navid declaration [.1]; email to M. Kollar seeking approval of Province retention package [.1]. | JAG | 1.00 | 500.00 | 500.00 |
| 03/17/26 | Review January and February pre-bills for compliance with UST guidelines. | JAG | 2.00 | 500.00 | 1,000.00 |
| 03/17/26 | Review/Revise/Edit pre-bill and billing data to ensure compliance with guidelines. | JPD | 0.30 | 700.00 | 210.00 |
| 03/23/26 | Listen to voicemail from clerk's office regarding pro hac vice application issue and respond to same. | JAG | 0.10 | 500.00 | 50.00 |
| 03/24/26 | Begin final review of January and February monthly fee app. for Downey Brand [.6]; email to Province and Dentons regarding monthly fee application requirements [.2]; review email from E. Chew regarding Dentons monthly fee application [.1] | JAG | 0.90 | 500.00 | 450.00 |
| 03/25/26 | Call with Dentons to coordinate finalization of fee applications. | JAG | 0.50 | 500.00 | 250.00 |
| 03/25/26 | Review and respond to emails from T. Moyron and H. Thompson regarding Dentons and Province invoices [.2]; review email from DIP counsel regarding final figures for Omnibus Notice and respond to same [.1]; follow-ups email to Province regarding status of fee application [.1]; review Province figures and fee applications and provide figures to Debtor counsel for Omnibus Notice [.2]; review final fee applications for filing and review service issues in proof of service [.2]. | JAG | 0.80 | 500.00 | 400.00 |
| 03/25/26 | Reviewing final of Downey Brand January and February invoices for filing and for compliance with large case fee guidelines [.5]; finalize draft of monthly fee invoice application per knudsen order [1]. | JAG | 1.50 | 500.00 | 750.00 |

IDENTIFICATION
NUMBER
94 0438033

THIS ACCOUNT IS NOW DUE
AND PAYABLE. IF PAYMENT
IS NOT RECEIVED WITHIN 30 DAYS
A LATE CHARGE
WILL BE ADDED.

# DOWNEYBRAND

621 Capitol Mall, 18th Floor
Sacramento, CA 95814
916/444-1000 Main
916/444-2100 Fax
downeybrand.com

**INVOICE**

Official Committee of Creditors
of Oroville Hospital, et al.
Michael Kollar
Committee Chair CA

April 24, 2026
Invoice No. 626737
Page: 5

| Date | Description | Atty | Hours | Rate | Amount |
|------|-------------|------|-------|------|--------|
| 03/25/26 | Work on invoice review and fee filing; review Dentons fee calcs and call with Dentons regarding same; assist with fee filings. | JPD | 0.50 | 700.00 | 350.00 |
| 03/26/26 | Review and respond to emails regarding Province fee application problem [.2]; review and revise Notice of Errata for correction [.1] | JAG | 0.30 | 500.00 | 150.00 |
| | **Total for Task B160:** | | | | **$ 4,960.00** |

### Task B190 - Other Contested Matters (excluding assumption/rejection motions)

| Date | Description | Atty | Hours | Rate | Amount |
|------|-------------|------|-------|------|--------|
| 03/02/26 | Review and analysis of recent case filings and orders on motions. | JPD | 0.30 | 700.00 | 210.00 |
| 03/09/26 | Review notice of hearing re Motion for Order Approving Management Transition and respond to T. Moyron regarding objection deadline [.3]. | JAG | 0.30 | 500.00 | 150.00 |
| 03/10/26 | Drafting UMB complaint [.5]. | JAG | 0.50 | 500.00 | 250.00 |
| 03/18/26 | Review and finalize objection to transition management motion and supporting declaration. | JAG | 0.40 | 500.00 | 200.00 |
| 03/18/26 | Prepare for upcoming hearings (Province, Transition Management, Status Conference, Lane). | JPD | 1.50 | 700.00 | 1,050.00 |
| 03/19/26 | Email to chambers to notify of committee objection to transition management motion having been filed. | JAG | 0.10 | 500.00 | 50.00 |
| 03/19/26 | Prepare for (call and emails with S. Alberts [.3];review all pleadings and responses [.8], finalize and oversee pro hac application [.3]), conduct (1.5), travel to/from (.4), hearings on multiple matters (transition management, Lane employment, Province employment). | JPD | 3.30 | 700.00 | 2,310.00 |
| 03/23/26 | Legal research and analysis related to grounds for contesting relief from stay filed by Bank of NY Mellon [.5]; draft revisions to Committee update on RFS Motion [.2]. | JAG | 0.70 | 500.00 | 350.00 |
| | **Total for Task B190:** | | | | **$ 4,570.00** |

### Task B330 - Bond Lien Investigation

| Date | Description | Atty | Hours | Rate | Amount |
|------|-------------|------|-------|------|--------|
| 03/30/26 | Conduct brief additional legal research regarding lender liability issues. | JPD | 1.90 | 700.00 | 1,330.00 |
| | **Total for Task B330:** | | | | **$ 1,330.00** |

IDENTIFICATION
NUMBER
94 0438033

THIS ACCOUNT IS NOW DUE
AND PAYABLE. IF PAYMENT
IS NOT RECEIVED WITHIN 30 DAYS
A LATE CHARGE
WILL BE ADDED.



