**26**

Paul Navid
PROVINCE, LLC
2360 Corporate Circle, Suite 340
Henderson, NV 89074
Telephone:     702 685 5555

*Financial Advisor for The Official Committee*
*Of Unsecured Creditors*

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF CALIFORNIA**
**SACRAMENTO DIVISION**

In re:

OROVILLE HOSPITAL, *et al.*,[1]

       Debtors and Debtors in Possession.

Lead Case No. 25-26876-C-11

Jointly Administered With:
Case No. 25-26877

Chapter 11

Hon. Christopher D. Jaime

☒  Affects all Debtors

☐  Affects Oroville Hospital

☐  Affects OroHealth Corporation: A Nonprofit Healthcare System

       Debtors and Debtors in Possession.

**PROVINCE, LLC MONTHLY FEE APPLICATION FOR ALLOWANCE AND PAYMENT OF INTERIM COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD MARCH 1, 2026 THROUGH MARCH 31, 2026**

    1.      Province, LLC (the "Firm") submits its Monthly Fee Application (the "Application") for Allowance and Payment of Interim Compensation and Reimbursement of Expenses for the Period March 1, 2026 Through March 31, 2026 (the "Application Period") for work performed for the

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each debtor's federal tax identification number, are: Oroville Hospital (4554) and OroHealth Corporation: A Nonprofit Healthcare System (4776).  The mailing address for the Debtors is 2767 Olive Highway, Oroville, California, 95966.

1

Official Committee of Unsecured Creditors (the "Committee"). In support of the Application, the Firm respectfully represents as follows:

2. The Firm is Financial Advisor to the Committee. The Firm hereby applies to the Court for allowance and payment of interim compensation for services rendered and reimbursement of expenses incurred during the Application Period.

3. The Firm billed a total of $194,113.50 in fees and $0.00 in expenses during the Application Period. The total fees represent 279.3 hours expended during the period covered by this Application. These fees and expenses break down as follows:

| Period | Fees | Expenses | Total |
|---|---|---|---|
| March 1, 2026 – March 31, 2026 | $194,113.50 | $0.00 | $194,113.50 |

4. Accordingly, the Firm seeks allowance of interim compensation in the amount of a total of $155,290.80 at this time. This total is comprised as follows: $155,290.80 (80% of the fees for services rendered) plus $0.00 (100% of the expenses incurred).

5. For the post-petition period, the Firm has been paid to date as follows:

| Application Period | Amount | Description |
|---|---|---|
| N/A | N/A | N/A |

6. To date, the Firm is owed as follows (excluding amounts owed pursuant to this Application):

| Application Period | Amount | Description |
|---|---|---|
| January 1, 2026 – January 31, 2026 | $178,337.00 | 100% fees |
| February 1, 2026 – February 28, 2026 | $152,274.50 | 100% fees |

7. Attached as **Exhibit A** hereto is the name of each professional who performed services in connection with these cases during the period covered by this Application and the hourly rate for each such professional. Attached hereto as **Exhibit B** are the detailed time and expense statements for the Application Period.

8. The Firm has served a copy of this Application on the Office of the United States Trustee, the above-captioned debtors (the "Debtors"), counsel to the Debtors, and counsel to the Committee, (iv) counsel for UMB Bank, N.A., in its capacities as successor Series 2019 Bond

2

Trustee, Master Trustee, and postpetition lender, and parties who have requested special notice (collectively, the "Notice Parties"). The Application was mailed to the Notice Parties by first class mail, postage prepaid, on or about April __, 2026.

9. Pursuant to this Court's Order Authorizing Interim Fee Procedures that was entered on or about February 17, 2026 [Docket No. 466], the Debtors are authorized in their discretion to make the payment requested herein, to the extent of available funds, without a further hearing or order of this Court unless an objection to this Application is filed with the Court and served upon the Notice Parties within ten (10) calendar days after the date of mailing of the Notice of this Application. If such an Objection is filed, the Debtors are authorized to pay 80% of the uncontested fees and 100% of the uncontested expenses without further order of the Court. If no Objection is filed, the Debtors are authorized to pay 80% of all fees requested in the Application and 100% of the uncontested expenses without further order of the Court.

10. The interim compensation and reimbursement of expenses sought in this Application is not final. Upon the conclusion of these Chapter 11 Cases, the Firm will seek fees and reimbursement of the expenses incurred for the totality of the services rendered in these Chapter 11 Cases. Any interim fees or reimbursement of expenses approved by this Court and received by the Firm (along with any retainer) will be credited against such final fees and expenses as may be allowed by this Court.

**WHEREFORE**, the Firm respectfully requests that the Debtors pay compensation to the Firm as requested herein pursuant to and in accordance with the terms of the *Order Establishing Procedures and Authorizing Payment of Professional Fees and Expenses on a Monthly Basis*.

Dated: April 24, 2026

DOWNEY BRAND LLP

By: */s/ Jamie P. Dreher*
JAMIE P. DREHER
621 Capitol Mall, 18th Floor
Sacramento, CA 95814
Email: jdreher@downeybrand.com

Special Litigation and Conflicts Counsel for The
Official Committee Of Unsecured Creditors

Dated: April 22, 2026

PROVINCE, LLC

By: */s/ Paul Navid*
Paul Navid
Partner

3

## EXHIBIT A

### Compensation by Person

| Name of Professional Individual | Position of the Applicant, Prior Relevant Experience, Year of Obtaining License, Area of Expertise | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Paul Navid | Partner - Financial Restructuring and Investment Banking Advisor. | $695 | 50.1 | $34,819.50 |
| Adam Rosen | Partner - Corporate restructuring and Investment banking. | $695 | 17.1 | $11,884.50 |
| Boris Steffen | Managing Director | $695 | 14.4 | $10,008.00 |
| Garo Khachikian | Vice President | $695 | 30.0 | $20,850.00 |
| Hunter Thompson | Vice President - Investment banking. | $695 | 88.5 | $61,507.50 |
| Nick Twyman | Senior Analyst | $695 | 20.0 | $13,900.00 |
| Evan Schell | Analyst | $695 | 17.7 | $12,301.50 |
| Francie Zeltser | Analyst | $695 | 17.8 | $12,371.00 |
| Javier Arosemena | Analyst | $695 | 22.2 | $15,429.00 |
| | Subtotal | | 277.8 | $193,071.00 |
| Blended Rate for Professionals | | $695.00 | | |
| **Paraprofessionals** | | Hourly Billing Rate | Total Hours Billed | Total Compensation |
| Eric Mattson | Matter Manager | $695 | 0.9 | $625.50 |
| Jocelyn Brock | Matter Administrator | $695 | 0.6 | $417.00 |
| | Subtotal | | 1.5 | $1,042.50 |
| | | | Fee Statement Hours | Total Compensation |
| Grand Total | | | 279.3 | $194,113.50 |
| Blended Rate for all Timekeepers | | $695.00 | | |

4

**<u>EXHIBIT B</u>**

**Invoice**



# Invoice

| | |
|---|---|
| **Reference Nbr.:** | **00098970** |
| **Date:** | 04/22/2026 |
| **Due Date:** | 04/22/2026 |
| **Customer ID:** | C00485 |
| **Billing Through:** | 03/31/2026 |

Province LLC
2360 Corporate Circle STE 340
Henderson, NV, 89074
Phone: 702-685-5555
www.provincefirm.com

**BILL TO**

Oroville Hospital
2767 Olive Highway

Oroville CA 95966
United States of America

**Oroville Hospital - FA**      Managed By: Paul Navid

### INVOICE SUMMARY

| PROFESSIONAL SERVICES | HOURS | RATE | AMOUNT |
|---|---|---|---|
| Adam Rosen | 17.10 | 695.00 | 11,884.50 |
| Paul Navid | 50.10 | 695.00 | 34,819.50 |
| Garo Khachikian | 30.00 | 695.00 | 20,850.00 |
| Boris Steffen | 14.40 | 695.00 | 10,008.00 |
| Eric Mattson | 0.90 | 695.00 | 625.50 |
| Jocelyn Brock | 0.60 | 695.00 | 417.00 |
| Hunter Thompson | 88.50 | 695.00 | 61,507.50 |
| Evan Schell | 17.70 | 695.00 | 12,301.50 |
| Nicholai Twyman | 20.00 | 695.00 | 13,900.00 |
| Francie Zeltser | 17.80 | 695.00 | 12,371.00 |
| Javier Arosemena | 22.20 | 695.00 | 15,429.00 |
| **PROFESSIONAL SERVICES** | 279.30 | | 194,113.50 |

| | |
|---|---|
| **Amount Due:** | 194,113.50 |
| **Discount Applied:** | 0.00 |
| **Total (USD):** | **194,113.50** |

