**5**

KEITH C. OWENS (SBN 184841)
kowens@foxrothschild.com
NICHOLAS A. KOFFROTH (SBN 287854)
nkoffroth@foxrothschild.com
**FOX ROTHSCHILD LLP**
10250 Constellation Boulevard, Suite 900
Los Angeles, California 90067
Telephone: (310) 598-4150
Facsimile: (310) 556-9829

*Counsel to Oroville Hospital, et al.,*
*the Debtors and Debtors-in-Possession*

## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF CALIFORNIA
## SACRAMENTO DIVISION

| | |
|---|---|
| In re:<br><br>OROVILLE HOSPITAL, *et al.*,[1]<br><br>Debtors and Debtors<br>in Possession. | Lead Case No. 25-26876<br><br>Jointly Administered With:<br>Case No. 25-26877<br><br>**DCN NAK-21**<br><br>Chapter 11<br><br>Hon. Christopher D. Jaime |
| ☒  Affects All Debtors<br><br>☐  Affects Oroville Hospital<br>☐  Affects Orohealth Corporation: A Nonprofit<br>   Healthcare System<br><br>Debtors and Debtors in Possession. | [No Hearing Required Unless Requested] |

**SECOND MONTHLY FEE APPLICATION OF BERKELEY RESEARCH GROUP, LLC FOR ALLOWANCE AND PAYMENT OF INTERIM COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR SERVICES RENDERED AS CONSULTANT TO THE DEBTORS FOR THE PERIOD FROM <u>MARCH 1, 2026 THROUGH MARCH 31, 2026</u>**

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each debtor's federal tax identification number, are: Oroville Hospital (4554) and OroHealth Corporation: A Nonprofit Healthcare System (4776). The mailing address for the Debtors is 2767 Olive Highway, Oroville, California, 95966.

- 1 -

184816448.1

1. Berkeley Research Group, LLC ("BRG") submits its Monthly Fee Application (the "Application") for Allowance and Payment of Interim Compensation and Reimbursement of Expenses for the Period March 1, 2026 through March 31, 2026 (the "Application Period") for work performed as consultant to Oroville Hospital, et al. as debtors and debtors in possession (the "Debtors"). In support of the Application, BRG respectfully represents as follows:

2. BRG was selected to serve as a consultant to the Debtors on December 22, 2025. On January 20, 2026, the Debtors filed the *Debtors' Application for Entry of an Order Authorizing Employment of Berkeley Research Group, LLC, as Consultant to the Debtors, Pursuant to 11 USC §§ 327(A) and 328, Effective as of December 22, 2025* [Docket No 302] (the "Retention Application"). On February 17, 2026, the Court entered the *Order Authorizing Retention and Employment of Berkeley Research Group, LLC, as Consultant to the Debtors, Pursuant to 11 USC §§ 327(A) and 328* [Docket No.470] (the "Retention Order" respectively) BRG hereby applies to the Court for allowance and payment of interim compensation for services rendered and reimbursement of expenses incurred during the Application Period.

3. BRG billed a total of $104,109.50 in fees and $72.94 in expenses during the Application Period. The total fees represent 200.0 hours expended during the Application Period. These fees and expenses break down as follows:

| Period | Fees | Expenses | Total |
|---|---|---|---|
| 3/1/2026-3/31/2026 | $104,109.50 | $72.94 | $104,182.44 |

4. Accordingly, BRG seeks allowance of interim compensation in the amount of a total of $83,360.54 at this time. This is comprised as follows: $83,287.60 (80% of the fees for services rendered) plus $72.94 (100% of the expenses incurred).

