**20**

KEITH C. OWENS (SBN 184841)
kowens@foxrothschild.com
NICHOLAS A. KOFFROTH (SBN 287854)
nkoffroth@foxrothschild.com
**FOX ROTHSCHILD LLP**
10250 Constellation Boulevard, Suite 900
Los Angeles, California 90067
Telephone:    (310) 598-4150
Facsimile:     (310) 556-9829

*Counsel to Oroville Hospital, et al.,*
*the Debtors and Debtors-in-Possession*

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF CALIFORNIA**
**SACRAMENTO DIVISION**

| | |
|---|---|
| In re: | Lead Case No. 25-26876 |
| OROVILLE HOSPITAL, *et al.*,[1] | Jointly Administered With:<br>Case No. 25-26877 |
| Debtors and Debtors<br>in Possession. | **DCN NAK-21** |
| | Chapter 11 |
| ☒  Affects All Debtors | Hon. Christopher D. Jaime |
| ☐  Affects Oroville Hospital<br>☐  Affects Orohealth Corporation: A Nonprofit<br>Healthcare System | [No Hearing Required Unless Requested] |
| Debtors and Debtors in Possession. | |

**EXHIBITS IN SUPPORT OF SECOND MONTHLY FEE APPLICATION OF BERKELEY RESEARCH GROUP, LLC FOR ALLOWANCE AND PAYMENT OF INTERIM COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD MARCH 1, 2026 THROUGH MARCH 31, 2026**

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each debtor's federal tax identification number, are: Oroville Hospital (4554) and OroHealth Corporation: A Nonprofit Healthcare System (4776).  The mailing address for the Debtors is 2767 Olive Highway, Oroville, California, 95966.

1

183712972.1

Case 25-26876

Doc 700

Oroville Hospital (the "Hospital"), and OroHealth Corporation ("OroHealth"), the above-referenced debtors and debtors-in-possession (collectively, the "Debtors"), in the above-captioned bankruptcy cases (the "Chapter 11 Cases") filed under chapter 11 of title 11 of the United States Code (the "Bankruptcy Code"),[2] hereby submit these *Exhibits in Support of Second Monthly Fee Application of Berkeley Research Group, LLC for Allowance and Payment of Interim Compensation and Reimbursement of Expenses for the Period March 1, 2026 Through March 31, 2026.*

| Exhibit | Description | Page(s) |
|---|---|---|
| A | Summary of Professional Hours and Rates | 3-4 |
| B | Summary of Fees by Category | 5-6 |
| C | Detailed Time and Fee Statements | 7-16 |
| D | Summary of Expenses by Category | 17-18 |
| E | Expense Statements | 19-20 |

Dated: April 24, 2026

**FOX ROTHSCHILD LLP**

By  */s/ Nicholas A. Koffroth*
Keith C. Owens
Nicholas A. Koffroth

*Counsel to Oroville Hospital, et al.,*
*the Debtors and Debtors-in-Possession*

---

[2] Unless otherwise defined herein, all references to "Section" and "§" refer to a section of the Bankruptcy Code.

183712972.1

**EXHIBIT A**

[Summary of Professional Hours and Rates]

183712972.1

**In re: Oroville Hospital, et al.**



## Exhibit A: Fees By Professional

**Berkeley Research Group, LLC**

For the Period 3/1/2026 through 3/31/2026

| Professional | Title | Billing Rate | Hours | Fees |
|---|---|---|---|---|
| J. Baxter | Managing Director | $995.00 | 13.5 | $13,432.50 |
| J. Brock | Managing Director | $995.00 | 4.0 | $3,980.00 |
| M. Gill | Director | $795.00 | 22.5 | $17,887.50 |
| K. Howell | Associate Director | $705.00 | 13.0 | $9,165.00 |
| J. Patton | Consultant | $505.00 | 46.2 | $23,331.00 |
| C. Douglass | Senior Associate | $450.00 | 46.4 | $20,880.00 |
| M. Cannata | Senior Associate | $450.00 | 2.5 | $1,125.00 |
| L. Smith | Associate | $395.00 | 1.5 | $592.50 |
| M. Haverkamp | Case Manager | $415.00 | 14.4 | $5,976.00 |
| E. Degnan | Case Assistant | $215.00 | 36.0 | $7,740.00 |
| **Total** | | | **200.0** | **$104,109.50** |
| **Blended Rate** | | | | **$520.55** |

