**4**

KEITH C. OWENS (SBN 184841)
kowens@foxrothschild.com
NICHOLAS A. KOFFROTH (SBN 287854)
nkoffroth@foxrothschild.com
**FOX ROTHSCHILD LLP**
10250 Constellation Boulevard, Suite 900
Los Angeles, California 90067
Telephone:    (310) 598-4150
Facsimile:    (310) 556-9829

*Counsel to Oroville Hospital, et al.,*
*the Debtors and Debtors-in-Possession*

## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF CALIFORNIA
## SACRAMENTO DIVISION

| | |
|---|---|
| In re:<br><br>OROVILLE HOSPITAL, *et al.*,[1]<br><br>                  Debtors and Debtors<br>                  in Possession.<br><br>☒  Affects All Debtors<br><br>☐  Affects Oroville Hospital<br>☐  Affects Orohealth Corporation: A Nonprofit<br>      Healthcare System<br><br>          Debtors and Debtors in Possession. | Lead Case No. 25-26876<br><br>Jointly Administered With:<br>Case No. 25-26877<br><br>**DCN NAK-21**<br><br>Chapter 11<br><br>Hon. Christopher D. Jaime<br><br><br>[No Hearing Required Unless Requested] |

## FORCE TEN ADVISORS, LLC MONTHLY FEE APPLICATION FOR ALLOWANCE AND PAYMENT OF INTERIM COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD MARCH 1, 2026 THROUGH MARCH 31, 2026

[1] The Debtors in these chapter 11 cases, along with the last four digits of each debtor's federal tax identification number, are: Oroville Hospital (4554) and OroHealth Corporation: A Nonprofit Healthcare System (4776). The mailing address for the Debtors is 2767 Olive Highway, Oroville, California, 95966.

- 1 -

182468340.1
184464674.1
184808572.1

1. Force Ten Advisors, LLC (the "Firm") submits its Monthly Fee Application (the "Application") for Allowance and Payment of Interim Compensation and Reimbursement of Expenses for the Period March 1, 2026 through March 31, 2026 (the "Application Period") for work performed for the Debtors. In support of the Application, the Firm respectfully represents as follows:

2. The Firm is financial advisor to Oroville Hospital and OroHealth Corporation. The Firm hereby applies to the Court for allowance and payment of interim compensation for services rendered and reimbursement of expenses incurred during the Application Period.

3. The Firm billed a total of $140,566.00 in fees and $0.00 in expenses during the Application Period. The total fees represent 192.2 hours expended during the period covered by this Application. These fees and expenses break down as follows:

| Period | Fees | Expenses | Total |
|---|---|---|---|
| March 1,2026 to March 31,2026 | $140,566.00 | $0.00 | $140,566.00 |

4. Accordingly, the Firm seeks allowance of interim compensation in the amount of a total of $112,452.80 at this time. This total is comprised as follows: $112,452.80 (80% of the fees for services rendered) plus $0.00 (100% of the expenses incurred).

5. For the postpetition period, the Firm has been paid to date as follows:

| Application Period | Amount | Description |
|---|---|---|
| First (December 18, 2025 to February 28, 2026) | $583,970.19 | 80% of fees and 100% of expenses |
| Total Paid to the Firm to Date | $583,970.19 | |

- 2 -

184808572.1

6. To date, the Firm is owed as follows (excluding amounts owed pursuant to this Application):

| Application Period | Amount | Description |
|---|---|---|
| First (December 18, 2026 to February 28, 2026) | $143,753.80 | 20 % fee holdback |
| Total Owed to the Firm to Date | $143,753.80 | |

7. Attached as **Exhibit A** to the list of exhibits filed concurrently herewith (the "Exhibit List") is the name of each professional who performed services in connection with these cases during the period covered by this Application and the hourly rate for each such professional. Attached to the Exhibit List as **Exhibit B** are the detailed time and expense statements for the Application Period.

8. The Firm has served a copy of this Application on (i) the Office of the United States Trustee, (ii) the Debtors, (iii) counsel to the Debtors, (iv) counsel to the Official Committee of Unsecured Creditors (the "Committee"), (v) counsel for UMB Bank, N.A., in its capacities as successor Series 2019 Bond Trustee, Master Trustee, and postpetition lender, and (vi) parties who have requested special notice (collectively, the "Notice Parties"). The Application was mailed to the Notice Parties by first class mail, postage prepaid, on or about April 24, 2026.

9. Pursuant to this Court's Order Authorizing Interim Fee Procedures that was entered on or about February 17, 2026 [Docket No. 466] the Debtors are authorized in their discretion to make the payment requested herein, to the extent of available funds, without a further hearing or order of this Court unless an objection to this Application is filed with the Court and served upon the Notice Parties within ten (10) calendar days after the date of mailing of the Notice of this Application. If such an Objection is filed, the Debtors are authorized to pay 80% of the uncontested fees and 100% of the uncontested expenses without further order of the Court. If no Objection is filed, the Debtors are authorized to pay 80% of all fees requested in the Application and 100% of the uncontested expenses without further order of the Court.

- 3 -

184808572.1

10. The interim compensation and reimbursement of expenses sought in this Application is not final. Upon the conclusion of these Chapter 11 Cases, the Firm will seek fees and reimbursement of the expenses incurred for the totality of the services rendered in these Chapter 11 Cases. Any interim fees or reimbursement of expenses approved by this Court and received by the Firm (along with any retainer) will be credited against such final fees and expenses as may be allowed by this Court.

WHEREFORE, the Firm respectfully requests that the Debtors pay compensation to the Firm as requested herein pursuant to and in accordance with the terms of the *Order Establishing Procedures and Authorizing Payment of Professional Fees and Expenses on a Monthly Basis*.

Dated: April 24th, 2026

**FOX ROTHSCHILD LLP**

By   */s/ Nicholas A. Koffroth*
     KEITH C. OWENS
     NICHOLAS A. KOFFROTH
     *Counsel to Oroville Hospital, et al.,*
     *the Debtors and Debtors-in-Possession*

**FORCE 10 ADVISORS, LLC**

By   */s/ Adam Meislik*
     ADAM MEISLIK

     OFFICER

- 4 -

184808572.1