**12**

KEITH C. OWENS (SBN 184841)
kowens@foxrothschild.com
NICHOLAS A. KOFFROTH (SBN 287854)
nkoffroth@foxrothschild.com
**FOX ROTHSCHILD LLP**
10250 Constellation Boulevard, Suite 900
Los Angeles, California 90067
Telephone:     (310) 598-4150
Facsimile:     (310) 556-9829

*Counsel to Oroville Hospital, et al.,*
*the Debtors and Debtors-in-Possession*

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF CALIFORNIA**
**SACRAMENTO DIVISION**

| | |
|---|---|
| In re: | Lead Case No. 25-26876 |
| OROVILLE HOSPITAL, *et al.*,[1] | Jointly Administered With: Case No. 25-26877 |
|        Debtors and Debtors in Possession. | **DCN NAK-21** |
| | Chapter 11 |
| ☒   Affects All Debtors | Hon. Christopher D. Jaime |
| ☐   Affects Oroville Hospital ☐   Affects Orohealth Corporation: A Nonprofit Healthcare System | [No Hearing Required Unless Requested] |
|        Debtors and Debtors in Possession. | |

**EXHIBITS IN SUPPORT OF FORCE TEN ADVISORS, LLC MONTHLY FEE APPLICATION FOR ALLOWANCE AND PAYMENT OF INTERIM COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD <u>MARCH 1, 2026 THROUGH MARCH 31, 2026</u>**

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each debtor's federal tax identification number, are: Oroville Hospital (4554) and OroHealth Corporation: A Nonprofit Healthcare System (4776). The mailing address for the Debtors is 2767 Olive Highway, Oroville, California, 95966.

184808884.1

Oroville Hospital (the "Hospital"), and OroHealth Corporation ("OroHealth"), the above-referenced debtors and debtors-in-possession (collectively, the "Debtors"), in the above-captioned bankruptcy cases (the "Chapter 11 Cases") filed under chapter 11 of title 11 of the United States Code (the "Bankruptcy Code"),[2] hereby submit these *Exhibits in Support of Force Ten Advisors, LLC Monthly Fee Application for Allowance and Payment of Interim Compensation and Reimbursement of Expenses for the Period March 1, 2026 Through March 31, 2026.*

| Exhibit | Description | Page(s) |
|---------|-------------|---------|
| A | Summary of Hourly Rates | 3 - 5 |
| B | Time and Expense Statements | 6 - 12 |

Dated:  April 24, 2026

**FOX ROTHSCHILD LLP**

By  */s/ Nicholas A. Koffroth*
    Keith C. Owens
    Nicholas A. Koffroth

*Counsel to Oroville Hospital, et al.,*
*the Debtors and Debtors-in-Possession*

---

[2] Unless otherwise defined herein, all references to "Section" and "§" refer to a section of the Bankruptcy Code.

2

184808884.1

**EXHIBIT A**

[Summary of Hourly Rates]

184808884.1

**EXHIBIT A**

COMPENSATION BY TIMEKEEPER

For the Period March 1, 2026 to March 31, 2026

| Name of Professional | Position | Hourly Billing Rate | Total Hours | Total Fees |
|---|---|---|---|---|
| Renee Albarano | Managing Director | $795.00 | 90.7 | $72,106.50 |
| Mylene Ayala | Manager | $355.00 | 1.7 | 603.50 |
| Denielle Hoffman | Director | $615.00 | 78.9 | 48,523.50 |
| Adam Meislik | Partner | $925.00 | 20.9 | 19,332.50 |
| Total | | | 192.2 | $140,566.00 |

COMPENSATION BY PROJECT CATEGORY

| Project Category | Total Hours | Total Fees |
|---|---|---|
| Accounting/Monthly Operating Reports | 18.9 | $12,055.50 |
| Asset Disposition | 4.2 | 3,246.00 |
| Attend Hearing/Trial | 1.5 | 1,192.50 |
| Business Analysis/Operations | 8.4 | 6,697.00 |
| Business Operations | 44.8 | 33,877.00 |
| Cash Collateral/Cash Flow Forecasting | 82.2 | 58,584.00 |
| Committee Matters | 3.0 | 2,450.00 |
| Fee & Employment Application | 5.8 | 4,303.00 |
| Reporting/Financial Analysis | 22.9 | 17,853.50 |
| SOFA/Schedule Preparation | 0.5 | 307.50 |
| Total | 192.2 | $140,566.00 |

EXPENSES BY CATEGORY

For the Period March 1, 2026 to March 31, 2026

| Expense Category | Amount |
|---|---:|
| None | $0.00 |
| Total | $0.00 |

**EXHIBIT B**

[Time and Expenses Statements]

184808884.1

Force Ten Partners - Oroville Hospital
Time Entry Details for the Period March 1, 2026 through March 31, 2026