# DOWNEYBRAND

621 Capitol Mall, 18th Floor
Sacramento, CA 95814
916/444-1000 Main
916/444-2100 Fax
downeybrand.com

**INVOICE**

Official Committee of Creditors
of Oroville Hospital, et al.
Michael Kollar
Committee Chair CA

April 24, 2026
Invoice No. 626737
Page: 6

| Date | Description | Atty | Hours | Rate | Amount |
|---|---|---|---|---|---|
| | **Total for Phase B100:** | | | | **$ 23,963.00** |

**Phase B200 - Operations**

**Task B270 - Bond Lien Investigation -Other**

| Date | Description | Atty | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 03/15/26 | Drafting Lien Challenge Complaint. | JAG | 4.00 | 500.00 | 2,000.00 |
| 03/23/26 | Review and finalize Lien Challenge Complaint and Package for filing. | JAG | 0.80 | 500.00 | 400.00 |
| 03/23/26 | Revisions to Lien Challenge Complaint. | JAG | 2.00 | 500.00 | 1,000.00 |
| 03/24/26 | Strategize with J. Dreher regarding L. Sizemore's comments regarding Lien Challenge Complaint. | JAG | 0.20 | 500.00 | 100.00 |
| 03/25/26 | Call with court clerk regarding docketing of adversary complaint [.2]; review case initiation documents [.3]. | JAG | 0.50 | 500.00 | 250.00 |
| | **Total for Task B270:** | | | | **$ 3,750.00** |
| | **Total for Phase B200:** | | | | **$ 3,750.00** |

**Phase B300 - Claims and Plan**

**Task B330 - Bond Lien Investigation**

| Date | Description | Atty | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 03/17/26 | Edits and revisions to draft lien challenge complaint. | JAG | 1.00 | 500.00 | 500.00 |
| 03/18/26 | Additional legal research and analysis into perfection of medi-cal and medicare receivables under federal and California law [2]; Finalize draft of complaint [2] | JAG | 4.00 | 500.00 | 2,000.00 |
| 03/23/26 | Final review and edit of lien challenge complaint. | JPD | 0.80 | 700.00 | 560.00 |
| 03/23/26 | Email to bondholders requesting lien challenge investigation deadline extension to provide additional time to cooperate and prompt response denying request. | JPD | 0.10 | 700.00 | 70.00 |
| 03/30/26 | Review and analysis of 2018 bondholder documents regarding extent of security interests [2.2]; call to L. Sizemore for 2018 bondholders and leave voicemail [.1]; review and respond to email from L. Sizemore regarding continuing covenant agreement [.2]. | JAG | 2.50 | 500.00 | 1,250.00 |

IDENTIFICATION
NUMBER
94 0438033

THIS ACCOUNT IS NOW DUE
AND PAYABLE. IF PAYMENT
IS NOT RECEIVED WITHIN 30 DAYS
A LATE CHARGE
WILL BE ADDED.



621 Capitol Mall, 18th Floor
Sacramento, CA 95814
916/444-1000 Main
916/444-2100 Fax
downeybrand.com

**INVOICE**

Official Committee of Creditors
of Oroville Hospital, et al.
Michael Kollar
Committee Chair CA

April 24, 2026
Invoice No. 626737
Page: 7

| Date | Description | Atty | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 03/30/26 | Drafting additional document requests to Debtor regarding prepetition loan defaults [1]; strategize with J. Dreher regarding the requests [.2]; make revisions to requests and email to DIP counsel [.2]. | JAG | 1.40 | 500.00 | 700.00 |
| 03/31/26 | Strategize regarding document requests [.2]; review and respond to email from K. Owens regarding informal information requests to DIP [.1]. | JAG | 0.30 | 500.00 | 150.00 |
| | **Total for Task B330:** | | | | **$ 5,230.00** |
| | **Total for Phase B300:** | | | | **$ 5,230.00** |
| | **Total Fees for Professional Services:** | | **63.60** | | **$ 32,943.00** |

**Summary of Fees by Phase**

| Phase | Description | Hours | Amount |
|---|---|---|---|
| B100 | Administration | 46.00 | $23,963.00 |
| B200 | Operations | 7.50 | $3,750.00 |
| B300 | Claims and Plan | 10.10 | $5,230.00 |
| | **Total Fees Rendered this Period:** | **63.60** | **$ 32,943.00** |

IDENTIFICATION
NUMBER
94 0438033

THIS ACCOUNT IS NOW DUE
AND PAYABLE. IF PAYMENT
IS NOT RECEIVED WITHIN 30 DAYS
A LATE CHARGE
WILL BE ADDED.