**Continued...**      Page: 1 of 21



# Invoice

| | |
|---|---|
| **Reference Nbr.:** | **00098970** |
| **Date:** | 04/22/2026 |
| **Due Date:** | 04/22/2026 |
| **Customer ID:** | C00485 |
| **Billing Through:** | 03/31/2026 |

Province LLC
2360 Corporate Circle STE 340
Henderson, NV, 89074
Phone: 702-685-5555
www.provincefirm.com

**BILL TO**

Oroville Hospital
2767 Olive Highway

Oroville CA 95966
United States of America

**Oroville Hospital - FA**                                                        Managed By: Paul Navid

**INVOICE DETAILS**
**PROFESSIONAL SERVICES**

| DATE | EMPLOYEE | DESCRIPTION | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|
| 3/1/2026 | Garo Khachikian | Business Analysis / Operations<br>Analyzed real estate and fixed asset valuation support for wind-down scenarios and assessed implied recovery values across property categories and project sites. | 1.70 | 695.00 | 1,181.50 |
| 3/1/2026 | Hunter Thompson | Committee Activities<br>Finalized figures and commentary for UCC slide deck for tomorrow's call. | 2.40 | 695.00 | 1,668.00 |
| 3/1/2026 | Evan Schell | Committee Activities<br>Prepared committee presentation commentary and supporting financial exhibits. | 1.60 | 695.00 | 1,112.00 |
| 3/1/2026 | Francie Zeltser | Committee Activities<br>Prepared commentary and exhibits for committee presentation. | 1.70 | 695.00 | 1,181.50 |
| 3/2/2026 | Paul Navid | Business Analysis / Operations<br>Evaluated the revised December 2025 MOR to verify the reported results and identify items requiring further scrutiny. | 0.30 | 695.00 | 208.50 |
| 3/2/2026 | Hunter Thompson | Business Analysis / Operations<br>Reviewed revised Dec-25 MOR. | 0.60 | 695.00 | 417.00 |
| 3/2/2026 | Nicholai Twyman | Business Analysis / Operations<br>Analyzed cash forecast per revised assumptions. | 2.30 | 695.00 | 1,598.50 |
| 3/3/2026 | Adam Rosen | Business Analysis / Operations<br>Worked on financial analysis. | 1.20 | 695.00 | 834.00 |
| 3/3/2026 | Paul Navid | Sale Process<br>Evaluated recent corporate finance developments circulated by parties in the sale process to assess potential implications for transaction dynamics and stakeholder recoveries. | 1.50 | 695.00 | 1,042.50 |
| 3/3/2026 | Paul Navid | Sale Process<br>Reviewed the buyer list to assess party identification, process coverage, and the overall composition of the prospective purchaser universe. | 1.00 | 695.00 | 695.00 |
| 3/3/2026 | Hunter Thompson | Sale Process<br>Reviewed recent corporate finance updates per certain parties in sale process. | 1.20 | 695.00 | 834.00 |

**Continued...**



# Invoice

| | |
|---|---|
| **Reference Nbr.:** | **00098970** |
| **Date:** | 04/22/2026 |
| **Due Date:** | 04/22/2026 |
| **Customer ID:** | C00485 |
| **Billing Through:** | 03/31/2026 |

Province LLC
2360 Corporate Circle STE 340
Henderson, NV, 89074
Phone: 702-685-5555
www.provincefirm.com

**BILL TO**

Oroville Hospital
2767 Olive Highway

Oroville CA 95966
United States of America

**Oroville Hospital - FA**                                                    Managed By: Paul Navid

| | | | | | |
|---|---|---|---|---|---|
| 3/3/2026 | Hunter Thompson | Sale Process<br>Reviewed names in buyer list. | 0.60 | 695.00 | 417.00 |
| 3/3/2026 | Hunter Thompson | Business Analysis / Operations<br>Analyzed reimbursement rate forecasts per industry insiders. | 0.90 | 695.00 | 625.50 |
| 3/4/2026 | Adam Rosen | Business Analysis / Operations<br>Worked on financial analysis. | 0.80 | 695.00 | 556.00 |
| 3/4/2026 | Paul Navid | Business Analysis / Operations<br>Evaluated latest liquidity report. | 0.50 | 695.00 | 347.50 |
| 3/4/2026 | Eric Mattson | Fee / Employment Applications<br>Reviewed counsel edits to retention app (0.1). Corresponded with internal team regarding same (0.1). | 0.20 | 695.00 | 139.00 |
| 3/4/2026 | Nicholai Twyman | Business Analysis / Operations<br>Updated cash flow sensitivity analysis. | 1.30 | 695.00 | 903.50 |
| 3/5/2026 | Adam Rosen | Business Analysis / Operations<br>Worked on financial analysis. | 1.00 | 695.00 | 695.00 |
| 3/5/2026 | Paul Navid | Business Analysis / Operations<br>Evaluated the QofE non-reliance letter to assess scope limitations, reliance restrictions, and transaction-related implications. | 0.10 | 695.00 | 69.50 |
| 3/5/2026 | Paul Navid | Business Analysis / Operations<br>Reviewed the management transition declarations to assess the factual support for the requested relief and the implications for oversight of the business. | 0.70 | 695.00 | 486.50 |
| 3/5/2026 | Paul Navid | Business Analysis / Operations<br>Assessed the latest variance report to evaluate budget performance, operational trends, and meaningful departures from forecast. | 0.10 | 695.00 | 69.50 |
| 3/5/2026 | Paul Navid | Business Analysis / Operations<br>Analyzed the management transition motion to assess the proposed governance changes and their potential impact on the case. | 1.50 | 695.00 | 1,042.50 |
| 3/5/2026 | Hunter Thompson | Business Analysis / Operations<br>Reviewed QofE non-reliance letter. | 0.30 | 695.00 | 208.50 |
| 3/5/2026 | Hunter Thompson | Business Analysis / Operations<br>Analyzed the latest variance report. | 0.40 | 695.00 | 278.00 |
| 3/5/2026 | Hunter Thompson | Business Analysis / Operations<br>Analyzed management transition declarations. | 1.10 | 695.00 | 764.50 |
| 3/5/2026 | Hunter Thompson | Business Analysis / Operations<br>Reviewed files recently uploaded to the data room. | 1.30 | 695.00 | 903.50 |

**Continued...**                                                                Page: 3 of 21



# Invoice

| | |
|---|---|
| **Reference Nbr.:** | **00098970** |
| **Date:** | 04/22/2026 |
| **Due Date:** | 04/22/2026 |
| **Customer ID:** | C00485 |
| **Billing Through:** | 03/31/2026 |

Province LLC
2360 Corporate Circle STE 340
Henderson, NV, 89074
Phone: 702-685-5555
www.provincefirm.com

**BILL TO**

Oroville Hospital
2767 Olive Highway

Oroville CA 95966
United States of America

**Oroville Hospital - FA**     Managed By: Paul Navid

| Date | Name | Category / Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 3/5/2026 | Hunter Thompson | Business Analysis / Operations<br>Analyzed management transition motion. | 1.80 | 695.00 | 1,251.00 |
| 3/5/2026 | Hunter Thompson | Business Analysis / Operations<br>Analyzed company leadership team. | 1.10 | 695.00 | 764.50 |
| 3/5/2026 | Nicholai Twyman | Business Analysis / Operations<br>Updated cash forecast per revised week 12 forecast numbers. | 2.20 | 695.00 | 1,529.00 |
| 3/6/2026 | Adam Rosen | Business Analysis / Operations<br>Worked on financial analysis. | 0.80 | 695.00 | 556.00 |
| 3/6/2026 | Paul Navid | Business Analysis / Operations<br>Assessed potential analytical approaches for determining whether the proposed Wentz consulting arrangement was economically reasonable. | 1.20 | 695.00 | 834.00 |
| 3/6/2026 | Paul Navid | Business Analysis / Operations<br>Reviewed comparable California nonprofit hospitals to assess the appropriateness of reference points for evaluating the Wentz consulting agreement. | 1.50 | 695.00 | 1,042.50 |
| 3/6/2026 | Paul Navid | Claims Analysis and Objections<br>Evaluated the proposed stratification of general unsecured claims to assess creditor groupings and the implications for claims analysis. | 1.40 | 695.00 | 973.00 |
| 3/6/2026 | Garo Khachikian | Claims Analysis and Objections<br>Analyzed proposed stratification of general unsecured claims and assessed creditor groupings, claim sizing methodology, and implications for distribution analysis. | 1.50 | 695.00 | 1,042.50 |
| 3/6/2026 | Hunter Thompson | Claims Analysis and Objections<br>Prepared claim stratification for GUC claims. | 2.40 | 695.00 | 1,668.00 |
| 3/6/2026 | Hunter Thompson | Business Analysis / Operations<br>Corresponded with the F10 team about professional fees. | 0.20 | 695.00 | 139.00 |
| 3/6/2026 | Hunter Thompson | Business Analysis / Operations<br>Identified similar non-profit hospitals in CA for Wentz consulting agreement analysis. | 2.60 | 695.00 | 1,807.00 |
| 3/6/2026 | Hunter Thompson | Business Analysis / Operations<br>Emailed data requests to F10 re: Wentz consulting agreement. | 0.20 | 695.00 | 139.00 |
| 3/6/2026 | Hunter Thompson | Committee Activities<br>Attended weekly UCC/Debtor professional call. | 0.40 | 695.00 | 278.00 |