- 2 -

184816448.1

5. For the post petition period, BRG has been paid to date as follows:

| Application Period | Amount | Description |
|---|---|---|
| First (12/22/2025 to 2/28/2026) | $42,632.42 | 80% of fees and 100% of expenses[2] |
| Total Paid to the Firm to Date | $42,632.42 | |

6. To date, the Firm is owed as follows (excluding amounts owed pursuant to this Application):

| Application Period | Amount | Description |
|---|---|---|
| First (12/22/2025 to 2/28/2026) | $535,401.87 | 80 % fees and 100% expenses balance |
| First (12/22/2025 to 2/28/2026) | $144,483.60 | 20 % fee holdback |
| Total Owed to the Firm to Date | $722,517.89 | |

7. Attached as **Exhibit A** to the list of exhibits filed concurrently herewith (the "Exhibit List") is the schedule of professionals who rendered services to the Debtors during the Application Period, including each person's billing rate and the blended rate and **Exhibit B** to the Exhibit List shows the schedule of fees incurred during the Application Period summarized by task code. Attached as **Exhibit C** to the Exhibit List are BRG's monthly detailed time descriptions for the Application Period which describe the time spent by each BRG professional.

8. BRG also maintains records of all actual and necessary out-of-pocket expenses incurred in connection with the rendition of its professional services. A summary schedule of the expenses incurred by category during the Application Period is attached as **Exhibit D** to the Exhibit List. An itemized schedule of expenses within each category, including description, incurred in connection with the Cases and the amounts for which reimbursement is requested is annexed to the Exhibit List as **Exhibit E**.

9. BRG has served a copy of this Application on (i) the Office of the United States Trustee, (ii) the Debtors, (iii) counsel to the Debtors, (iv) counsel to the Official Committee of Unsecured Creditors (the "Committee"), (v) counsel for UMB Bank, N.A., in its capacities as successor Series 2019 Bond Trustee, Master Trustee, and postpetition lender, and (vi) parties who

---

[2] Payment received reflects the DIP budget and incorporated payment cap.

- 3 -

have requested special notice (collectively, the "Notice Parties"). The Application was mailed to the Notice Parties by first class mail, postage prepaid, on or about April 24, 2026.

10. Pursuant to this Court's *Order Establishing Procedures and Authorizing Payment of Professional Fees and Expenses on a Monthly Basis* (the "Interim Fee Procedures Order") that was entered on or about February 17, 2026 [Docket No. 466], the Debtors are authorized in their discretion to make the payment requested herein, to the extent of available funds, without a further hearing or order of this Court unless an objection to this Application is filed with the Court and served upon the Notice Parties within ten (10) calendar days after the date of mailing of the Notice of this Application. If such an Objection is filed, the Debtors are authorized to pay 80% of the uncontested fees and 100% of the uncontested expenses without further order of the Court. If no Objection is filed, the Debtors are authorized to pay 80% of all fees requested in the Application and 100% of the uncontested expenses without further order of the Court.

11. The interim compensation and reimbursement of expenses sought in this Application is not final. Upon the conclusion of these Chapter 11 Cases, BRG will seek fees and reimbursement of the expenses incurred for the totality of the services rendered in these Chapter 11 Cases. Any interim fees or reimbursement of expenses approved by this Court and received by BRG (along with any retainer) will be credited against such final fees and expenses as may be allowed by this Court.

*[Remainder of page intentionally left blank]*

- 4 -

184816448.1

**WHEREFORE**, BRG respectfully requests that the Debtors pay compensation to BRG as requested herein pursuant to and in accordance with the terms of the Interim Fee Procedures Order.

Dated: April 24, 2026

FOX ROTHSCHILD LLP

By   */s/ Nicholas A. Koffroth*

KEITH C. OWENS
NICHOLAS A. KOFFROTH
*Counsel to Oroville Hospital, et al.,*
*the Debtors and Debtors-in-Possession*

**BERKELEY RESEARCH GROUP, LLC**

By   */s/ Joseph Baxter*

Joseph Baxter
Managing Director
810 Seventh Avenue, Suite 4100
New York, NY 10019
212-782-1418

Consultant to the Debtors

- 5 -