**EXHIBIT B**

[Summary of Fees by Category]

183712972.1

**In re: Oroville Hospital, et al.**



**Exhibit B: Fees By Task Code**

**Berkeley Research Group, LLC**

For the Period 3/1/2026 through 3/31/2026

| Task Code | Hours | Fees |
|---|---|---|
| 01. Asset Acquisition/ Disposition | 17.6 | $12,716.00 |
| 05. Professional Retention/ Fee Application Preparation | 50.0 | $13,550.00 |
| 07. Interaction/ Meetings with Debtors/ Counsel | 7.7 | $6,097.50 |
| 18. Operating and Other Reports | 79.5 | $47,292.50 |
| 32. Document Review | 4.0 | $2,104.00 |
| 36. Operation Analysis/Management | 41.2 | $22,349.50 |
| **Total** | **200.0** | **$104,109.50** |
| **Blended Rate** | | **$520.55** |

**EXHIBIT C**

[Detailed Time and Fee Statements]

183712972.1

**In re: Oroville Hospital, et al.**



**Exhibit C: Time Detail**

**Berkeley Research Group, LLC**

For the Period 3/1/2026 through 3/31/2026

| Date | Professional | Hours | Description |
|---|---|---|---|
| **01. Asset Acquisition/ Disposition** | | | |
| 3/23/2026 | M. Gill | 1.3 | Prepared for call with potential buyer, including reviewing notes and files based on topics in their agenda. |
| 3/23/2026 | J. Patton | 1.0 | Drafted answers to agenda questions in preparation for call with potential buyer. |
| 3/23/2026 | M. Gill | 1.0 | Prepared for call on 3/24 with another potential buyer, including reviewing notes and files based on topics in their agenda. |
| 3/23/2026 | C. Douglass | 1.0 | Reviewed agenda and related responses for a buy side diligence team call representing potential buyer #1. |
| 3/23/2026 | K. Howell | 0.7 | Held call with potential buyer #1 and diligence team to answer questions around BRG's diligence process and findings with Cain Brothers (J. Moloney, J. Han, M. Tierney), Force10 (R. Albarano, D. Hoffman), and Debtors (T. Kohli, S. Chapple, M. Lane). |
| 3/23/2026 | J. Baxter | 0.7 | Held call with potential buyer #1, their due diligence team, Force10 (R. Albarano, D. Hoffman), Debtors (M. Lane, C. Duncan), and Cain Brothers (J. Han, M. Tierney, J. Moloney) to answer questions regarding BRG's Report. |
| 3/23/2026 | M. Gill | 0.7 | Participated in call with potential buyer and their due diligence team to answer questions regarding BRG's report, including Force10 (R. Albarano, D. Hoffman), Debtors (M. Lane, C. Duncan), and Cain Brothers (J. Han, M. Tierney, J. Moloney). |
| 3/23/2026 | J. Baxter | 0.5 | Reviewed questions provided by Buyer #1 in preparation for call. |
| 3/24/2026 | M. Gill | 1.5 | Prepared for call on 3/24 with potential buyer, including drafting responses to questions in their agenda. |
| 3/24/2026 | J. Patton | 1.0 | Drafted answers to agenda questions in preparation for call with additional potential buyer. |
| 3/24/2026 | K. Howell | 1.0 | Held call with another potential buyer and due diligence team to respond to questions about BRG's Report and Scope with Cain Brothers (J. Moloney, J. Han, M. Tierney), Force10 (R. Albarano, D. Hoffman), and Debtors (T. Kohli, S. Chapple, M. Lane). |

| Date | Professional | Hours | Description |
|------|-------------|-------|-------------|