| Date | Task | Notes | Hours | First Name | Last Name | Billable Rate | Billable Amount |
|---|---|---|---|---|---|---|---|
| 3/2/2026 | Business Operations | Participate in call with R. Winters regarding hospital operations. | 0.1 | Renee | Albarano | $ 795.00 | $ 79.50 |
| 3/2/2026 | Reporting / Financial Analysis | Review rent check request and respond with approval. | 0.6 | Renee | Albarano | $ 795.00 | $ 477.00 |
| 3/2/2026 | Business Operations | Participate in call with M. Lane and D. Hoffman regarding hospital operations. | 0.6 | Renee | Albarano | $ 795.00 | $ 477.00 |
| 3/2/2026 | Reporting / Financial Analysis | Review second round of accounts payable requests and respond. | 0.3 | Renee | Albarano | $ 795.00 | $ 238.50 |
| 3/2/2026 | Business Operations | Participate in discussion with M. Lane and R. Albarano regarding hospital sale. | 0.7 | Denielle | Hoffman | $ 615.00 | $ 430.50 |
| 3/2/2026 | SOFA / Schedule Preparation | Participate in discussion with R. Albarano regarding SOFA/SOAL amendments. | 0.1 | Denielle | Hoffman | $ 615.00 | $ 61.50 |
| 3/2/2026 | Business Operations | Review management presentation and discussion topics for next day status call. | 0.5 | Denielle | Hoffman | $ 615.00 | $ 307.50 |
| 3/2/2026 | Business Analysis / Operations | Review document uploads regarding CIP Tower project. | 0.1 | Adam | Meislik | $ 925.00 | $ 92.50 |
| 3/3/2026 | Reporting / Financial Analysis | Research post-petition invoice and payment inquiry. | 0.4 | Renee | Albarano | $ 795.00 | $ 318.00 |
| 3/3/2026 | Business Operations | Review due diligence request list from Cain. | 0.6 | Renee | Albarano | $ 795.00 | $ 477.00 |
| 3/3/2026 | Reporting / Financial Analysis | Review response to accounts payable questions and respond. | 0.3 | Renee | Albarano | $ 795.00 | $ 238.50 |
| 3/3/2026 | Business Operations | Participate in working session with Force 10, Fox Rothschild, Cain, and hospital management. | 0.8 | Renee | Albarano | $ 795.00 | $ 636.00 |
| 3/3/2026 | Reporting / Financial Analysis | Review post-petition accounts payable aging report. | 1.2 | Renee | Albarano | $ 795.00 | $ 954.00 |
| 3/3/2026 | Reporting / Financial Analysis | Participate in call with D. Hoffman regarding accounts payable reports. | 0.2 | Renee | Albarano | $ 795.00 | $ 159.00 |
| 3/3/2026 | Cash Collateral / Cash Flow Forecasting | Analyze accounts payable aging for current versus pre-petition changes. | 4.6 | Denielle | Hoffman | $ 615.00 | $ 2,829.00 |
| 3/3/2026 | Business Operations | Participate in bi-weekly all-hands status meeting. | 0.8 | Denielle | Hoffman | $ 615.00 | $ 492.00 |
| 3/3/2026 | Cash Collateral / Cash Flow Forecasting | Begin preparing cash variance report for prior week. | 0.1 | Denielle | Hoffman | $ 615.00 | $ 61.50 |
| 3/3/2026 | Business Analysis / Operations | Confer with counsel regarding post-petition status, Change Healthcare matters, and professional fees discussion; evaluate updated documents regarding matters from February 27th. | 0.3 | Adam | Meislik | $ 925.00 | $ 277.50 |
| 3/4/2026 | Reporting / Financial Analysis | Participate in call with T. Kohli. | 0.1 | Renee | Albarano | $ 795.00 | $ 79.50 |
| 3/4/2026 | Cash Collateral / Cash Flow Forecasting | Review and edit Week 11 cash variance report and distribute for comments. | 1.5 | Renee | Albarano | $ 795.00 | $ 1,192.50 |
| 3/4/2026 | Cash Collateral / Cash Flow Forecasting | Review OCP draft contract and compare to Debtor-in-Possession budget. | 0.5 | Renee | Albarano | $ 795.00 | $ 397.50 |
| 3/4/2026 | Business Operations | Participate in call with M. Lane and D. Hoffman regarding QofE report. | 1.1 | Renee | Albarano | $ 795.00 | $ 874.50 |
| 3/4/2026 | Reporting / Financial Analysis | Review accounts payable payment request and respond. | 0.3 | Renee | Albarano | $ 795.00 | $ 238.50 |
| 3/4/2026 | Reporting / Financial Analysis | Review QofE draft deck. | 1.2 | Renee | Albarano | $ 795.00 | $ 954.00 |
| 3/4/2026 | Reporting / Financial Analysis | Participate in discussion with D. Hoffman regarding open accounts payable. | 0.3 | Renee | Albarano | $ 795.00 | $ 238.50 |
| 3/4/2026 | Reporting / Financial Analysis | Participate in call with C. Duncan. | 0.3 | Renee | Albarano | $ 795.00 | $ 238.50 |
| 3/4/2026 | Business Operations | Participate in QofE document review and send follow-up email regarding edits to document. | 0.7 | Renee | Albarano | $ 795.00 | $ 556.50 |
| 3/4/2026 | Cash Collateral / Cash Flow Forecasting | Prepare budget versus actual variance report for prior week. | 2.9 | Denielle | Hoffman | $ 615.00 | $ 1,783.50 |
| 3/4/2026 | Reporting / Financial Analysis | Review draft Quality of Earnings report. | 0.8 | Denielle | Hoffman | $ 615.00 | $ 492.00 |
| 3/4/2026 | Business Operations | Participate in discussion with R. Albarano and M. Lane regarding QofE draft. | 1.1 | Denielle | Hoffman | $ 615.00 | $ 676.50 |
| 3/4/2026 | Cash Collateral / Cash Flow Forecasting | Conduct additional accounts payable analysis. | 0.4 | Denielle | Hoffman | $ 615.00 | $ 246.00 |
| 3/4/2026 | Cash Collateral / Cash Flow Forecasting | Participate in discussion with R. Albarano regarding accounts payable. | 0.2 | Denielle | Hoffman | $ 615.00 | $ 123.00 |
| 3/4/2026 | Business Analysis / Operations | Review document uploads regarding SNF and clinics matters. | 0.1 | Adam | Meislik | $ 925.00 | $ 92.50 |
| 3/5/2026 | Reporting / Financial Analysis | Review inquiries from K. Owens regarding costs included in the Debtor-in-Possession budget. | 0.3 | Renee | Albarano | $ 795.00 | $ 238.50 |
| 3/5/2026 | Reporting / Financial Analysis | Review Medicare refund schedule, respond, and propose edits to SOFA/SOAL. | 0.5 | Renee | Albarano | $ 795.00 | $ 397.50 |
| 3/5/2026 | Business Operations | Participate in call with M. Lane. | 0.2 | Renee | Albarano | $ 795.00 | $ 159.00 |
| 3/5/2026 | Business Operations | Participate in Debtor professional working session. | 1 | Adam | Meislik | $ 925.00 | $ 925.00 |
| 3/5/2026 | Business Operations | Participate in working session with Force 10, Fox Rothschild, Cain, and hospital management. | 1 | Renee | Albarano | $ 795.00 | $ 795.00 |
| 3/5/2026 | Business Operations | Participate in call with M. Lane. | 0.1 | Renee | Albarano | $ 795.00 | $ 79.50 |
| 3/5/2026 | Business Operations | Participate in Quality of Earnings review with BRG, Cain, Force 10, and hospital management. | 0.6 | Renee | Albarano | $ 795.00 | $ 477.00 |
| 3/5/2026 | Business Operations | Provide response to due diligence questions based on information provided in SOFA/SOAL. | 0.4 | Renee | Albarano | $ 795.00 | $ 318.00 |
| 3/5/2026 | Business Operations | Review BRG HQAF analysis. | 0.6 | Renee | Albarano | $ 795.00 | $ 477.00 |
| 3/5/2026 | Business Operations | Participate in call with C. Duncan. | 0.4 | Renee | Albarano | $ 795.00 | $ 318.00 |
| 3/5/2026 | Business Operations | Review updated QofE file and respond with approval to publish. | 0.7 | Renee | Albarano | $ 795.00 | $ 556.50 |
| 3/5/2026 | Reporting / Financial Analysis | Respond to K. Owens regarding questions about Debtor-in-Possession budget. | 0.1 | Adam | Meislik | $ 925.00 | $ 92.50 |
| 3/5/2026 | Business Operations | Confer with R. Albarano regarding workplan. | 0.2 | Adam | Meislik | $ 925.00 | $ 185.00 |
| 3/5/2026 | Business Operations | Participate in call with S. Chapple and send further edits to BRG. | 0.5 | Renee | Albarano | $ 795.00 | $ 397.50 |
| 3/5/2026 | Cash Collateral / Cash Flow Forecasting | Participate in working session with R. Albarano, D. Hoffman, and N. Koffroth. | 0.5 | Adam | Meislik | $ 925.00 | $ 462.50 |
| 3/5/2026 | Business Operations | Participate in call with Force 10 and Fox regarding professional fees, OCP, and general updates. | 0.6 | Renee | Albarano | $ 795.00 | $ 477.00 |
| 3/5/2026 | Business Operations | Participate in bi-weekly all-hands status meeting. | 0.4 | Denielle | Hoffman | $ 615.00 | $ 246.00 |
| 3/5/2026 | Business Operations | Participate in Quality of Earnings review with BRG team. | 0.8 | Denielle | Hoffman | $ 615.00 | $ 492.00 |
| 3/5/2026 | Business Analysis / Operations | Analyze general ledger activity for Quality of Earnings analysis questions. | 1.6 | Denielle | Hoffman | $ 615.00 | $ 984.00 |
| 3/5/2026 | Business Operations | Participate in professional fee process discussion with Force 10 and Fox teams. | 0.5 | Denielle | Hoffman | $ 615.00 | $ 307.50 |
| 3/5/2026 | Fee & Employment Application | Participate in discussion regarding professional fee accruals by month through February and fee | 0.5 | Adam | Meislik | $ 925.00 | $ 462.50 |
| 3/6/2026 | Committee Matters | Participate in weekly professionals call with Committee professionals. | 0.6 | Renee | Albarano | $ 795.00 | $ 477.00 |
| 3/6/2026 | Committee Matters | Participate in weekly Committee call. | 0.5 | Adam | Meislik | $ 925.00 | $ 462.50 |
| 3/6/2026 | Reporting / Financial Analysis | Review accounts payable payment request and respond. | 0.4 | Renee | Albarano | $ 795.00 | $ 318.00 |
| 3/6/2026 | Committee Matters | Coordinate information requested by Province. | 0.3 | Renee | Albarano | $ 795.00 | $ 238.50 |