621 Capitol Mall, 18th Floor
Sacramento, CA 95814
916/444-1000 Main
916/444-2100 Fax
downeybrand.com

## INVOICE

Official Committee of Creditors
of Oroville Hospital, et al.
Michael Kollar
Committee Chair CA

April 24, 2026
Invoice No. 626737
Page: 8

### Summary of Fees by Task

| Phase | Description | Hours | Amount |
|-------|-------------|-------|--------|
| B110 | Case Administration | 10.40 | $2,503.00 |
| B120 | Asset Analysis and Recovery | 0.20 | $100.00 |
| B140 | Relief from Stay/Adequate Protection Proceedings | 10.80 | $6,800.00 |
| B150 | Meetings of and Communications with Creditors | 6.00 | $3,700.00 |
| B160 | Fee/Employment Applications | 9.60 | $4,960.00 |
| B190 | Other Contested Matters (excluding assumption/rejection motions) | 7.10 | $4,570.00 |
| B330 | Bond Lien Investigation | 19.50 | $10,310.00 |
| | **Total Fees Rendered this Period:** | **63.60** | **$ 32,943.00** |

### Summary of Fees by Timekeeper

| Timekeeper | Avg. Rate | Hours | Amount |
|------------|-----------|-------|--------|
| Dreher, Jamie P. | 700.00 | 19.20 | 13,440.00 |
| Deulloa,Cathrine | 190.00 | 8.70 | 1,653.00 |
| Gaitan, Jorge A. | 500.00 | 35.70 | 17,850.00 |
| | **Total Fees Rendered this Period:** | **63.60** | **$ 32,943.00** |

IDENTIFICATION
NUMBER
94 0438033

THIS ACCOUNT IS NOW DUE
AND PAYABLE. IF PAYMENT
IS NOT RECEIVED WITHIN 30 DAYS
A LATE CHARGE
WILL BE ADDED.

# DOWNEYBRAND

621 Capitol Mall, 18th Floor
Sacramento, CA 95814
916/444-1000 Main
916/444-2100 Fax
downeybrand.com

## INVOICE

Official Committee of Creditors
of Oroville Hospital, et al.
Michael Kollar
Committee Chair CA

April 24, 2026
Invoice No. 626737
Page: 9

### Reimbursable Costs

| Date | Description | Exp Code | Atty | Amount |
|------|-------------|----------|------|--------|
| 03/19/26 | VENDOR: Audrey Masson INVOICE#: 5101487803232125 DATE: 3/23/2026 | E101 | AM | 1.35 |
| | Parking at Courthouse | | | |
| 03/19/26 | PAYEE: United States Bankruptcy Court, Eastern District of California; REQUEST#: 293100; DATE: 3/19/2026. Pro Hac Vice App Fee- Sam Alberts. | E124 | JAG | 300.00 |
| 03/23/26 | VENDOR: Jorge A. Gaitan INVOICE#: 5108869904092140 DATE: 4/9/2026 | E101 | JAG | 350.00 |
| | Filing fee - Non-Dischargeability Complaint | | | |
| | Westlaw - Legal Computer Research | E106 | | 241.12 |
| | **Total Reimbursable Costs:** | | | **$ 892.47** |

### Summary of Current Charges

| Description | Amount |
|-------------|--------|
| Current Fees for Professional Services ................................................................................................... | $32,943.00 |
| Current Disbursements/Reimbursable Costs .......................................................................................... | $892.47 |
| **Total Amount Due This Invoice**.......................................................................................................... | **$ 33,835.47** |

**Payment Due By 05/24/26**.

IDENTIFICATION
NUMBER
94 0438033

THIS ACCOUNT IS NOW DUE
AND PAYABLE. IF PAYMENT
IS NOT RECEIVED WITHIN 30 DAYS
A LATE CHARGE
WILL BE ADDED.





621 Capitol Mall, 18th Floor
Sacramento, CA 95814
916/444-1000 Main
916/444-2100 Fax
downeybrand.com

**REMITTANCE COPY**

Official Committee of Creditors
of Oroville Hospital, et al.
Michael Kollar
Committee Chair CA

April 24, 2026
Invoice No. 626737
Page 10

**For Services Rendered Through March 31, 2026**

**Re:      Oroville Hospital, et al. Ch. 11 Bankruptcy**
**Our Matter No. 40114.00002**

Current Fees for Professional Services ............................................................................................................. $32,943.00

Current Disbursements/Reimbursable Costs ...................................................................................................... $892.47

**Total Amount Due This Invoice** ..................................................................................................... **$ 33,835.47**

**Please remit payment by 05/24/26**

**Return this remittance copy with your payment.  Thank you.**

680562 NBF-FTASK.rtf

IDENTIFICATION
NUMBER
94 0438033

THIS ACCOUNT IS NOW DUE
AND PAYABLE. IF PAYMENT
IS NOT RECEIVED WITHIN 30 DAYS
A LATE CHARGE
WILL BE ADDED.