**Continued...**    



# Invoice

| | |
|---|---|
| **Reference Nbr.:** | **00098970** |
| **Date:** | 04/22/2026 |
| **Due Date:** | 04/22/2026 |
| **Customer ID:** | C00485 |
| **Billing Through:** | 03/31/2026 |

Province LLC
2360 Corporate Circle STE 340
Henderson, NV, 89074
Phone: 702-685-5555
www.provincefirm.com

**BILL TO**

Oroville Hospital
2767 Olive Highway

Oroville CA 95966
United States of America

**Oroville Hospital - FA** Managed By: Paul Navid

| | | | | | |
|---|---|---|---|---|---|
| 3/6/2026 | Hunter Thompson | Business Analysis / Operations | 0.60 | 695.00 | 417.00 |
| | | Attended weekly Dentons/Province professional call. | | | |
| 3/6/2026 | Hunter Thompson | Business Analysis / Operations | 1.80 | 695.00 | 1,251.00 |
| | | Ideated how to assess the reasonableness of the proposed Wentz consulting agreement. | | | |
| 3/6/2026 | Evan Schell | Committee Activities | 0.80 | 695.00 | 556.00 |
| | | Examined weekly UCC debtor call notes for implications. | | | |
| 3/7/2026 | Paul Navid | Business Analysis / Operations | 0.80 | 695.00 | 556.00 |
| | | Reviewed exhibits summarizing comparable executive compensation to confirm the support for the proposed CEO and CFO pay analysis. | | | |
| 3/7/2026 | Paul Navid | Business Analysis / Operations | 0.70 | 695.00 | 486.50 |
| | | Assessed the Excel schedules and supporting line-item organization to verify that the underlying data had been structured appropriately for financial review. | | | |
| 3/7/2026 | Paul Navid | Business Analysis / Operations | 0.30 | 695.00 | 208.50 |
| | | Analyzed the latest variance materials for the week ended February 20 to identify meaningful operating deviations and issues requiring further attention. | | | |
| 3/7/2026 | Paul Navid | Business Analysis / Operations | 0.50 | 695.00 | 347.50 |
| | | Evaluated summary exhibits addressing variance analysis to confirm the key operating developments were accurately presented for committee materials. | | | |
| 3/7/2026 | Paul Navid | Business Analysis / Operations | 0.40 | 695.00 | 278.00 |
| | | Reviewed variance commentary for committee presentation to assess whether the narrative fairly reflected the underlying financial results and principal drivers. | | | |
| 3/7/2026 | Garo Khachikian | Court Filings | 1.20 | 695.00 | 834.00 |
| | | Reviewed Motion to Employ Michael Lane as Chief Restructuring Officer and assessed proposed retention terms, qualifications, and scope of CRO authority. | | | |
| 3/7/2026 | Garo Khachikian | Court Filings | 1.60 | 695.00 | 1,112.00 |
| | | Analyzed Motion for Order Approving Management Transition Plan and supporting declarations and assessed proposed governance changes, staffing implications, and related estate impact. | | | |

**Continued...**



# Invoice

| | |
|---|---|
| **Reference Nbr.:** | **00098970** |
| **Date:** | 04/22/2026 |
| **Due Date:** | 04/22/2026 |
| **Customer ID:** | C00485 |
| **Billing Through:** | 03/31/2026 |

Province LLC
2360 Corporate Circle STE 340
Henderson, NV, 89074
Phone: 702-685-5555
www.provincefirm.com

**BILL TO**

Oroville Hospital
2767 Olive Highway

Oroville CA 95966
United States of America

**Oroville Hospital - FA**        Managed By: Paul Navid

| Date | Name | Category | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 3/7/2026 | Hunter Thompson | Business Analysis / Operations<br>Pulled comparable hospital CEO and CFO comp data per Form 990s (1/2). | 2.60 | 695.00 | 1,807.00 |
| 3/7/2026 | Hunter Thompson | Business Analysis / Operations<br>Prepared exhibits detailing comparable CEO and CFO compensation. | 1.40 | 695.00 | 973.00 |
| 3/7/2026 | Hunter Thompson | Business Analysis / Operations<br>Pulled comparable hospital CEO and CFO comp data per Form 990s (2/2). | 2.50 | 695.00 | 1,737.50 |
| 3/7/2026 | Evan Schell | Business Analysis / Operations<br>Edited CEO and CFO compensation-related presentation exhibits. | 1.80 | 695.00 | 1,251.00 |
| 3/7/2026 | Evan Schell | Business Analysis / Operations<br>Assisted preparation of summary exhibits for presentation purposes. | 2.20 | 695.00 | 1,529.00 |
| 3/7/2026 | Evan Schell | Business Analysis / Operations<br>Evaluated comparable hospital CEO and CFO compensation benchmarking data. | 1.40 | 695.00 | 973.00 |
| 3/7/2026 | Francie Zeltser | Business Analysis / Operations<br>Reviewed liability classifications and variance drivers. | 0.90 | 695.00 | 625.50 |
| 3/7/2026 | Francie Zeltser | Business Analysis / Operations<br>Reconciled asset balances to general ledger detail. | 1.20 | 695.00 | 834.00 |
| 3/7/2026 | Francie Zeltser | Business Analysis / Operations<br>Prepared SOAL rollforward tying schedules to support. | 1.60 | 695.00 | 1,112.00 |
| 3/7/2026 | Francie Zeltser | Business Analysis / Operations<br>Analyzed intercompany eliminations and consolidation adjustments. | 1.70 | 695.00 | 1,181.50 |
| 3/7/2026 | Javier Arosemena | Business Analysis / Operations<br>Began analyzing latest variance materials for W.E. 02/20. | 0.60 | 695.00 | 417.00 |
| 3/7/2026 | Javier Arosemena | Business Analysis / Operations<br>Drafted variance commentary for committee presentation; deferred review to H. Thompson. | 0.70 | 695.00 | 486.50 |
| 3/7/2026 | Javier Arosemena | Business Analysis / Operations<br>Imported data into Excel and built schedules for line items. | 1.10 | 695.00 | 764.50 |
| 3/7/2026 | Javier Arosemena | Business Analysis / Operations<br>Built summary exhibits on variance analysis for committee presentation. | 0.80 | 695.00 | 556.00 |
| 3/8/2026 | Paul Navid | Business Analysis / Operations<br>Evaluated executive comp. | 1.20 | 695.00 | 834.00 |

**Continued...**       



# Invoice

| | |
|---|---|
| **Reference Nbr.:** | **00098970** |
| **Date:** | 04/22/2026 |
| **Due Date:** | 04/22/2026 |
| **Customer ID:** | C00485 |
| **Billing Through:** | 03/31/2026 |

Province LLC
2360 Corporate Circle STE 340
Henderson, NV, 89074
Phone: 702-685-5555
www.provincefirm.com