### 01. Asset Acquisition/ Disposition

| Date | Professional | Hours | Description |
|------|-------------|-------|-------------|
| 3/24/2026 | M. Gill | 1.0 | Held call with another potential buyer and their due diligence team to answer questions regarding BRG's report, including Force10 (R. Albarano, D. Hoffman), Debtors (M. Lane, C. Duncan) and Cain Brothers (J. Han, M. Tierney, J. Moloney). |
| 3/24/2026 | J. Baxter | 1.0 | Held call with potential buyer #2, their due diligence team, Force10 (R. Albarano, D. Hoffman), Debtors (M. Lane, C. Duncan) and Cain Brothers (J. Han, M. Tierney, J. Moloney) to respond to questions regarding BRG's report and scope. |
| 3/24/2026 | C. Douglass | 1.0 | Performed research regarding revenue items and responses for a buy side diligence team call with representatives of potential buyer #2. |
| 3/24/2026 | J. Baxter | 1.0 | Reviewed questions and related agenda in preparation for call with Buyer #2. |
| 3/25/2026 | J. Patton | 1.7 | Prepared supplemental payroll analysis at potential buyer's request. |
| 3/25/2026 | M. Gill | 1.5 | Updated HQAF model for revised assumptions. |
| **Task Code Total Hours** | | **17.6** | |

### 05. Professional Retention/ Fee Application Preparation

| Date | Professional | Hours | Description |
|------|-------------|-------|-------------|
| 3/5/2026 | E. Degnan | 1.1 | Prepared first monthly fee statement. |
| 3/5/2026 | M. Haverkamp | 0.5 | Edited first monthly fee statement. |
| 3/10/2026 | E. Degnan | 1.1 | Prepared first monthly fee statement. |
| 3/10/2026 | M. Haverkamp | 0.4 | Edited first monthly fee statement. |
| 3/11/2026 | E. Degnan | 1.7 | Prepared first monthly fee statement. |
| 3/11/2026 | M. Haverkamp | 0.9 | Reviewed edits to first monthly fee statement. |
| 3/12/2026 | E. Degnan | 1.0 | Prepared first monthly fee statement. |
| 3/12/2026 | M. Haverkamp | 0.3 | Edited first monthly fee statement. |
| 3/13/2026 | E. Degnan | 2.9 | Prepared first monthly fee statement. |
| 3/16/2026 | E. Degnan | 2.9 | Prepared first monthly fee statement. |
| 3/16/2026 | E. Degnan | 2.8 | Continued to prepare first monthly fee statement. |
| 3/16/2026 | M. Haverkamp | 1.6 | Edited first monthly fee statement. |
| 3/17/2026 | E. Degnan | 2.9 | Prepared first monthly fee statement. |

Berkeley Research Group, LLC

Invoice for the 3/1/2026 - 3/31/2026 Period

| Date | Professional | Hours | Description |
|---|---|---|---|

**05. Professional Retention/ Fee Application Preparation**

| Date | Professional | Hours | Description |
|---|---|---|---|
| 3/17/2026 | M. Haverkamp | 0.6 | Reviewed edits to first monthly fee statement. |
| 3/18/2026 | E. Degnan | 2.9 | Continued to prepare first monthly fee statement. |
| 3/18/2026 | E. Degnan | 2.9 | Prepared first monthly fee statement. |
| 3/18/2026 | M. Haverkamp | 0.5 | Edited first monthly fee statement. |
| 3/19/2026 | E. Degnan | 1.8 | Prepared first monthly fee statement. |
| 3/19/2026 | M. Haverkamp | 1.7 | Reviewed edits to first monthly fee statement. |
| 3/23/2026 | E. Degnan | 2.9 | Prepared first monthly fee statement. |
| 3/23/2026 | M. Haverkamp | 2.2 | Edited first monthly fee statement. |
| 3/23/2026 | E. Degnan | 1.3 | Prepared second part of conflict check. |
| 3/24/2026 | E. Degnan | 2.9 | Prepared first monthly fee statement. |
| 3/24/2026 | M. Haverkamp | 2.8 | Edited first monthly fee statement. |
| 3/24/2026 | E. Degnan | 0.9 | Continued to prepare first monthly fee statement. |
| 3/25/2026 | E. Degnan | 2.6 | Prepared second part of conflict check. |
| 3/25/2026 | M. Haverkamp | 2.5 | Edited first monthly fee statement. |
| 3/25/2026 | E. Degnan | 1.4 | Prepared first monthly fee statement. |
| *Task Code Total Hours* | | *50.0* | |