Force Ten Partners - Oroville Hospital
Time Entry Details for the Period March 1, 2026 through March 31, 2026

| Date | Task | Notes | Hours | First Name | Last Name | Billable Rate | Billable Amount |
|---|---|---|---|---|---|---|---|
| 3/6/2026 | Reporting / Financial Analysis | Participate in call with C. Duncan and J. Dilbeck regarding financial analysis and reporting matters. | 0.8 | Renee | Albarano | $ 795.00 | $ 636.00 |
| 3/6/2026 | Cash Collateral / Cash Flow Forecasting | Create professional fee tracker and populate with current information. | 2.5 | Denielle | Hoffman | $ 615.00 | $ 1,537.50 |
| 3/6/2026 | Business Operations | Participate in weekly status update meeting with Committee representatives. | 0.9 | Denielle | Hoffman | $ 615.00 | $ 553.50 |
| 3/6/2026 | Cash Collateral / Cash Flow Forecasting | Follow up with professionals regarding fee accruals to date. | 0.3 | Denielle | Hoffman | $ 615.00 | $ 184.50 |
| 3/6/2026 | Business Analysis / Operations | Evaluate consulting agreement, transition filings, Debtor-in-Possession budget matters, and case administration items with counsel; analyze updated documents. | 0.5 | Adam | Meislik | $ 925.00 | $ 462.50 |
| 3/7/2026 | Business Analysis / Operations | Coordinate with counsel regarding Project Fund relief from stay request. | 0.1 | Adam | Meislik | $ 925.00 | $ 92.50 |
| 3/9/2026 | Reporting / Financial Analysis | Review open due diligence items. | 0.4 | Renee | Albarano | $ 795.00 | $ 318.00 |
| 3/9/2026 | Committee Matters | Respond to information request from Province. | 0.5 | Renee | Albarano | $ 795.00 | $ 397.50 |
| 3/9/2026 | Business Operations | Participate in call with M. Lane regarding business operations and hospital management matters. | 0.4 | Renee | Albarano | $ 795.00 | $ 318.00 |
| 3/9/2026 | Business Operations | Participate in call with R. Winters regarding business operations and hospital management matters. | 0.1 | Renee | Albarano | $ 795.00 | $ 79.50 |
| 3/9/2026 | Reporting / Financial Analysis | Participate in BRG call regarding Balance Sheet analysis. | 0.5 | Renee | Albarano | $ 795.00 | $ 397.50 |
| 3/9/2026 | Reporting / Financial Analysis | Review and approve AP check run. | 0.2 | Renee | Albarano | $ 795.00 | $ 159.00 |
| 3/9/2026 | Asset Disposition | Participate in Quality of Earnings discussion with BRG and Cain teams. | 0.5 | Denielle | Hoffman | $ 615.00 | $ 307.50 |
| 3/9/2026 | Business Analysis / Operations | Address consulting agreement follow-up with team; evaluate document digest. | 0.2 | Adam | Meislik | $ 925.00 | $ 185.00 |
| 3/10/2026 | Reporting / Financial Analysis | Review stipulation regarding pre-petition wages and respond accordingly. | 0.3 | Renee | Albarano | $ 795.00 | $ 238.50 |
| 3/10/2026 | Reporting / Financial Analysis | Participate in two calls with R. Winters regarding reporting and financial matters. | 0.3 | Renee | Albarano | $ 795.00 | $ 238.50 |
| 3/10/2026 | Reporting / Financial Analysis | Follow up on open AP balances. | 0.2 | Renee | Albarano | $ 795.00 | $ 159.00 |
| 3/10/2026 | Business Operations | Participate in working session with Force 10, Fox Rothschild, Cain, and management. | 0.2 | Renee | Albarano | $ 795.00 | $ 159.00 |
| 3/10/2026 | Cash Collateral / Cash Flow Forecasting | Review and edit Week 13 cash variance report; review and edit Debtor-in-Possession funding request; send email to counsel with completed form. | 1.9 | Renee | Albarano | $ 795.00 | $ 1,510.50 |
| 3/10/2026 | Business Operations | Participate in bi-weekly all-hands status meeting. | 0.3 | Denielle | Hoffman | $ 615.00 | $ 184.50 |
| 3/10/2026 | Cash Collateral / Cash Flow Forecasting | Prepare cash variance report for prior week. | 3.5 | Denielle | Hoffman | $ 615.00 | $ 2,152.50 |
| 3/10/2026 | Business Analysis / Operations | Monitor Project Fund relief from stay approval and Debtor-in-Possession draw request with team; assess updated documents from March 6th. | 0.3 | Adam | Meislik | $ 925.00 | $ 277.50 |
| 3/11/2026 | Business Operations | Participate in three calls with M. Lane regarding business operations and hospital management matters. | 0.7 | Renee | Albarano | $ 795.00 | $ 556.50 |
| 3/11/2026 | Reporting / Financial Analysis | Review and respond to AP check requests. | 0.2 | Renee | Albarano | $ 795.00 | $ 159.00 |
| 3/11/2026 | Reporting / Financial Analysis | Participate in call with Cain and Weiner regarding collection opportunities. | 0.6 | Renee | Albarano | $ 795.00 | $ 477.00 |
| 3/11/2026 | Reporting / Financial Analysis | Participate in call with hospital accounting team regarding open AP matters. | 1.2 | Renee | Albarano | $ 795.00 | $ 954.00 |
| 3/11/2026 | Reporting / Financial Analysis | Participate in call with D. Hoffman regarding updated AP aging report. | 0.1 | Renee | Albarano | $ 795.00 | $ 79.50 |
| 3/11/2026 | Cash Collateral / Cash Flow Forecasting | Analyze Accounts Payable aging for post-petition amounts due. | 2.4 | Denielle | Hoffman | $ 615.00 | $ 1,476.00 |
| 3/11/2026 | Cash Collateral / Cash Flow Forecasting | Participate in meeting with potential collections group to accelerate payment of past due accounts | 0.6 | Denielle | Hoffman | $ 615.00 | $ 369.00 |
| 3/11/2026 | Cash Collateral / Cash Flow Forecasting | Participate in meeting with AP team regarding AP analysis and updates. | 1.2 | Denielle | Hoffman | $ 615.00 | $ 738.00 |
| 3/11/2026 | Cash Collateral / Cash Flow Forecasting | Update AP analysis to most current available data. | 1.2 | Denielle | Hoffman | $ 615.00 | $ 738.00 |
| 3/11/2026 | Cash Collateral / Cash Flow Forecasting | Participate in meeting with R. Albarano regarding aging analysis. | 0.1 | Denielle | Hoffman | $ 615.00 | $ 61.50 |
| 3/11/2026 | Cash Collateral / Cash Flow Forecasting | Update professional fee tracker. | 0.4 | Denielle | Hoffman | $ 615.00 | $ 246.00 |
| 3/11/2026 | Reporting / Financial Analysis | Review updated AP Aging report. | 0.9 | Renee | Albarano | $ 795.00 | $ 715.50 |
| 3/11/2026 | Business Operations | Participate in call with M. Lane to discuss hospital operations, budgeting, cash collateral, and sale | 0.5 | Adam | Meislik | $ 925.00 | $ 462.50 |
| 3/11/2026 | Cash Collateral / Cash Flow Forecasting | Evaluate draw requests, draw funding, confirmations, appeal regarding turnover motion, Project Fund matters, and Debtor-in-Possession form with team; analyze document uploads regarding DRL items. | 0.8 | Adam | Meislik | $ 925.00 | $ 740.00 |
| 3/12/2026 | Cash Collateral / Cash Flow Forecasting | Update rolling 4-week Debtor-in-Possession forecast. | 3.4 | Renee | Albarano | $ 795.00 | $ 2,703.00 |
| 3/12/2026 | Cash Collateral / Cash Flow Forecasting | Analyze professional fee invoice against agreed-upon rates. | 0.2 | Denielle | Hoffman | $ 615.00 | $ 123.00 |
| 3/12/2026 | Cash Collateral / Cash Flow Forecasting | Update professional fee tracker. | 0.6 | Denielle | Hoffman | $ 615.00 | $ 369.00 |
| 3/12/2026 | Business Operations | Participate in working session with Force 10, Fox Rothschild, Cain, and management. | 1.4 | Renee | Albarano | $ 795.00 | $ 1,113.00 |
| 3/12/2026 | Business Operations | Participate in Debtor professional status call. | 0.5 | Adam | Meislik | $ 925.00 | $ 462.50 |
| 3/12/2026 | Cash Collateral / Cash Flow Forecasting | Adjust variance report categorization. | 0.2 | Denielle | Hoffman | $ 615.00 | $ 123.00 |
| 3/12/2026 | Business Operations | Participate in bi-weekly all-hands status meeting. | 1.2 | Denielle | Hoffman | $ 615.00 | $ 738.00 |
| 3/12/2026 | Reporting / Financial Analysis | Review and respond to physician check run request. | 0.2 | Renee | Albarano | $ 795.00 | $ 159.00 |
| 3/12/2026 | Asset Disposition | Participate in call with Cain regarding sales price. | 1.1 | Renee | Albarano | $ 795.00 | $ 874.50 |
| 3/12/2026 | Business Operations | Participate in Debtor professional call. | 1.1 | Adam | Meislik | $ 925.00 | $ 1,017.50 |
| 3/12/2026 | Reporting / Financial Analysis | Review AP aging changes. | 0.1 | Denielle | Hoffman | $ 615.00 | $ 61.50 |
| 3/12/2026 | Asset Disposition | Participate in discussion with Cain, Fox, and Force 10 teams regarding sale process. | 1.1 | Denielle | Hoffman | $ 615.00 | $ 676.50 |
| 3/12/2026 | Fee & Employment Application | Participate in professional fee call discussing pension cap, priority wage cap, and court hearing requirements; discuss final order implications. | 0.8 | Adam | Meislik | $ 925.00 | $ 740.00 |
| 3/12/2026 | Business Analysis / Operations | Address invoice matters, rate analysis, and sales price meeting with team; evaluate updated documents regarding Committee matters. | 0.4 | Adam | Meislik | $ 925.00 | $ 370.00 |
| 3/13/2026 | Fee & Employment Application | Review Force 10 professional time entries. | 0.4 | Adam | Meislik | $ 925.00 | $ 370.00 |
| 3/13/2026 | Reporting / Financial Analysis | Prepare for meeting with Gibbins regarding AP. | 0.5 | Renee | Albarano | $ 795.00 | $ 397.50 |
| 3/13/2026 | Reporting / Financial Analysis | Participate in call with T. Basher regarding open AP; send follow-up information. | 0.3 | Renee | Albarano | $ 795.00 | $ 238.50 |