**BILL TO**

Oroville Hospital
2767 Olive Highway

Oroville CA 95966
United States of America

**Oroville Hospital - FA**　　　　　　　　　　　　　　　　　　　　　　　　　Managed By: Paul Navid

| Date | Name | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 3/8/2026 | Paul Navid | Business Analysis / Operations<br>Call with H. Thompson to discuss employee comp analysis. | 0.20 | 695.00 | 139.00 |
| 3/8/2026 | Paul Navid | Business Analysis / Operations<br>Reviewed the revised Wentz compensation analysis following senior comments to assess whether the updated assumptions and conclusions were supportable. | 1.60 | 695.00 | 1,112.00 |
| 3/8/2026 | Paul Navid | Committee Activities<br>Assessed the figures and related narrative in the slide deck to confirm the presentation was accurate and appropriate for the upcoming Committee call. | 1.50 | 695.00 | 1,042.50 |
| 3/8/2026 | Garo Khachikian | Business Analysis / Operations<br>Analyzed comparable California nonprofit hospital CEO and CFO compensation data derived from Form 990 filings and assessed relevance of benchmarks to the proposed Wentz consulting agreement. | 1.70 | 695.00 | 1,181.50 |
| 3/8/2026 | Garo Khachikian | Business Analysis / Operations<br>Reviewed variance commentary and summary exhibits prepared for the committee presentation and confirmed key operating developments were accurately captured. | 1.10 | 695.00 | 764.50 |
| 3/8/2026 | Hunter Thompson | Business Analysis / Operations<br>Incorporated P. Navid's comments into Wentz compensation analysis (2/2). | 1.70 | 695.00 | 1,181.50 |
| 3/8/2026 | Hunter Thompson | Business Analysis / Operations<br>Discussed workstreams with P. Navid. | 0.20 | 695.00 | 139.00 |
| 3/8/2026 | Hunter Thompson | Business Analysis / Operations<br>Incorporated P. Navid's comments into Wentz compensation analysis (1/2). | 2.80 | 695.00 | 1,946.00 |
| 3/8/2026 | Hunter Thompson | Committee Activities<br>Finalized figures and commentary in slide deck for tomorrow's Committee call. | 1.80 | 695.00 | 1,251.00 |
| 3/8/2026 | Evan Schell | Committee Activities<br>Prepared committee call slide deck for March 9. | 1.20 | 695.00 | 834.00 |
| 3/8/2026 | Evan Schell | Business Analysis / Operations<br>Incorporated stakeholder comments into compensation analysis workpapers supporting. | 2.80 | 695.00 | 1,946.00 |
| 3/8/2026 | Nicholai Twyman | Business Analysis / Operations<br>Drafted updated valuation per 3/8 meeting notes. | 2.70 | 695.00 | 1,876.50 |
| 3/8/2026 | Nicholai Twyman | Business Analysis / Operations<br>Attended 3.8 meeting. | 1.10 | 695.00 | 764.50 |

**Continued...**



# Invoice

| | |
|---|---|
| **Reference Nbr.:** | **00098970** |
| **Date:** | 04/22/2026 |
| **Due Date:** | 04/22/2026 |
| **Customer ID:** | C00485 |
| **Billing Through:** | 03/31/2026 |

Province LLC
2360 Corporate Circle STE 340
Henderson, NV, 89074
Phone: 702-685-5555
www.provincefirm.com

**BILL TO**

Oroville Hospital
2767 Olive Highway

Oroville CA 95966
United States of America

**Oroville Hospital - FA**        Managed By: Paul Navid

| Date | Name | Category / Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 3/8/2026 | Francie Zeltser | Business Analysis / Operations<br>Finalized SOAL exhibits. | 0.70 | 695.00 | 486.50 |
| 3/9/2026 | Paul Navid | Business Analysis / Operations<br>Analyzed proposed compensation changes for current management to assess cost impact and overall reasonableness. | 1.00 | 695.00 | 695.00 |
| 3/9/2026 | Paul Navid | Business Analysis / Operations<br>Examined R. Wentz's compensation history from 2023 through 2025 to identify pay trends relevant to the ongoing compensation review. | 1.10 | 695.00 | 764.50 |
| 3/9/2026 | Paul Navid | Claims Analysis and Objections<br>Reviewed the revised GUC claim chart and related transmittal to confirm that the updated treatment accurately reflected senior comments and current claims positions. | 1.40 | 695.00 | 973.00 |
| 3/9/2026 | Garo Khachikian | Business Analysis / Operations<br>Reviewed proposed compensation changes for existing company management and assessed cost impact, comparability, and overall reasonableness relative to benchmarks. | 0.80 | 695.00 | 556.00 |
| 3/9/2026 | Hunter Thompson | Business Analysis / Operations<br>Reviewed proposed compensation changes for existing company management. | 1.30 | 695.00 | 903.50 |
| 3/9/2026 | Hunter Thompson | Business Analysis / Operations<br>Reviewed 2023-2025 compensation history for R. Wentz. | 1.40 | 695.00 | 973.00 |
| 3/9/2026 | Hunter Thompson | Claims Analysis and Objections<br>Corresponded with Dentons re: unliquidated GUC claims. | 0.30 | 695.00 | 208.50 |
| 3/9/2026 | Hunter Thompson | Claims Analysis and Objections<br>Incorporated P. Navid's comments into GUC claim chart and emailed to Dentons. | 2.20 | 695.00 | 1,529.00 |
| 3/9/2026 | Hunter Thompson | Committee Activities<br>Communicated with Committee professionals re: update call. | 0.20 | 695.00 | 139.00 |
| 3/10/2026 | Adam Rosen | Business Analysis / Operations<br>Reviewed documents posted to data room re: historical A/R. | 0.90 | 695.00 | 625.50 |
| 3/11/2026 | Adam Rosen | Committee Activities<br>Reviewed and analyzed re: UCC report. | 1.00 | 695.00 | 695.00 |

**Continued...**     



# Invoice

| | |
|---|---|
| **Reference Nbr.:** | **00098970** |
| **Date:** | 04/22/2026 |
| **Due Date:** | 04/22/2026 |
| **Customer ID:** | C00485 |
| **Billing Through:** | 03/31/2026 |

Province LLC
2360 Corporate Circle STE 340
Henderson, NV, 89074
Phone: 702-685-5555
www.provincefirm.com

**BILL TO**

Oroville Hospital
2767 Olive Highway

Oroville CA 95966
United States of America

**Oroville Hospital - FA**　　　　　　　　　　　　　　　　　　　　　　　　Managed By: Paul Navid

| Date | Name | Activity | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 3/11/2026 | Paul Navid | Committee Activities<br>Examined the UCC report to evaluate the accuracy of the financial information presented and the significance of the developments described. | 0.70 | 695.00 | 486.50 |
| 3/11/2026 | Eric Mattson | Fee / Employment Applications<br>Prepared January entries for invoice. | 0.70 | 695.00 | 486.50 |
| 3/12/2026 | Adam Rosen | Committee Activities<br>Reviewed and revised re: UCC update report. | 1.20 | 695.00 | 834.00 |
| 3/12/2026 | Paul Navid | Committee Activities<br>Assessed the UCC update report to confirm that the information presented accurately reflected current case developments and financial considerations. | 1.70 | 695.00 | 1,181.50 |
| 3/12/2026 | Paul Navid | Court Filings<br>Examined the latest docket filings to identify developments affecting case strategy, timing, and stakeholder positions. | 0.20 | 695.00 | 139.00 |
| 3/12/2026 | Paul Navid | Business Analysis / Operations<br>Reviewed the latest variance report to assess operating performance and identify material departures from budget. | 1.10 | 695.00 | 764.50 |
| 3/12/2026 | Hunter Thompson | Business Analysis / Operations<br>Reviewed historical financial performance. | 2.40 | 695.00 | 1,668.00 |
| 3/12/2026 | Hunter Thompson | Business Analysis / Operations<br>Analyzed the latest variance report. | 0.40 | 695.00 | 278.00 |
| 3/12/2026 | Hunter Thompson | Court Filings<br>Analyzed the latest filings uploaded to the docket. | 0.60 | 695.00 | 417.00 |
| 3/13/2026 | Adam Rosen | Business Analysis / Operations<br>Reviewed and analyzed historical financials and working capital. | 1.10 | 695.00 | 764.50 |
| 3/13/2026 | Adam Rosen | Business Analysis / Operations<br>Worked on financial analysis. | 0.70 | 695.00 | 486.50 |
| 3/13/2026 | Paul Navid | Business Analysis / Operations<br>Reviewed the graphical exhibits addressing CEO and CFO compensation to confirm the visual presentation accurately reflected the underlying benchmarking data. | 0.50 | 695.00 | 347.50 |
| 3/13/2026 | Paul Navid | Business Analysis / Operations<br>Evaluated the presentation materials addressing the proposed Wentz consulting agreement to confirm the summary of terms and related considerations was accurate. | 1.90 | 695.00 | 1,320.50 |

**Continued...**　　　　　　　　　　　　　　　　　　　　　　　　Page: 9 of 21



# Invoice

| | |
|---|---|
| **Reference Nbr.:** | **00098970** |
| **Date:** | 04/22/2026 |
| **Due Date:** | 04/22/2026 |
| **Customer ID:** | C00485 |
| **Billing Through:** | 03/31/2026 |

Province LLC
2360 Corporate Circle STE 340
Henderson, NV, 89074
Phone: 702-685-5555
www.provincefirm.com