**07. Interaction/ Meetings with Debtors/ Counsel**

| Date | Professional | Hours | Description |
|---|---|---|---|
| 3/4/2026 | K. Howell | 0.6 | Participated in a call to review QofE narratives and adjustments in preparation for final deliverable with Cain Brothers (J. Moloney, J. Han, M. Tierney), Force10 (R. Albarano, D. Hoffman), and Debtors (T. Kohli, S. Chapple, M. Lane, C. Duncan). |
| 3/4/2026 | J. Baxter | 0.6 | Participated in a call to review QofE narratives and adjustments in preparation for final deliverable with Force10 (R. Albarano), Debtors (M. Lane, C. Duncan) and Cain Brothers (J. Han, M. Tierney, J. Moloney, C. Gioia, D. Wirkus, C. Zundel). |
| 3/4/2026 | M. Gill | 0.6 | Reviewed QofE Narratives and adjustments in preparation for final deliverable with Cain Brothers (J. Moloney, C. Gioia, D. Wirkus, C. Zundel, J. Han, M. Tierney), Debtors (M. Lane, C. Duncan), and Force10 (R. Albarano). |

| Date | Professional | Hours | Description |
|------|-------------|-------|-------------|
| **07. Interaction/ Meetings with Debtors/ Counsel** | | | |
| 3/4/2026 | M. Gill | 0.5 | Participated in an additional call to review comments for final deliverable with Cain Brothers (J. Moloney, J. Han, M. Tierney, C. Gioia, D. Wirkus, Z. Zundel), Force10 (R. Albarano, D. Hoffman) and Debtors (T. Kohli, S. Chapple, M. Lane, C. Duncan). |
| 3/4/2026 | K. Howell | 0.4 | Prepared prior to call with Cain Brothers and Debtors' teams to discuss QofE narratives and presentation. |
| 3/5/2026 | K. Howell | 0.5 | Participated in call to review comments for final deliverable with Cain Brothers (J. Moloney, J. Han, M. Tierney, C. Gioia), Force10 (R. Albarano, D. Hoffman), and Debtors (T. Kohli, S. Chapple, M. Lane, C. Duncan). |
| 3/5/2026 | K. Howell | 0.5 | Prepared prior to call with Cain Brothers and Debtors to discuss QofE narratives and presentation. |
| 3/6/2026 | K. Howell | 0.4 | Drafted email to Cain Brothers (J. Han and C. Zundel) in response to NRLs provided in order to clarify required updates to communicate to requesting parties. |
| 3/9/2026 | M. Gill | 0.4 | Discussed the QofE deliverable including addressing any remaining questions with Cain Brothers (J. Moloney, J. Han, C. Gioia, D. Wirkus, C. Zundel), Force10 (R. Albarano, D. Hoffman) and Debtors (M. Lane, C. Duncan). |
| 3/9/2026 | J. Baxter | 0.4 | Participated in a call to discuss the QofE deliverable and address any remaining questions with Force10 (R. Albarano), Debtors (M. Lane, C. Duncan) and Cain Brothers (J. Han, M. Tierney, J. Moloney, C. Gioia, D. Wirkus, C. Zundel). |
| 3/24/2026 | K. Howell | 1.2 | Drafted written responses to written agenda questions around quality of revenue scope and observations in preparation for buy side diligence discussion. |
| 3/25/2026 | J. Baxter | 0.5 | Held call to discuss HQAF analysis with with Cain Brothers (J. Moloney, M. Tierney), Force10 (R. Albarano, D. Hoffman) and Debtors (M. Lane, C. Duncan). |
| 3/25/2026 | M. Gill | 0.5 | Held call with Cain Brothers (J. Moloney, M. Tierney), Force10 (R. Albarano, D. Hoffman) and Debtors (M. Lane, C. Duncan) on revised HQAF analysis and impact on QofE. |
| 3/31/2026 | M. Gill | 0.6 | Held call with Cain Brothers (J. Moloney, C. Zundel, D. Wirkus), Force10 (R. Albarano, D. Hoffman), and Debtors (C. Duncan, M. Lane) on revised HQAF model. |
| ***Task Code Total Hours*** | | ***7.7*** | |
| **18. Operating and Other Reports** | | | |
| 3/2/2026 | C. Douglass | 2.9 | Edited presentation for the final Quality of Earnings deliverable for stakeholder review. |