Force Ten Partners - Oroville Hospital
Time Entry Details for the Period March 1, 2026 through March 31, 2026

| Date | Task | Notes | Hours | First Name | Last Name | Billable Rate | Billable Amount |
|---|---|---|---|---|---|---|---|
| 3/13/2026 | Business Operations | Participate in two calls with M. Lane regarding business operations and hospital management matters. | 0.2 | Renee | Albarano | $ 795.00 | $ 159.00 |
| 3/13/2026 | Fee & Employment Application | Continue to review Force 10 professional time entries. | 0.8 | Adam | Meislik | $ 925.00 | $ 740.00 |
| 3/13/2026 | Business Operations | Participate in call with C. Duncan regarding business operations and hospital management matters. | 0.1 | Renee | Albarano | $ 795.00 | $ 79.50 |
| 3/13/2026 | Reporting / Financial Analysis | Participate in call with C. Duncan regarding financial reporting and analysis matters. | 0.4 | Renee | Albarano | $ 795.00 | $ 318.00 |
| 3/13/2026 | Cash Collateral / Cash Flow Forecasting | Update Debtor-in-Possession forecast. | 2.9 | Renee | Albarano | $ 795.00 | $ 2,305.50 |
| 3/13/2026 | Committee Matters | Participate in weekly professionals call with Committee professionals. | 0.9 | Renee | Albarano | $ 795.00 | $ 715.50 |
| 3/13/2026 | Reporting / Financial Analysis | Review open Advantek claims; create and share proposal to get caught up on payments. | 0.6 | Renee | Albarano | $ 795.00 | $ 477.00 |
| 3/13/2026 | Cash Collateral / Cash Flow Forecasting | Send follow-ups for professional fees to date and request updated forecasts. | 0.4 | Denielle | Hoffman | $ 615.00 | $ 246.00 |
| 3/13/2026 | Business Operations | Participate in weekly update meeting with Cain and Committee team members. | 0.8 | Denielle | Hoffman | $ 615.00 | $ 492.00 |
| 3/13/2026 | Cash Collateral / Cash Flow Forecasting | Review email correspondence regarding cash needs. | 0.2 | Denielle | Hoffman | $ 615.00 | $ 123.00 |
| 3/13/2026 | Cash Collateral / Cash Flow Forecasting | Review email correspondence regarding professional fee budget. | 0.2 | Denielle | Hoffman | $ 615.00 | $ 123.00 |
| 3/13/2026 | Cash Collateral / Cash Flow Forecasting | Participate in call with M. Lane regarding Debtor-in-Possession forecasting. | 0.1 | Renee | Albarano | $ 795.00 | $ 79.50 |
| 3/13/2026 | Fee & Employment Application | Complete February time review, report February billings ($261,761.75), and direct staff to collect estimated February fees from case professionals. | 0.5 | Adam | Meislik | $ 925.00 | $ 462.50 |
| 3/13/2026 | Business Analysis / Operations | Analyze invoice responses and hours discussion with counsel; assess document uploads regarding BRG | 0.5 | Adam | Meislik | $ 925.00 | $ 462.50 |
| 3/14/2026 | Business Analysis / Operations | Review updated documents regarding creditor request list uploads. | 0.1 | Adam | Meislik | $ 925.00 | $ 92.50 |
| 3/16/2026 | Reporting / Financial Analysis | Revise Advantek funding request. | 0.4 | Renee | Albarano | $ 795.00 | $ 318.00 |
| 3/16/2026 | Reporting / Financial Analysis | Review accounts receivable analysis; respond to M. Lane on same. | 0.8 | Renee | Albarano | $ 795.00 | $ 636.00 |
| 3/16/2026 | Reporting / Financial Analysis | Review accounts payable request; send response on same. | 0.2 | Renee | Albarano | $ 795.00 | $ 159.00 |
| 3/16/2026 | Reporting / Financial Analysis | Participate in call with R. Winters. | 0.2 | Renee | Albarano | $ 795.00 | $ 159.00 |
| 3/16/2026 | Fee & Employment Application | Review cash collateral budget and specifically professional fee budget. | 0.3 | Adam | Meislik | $ 925.00 | $ 277.50 |
| 3/16/2026 | Reporting / Financial Analysis | Research employee claim and request additional information. | 0.2 | Denielle | Hoffman | $ 615.00 | $ 123.00 |
| 3/16/2026 | Cash Collateral / Cash Flow Forecasting | Research and compile all potential Plan confirmation accruals. | 1 | Adam | Meislik | $ 925.00 | $ 925.00 |
| 3/16/2026 | Reporting / Financial Analysis | Review INFOR balances against vendor statement for post-petition payment amounts and send summary for accounts payable team. | 0.7 | Denielle | Hoffman | $ 615.00 | $ 430.50 |
| 3/16/2026 | Cash Collateral / Cash Flow Forecasting | Perform employment order analysis for fixed hourly rate, analyze professional fee budget as percentage of total incurred expenses, propose adjusting Committee fee budget reduction, and prepare | 1 | Adam | Meislik | $ 925.00 | $ 925.00 |
| 3/16/2026 | Business Analysis / Operations | Monitor Change Healthcare post-petition invoices status with counsel. | 0.1 | Adam | Meislik | $ 925.00 | $ 92.50 |
| 3/17/2026 | Business Operations | Attend working session with Force 10, Fox Rothschild, Cain, and management. | 0.5 | Renee | Albarano | $ 795.00 | $ 397.50 |
| 3/17/2026 | Business Operations | Participate in bi-weekly all-hands status meeting. | 0.5 | Denielle | Hoffman | $ 615.00 | $ 307.50 |