## BILL TO

Oroville Hospital
2767 Olive Highway

Oroville CA 95966
United States of America

**Oroville Hospital - FA**      Managed By: Paul Navid

| Date | Name | Activity | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 3/13/2026 | Paul Navid | Committee Activities<br>Assessed the compensation slide exhibits prepared for the Monday Committee call to verify that the compensation analysis was clearly and correctly presented. | 0.90 | 695.00 | 625.50 |
| 3/13/2026 | Garo Khachikian | Business Analysis / Operations<br>Analyzed presentation materials addressing the proposed Wentz consulting agreement and assessed summary of terms, cost assumptions, and comparable arrangement benchmarks. | 1.50 | 695.00 | 1,042.50 |
| 3/13/2026 | Hunter Thompson | Business Analysis / Operations<br>Prepared slide detailing the proposed Wentz consulting agreement. | 2.70 | 695.00 | 1,876.50 |
| 3/13/2026 | Hunter Thompson | Business Analysis / Operations<br>Corresponded with F10 team re: professional fees. | 0.20 | 695.00 | 139.00 |
| 3/13/2026 | Hunter Thompson | Business Analysis / Operations<br>Added graphic CEO and CFO compensation exhibits. | 2.20 | 695.00 | 1,529.00 |
| 3/13/2026 | Hunter Thompson | Business Analysis / Operations<br>Attended weekly Debtor/UCC professionals call. | 1.10 | 695.00 | 764.50 |
| 3/13/2026 | Hunter Thompson | Committee Activities<br>Finalized compensation slide exhibits for Monday's Committee call. | 2.30 | 695.00 | 1,598.50 |
| 3/13/2026 | Evan Schell | Business Analysis / Operations<br>Examined internal memorandum regarding F10 Dentons UCC call. | 0.30 | 695.00 | 208.50 |
| 3/13/2026 | Francie Zeltser | Committee Activities<br>Attended UCC/Dentons/F10 call and documented key discussion points. | 1.10 | 695.00 | 764.50 |
| 3/13/2026 | Francie Zeltser | Case Administration<br>Prepared internal memo summarizing key takeaways from March 13 UCC/Dentons/F10 call. | 0.40 | 695.00 | 278.00 |
| 3/14/2026 | Paul Navid | Business Analysis / Operations<br>Assessed the latest Force 10 performance materials for the week ended February 27 to evaluate recent operating results and notable variances. | 0.10 | 695.00 | 69.50 |

**Continued...**     



# Invoice

| | |
|---|---|
| **Reference Nbr.:** | **00098970** |
| **Date:** | 04/22/2026 |
| **Due Date:** | 04/22/2026 |
| **Customer ID:** | C00485 |
| **Billing Through:** | 03/31/2026 |

Province LLC
2360 Corporate Circle STE 340
Henderson, NV, 89074
Phone: 702-685-5555
www.provincefirm.com

**BILL TO**

Oroville Hospital
2767 Olive Highway

Oroville CA 95966
United States of America

**Oroville Hospital - FA**                                                                 Managed By: Paul Navid

| Date | Name | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 3/14/2026 | Paul Navid | Business Analysis / Operations<br>Reviewed the consolidated summary outputs derived from the working file to assess whether the underlying financial information had been organized and aggregated appropriately for analysis. | 0.70 | 695.00 | 486.50 |
| 3/14/2026 | Paul Navid | Business Analysis / Operations<br>Examined the analytical outputs for discrepant items to identify inconsistencies, compare them against related commentary, and determine which matters warranted further attention. | 0.40 | 695.00 | 278.00 |
| 3/14/2026 | Paul Navid | Business Analysis / Operations<br>Evaluated the commentary prepared for the weekly performance materials to confirm that the narrative appropriately reflected the key operating developments ahead of the UCC meeting. | 0.80 | 695.00 | 556.00 |
| 3/14/2026 | Garo Khachikian | Business Analysis / Operations<br>Analyzed weekly performance materials for the period ended February 27 and assessed variance commentary, operating trends, and line-item deviations from budget. | 1.50 | 695.00 | 1,042.50 |
| 3/14/2026 | Hunter Thompson | Business Analysis / Operations<br>Reviewed expected QAF receipt assumptions. | 0.40 | 695.00 | 278.00 |
| 3/14/2026 | Evan Schell | Business Analysis / Operations<br>Assessed F10 performance materials for week ending 2/27. | 1.60 | 695.00 | 1,112.00 |
| 3/14/2026 | Evan Schell | Business Analysis / Operations<br>Refined commentary accompanying F10 performance materials analysis summary. | 0.90 | 695.00 | 625.50 |
| 3/14/2026 | Francie Zeltser | Business Analysis / Operations<br>Updated cash variance analysis and drafted presentation commentary. | 1.10 | 695.00 | 764.50 |
| 3/14/2026 | Francie Zeltser | Business Analysis / Operations<br>Prepared regression visuals supporting compensation reasonableness. | 0.90 | 695.00 | 625.50 |
| 3/14/2026 | Francie Zeltser | Business Analysis / Operations<br>Compiled Form 990 data supporting compensation benchmarks. | 0.60 | 695.00 | 417.00 |
| 3/14/2026 | Francie Zeltser | Business Analysis / Operations<br>Analyzed CEO compensation comparables across peer hospitals. | 1.40 | 695.00 | 973.00 |

**Continued...**



# Invoice

| | |
|---|---|
| **Reference Nbr.:** | **00098970** |
| **Date:** | 04/22/2026 |
| **Due Date:** | 04/22/2026 |
| **Customer ID:** | C00485 |
| **Billing Through:** | 03/31/2026 |

Province LLC
2360 Corporate Circle STE 340
Henderson, NV, 89074
Phone: 702-685-5555
www.provincefirm.com

**BILL TO**

Oroville Hospital
2767 Olive Highway

Oroville CA 95966
United States of America

**Oroville Hospital - FA**      Managed By: Paul Navid

| Date | Name | Category / Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 3/14/2026 | Javier Arosemena | Business Analysis / Operations<br>Spread data into working file and prepared consolidated summary outputs. | 1.10 | 695.00 | 764.50 |
| 3/14/2026 | Javier Arosemena | Business Analysis / Operations<br>Reviewed latest performance materials from Force 10 for W.E. 02/27. | 0.40 | 695.00 | 278.00 |
| 3/14/2026 | Javier Arosemena | Business Analysis / Operations<br>Analyzed outputs for discrepant items; referenced commentary and flagged items. | 0.70 | 695.00 | 486.50 |
| 3/14/2026 | Javier Arosemena | Business Analysis / Operations<br>Drafted commentary on weekly performance materials ahead of UCC meeting. | 1.20 | 695.00 | 834.00 |
| 3/15/2026 | Garo Khachikian | Business Analysis / Operations<br>Reviewed R. Wentz compensation history from 2023 through 2025 and assessed pay trends, benefit components, and total compensation trajectory in the context of the ongoing reasonableness review. | 2.30 | 695.00 | 1,598.50 |
| 3/15/2026 | Hunter Thompson | Committee Activities<br>Finalized slide deck for tomorrow's Committee call. | 0.80 | 695.00 | 556.00 |
| 3/16/2026 | Paul Navid | Litigation<br>Assessed documents relating to the value of Steward's convertible bonds to evaluate the support for the asserted valuation conclusions. | 1.70 | 695.00 | 1,181.50 |
| 3/16/2026 | Paul Navid | Business Analysis / Operations<br>Evaluated comparable bankruptcy situations relevant to executive compensation to assess benchmark considerations applicable to the compensation request. | 1.10 | 695.00 | 764.50 |
| 3/16/2026 | Boris Steffen | Litigation<br>Reviewed and analyzed documents pertaining to the value of Steward's convertible bonds Session 3. | 2.60 | 695.00 | 1,807.00 |
| 3/16/2026 | Hunter Thompson | Committee Activities<br>Attended the Committee call. | 0.70 | 695.00 | 486.50 |
| 3/16/2026 | Hunter Thompson | Business Analysis / Operations<br>Discussed management transition with Dentons. | 0.50 | 695.00 | 347.50 |
| 3/16/2026 | Hunter Thompson | Business Analysis / Operations<br>Incorporated P. Navid's comments into executive compensation analysis. | 2.80 | 695.00 | 1,946.00 |
| 3/16/2026 | Hunter Thompson | Business Analysis / Operations<br>Researched comparable bankruptcies per P. Navid's executive compensation request. | 1.40 | 695.00 | 973.00 |

**Continued...**     



# Invoice

| | |
|---|---|
| **Reference Nbr.:** | **00098970** |
| **Date:** | 04/22/2026 |
| **Due Date:** | 04/22/2026 |
| **Customer ID:** | C00485 |
| **Billing Through:** | 03/31/2026 |

Province LLC
2360 Corporate Circle STE 340
Henderson, NV, 89074
Phone: 702-685-5555
www.provincefirm.com