Berkeley Research Group, LLC             Invoice for the 3/1/2026 - 3/31/2026 Period

| Date | Professional | Hours | Description |
|------|-------------|-------|-------------|
| **18. Operating and Other Reports** | | | |
| 3/2/2026 | J. Baxter | 2.7 | Reviewed overview writing for QofE deliverable. |
| 3/2/2026 | M. Cannata | 2.5 | Performed a comprehensive review of the Quality of Earnings data book to ensure proper reconciliation across schedules, sequencing, and organization throughout the data book. |
| 3/2/2026 | C. Douglass | 2.2 | Revised the revenue by payer inpatient versus outpatient schedule to incorporate review comments and ensure consistency with underlying billing data for inclusion in the Quality of Earnings analysis. |
| 3/2/2026 | J. Baxter | 2.1 | Revised Quality of Revenue writing for final data book. |
| 3/2/2026 | C. Douglass | 1.7 | Prepared an accounts payable aging schedule by vendor category, including construction in progress, professional fees, and related parties, to support net working capital analysis. |
| 3/2/2026 | K. Howell | 1.0 | Incorporated adjusted presentation of accounts receivable and accounts payable in net working capital analysis around presentation of accounts receivable. |
| 3/2/2026 | J. Patton | 0.8 | Reviewed quality control report on QofE to verify proper completion of review and identify resulting changes to QofE. |
| 3/2/2026 | J. Patton | 0.7 | Built physician fee supporting schedule with compensation by headcount visibility. |
| 3/2/2026 | J. Patton | 0.7 | Proofread QofE supporting schedules for cohesion and readability. |
| 3/2/2026 | J. Patton | 0.6 | Created table of contents for data book. |
| 3/2/2026 | J. Patton | 0.4 | Prepared guidance for team member regarding performance of quality control assessment of deliverable. |
| 3/3/2026 | C. Douglass | 2.9 | Compiled the final Quality of Earnings deliverable in distributable form. |
| 3/3/2026 | C. Douglass | 2.8 | Compiled Quality of Revenue and accounts receivable schedules in response to requests from the investment banker to support transaction diligence. |
| 3/3/2026 | C. Douglass | 2.8 | Performed quality control review of the Quality of Earnings distribution materials including implementing remaining updates to prepare the deliverable for client distribution. |
| 3/3/2026 | J. Brock | 2.5 | Reviewed the March 3, 2026 draft Quality of Earnings deliverable prior to circulation of the packaged materials to the Investment Banker and the Debtor. |
| 3/3/2026 | C. Douglass | 1.7 | Refined presentation elements within the Quality of Earnings book to reflect additional review comments as of March 2, 2026, and enhance readability for external users. |

| Date | Professional | Hours | Description |
|------|-------------|-------|-------------|
| **18. Operating and Other Reports** | | | |
| 3/3/2026 | J. Patton | 1.5 | Implemented expert comments as of 3/3/26 to create deliverable ready QofE. |
| 3/3/2026 | K. Howell | 1.0 | Reviewed QofR and AR updates as requested by the banker. |
| 3/4/2026 | M. Gill | 2.5 | Reviewed updated QofE deliverable. |
| 3/4/2026 | J. Baxter | 2.4 | Reviewed Quality of Earnings analysis in final data book. |
| 3/4/2026 | C. Douglass | 2.0 | Updated the presentation of the Quality of Earnings deliverable to incorporate substantive review comments received from reviewing parties. |
| 3/4/2026 | C. Douglass | 1.8 | Edited the Quality of Earnings deliverable to incorporate the latest round of review comments in preparation for subsequent review by the Debtors and investment banker. |
| 3/5/2026 | J. Patton | 2.5 | Processed Debtors' comments regarding the quality of earnings deliverable materials. |
| 3/5/2026 | C. Douglass | 2.5 | Updated the Quality of Earnings analysis to reflect additional round of review comments received on March 5, 2026 from management and the investment banker to ensure consistency with revised assumptions. |
| 3/5/2026 | M. Gill | 2.0 | Processed additional edits and comments to full draft of QofE deliverable. |
| 3/5/2026 | M. Gill | 1.8 | Incorporated Debtors' comments and proposed edits into the final QofE deliverable. |
| 3/5/2026 | J. Patton | 1.8 | Prepared QofE deliverable materials to send to bankers, following third wave of comments from Debtors and advisor. |
| 3/5/2026 | C. Douglass | 1.6 | Edited the Quality of Earnings deliverable to reflect analytical updates implemented on March 5, 2026 in advance of further review. |
| 3/5/2026 | J. Patton | 1.5 | Drafted external deliverable memorandum including a log of changes in the current deliverable copy as of 3/12. |
| 3/5/2026 | J. Patton | 1.3 | Reviewed initial QofE revisions requested by Debtors. |
| 3/5/2026 | J. Patton | 1.2 | Revised adjusting income statements by type, applying reclasses needed to better match revenues and expenses across business segments. |
| 3/5/2026 | J. Patton | 0.6 | Proofread Quality of Earnings report. |
| 3/5/2026 | J. Patton | 0.5 | Reviewed deliverable copy of Quality of Earnings report for further required edits. |