| 3/17/2026 | Cash Collateral / Cash Flow Forecasting | Update Debtor-in-Possession forecast for DSH receipt dates. | 0.3 | Renee | Albarano | $ 795.00 | $ 238.50 |
| 3/17/2026 | Cash Collateral / Cash Flow Forecasting | Create draft of working capital and sale proceed scenarios. | 1.9 | Renee | Albarano | $ 795.00 | $ 1,510.50 |
| 3/17/2026 | Business Analysis / Operations | Research general ledger information for budget question. | 0.4 | Denielle | Hoffman | $ 615.00 | $ 246.00 |
| 3/17/2026 | Business Analysis / Operations | Research journal entry for HQAF for budget question. | 0.2 | Denielle | Hoffman | $ 615.00 | $ 123.00 |
| 3/17/2026 | Cash Collateral / Cash Flow Forecasting | Prepare variance report for prior week. | 2.8 | Denielle | Hoffman | $ 615.00 | $ 1,722.00 |
| 3/17/2026 | Cash Collateral / Cash Flow Forecasting | Prepare draft presentation notes and compliance certificate for variance report. | 0.4 | Denielle | Hoffman | $ 615.00 | $ 246.00 |
| 3/17/2026 | Business Analysis / Operations | Assess claims register with filed and scheduled claims status with team; evaluate updated document | 0.2 | Adam | Meislik | $ 925.00 | $ 185.00 |
| 3/18/2026 | Cash Collateral / Cash Flow Forecasting | Review and edit Week 14 cash variance report; distribute to hospital leadership team for comments. | 2.1 | Renee | Albarano | $ 795.00 | $ 1,669.50 |
| 3/18/2026 | Business Operations | Participate in call with M. Lane. | 0.5 | Renee | Albarano | $ 795.00 | $ 397.50 |
| 3/18/2026 | Reporting / Financial Analysis | Review weekly check run request; respond on same. | 0.3 | Renee | Albarano | $ 795.00 | $ 238.50 |
| 3/18/2026 | Business Analysis / Operations | Research historic accounts payable details for data room request. | 1.1 | Renee | Albarano | $ 795.00 | $ 874.50 |
| 3/18/2026 | Cash Collateral / Cash Flow Forecasting | Create draft of working capital and sale proceed scenarios. | 1.3 | Renee | Albarano | $ 795.00 | $ 1,033.50 |
| 3/18/2026 | Cash Collateral / Cash Flow Forecasting | Analyze benefits spend and confirm against cash flow data. | 0.6 | Denielle | Hoffman | $ 615.00 | $ 369.00 |
| 3/18/2026 | Cash Collateral / Cash Flow Forecasting | Confirm variance formula and optimize cash flow workbook. | 0.5 | Denielle | Hoffman | $ 615.00 | $ 307.50 |
| 3/18/2026 | Business Analysis / Operations | Research and run historical accounts payable report. | 0.6 | Denielle | Hoffman | $ 615.00 | $ 369.00 |
| 3/18/2026 | Business Operations | Participate in call with C. Duncan. | 0.1 | Renee | Albarano | $ 795.00 | $ 79.50 |
| 3/18/2026 | Reporting / Financial Analysis | Review February 26 operational statistics; post update to ShareFile. | 0.3 | Renee | Albarano | $ 795.00 | $ 238.50 |
| 3/18/2026 | Cash Collateral / Cash Flow Forecasting | Review updated Debtor-in-Possession budget with Force 10 and Fox Rothschild. | 0.4 | Renee | Albarano | $ 795.00 | $ 318.00 |
| 3/18/2026 | Cash Collateral / Cash Flow Forecasting | Update rolling Debtor-in-Possession forecast; post to ShareFile for Gibbins and Committee. | 0.6 | Renee | Albarano | $ 795.00 | $ 477.00 |
| 3/18/2026 | Cash Collateral / Cash Flow Forecasting | Review updated Debtor-in-Possession budget. | 0.4 | Adam | Meislik | $ 925.00 | $ 370.00 |
| 3/18/2026 | Cash Collateral / Cash Flow Forecasting | Participate in call with N. Koffroth, K. Owens, R. Albarano, and D. Hoffman regarding Debtor-in-Possession budget revisions. | 0.7 | Adam | Meislik | $ 925.00 | $ 647.50 |
| 3/18/2026 | Business Analysis / Operations | Review updated document folders. | 0.1 | Adam | Meislik | $ 925.00 | $ 92.50 |
| 3/18/2026 | Accounting / Monthly Operating Reports | Compile and analyze financial statement information for inclusion in Monthly Operating Report filings. | 1.5 | Denielle | Hoffman | $ 615.00 | $ 922.50 |
| 3/18/2026 | Cash Collateral / Cash Flow Forecasting | Participate in budget update process discussion with Fox and Force 10 teams. | 0.4 | Denielle | Hoffman | $ 615.00 | $ 246.00 |
| 3/18/2026 | Accounting / Monthly Operating Reports | Format and print bank reconciliations and redact bank account numbers from statements. | 1.8 | Denielle | Hoffman | $ 615.00 | $ 1,107.00 |
| 3/18/2026 | Accounting / Monthly Operating Reports | Compile and analyze bank and general ledger cash transactions for inclusion in Monthly Operating | 2 | Denielle | Hoffman | $ 615.00 | $ 1,230.00 |
| 3/18/2026 | Accounting / Monthly Operating Reports | Begin preparation and formatting for Monthly Operating Report support file. | 0.4 | Denielle | Hoffman | $ 615.00 | $ 246.00 |
| 3/19/2026 | Cash Collateral / Cash Flow Forecasting | Participate in call with A. Meislik and D. Hoffman regarding sale proceeds forecast. | 0.7 | Renee | Albarano | $ 795.00 | $ 556.50 |