## BILL TO

Oroville Hospital
2767 Olive Highway

Oroville CA 95966
United States of America

**Oroville Hospital - FA**        Managed By: Paul Navid

| Date | Name | Category / Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 3/16/2026 | Hunter Thompson | Business Analysis / Operations<br>Reviewed correspondences and files provided by Dentons re: mgmt. transition. | 2.30 | 695.00 | 1,598.50 |
| 3/17/2026 | Adam Rosen | Business Analysis / Operations<br>Worked on financial analysis. | 1.20 | 695.00 | 834.00 |
| 3/17/2026 | Paul Navid | Business Analysis / Operations<br>Reviewed the final executive compensation analysis to confirm the support for the conclusions and the suitability of the materials for counsel. | 0.60 | 695.00 | 417.00 |
| 3/17/2026 | Hunter Thompson | Business Analysis / Operations<br>Finalized executive compensation analysis and emailed to Dentons. | 0.90 | 695.00 | 625.50 |
| 3/18/2026 | Adam Rosen | Business Analysis / Operations<br>Worked on financial analysis. | 0.90 | 695.00 | 625.50 |
| 3/18/2026 | Paul Navid | Litigation<br>Assessed the B. Steffen declaration to confirm that the statements made were supported by the underlying record and aligned with the broader case posture. | 1.90 | 695.00 | 1,320.50 |
| 3/18/2026 | Boris Steffen | Litigation<br>Analyzed, drafted, and reviewed declaration session 2. | 2.90 | 695.00 | 2,015.50 |
| 3/18/2026 | Boris Steffen | Litigation<br>Analyzed, drafted, and reviewed declaration. | 2.90 | 695.00 | 2,015.50 |
| 3/18/2026 | Hunter Thompson | Litigation<br>Corresponded with case professionals re: objection to mgmt. transition strategy. | 0.90 | 695.00 | 625.50 |
| 3/18/2026 | Hunter Thompson | Litigation<br>Drafted B. Steffen's declaration. | 3.60 | 695.00 | 2,502.00 |
| 3/18/2026 | Hunter Thompson | Litigation<br>Coordinated internally on expert witness selection. | 0.40 | 695.00 | 278.00 |
| 3/18/2026 | Hunter Thompson | Litigation<br>Emailed Dentons about expert witness and strategy. | 0.30 | 695.00 | 208.50 |
| 3/18/2026 | Nicholai Twyman | Business Analysis / Operations<br>Analyzed case liquidity scenarios. | 2.80 | 695.00 | 1,946.00 |
| 3/18/2026 | Nicholai Twyman | Business Analysis / Operations<br>Updated valuation slides (Part I). | 2.20 | 695.00 | 1,529.00 |
| 3/18/2026 | Nicholai Twyman | Business Analysis / Operations<br>Updated valuation slides (Part II). | 2.40 | 695.00 | 1,668.00 |

**Continued...**        Page: 13 of 21



# Invoice

| | |
|---|---|
| **Reference Nbr.:** | **00098970** |
| **Date:** | 04/22/2026 |
| **Due Date:** | 04/22/2026 |
| **Customer ID:** | C00485 |
| **Billing Through:** | 03/31/2026 |

Province LLC
2360 Corporate Circle STE 340
Henderson, NV, 89074
Phone: 702-685-5555
www.provincefirm.com

| **BILL TO** |
|---|

Oroville Hospital
2767 Olive Highway

Oroville CA 95966
United States of America

**Oroville Hospital - FA**　　　　　　　　　　　　　　　　　　　　　Managed By: Paul Navid

| | | | | | |
|---|---|---|---|---|---|
| 3/18/2026 | Nicholai Twyman | Business Analysis / Operations Updated case liquidity sensitivity per updated DIP draw assumptions. | 1.70 | 695.00 | 1,181.50 |
| 3/18/2026 | Nicholai Twyman | Business Analysis / Operations Drafted updated APA comparison slide. | 1.30 | 695.00 | 903.50 |
| 3/19/2026 | Adam Rosen | Business Analysis / Operations Worked on financial analysis. | 0.70 | 695.00 | 486.50 |
| 3/19/2026 | Paul Navid | Business Analysis / Operations Analyzed the latest DIP budget prepared by the debtors to assess projected cash usage, key assumptions, and overall liquidity sufficiency. | 1.40 | 695.00 | 973.00 |
| 3/19/2026 | Paul Navid | Business Analysis / Operations Assessed the preliminary minutes in light of recent filings to verify that the procedural record and referenced developments were accurately described. | 0.40 | 695.00 | 278.00 |
| 3/19/2026 | Paul Navid | Court Hearings Evaluated the detailed hearing summary and resulting action items to confirm that the principal developments and follow-up matters were accurately captured. | 0.60 | 695.00 | 417.00 |
| 3/19/2026 | Paul Navid | Court Hearings Reviewed court hearing notes to assess the issues addressed, positions taken, and implications for next steps in the matter. | 0.10 | 695.00 | 69.50 |
| 3/19/2026 | Boris Steffen | Litigation Call to discuss testimony with counsel. | 0.50 | 695.00 | 347.50 |
| 3/19/2026 | Boris Steffen | Court Hearings Attended hearing via Zoom. | 1.50 | 695.00 | 1,042.50 |
| 3/19/2026 | Boris Steffen | Litigation Prepared to testify if called. | 4.00 | 695.00 | 2,780.00 |
| 3/19/2026 | Hunter Thompson | Court Hearings Reviewed court hearing notes. | 0.30 | 695.00 | 208.50 |
| 3/19/2026 | Hunter Thompson | Litigation Corresponded with B. Steffen re: potential testimony prep. | 1.10 | 695.00 | 764.50 |
| 3/19/2026 | Hunter Thompson | Business Analysis / Operations Analyzed the latest DIP budget prepared by the Debtors. | 2.40 | 695.00 | 1,668.00 |
| 3/19/2026 | Evan Schell | Court Hearings Parsed omnibus hearing notes for case implications potential. | 0.80 | 695.00 | 556.00 |

**Continued...**　　　　　　　　　　　　　　　　　　　　　　　Page: 14 of 21



# Invoice

|  |  |
|---|---|
| **Reference Nbr.:** | **00098970** |
| **Date:** | 04/22/2026 |
| **Due Date:** | 04/22/2026 |
| **Customer ID:** | C00485 |
| **Billing Through:** | 03/31/2026 |

Province LLC
2360 Corporate Circle STE 340
Henderson, NV, 89074
Phone: 702-685-5555
www.provincefirm.com

**BILL TO**

Oroville Hospital
2767 Olive Highway

Oroville CA 95966
United States of America

**Oroville Hospital - FA**       Managed By: Paul Navid

| Date | Name | Category / Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 3/19/2026 | Javier Arosemena | Court Hearings<br>Attended and minuted developments in scheduled omnibus hearing. | 1.50 | 695.00 | 1,042.50 |
| 3/19/2026 | Javier Arosemena | Business Analysis / Operations<br>Began reviewing preliminary minute; referenced recent filings for precision. | 0.70 | 695.00 | 486.50 |
| 3/19/2026 | Javier Arosemena | Business Analysis / Operations<br>Finalized detailed summary and action items following hearing; circulated internally. | 0.90 | 695.00 | 625.50 |
| 3/20/2026 | Paul Navid | Business Analysis / Operations<br>Evaluated the BRG quality of earnings file to assess key diligence findings and their relevance to the transaction analysis. | 1.00 | 695.00 | 695.00 |
| 3/20/2026 | Paul Navid | Business Analysis / Operations<br>Assessed the latest DIP budget analysis to evaluate intra-budget variances and the resulting effect on projected liquidity. | 0.70 | 695.00 | 486.50 |
| 3/20/2026 | Paul Navid | Business Analysis / Operations<br>Reviewed the working budget model to confirm that the latest adjustments were accurate and suitable for senior-level evaluation. | 1.00 | 695.00 | 695.00 |
| 3/20/2026 | Garo Khachikian | Business Analysis / Operations<br>Analyzed revised DIP budget dated March 18 including disaggregated outputs, intra-budget variances, and monthly mapping of weekly schedules to assess projected cash sufficiency under updated assumptions. | 2.50 | 695.00 | 1,737.50 |
| 3/20/2026 | Hunter Thompson | Business Analysis / Operations<br>Attended weekly Debtor/UCC professionals call. | 0.20 | 695.00 | 139.00 |
| 3/20/2026 | Hunter Thompson | Business Analysis / Operations<br>Reviewed BRG QofE file uploaded to the data room. | 1.90 | 695.00 | 1,320.50 |
| 3/20/2026 | Hunter Thompson | Sale Process<br>Emailed Dentons a sale process update. | 0.20 | 695.00 | 139.00 |
| 3/20/2026 | Evan Schell | Committee Activities<br>Continued preparing exhibits and commentary for UCC presentation. | 1.60 | 695.00 | 1,112.00 |
| 3/20/2026 | Evan Schell | Business Analysis / Operations<br>Inspected internal memorandum regarding 3/20 F10 Dentons call. | 0.70 | 695.00 | 486.50 |
| 3/20/2026 | Francie Zeltser | Business Analysis / Operations<br>Attended UCC/Dentons/F10 coordination call. | 0.20 | 695.00 | 139.00 |