Berkeley Research Group, LLC

| Date | Professional | Hours | Description |
|------|-------------|-------|-------------|

**18. Operating and Other Reports**

| Date | Professional | Hours | Description |
|------|-------------|-------|-------------|
| 3/6/2026 | J. Patton | 1.5 | Edited data book and related deliverable to remove a certain compensation adjustment. |
| 3/6/2026 | J. Patton | 0.7 | Drafted external memorandum for circulation of updated QofE report. |
| 3/6/2026 | J. Patton | 0.6 | Prepared updated copy of QofE report (Excel databook and pdf, as well as supporting analyses) for delivery. |
| 3/9/2026 | C. Douglass | 2.4 | Updated hospital revenue by provider schedules to incorporate senior reviewer comments to ensure consistency for inclusion in the Quality of Revenues analysis. |
| 3/9/2026 | J. Baxter | 1.6 | Finalized Quality of Earnings deliverable. |
| 3/13/2026 | J. Patton | 1.3 | Added commentary to the adjusting P&Ls by department type to aid reader comprehension. |
| 3/18/2026 | J. Patton | 2.8 | Revised the adjusting income statements by department type to ensure consistency across deliverable products. |
| 3/23/2026 | K. Howell | 2.9 | Drafted comprehensive discussion around scope of procedures performed and related conclusions reached to prepare for buy side diligence discussion. |
| 3/23/2026 | K. Howell | 0.4 | Continued to draft comprehensive discussion around scope of procedures performed and related conclusions reached to prepare for buy side diligence discussion. |
| 3/24/2026 | K. Howell | 1.8 | Reviewed quality of revenue data book in order to draft written responses to buy side diligence exhibit based questions around the revenue adjustment in preparation for the buy side diligence discussion. |
| 3/26/2026 | J. Patton | 1.1 | Revised supplemental payroll analysis to reflect review comments. |
| 3/31/2026 | J. Patton | 2.9 | Updated QofE report to reflect HQAF adjustment revisions. |
| **Task Code Total Hours** | | **79.5** | |

**32. Document Review**

| Date | Professional | Hours | Description |
|------|-------------|-------|-------------|
| 3/2/2026 | M. Haverkamp | 0.1 | Reviewed correspondence with Counsel (N. Koffroth, K. Owens) relating to report access requests from third parties. |
| 3/4/2026 | M. Haverkamp | 0.1 | Reviewed correspondence with Counsel (N. Koffroth, K. Owens) relating to report access requests from third parties. |
| 3/5/2026 | J. Patton | 1.5 | Reviewed executed NRLs received to date for differences from the original document. |