Force Ten Partners - Oroville Hospital
Time Entry Details for the Period March 1, 2026 through March 31, 2026

| Date | Task | Notes | Hours | First Name | Last Name | Billable Rate | Billable Amount |
|---|---|---|---|---|---|---|---|
| 3/19/2026 | Asset Disposition | Attend working session with R. Albarano and D. Hoffman regarding sales proceeds, expenses, and | 0.8 | Adam | Meislik | $ 925.00 | $ 740.00 |
| 3/19/2026 | Asset Disposition | Analyze draft sales proceeds, expenses, and claims analysis. | 0.7 | Adam | Meislik | $ 925.00 | $ 647.50 |
| 3/19/2026 | Business Operations | Participate in call with M. Lane. | 0.5 | Renee | Albarano | $ 795.00 | $ 397.50 |
| 3/19/2026 | Cash Collateral / Cash Flow Forecasting | Update sale proceeds forecast; distribute to Cain, Fox Rothschild, and hospital management. | 1.6 | Renee | Albarano | $ 795.00 | $ 1,272.00 |
| 3/19/2026 | Business Operations | Attend working session with Force 10, Fox Rothschild, Cain, and management. | 0.6 | Renee | Albarano | $ 795.00 | $ 477.00 |
| 3/19/2026 | Attend Hearing/Trial | Attend status conference hearing. | 1.5 | Renee | Albarano | $ 795.00 | $ 1,192.50 |
| 3/19/2026 | Business Operations | Participate in call with M. Lane. | 0.3 | Renee | Albarano | $ 795.00 | $ 238.50 |
| 3/19/2026 | Fee & Employment Application | Prepare fee application exhibits. | 1.7 | Mylene | Ayala | $ 355.00 | $ 603.50 |
| 3/19/2026 | Cash Collateral / Cash Flow Forecasting | Update Week 14 cash flow variance report based on input from C. Duncan; distribute to Gibbins and | 0.8 | Renee | Albarano | $ 795.00 | $ 636.00 |
| 3/19/2026 | Fee & Employment Application | Coordinate fee application submission and respond to inquiries regarding firm listing and signer | 0.5 | Adam | Meislik | $ 925.00 | $ 462.50 |
| 3/19/2026 | Business Analysis / Operations | Coordinate monthly fee application, exhibit preparation, hearing notices, and sale proceeds updates with counsel; assess updated document folders regarding contingency planning. | 0.6 | Adam | Meislik | $ 925.00 | $ 555.00 |
| 3/19/2026 | Cash Collateral / Cash Flow Forecasting | Participate in meeting with R. Albarano and A. Meislik regarding cash flow variance analysis. | 0.8 | Denielle | Hoffman | $ 615.00 | $ 492.00 |
| 3/19/2026 | Business Operations | Participate in bi-weekly all-hands status meeting. | 0.4 | Denielle | Hoffman | $ 615.00 | $ 246.00 |
| 3/19/2026 | Cash Collateral / Cash Flow Forecasting | Update cash variance report. | 0.3 | Denielle | Hoffman | $ 615.00 | $ 184.50 |
| 3/19/2026 | Accounting / Monthly Operating Reports | Continue analysis of cash, general ledger, and AP transactions for Monthly Operating Report | 1.3 | Denielle | Hoffman | $ 615.00 | $ 799.50 |
| 3/19/2026 | Accounting / Monthly Operating Reports | Continue to analyze cash, general ledger, and AP transactions for Monthly Operating Report preparation, including supporting documentation and analysis. | 1.6 | Denielle | Hoffman | $ 615.00 | $ 984.00 |
| 3/19/2026 | Accounting / Monthly Operating Reports | Continue to prepare cash, general ledger, and AP transaction summaries for Monthly Operating Report preparation, including supporting documentation and analysis. | 1.6 | Denielle | Hoffman | $ 615.00 | $ 984.00 |
| 3/19/2026 | Accounting / Monthly Operating Reports | Continue to reconcile cash, general ledger, and AP transactions for Monthly Operating Report preparation, including supporting documentation and analysis. | 1 | Denielle | Hoffman | $ 615.00 | $ 615.00 |
| 3/20/2026 | Reporting / Financial Analysis | Review and respond to AP check run request. | 0.2 | Renee | Albarano | $ 795.00 | $ 159.00 |
| 3/20/2026 | Accounting / Monthly Operating Reports | Review draft February 26 operating reports. | 1.8 | Renee | Albarano | $ 795.00 | $ 1,431.00 |
| 3/20/2026 | Reporting / Financial Analysis | Participate in call with R. Winters regarding reporting matters. | 0.3 | Renee | Albarano | $ 795.00 | $ 238.50 |
| 3/20/2026 | Business Operations | Participate in call with M. Lane regarding business operations. | 0.5 | Renee | Albarano | $ 795.00 | $ 397.50 |
| 3/20/2026 | Business Operations | Compose and send correspondence regarding discussion with R. Winters. | 0.3 | Renee | Albarano | $ 795.00 | $ 238.50 |
| 3/20/2026 | Business Operations | Participate in additional call with M. Lane. | 0.1 | Renee | Albarano | $ 795.00 | $ 79.50 |
| 3/20/2026 | Business Operations | Create Chief Executive Officer compensation analysis; share with M. Lane. | 1.1 | Renee | Albarano | $ 795.00 | $ 874.50 |
| 3/20/2026 | Committee Matters | Participate in weekly professionals call with Committee professionals. | 0.2 | Renee | Albarano | $ 795.00 | $ 159.00 |
| 3/20/2026 | Cash Collateral / Cash Flow Forecasting | Draft responses to queries from Gibbins; send to M. Lane. | 0.7 | Renee | Albarano | $ 795.00 | $ 556.50 |
| 3/20/2026 | Business Operations | Participate in further call with M. Lane regarding bondholder requests. | 0.3 | Renee | Albarano | $ 795.00 | $ 238.50 |
| 3/20/2026 | Business Operations | Monitor qualified accounts funding and Medicaid update requests, budget approval issues, and team conference calls; evaluate updated document folders regarding committee matters. | 0.5 | Adam | Meislik | $ 925.00 | $ 462.50 |
| 3/20/2026 | Cash Collateral / Cash Flow Forecasting | Prepare monthly fee application for review. | 1 | Denielle | Hoffman | $ 615.00 | $ 615.00 |
| 3/20/2026 | Business Operations | Participate in weekly status update meeting with Cain and the Committee. | 0.5 | Denielle | Hoffman | $ 615.00 | $ 307.50 |
| 3/20/2026 | Accounting / Monthly Operating Reports | Complete Monthly Operating Report PDF forms. | 0.3 | Denielle | Hoffman | $ 615.00 | $ 184.50 |
| 3/20/2026 | Accounting / Monthly Operating Reports | Complete preparation and formatting of Monthly Operating Report support files for filing. | 1.2 | Denielle | Hoffman | $ 615.00 | $ 738.00 |
| 3/20/2026 | Accounting / Monthly Operating Reports | Perform additional analysis of AP data for pre- and post-petition amounts. | 1.6 | Denielle | Hoffman | $ 615.00 | $ 984.00 |
| 3/20/2026 | Cash Collateral / Cash Flow Forecasting | Participate in call with C. Duncan regarding cash collateral matters. | 0.1 | Denielle | Hoffman | $ 615.00 | $ 61.50 |
| 3/20/2026 | Reporting / Financial Analysis | Research vendor payment questions. | 0.3 | Denielle | Hoffman | $ 615.00 | $ 184.50 |
| 3/20/2026 | Fee & Employment Application | Complete final updates and send fee application draft to Fox for review. | 0.2 | Denielle | Hoffman | $ 615.00 | $ 123.00 |
| 3/20/2026 | Accounting / Monthly Operating Reports | Complete analysis of data for inclusion in Monthly Operating Reports. | 1.9 | Denielle | Hoffman | $ 615.00 | $ 1,168.50 |
| 3/21/2026 | Reporting / Financial Analysis | Review updated monthly operating reports. | 0.1 | Adam | Meislik | $ 925.00 | $ 92.50 |
| 3/22/2026 | Business Analysis / Operations | Address tower facility and Debtor-in-Possession questions in meeting with team; assess updated document folders regarding contingency planning. | 0.2 | Adam | Meislik | $ 925.00 | $ 185.00 |
| 3/23/2026 | Business Operations | Participate in multiple calls with M. Lane regarding business operations. | 0.6 | Renee | Albarano | $ 795.00 | $ 477.00 |
| 3/23/2026 | Reporting / Financial Analysis | Review and summarize case-to-date benefits payments. | 2.9 | Renee | Albarano | $ 795.00 | $ 2,305.50 |
| 3/23/2026 | Cash Collateral / Cash Flow Forecasting | Participate in call with Gibbins regarding Debtor-in-Possession forecast. | 0.9 | Renee | Albarano | $ 795.00 | $ 715.50 |
| 3/23/2026 | Cash Collateral / Cash Flow Forecasting | Participate in working session with R. Winters, R. Albarano, and M. Lane regarding revised cash | 0.6 | Adam | Meislik | $ 925.00 | $ 555.00 |
| 3/23/2026 | Accounting / Monthly Operating Reports | Update February 26 operating reports. | 0.5 | Renee | Albarano | $ 795.00 | $ 397.50 |
| 3/23/2026 | Reporting / Financial Analysis | Review and approve AP check run. | 0.3 | Renee | Albarano | $ 795.00 | $ 238.50 |
| 3/23/2026 | Accounting / Monthly Operating Reports | Provide Fox Rothschild access to Monthly Operating Report support files. | 0.1 | Renee | Albarano | $ 795.00 | $ 79.50 |
| 3/23/2026 | Business Operations | Participate in call with C. Duncan regarding business operations. | 0.2 | Renee | Albarano | $ 795.00 | $ 159.00 |
| 3/23/2026 | Business Analysis / Operations | Monitor monthly operating report status, procedures, and filing confirmation with counsel; evaluate updated document folders regarding creditor request list uploads. | 0.5 | Adam | Meislik | $ 925.00 | $ 462.50 |
| 3/23/2026 | Fee & Employment Application | Follow up on fee application draft. | 0.1 | Denielle | Hoffman | $ 615.00 | $ 61.50 |
| 3/23/2026 | Accounting / Monthly Operating Reports | Update Monthly Operating Reports for filing. | 0.3 | Denielle | Hoffman | $ 615.00 | $ 184.50 |
| 3/23/2026 | Cash Collateral / Cash Flow Forecasting | Participate in Tower and Debtor-in-Possession Budget meeting with Gibbins and Oroville teams. | 0.5 | Denielle | Hoffman | $ 615.00 | $ 307.50 |