**Continued...**      



# Invoice

| | |
|---|---|
| **Reference Nbr.:** | **00098970** |
| **Date:** | 04/22/2026 |
| **Due Date:** | 04/22/2026 |
| **Customer ID:** | C00485 |
| **Billing Through:** | 03/31/2026 |

Province LLC
2360 Corporate Circle STE 340
Henderson, NV, 89074
Phone: 702-685-5555
www.provincefirm.com

**BILL TO**

Oroville Hospital
2767 Olive Highway

Oroville CA 95966
United States of America

**Oroville Hospital - FA**        Managed By: Paul Navid

| Date | Name | Task | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 3/20/2026 | Francie Zeltser | Business Analysis / Operations<br>Circulated summary notes from March 20 UCC/Dentons/F10 call. | 0.10 | 695.00 | 69.50 |
| 3/20/2026 | Javier Arosemena | Business Analysis / Operations<br>Prepared UCC presentation exhibits for budget overlay (3.18 vs 2.19). | 0.80 | 695.00 | 556.00 |
| 3/20/2026 | Javier Arosemena | Business Analysis / Operations<br>Began reviewing revised DIP budget dated 3.18; prepared files received by Debtors for review. | 0.40 | 695.00 | 278.00 |
| 3/20/2026 | Javier Arosemena | Business Analysis / Operations<br>Continued reviewing variant disbursements and compared against 2.19 budget for discrepancies. | 0.40 | 695.00 | 278.00 |
| 3/20/2026 | Javier Arosemena | Business Analysis / Operations<br>Finalized latest version of DIP budget analysis; documented intra-budget variances. | 1.20 | 695.00 | 834.00 |
| 3/20/2026 | Javier Arosemena | Business Analysis / Operations<br>Finalized committee presentation section on revised budget; deferred to H. Thompson. | 1.10 | 695.00 | 764.50 |
| 3/20/2026 | Javier Arosemena | Business Analysis / Operations<br>Built disaggregated outputs per reported line items; layered sanity checks. | 0.70 | 695.00 | 486.50 |
| 3/20/2026 | Javier Arosemena | Business Analysis / Operations<br>Began preparing summary outputs; revised file syntax in supporting schedules. | 1.10 | 695.00 | 764.50 |
| 3/20/2026 | Javier Arosemena | Business Analysis / Operations<br>Further adjusted working budget model for review readiness; checked for accuracy. | 1.30 | 695.00 | 903.50 |
| 3/20/2026 | Javier Arosemena | Business Analysis / Operations<br>Reviewed mapped files and tied inputs to supporting schedules. | 0.60 | 695.00 | 417.00 |
| 3/20/2026 | Javier Arosemena | Business Analysis / Operations<br>Mapped weekly schedules into per-month basis; reviewed changing line items for accuracy. | 1.10 | 695.00 | 764.50 |
| 3/21/2026 | Paul Navid | Business Analysis / Operations<br>Evaluated the quality of earnings exhibits to confirm that the analytical presentation accurately reflected the underlying diligence findings. | 0.70 | 695.00 | 486.50 |

**Continued...**



# Invoice

| | |
|---|---|
| **Reference Nbr.:** | **00098970** |
| **Date:** | 04/22/2026 |
| **Due Date:** | 04/22/2026 |
| **Customer ID:** | C00485 |
| **Billing Through:** | 03/31/2026 |

Province LLC
2360 Corporate Circle STE 340
Henderson, NV, 89074
Phone: 702-685-5555
www.provincefirm.com

**BILL TO**

Oroville Hospital
2767 Olive Highway

Oroville CA 95966
United States of America

**Oroville Hospital - FA**　　　　　　　　　　　　　　　　　　　　Managed By: Paul Navid

| Date | Name | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 3/21/2026 | Garo Khachikian | Business Analysis / Operations<br>Analyzed latest DIP budget prepared by the Debtors and assessed projected cash usage, operating assumptions, and overall liquidity sufficiency under revised wind-down timeline. | 1.80 | 695.00 | 1,251.00 |
| 3/21/2026 | Garo Khachikian | Court Filings<br>Reviewed Order Granting Province Retention Application and confirmed approved terms, effective date, and scope of authorized services. | 1.00 | 695.00 | 695.00 |
| 3/22/2026 | Paul Navid | Business Analysis / Operations<br>Assessed the UCC presentation exhibits comparing the 3/18 and 2/19 budget overlays to evaluate the significance of the reported budget changes. | 0.50 | 695.00 | 347.50 |
| 3/22/2026 | Paul Navid | Business Analysis / Operations<br>Assessed the figures and related narrative in the slide deck to verify the materials were accurate and appropriate for the upcoming UCC call. | 1.20 | 695.00 | 834.00 |
| 3/22/2026 | Paul Navid | Business Analysis / Operations<br>Evaluated the monthly mapping of weekly schedules to determine whether the conversion and related line-item treatment were accurate. | 0.80 | 695.00 | 556.00 |
| 3/22/2026 | Garo Khachikian | Business Analysis / Operations<br>Reviewed BRG quality of earnings file and assessed key diligence findings, adjusted EBITDA calculations, and relevance to the transaction analysis. | 1.30 | 695.00 | 903.50 |
| 3/22/2026 | Garo Khachikian | Business Analysis / Operations<br>Assessed UCC presentation exhibits comparing revised and prior DIP budgets and confirmed the budget overlay accurately reflected recent changes in operating assumptions. | 1.00 | 695.00 | 695.00 |
| 3/22/2026 | Hunter Thompson | Business Analysis / Operations<br>Finalized figures and commentary in slide deck for tomorrow's UCC call. | 1.90 | 695.00 | 1,320.50 |
| 3/22/2026 | Francie Zeltser | Business Analysis / Operations<br>Prepared Quality of Earnings analysis exhibits for review. | 1.30 | 695.00 | 903.50 |
| 3/23/2026 | Adam Rosen | Business Analysis / Operations<br>Worked on financial analysis. | 0.70 | 695.00 | 486.50 |

**Continued...**



# Invoice

| | |
|---|---|
| **Reference Nbr.:** | **00098970** |
| **Date:** | 04/22/2026 |
| **Due Date:** | 04/22/2026 |
| **Customer ID:** | C00485 |
| **Billing Through:** | 03/31/2026 |

Province LLC
2360 Corporate Circle STE 340
Henderson, NV, 89074
Phone: 702-685-5555
www.provincefirm.com

**BILL TO**

Oroville Hospital
2767 Olive Highway

Oroville CA 95966
United States of America

**Oroville Hospital - FA**        Managed By: Paul Navid

| Date | Name | Category / Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 3/23/2026 | Hunter Thompson | Business Analysis / Operations<br>Discussed case workstreams with Dentons. | 0.10 | 695.00 | 69.50 |
| 3/23/2026 | Hunter Thompson | Committee Activities<br>Attended the Committee call. | 0.70 | 695.00 | 486.50 |
| 3/24/2026 | Adam Rosen | Business Analysis / Operations<br>Worked on financial analysis. | 1.00 | 695.00 | 695.00 |
| 3/24/2026 | Jocelyn Brock | Fee / Employment Applications<br>Drafted First Monthly (Jan) Fee Application (0.5). Emailed E. Mattson for review (0.10). | 0.60 | 695.00 | 417.00 |
| 3/25/2026 | Adam Rosen | Business Analysis / Operations<br>Worked on financial analysis. | 1.10 | 695.00 | 764.50 |
| 3/25/2026 | Hunter Thompson | Fee / Employment Applications<br>Assisted with preparing fee apps. | 0.40 | 695.00 | 278.00 |
| 3/25/2026 | Francie Zeltser | Business Analysis / Operations<br>Updated VDR index and summarized content. | 2.90 | 695.00 | 2,015.50 |
| 3/26/2026 | Adam Rosen | Business Analysis / Operations<br>Worked on financial analysis. | 0.80 | 695.00 | 556.00 |
| 3/26/2026 | Paul Navid | Business Analysis / Operations<br>Reviewed the latest variance report and cash flow results to assess operating performance, liquidity trends, and material deviations from forecast. | 0.30 | 695.00 | 208.50 |
| 3/26/2026 | Hunter Thompson | Business Analysis / Operations<br>Analyzed the latest variance report. | 0.60 | 695.00 | 417.00 |
| 3/27/2026 | Paul Navid | Business Analysis / Operations<br>Analyzed the latest DIP budget prepared by F10 to assess revised liquidity assumptions, spending expectations, and financing sufficiency. | 1.30 | 695.00 | 903.50 |
| 3/27/2026 | Paul Navid | Business Analysis / Operations<br>Reviewed the BRG fee application against budgeted amounts to assess fee levels, variance to plan, and overall reasonableness. | 0.10 | 695.00 | 69.50 |
| 3/27/2026 | Paul Navid | Court Filings<br>Examined the most recent court filings to identify developments affecting case posture, timing, and stakeholder treatment. | 0.50 | 695.00 | 347.50 |
| 3/27/2026 | Garo Khachikian | Business Analysis / Operations<br>Analyzed latest DIP budget prepared by Force 10 and assessed revised liquidity assumptions, spending expectations, and financing sufficiency under the current sale timeline. | 2.00 | 695.00 | 1,390.00 |