| Date | Professional | Hours | Description |
|------|-------------|-------|-------------|
| **32. Document Review** | | | |
| 3/5/2026 | M. Haverkamp | 0.2 | Reviewed correspondence with Counsel (N. Koffroth, K. Owens) relating to report access requests from third parties. |
| 3/6/2026 | K. Howell | 0.6 | Reviewed non reliance letters (NRLs) for any changes in terms to signed letters before approved distribution of report was to be granted. |
| 3/18/2026 | J. Patton | 1.5 | Assessed bankers' requests related to supplemental work products. |
| *Task Code Total Hours* | | *4.0* | |
| **36. Operation Analysis/Management** | | | |
| 3/1/2026 | J. Patton | 2.2 | Built new EBITDA bridges using updated specifications to better illustrate underlying performance drivers. |
| 3/1/2026 | J. Patton | 0.8 | Allotted narratives to each Quality of Earnings adjustment to explain rationale and methodology. |
| 3/2/2026 | C. Douglass | 2.5 | Revised the Quality of Earnings draft to incorporate comments identified during the internal quality check review to improve accuracy and clarity of analysis. |
| 3/2/2026 | C. Douglass | 2.0 | Developed an accounts payable analysis to support calculation of the net working capital adjustment for the Quality of Earnings analysis. |
| 3/2/2026 | J. Patton | 1.8 | Applied QofE comments from MD review in the key findings section of the data book. |
| 3/2/2026 | J. Patton | 1.5 | Refined NWC adjustment in accordance with the full body of QofE adjustments. |
| 3/2/2026 | J. Patton | 0.9 | Reviewed underlying data and assumptions for executive summary of QoE deliverable. |
| 3/2/2026 | J. Patton | 0.7 | Edited pro forma adjustment/adjusted dynamic mechanism from data book. |
| 3/2/2026 | J. Patton | 0.6 | Reviewed QofE feedback from expert review. |
| 3/4/2026 | J. Patton | 2.7 | Drafted adjusting balance sheet supplemental analysis. |
| 3/6/2026 | M. Gill | 2.0 | Reviewed supplemental analysis for adjusting P&Ls by segment. |
| 3/6/2026 | J. Patton | 1.3 | Revised P&Ls by department type to smooth credit balance activity. |
| 3/9/2026 | C. Douglass | 2.5 | Reviewed hospital revenue by provider schedules against internal revenue waterfalls and Quality of Revenues data. |
| 3/9/2026 | M. Gill | 2.4 | Edited supplemental analysis for adjusting balance sheet. |

Berkeley Research Group, LLC

Invoice for the 3/1/2026 - 3/31/2026 Period

| Date | Professional | Hours | Description |
|------|-------------|-------|-------------|
| **36. Operation Analysis/Management** | | | |
| 3/9/2026 | M. Gill | 2.2 | Reviewed supplemental analysis on adjusting P&Ls by segment. |
| 3/9/2026 | L. Smith | 1.5 | Edited revenue waterfall analyses to ensure consistency with underlying assumptions and remove confidential data for inclusion in a supplemental revenue schedule. |
| 3/9/2026 | C. Douglass | 0.9 | Reviewed hospital data cube reconciliations created by junior staff. |
| 3/10/2026 | C. Douglass | 2.8 | Prepared OHPAC accounts receivable aging schedules for stub periods using management provided data to support supplemental working capital and revenue analyses. |
| 3/10/2026 | C. Douglass | 2.1 | Prepared clinics accounts receivable aging schedules for stub periods based on management's net accounts receivable analysis to support supplemental financial schedules. |
| 3/11/2026 | C. Douglass | 2.3 | Prepared a revenue by provider schedule for clinics for inclusion in supplemental revenue schedules used in connection with the financial analysis. |
| 3/11/2026 | C. Douglass | 2.0 | Prepared a net revenue by insurance plan schedule for OHPAC to support supplemental revenue schedule disclosures provided to stakeholders. |
| 3/11/2026 | J. Brock | 1.5 | Reviewed updated supplemental revenue schedules and the adjusted balance sheet for inclusion in supplemental schedules requested by the Investment Banker. |
| 3/13/2026 | J. Patton | 2.0 | Completed comprehensive review of the department type assignment of adjustments. |
| *Task Code Total Hours* | | *41.2* | |
| **Total Hours** | | **200.0** | |

# EXHIBIT D

[Summary of Expenses by Category]

183712972.1

**In re: Oroville Hospital, et al.**



## Exhibit D: Expenses By Category

**Berkeley Research Group, LLC**

For the Period 3/1/2026 through 3/31/2026

| Expense Category | Amount |
|---|---:|
| 10. Meals | $72.94 |
| **Total Expenses for the Period 3/1/2026 through 3/31/2026** | **$72.94** |

**EXHIBIT E**

[Expense Statements]

183712972.1

**In re: Oroville Hospital, et al.**

**Exhibit E: Expense Detail**



**Berkeley Research Group, LLC**

For the Period 3/1/2026 through 3/31/2026

| Date | Professional | Amount | Description |
|---|---|---|---|
| **10. Meals** | | | |
| 3/2/2026 | J. Patton | $40.18 | Dinner while working late for J. Patton and C. Douglass. |
| 3/3/2026 | C. Douglass | $32.76 | Dinner while working late. |
| *Expense Category Total* | | *$72.94* | |
| **Total Expenses** | | **$72.94** | |