Force Ten Partners - Oroville Hospital
Time Entry Details for the Period March 1, 2026 through March 31, 2026

| Date | Task | Notes | Hours | First Name | Last Name | Billable Rate | Billable Amount |
|------|------|-------|-------|-----------|-----------|--------------|-----------------|
| 3/24/2026 | Business Operations | Participate in call with M. Lane regarding business operations. | 0.4 | Renee | Albarano | $ 795.00 | $ 318.00 |
| 3/24/2026 | Business Operations | Participate in Debtors professionals meeting. | 0.9 | Adam | Meislik | $ 925.00 | $ 832.50 |
| 3/24/2026 | Business Operations | Participate in working session with Force 10, Fox Rothschild, Cain, and management. | 0.9 | Renee | Albarano | $ 795.00 | $ 715.50 |
| 3/24/2026 | Cash Collateral / Cash Flow Forecasting | Update Debtor-in-Possession forecast; research open AP for impact to Debtor-in-Possession budget. | 2.8 | Renee | Albarano | $ 795.00 | $ 2,226.00 |
| 3/24/2026 | Cash Collateral / Cash Flow Forecasting | Participate in call with D. Hoffman regarding Lawson reports. | 0.2 | Renee | Albarano | $ 795.00 | $ 159.00 |
| 3/24/2026 | Business Operations | Research uploads for Cain. | 0.6 | Renee | Albarano | $ 795.00 | $ 477.00 |
| 3/24/2026 | Business Operations | Participate in due diligence review call. | 1 | Renee | Albarano | $ 795.00 | $ 795.00 |
| 3/24/2026 | Business Operations | Participate in bi-weekly all-hands status meeting. | 0.9 | Denielle | Hoffman | $ 615.00 | $ 553.50 |
| 3/24/2026 | Business Analysis / Operations | Review account lookups and report settings in INFOR with R. Albarano. | 0.2 | Denielle | Hoffman | $ 615.00 | $ 123.00 |
| 3/24/2026 | Cash Collateral / Cash Flow Forecasting | Prepare cash variance report for prior week. | 3.6 | Denielle | Hoffman | $ 615.00 | $ 2,214.00 |
| 3/24/2026 | SOFA / Schedule Preparation | Search for final year-end financials in shared files; reach out for updated copy from Oroville team. | 0.4 | Denielle | Hoffman | $ 615.00 | $ 246.00 |
| 3/25/2026 | Cash Collateral / Cash Flow Forecasting | Review input on qualified accounts funding from C. Duncan; update forecast; send email to counsel on | 0.4 | Renee | Albarano | $ 795.00 | $ 318.00 |
| 3/25/2026 | Business Operations | Participate in call with M. Lane regarding business operations. | 0.3 | Renee | Albarano | $ 795.00 | $ 238.50 |
| 3/25/2026 | Cash Collateral / Cash Flow Forecasting | Participate in discussions regarding cash collateral budget. | 0.5 | Adam | Meislik | $ 925.00 | $ 462.50 |
| 3/25/2026 | Cash Collateral / Cash Flow Forecasting | Review and edit Week 15 draft cash variance report; update benefits tracker; circulate variance report | 2.6 | Renee | Albarano | $ 795.00 | $ 2,067.00 |
| 3/25/2026 | Cash Collateral / Cash Flow Forecasting | Review AP payment requests and respond accordingly. | 0.3 | Renee | Albarano | $ 795.00 | $ 238.50 |
| 3/25/2026 | Cash Collateral / Cash Flow Forecasting | Participate in call with C. Duncan and M. Lane regarding Health Quality Advancement Fund. | 0.6 | Renee | Albarano | $ 795.00 | $ 477.00 |
| 3/25/2026 | Cash Collateral / Cash Flow Forecasting | Prepare final updates to variance report data, format, and send for review. | 0.7 | Denielle | Hoffman | $ 615.00 | $ 430.50 |
| 3/25/2026 | Business Operations | Respond to email correspondence regarding various estate issues. | 0.5 | Denielle | Hoffman | $ 615.00 | $ 307.50 |
| 3/25/2026 | Cash Collateral / Cash Flow Forecasting | Review final cash variance report and related cash correspondence. | 0.4 | Denielle | Hoffman | $ 615.00 | $ 246.00 |
| 3/25/2026 | Cash Collateral / Cash Flow Forecasting | Participate in conversation with R. Albarano, M. Lane, and D. Hoffman regarding revised Debtor-in- | 0.2 | Adam | Meislik | $ 925.00 | $ 185.00 |
| 3/25/2026 | Cash Collateral / Cash Flow Forecasting | Participate in call with Cain, BRG, hospital leadership, and F10 regarding HQAF forecast. | 0.7 | Renee | Albarano | $ 795.00 | $ 556.50 |
| 3/25/2026 | Business Operations | Participate in call with M. Lane regarding business operations. | 0.3 | Renee | Albarano | $ 795.00 | $ 238.50 |
| 3/26/2026 | Reporting / Financial Analysis | Review and respond to creditor claims inquiry. | 0.3 | Renee | Albarano | $ 795.00 | $ 238.50 |
| 3/26/2026 | Business Operations | Participate in working session with Force 10, Fox Rothschild, Cain, and hospital management. | 1.1 | Renee | Albarano | $ 795.00 | $ 874.50 |
| 3/26/2026 | Business Operations | Participate in bi-weekly all-hands status meeting. | 1.1 | Denielle | Hoffman | $ 615.00 | $ 676.50 |
| 3/26/2026 | Business Operations | Review invoices from Tower project manager. | 0.3 | Renee | Albarano | $ 795.00 | $ 238.50 |
| 3/26/2026 | Cash Collateral / Cash Flow Forecasting | Prepare updates to Debtor-in-Possession forecast. | 0.8 | Renee | Albarano | $ 795.00 | $ 636.00 |
| 3/26/2026 | Reporting / Financial Analysis | Participate in call with R. Winters. | 0.2 | Renee | Albarano | $ 795.00 | $ 159.00 |
| 3/26/2026 | Business Operations | Provide ShareFile access to Hooper Lundy. | 0.2 | Renee | Albarano | $ 795.00 | $ 159.00 |
| 3/26/2026 | Business Operations | Participate in call with Cain and hospital management regarding HQAF. | 0.3 | Renee | Albarano | $ 795.00 | $ 238.50 |
| 3/26/2026 | Cash Collateral / Cash Flow Forecasting | Distribute weekly cash variance reports. | 0.2 | Renee | Albarano | $ 795.00 | $ 159.00 |