**Continued...**       



# Invoice

| | |
|---|---|
| **Reference Nbr.:** | **00098970** |
| **Date:** | 04/22/2026 |
| **Due Date:** | 04/22/2026 |
| **Customer ID:** | C00485 |
| **Billing Through:** | 03/31/2026 |

Province LLC
2360 Corporate Circle STE 340
Henderson, NV, 89074
Phone: 702-685-5555
www.provincefirm.com

**BILL TO**

Oroville Hospital
2767 Olive Highway

Oroville CA 95966
United States of America

**Oroville Hospital - FA**                                Managed By: Paul Navid

| | | | | | |
|---|---|---|---|---|---|
| 3/27/2026 | Hunter Thompson | Business Analysis / Operations<br>Reviewed BRG fee app and compared against the budgeted amount. | 0.40 | 695.00 | 278.00 |
| 3/27/2026 | Hunter Thompson | Business Analysis / Operations<br>Attended weekly call with Dentons team. | 0.50 | 695.00 | 347.50 |
| 3/27/2026 | Hunter Thompson | Business Analysis / Operations<br>Analyzed the latest DIP budget prepared by F10. | 2.30 | 695.00 | 1,598.50 |
| 3/27/2026 | Hunter Thompson | Court Filings<br>Reviewed the latest filings uploaded to the docket. | 0.90 | 695.00 | 625.50 |
| 3/27/2026 | Hunter Thompson | Sale Process<br>Emailed Debtor professionals sale process questions. | 0.20 | 695.00 | 139.00 |
| 3/28/2026 | Paul Navid | Business Analysis / Operations<br>Examined the variance analysis for the week ended March 20 to assess changes in reported line items and their effect on the period-over-period results. | 0.40 | 695.00 | 278.00 |
| 3/28/2026 | Paul Navid | Business Analysis / Operations<br>Evaluated the committee presentation section addressing weekly and cumulative variance results to confirm that the financial narrative was supported by the underlying analysis. | 0.50 | 695.00 | 347.50 |
| 3/28/2026 | Paul Navid | Business Analysis / Operations<br>Assessed the latest Force 10 variance materials for the week ended March 20 to evaluate operating performance and identify notable deviations from plan. | 0.50 | 695.00 | 347.50 |
| 3/28/2026 | Paul Navid | Business Analysis / Operations<br>Reviewed the revised variance analysis workfile to confirm that updates in reporting structure and forecast assumptions were accurately incorporated. | 1.00 | 695.00 | 695.00 |
| 3/28/2026 | Garo Khachikian | Court Filings<br>Reviewed Joint Statement of Outstanding Unresolved Issues relating to the Management Transition Plan and confirmed contested provisions ahead of continued proceedings. | 0.50 | 695.00 | 347.50 |
| 3/28/2026 | Garo Khachikian | Fee / Employment Applications<br>Reviewed Force Ten and BRG fee applications and assessed scope of services rendered and expense reimbursement relative to budgeted amounts. | 0.80 | 695.00 | 556.00 |

**Continued...**                                        Page: 19 of 21



# Invoice

| | |
|---|---|
| **Reference Nbr.:** | **00098970** |
| **Date:** | 04/22/2026 |
| **Due Date:** | 04/22/2026 |
| **Customer ID:** | C00485 |
| **Billing Through:** | 03/31/2026 |

Province LLC
2360 Corporate Circle STE 340
Henderson, NV, 89074
Phone: 702-685-5555
www.provincefirm.com

**BILL TO**

Oroville Hospital
2767 Olive Highway

Oroville CA 95966
United States of America

**Oroville Hospital - FA**                                                                                           Managed By: Paul Navid

| Date | Name | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 3/28/2026 | Garo Khachikian | Fee / Employment Applications<br>Reviewed Dentons and Province monthly fee applications and assessed aggregate fees, staffing levels, and rate structures against budgeted amounts for the billing period. | 1.40 | 695.00 | 973.00 |
| 3/28/2026 | Javier Arosemena | Business Analysis / Operations<br>Drafted UCC presentation section on weekly and cumulative variance analysis and deferred to H. Thompson. | 0.80 | 695.00 | 556.00 |
| 3/28/2026 | Javier Arosemena | Business Analysis / Operations<br>Built revised working file for variance analysis to reflect changes in reporting and assumptions. | 1.50 | 695.00 | 1,042.50 |
| 3/28/2026 | Javier Arosemena | Business Analysis / Operations<br>Reviewed latest variance materials for W.E. 03/20 provided by Force 10. | 0.80 | 695.00 | 556.00 |
| 3/28/2026 | Javier Arosemena | Business Analysis / Operations<br>Began performing variance analysis for W.E. 03/20; reviewed changes in reported line items. | 0.70 | 695.00 | 486.50 |
| 3/29/2026 | Garo Khachikian | Business Analysis / Operations<br>Analyzed February 2026 Monthly Operating Report and assessed reported revenue, operating expenses, cash position, and variance from budget projections. | 0.90 | 695.00 | 625.50 |
| 3/29/2026 | Garo Khachikian | Court Filings<br>Reviewed Patient Care Ombudsman First Report and assessed findings regarding quality of patient care and identified concerns. | 0.70 | 695.00 | 486.50 |
| 3/29/2026 | Garo Khachikian | Court Filings<br>Analyzed UCC Objection to US Bank and BNY Mellon Motion for Relief from Automatic Stay and assessed contested provisions and creditor positions. | 0.90 | 695.00 | 625.50 |
| 3/29/2026 | Hunter Thompson | Committee Activities<br>Finalized materials in slide deck for tomorrow's Committee meeting. | 2.40 | 695.00 | 1,668.00 |
| 3/29/2026 | Hunter Thompson | Business Analysis / Operations<br>Corresponded with Debtor/UCC professionals about the sale timeline. | 0.30 | 695.00 | 208.50 |
| 3/30/2026 | Adam Rosen | Business Analysis / Operations<br>Worked on financial analysis. | 0.60 | 695.00 | 417.00 |
| 3/30/2026 | Hunter Thompson | Business Analysis / Operations<br>Reviewed variance reports produced case-to-date to assess cumulative performance. | 2.40 | 695.00 | 1,668.00 |

**Continued...**



# Invoice

**Reference Nbr.:** **00098970**
**Date:** 04/22/2026
**Due Date:** 04/22/2026
**Customer ID:** C00485
**Billing Through:** 03/31/2026

Province LLC
2360 Corporate Circle STE 340
Henderson, NV, 89074
Phone: 702-685-5555
www.provincefirm.com

**BILL TO**

Oroville Hospital
2767 Olive Highway

Oroville CA 95966
United States of America

**Oroville Hospital - FA**                                                                                         Managed By: Paul Navid

| Date | Name | Description | Hours | Rate | Amount |
|------|------|-------------|-------|------|--------|
| 3/31/2026 | Adam Rosen | Business Analysis / Operations<br>Worked on financial analysis. | 1.40 | 695.00 | 973.00 |
| 3/31/2026 | Paul Navid | Business Analysis / Operations<br>Analyzed the DIP budget under an elongated sale timeline to assess the impact of a prolonged process on projected liquidity and funding needs. | 1.40 | 695.00 | 973.00 |
| 3/31/2026 | Paul Navid | Sale Process<br>Reviewed market views regarding hospital M&A activity to assess current transaction conditions and their relevance to the matter. | 0.90 | 695.00 | 625.50 |
| 3/31/2026 | Garo Khachikian | Sale Process<br>Reviewed market views regarding hospital M&A activity and assessed relevance to the current sale process timeline. | 0.30 | 695.00 | 208.50 |
| 3/31/2026 | Hunter Thompson | Sale Process<br>Reviewed industry views on hospital M&A market. | 1.30 | 695.00 | 903.50 |
| 3/31/2026 | Hunter Thompson | Business Analysis / Operations<br>Sensitized DIP budget for elongated sale process. | 2.80 | 695.00 | 1,946.00 |
| | | **PROFESSIONAL SERVICES** | 279.30 | | 194,113.50 |

| | |
|---|---|
| **Amount Due:** | 194,113.50 |
| **Less Discount:** | 0.00 |
| **Total (USD):** | **194,113.50** |

Please remit payment to:
Province, LLC
Wire Instructions:
Meadows Bank
Account #1020039259
Routing #122402382
EIN #26-3657461