| 3/26/2026 | Business Operations | Participate in call with M. Lane. | 0.2 | Renee | Albarano | $ 795.00 | $ 159.00 |
| 3/26/2026 | Business Operations | Participate in discussion regarding HQAF for Quality of Evidence analysis. | 0.3 | Denielle | Hoffman | $ 615.00 | $ 184.50 |
| 3/26/2026 | Cash Collateral / Cash Flow Forecasting | Begin updates to professional fee tracker. | 0.8 | Denielle | Hoffman | $ 615.00 | $ 492.00 |
| 3/27/2026 | Cash Collateral / Cash Flow Forecasting | Participate in calls with C. Duncan. | 0.2 | Renee | Albarano | $ 795.00 | $ 159.00 |
| 3/27/2026 | Business Operations | Participate in call with A. Meislik and K. Owens. | 0.4 | Renee | Albarano | $ 795.00 | $ 318.00 |
| 3/27/2026 | Business Operations | Participate in update call with K. Owens and R. Albarano. | 0.2 | Adam | Meislik | $ 925.00 | $ 185.00 |
| 3/27/2026 | Reporting / Financial Analysis | Review and respond to AP payment request. | 0.1 | Renee | Albarano | $ 795.00 | $ 79.50 |
| 3/27/2026 | Business Operations | Participate in call with M. Lane. | 0.3 | Renee | Albarano | $ 795.00 | $ 238.50 |
| 3/27/2026 | Cash Collateral / Cash Flow Forecasting | Post updated Debtor-in-Possession budget to ShareFile for Gibbins and Province; send related | 0.2 | Renee | Albarano | $ 795.00 | $ 159.00 |
| 3/27/2026 | Cash Collateral / Cash Flow Forecasting | Review omnibus fee application filing and begin populating professional fee tracker with relevant | 0.5 | Denielle | Hoffman | $ 615.00 | $ 307.50 |
| 3/27/2026 | Cash Collateral / Cash Flow Forecasting | Adjust professional fee tracker to include additional information breakouts and payment details. | 2.6 | Denielle | Hoffman | $ 615.00 | $ 1,599.00 |
| 3/27/2026 | Cash Collateral / Cash Flow Forecasting | Download individual fee applications filed to obtain more detailed information. | 0.3 | Denielle | Hoffman | $ 615.00 | $ 184.50 |
| 3/27/2026 | Cash Collateral / Cash Flow Forecasting | Populate cash tracker with additional information from individual fee applications, omnibus fee application, and bills where applicable. | 0.8 | Denielle | Hoffman | $ 615.00 | $ 492.00 |
| 3/28/2026 | Cash Collateral / Cash Flow Forecasting | Analyze professional fees for payment cap compliance. | 0.8 | Denielle | Hoffman | $ 615.00 | $ 492.00 |
| 3/29/2026 | Cash Collateral / Cash Flow Forecasting | Review and respond to inquiries regarding Debtor-in-Possession model. | 0.5 | Renee | Albarano | $ 795.00 | $ 397.50 |
| 3/30/2026 | Cash Collateral / Cash Flow Forecasting | Send inquiry regarding HQAF forecast. | 0.2 | Renee | Albarano | $ 795.00 | $ 159.00 |
| 3/30/2026 | Cash Collateral / Cash Flow Forecasting | Participate in call with R. Winters. | 0.1 | Renee | Albarano | $ 795.00 | $ 79.50 |
| 3/30/2026 | Cash Collateral / Cash Flow Forecasting | Assemble health benefits information as requested by R. Winters. | 1.5 | Renee | Albarano | $ 795.00 | $ 1,192.50 |
| 3/30/2026 | Cash Collateral / Cash Flow Forecasting | Research and respond to inquiry regarding vendor payments. | 0.3 | Renee | Albarano | $ 795.00 | $ 238.50 |
| 3/30/2026 | Cash Collateral / Cash Flow Forecasting | Update professional fee tracker. | 0.1 | Denielle | Hoffman | $ 615.00 | $ 61.50 |
| 3/30/2026 | Cash Collateral / Cash Flow Forecasting | Participate in call with C. Duncan regarding vendor issue. | 0.1 | Renee | Albarano | $ 795.00 | $ 79.50 |
| 3/30/2026 | Cash Collateral / Cash Flow Forecasting | Review and approve AP request. | 0.3 | Renee | Albarano | $ 795.00 | $ 238.50 |
| 3/30/2026 | Business Operations | Participate in call with M. Lane. | 0.1 | Renee | Albarano | $ 795.00 | $ 79.50 |
| 3/31/2026 | Cash Collateral / Cash Flow Forecasting | Review Debtor-in-Possession forecast for potential impact of delays to closing date. | 0.5 | Renee | Albarano | $ 795.00 | $ 397.50 |
| 3/31/2026 | Business Operations | Participate in call with M. Lane. | 0.6 | Renee | Albarano | $ 795.00 | $ 477.00 |
| 3/31/2026 | Business Operations | Participate in working session with Force 10, Fox Rothschild, Cain, and hospital management. | 1 | Renee | Albarano | $ 795.00 | $ 795.00 |

Force Ten Partners - Oroville Hospital
Time Entry Details for the Period March 1, 2026 through March 31, 2026

| Date | Task | Notes | Hours | First Name | Last Name | Billable Rate | Billable Amount |
|------|------|-------|-------|-----------|-----------|---------------|-----------------|
| 3/31/2026 | Business Operations | Participate in call with I. Stevens. | 0.3 | Renee | Albarano $ | 795.00 $ | 238.50 |
| 3/31/2026 | Business Operations | Send update email to counsel. | 0.2 | Renee | Albarano $ | 795.00 $ | 159.00 |
| 3/31/2026 | Cash Collateral / Cash Flow Forecasting | Participate in call with BRG, Cain, and hospital team regarding HQAF. | 0.3 | Renee | Albarano $ | 795.00 $ | 238.50 |
| 3/31/2026 | Cash Collateral / Cash Flow Forecasting | Review professional fee tracker and provide feedback to D. Hoffman. | 0.4 | Renee | Albarano $ | 795.00 $ | 318.00 |
| 3/31/2026 | Business Operations | Participate in call with M. Lane. | 0.5 | Renee | Albarano $ | 795.00 $ | 397.50 |
| 3/31/2026 | Business Operations | Participate in bi-weekly all-hands status meeting. | 1 | Denielle | Hoffman $ | 615.00 $ | 615.00 |
| 3/31/2026 | Cash Collateral / Cash Flow Forecasting | Prepare budget versus actual report for prior week. | 1.5 | Denielle | Hoffman $ | 615.00 $ | 922.50 |
| | | Total | 192.2 | | | | $  140,566.00 |