**23**

KEITH C. OWENS (SBN 184841)
kowens@foxrothschild.com
NICHOLAS A. KOFFROTH (SBN 287854)
nkoffroth@foxrothschild.com
**FOX ROTHSCHILD LLP**
10250 Constellation Boulevard, Suite 900
Los Angeles, California 90067
Telephone:     (310) 598-4150
Facsimile:     (310) 556-9829

*Counsel to Oroville Hospital, et al.,*
*the Debtors and Debtors-in-Possession*

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF CALIFORNIA**
**SACRAMENTO DIVISION**

| | |
|---|---|
| In re:<br><br>OROVILLE HOSPITAL, *et al.*,[1]<br><br>          Debtors and Debtors<br>          in Possession.<br><br>☒   Affects All Debtors<br><br>☐   Affects Oroville Hospital<br>☐   Affects Orohealth Corporation: A Nonprofit<br>     Healthcare System<br><br>        Debtors and Debtors in Possession. | Lead Case No. 25-26876<br><br>Jointly Administered With:<br>Case No. 25-26877<br><br>**DCN NAK-21**<br><br>Chapter 11<br><br>Hon. Christopher D. Jaime<br><br>[No Hearing Required Unless Requested] |

**EXHIBITS IN SUPPORT OF HOOPER, LUNDY & BOOKMAN, P.C. MONTHLY**
**FEE APPLICATION FOR ALLOWANCE AND PAYMENT OF INTERIM**
**COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE**
**<u>PERIOD MARCH 1, 2026 TO MARCH 31, 2026</u>**

     Oroville Hospital (the "<u>Hospital</u>"), and OroHealth Corporation ("<u>OroHealth</u>"), the above-

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each debtor's federal tax identification number, are: Oroville Hospital (4554) and OroHealth Corporation: A Nonprofit Healthcare System (4776). The mailing address for the Debtors is 2767 Olive Highway, Oroville, California, 95966.

1

184804921.1

referenced debtors and debtors-in-possession (collectively, the "Debtors"), in the above-captioned bankruptcy cases (the "Chapter 11 Cases") filed under chapter 11 of title 11 of the United States Code (the "Bankruptcy Code"),[2] hereby submit these *Exhibits in Support of Hooper, Lundy & Bookman, P.C. Monthly Fee Application for Allowance and Payment of Interim Compensation and Reimbursement of Expenses for the Period March 1, 2026 to March 31, 2026.*

| Exhibit | Description | Page(s) |
|---|---|---|
| A | Summary of Professional Rates | 3 - 4 |
| B | Time and Expense Statements | 5 - 16 |
| C | Summary of Compensation Requested by Project Category | 17 - 18 |
| D | Summary of Expenses Requested by Category | 19 - 20 |
| E | Summary Cover Sheet | 21 - 23 |

DATED: April 24, 2026          **FOX ROTHSCHILD LLP**


By: */s/ Nicholas A. Koffroth*
     Keith C. Owens
     Nicholas A. Koffroth

*Counsel to Oroville Hospital, et al.,*
*the Debtors and Debtors-in-Possession*


**HOOPER, LUNDY & BOOKMAN, P.C.**


By   */s/ Karl A. Schmitz*
     KARL A. SCHMITZ

     PARTNER
     *Special Counsel to Oroville Hospital, et al.,*
     *the Debtors and Debtors-in-Possession*

2

184804921.1

**EXHIBIT A**

[Summary of Professional Rates]

184804921.1

**EXHIBIT A**

Summary of Professional Rates

| TIMEKEEPER | TITLE | BILLED HOURS | BILLED RATE | BILLED AMOUNT |
|---|---|---|---|---|
| Lloyd Bookman | Partner | 2.70 | 1,495.00 | 4,036.50 |
| Charles Oppenheim | Partner | 0.50 | 1,495.00 | 747.50 |
| Nina Marsden | Partner | 0.30 | 1,300.00 | 390.00 |
| Karl Schmitz | Partner | 72.20 | 1,300.00 | 93,860.00 |
| Robert Miller | Partner | 31.10 | 1,220.00 | 37,942.00 |
| Kerry Sakimoto | Associate | 49.50 | 960.00 | 47,520.00 |
| Michael Shimada | Associate | 1.60 | 960.00 | 1,536.00 |
| Aneliese Castro | Associate | 54.00 | 855.00 | 46,170.00 |
| **TOTALS** | | **211.90** | | **$ 232,202.00** |

Case Name and Number: In re Oroville Hospital, et al.
Applicant's Name: Hooper, Lundy & Bookman, P.C.
Date of Application: April 24, 2026
Interim or Final: Interim

4

184804921.1

**EXHIBIT B**

[Time and Expense Statements]

184804921.1



Invoice Date: April 21, 2026
Invoice Number: 329228

**66520**　　　　　　**Oroville Hospital**
**910**　　　　　　　**Workout Plan**

### PROFESSIONAL SERVICES RENDERED:

| DATE | TIMEKEEPER | NARRATIVE | HOURS | AMOUNT |
|---|---|---|---|---|
| **Asset Disposition** | | | | |
| 03/02/2026 | KKS | Review and analyze QAF provisions, AG approval, and other items for further discussion. | 1.60 | 1,536.00 |
| 03/03/2026 | LAB | Review, analyze, and draft comments regarding the draft APA. | 1.00 | 1,495.00 |
| 03/03/2026 | RFM | Review and analyze revised Asset Purchase Agreement and outstanding questions re revised APA. | 0.60 | 732.00 |
| 03/03/2026 | KAS | Prepare for and attend standing strategy meeting. | 1.00 | 1,300.00 |
| 03/03/2026 | KAS | Review and analyze draft asset purchase agreement and proposed AG conditions and respond to emails regarding the draft APA. | 1.50 | 1,950.00 |
| 03/03/2026 | KKS | Review and revise form APA. | 9.90 | 9,504.00 |
| 03/03/2026 | KKS | Strategize and discuss APA and other open items during standing call. | 0.50 | 480.00 |
| 03/03/2026 | KKS | Strategize and discuss QAF and other open items in APA. | 0.70 | 672.00 |
| 03/03/2026 | KKS | Review and analyze comments on QAF provisions in APA. | 0.80 | 768.00 |
| 03/04/2026 | LAB | Review, analyze, and comment on revised APA language concerning the HQAF program. | 0.70 | 1,046.50 |
| 03/04/2026 | LAB | Strategize re: revised APA language concerning the HQAF program. | 0.20 | 299.00 |
| 03/04/2026 | LAB | E-mails to J. Maloney and others regarding AG conditions. | 0.20 | 299.00 |
| 03/04/2026 | KAS | Prepare for and attend AG involvement strategy call. | 0.60 | 780.00 |
| 03/04/2026 | KAS | Prepare for and atend updated APA discussion. | 0.70 | 910.00 |
| 03/04/2026 | KAS | Review and analyze outstanding items on transaction work plan. | 0.60 | 780.00 |



Invoice Date: April 21, 2026
Invoice Number: 329228

**66520**          **Oroville Hospital**
**910**          **Workout Plan**

| DATE | TIMEKEEPER | NARRATIVE | HOURS | AMOUNT |
|---|---|---|---|---|
| 03/04/2026 | KAS | Review and analyze and discuss QAF issues related to asset purchase agreement. | 0.50 | 650.00 |
| 03/04/2026 | KKS | Strategize and discuss AG consent and QAF provisions. | 0.90 | 864.00 |
| 03/04/2026 | KKS | Strategize and discuss APA and open items. | 2.00 | 1,920.00 |
| 03/05/2026 | RFM | Review and analyze draft OIG self disclosure and outstanding client questions re draft OIG self disclosure. | 2.90 | 3,538.00 |
| 03/05/2026 | RFM | Prepare for and conference with R. Wentz, T. Kohli et al. re proposed transaction, next steps, and outstanding questions re proposed transaction. | 1.00 | 1,220.00 |
| 03/05/2026 | KAS | Prepare for and attend standing strategy meeting. | 1.00 | 1,300.00 |
| 03/05/2026 | KAS | Attention to developing QAF strategy. | 0.50 | 650.00 |
| 03/05/2026 | KAS | Attention to and provide comments to transition motion. | 0.30 | 390.00 |
| 03/05/2026 | KAS | Review and analyze and draft and revise purchase price provisions in asset purchase  agreement. | **1.80** | **2,340.00** |
| 03/05/2026 | KKS | Review and revise APA and circulate APA and comments for review. | 4.50 | 4,320.00 |
| 03/05/2026 | KKS | Strategize and discuss APA and other open items during standing call. | 0.50 | 480.00 |
| 03/06/2026 | LAB | Draft e-mail to bankruptcy counsel regarding the enforceability of a security interest in Medicaid accounts receivable. | 0.60 | 897.00 |
| 03/06/2026 | RFM | Prepare for and attend conference with M. Hamill, M. Lee et al. re AG questions about bid process and outstanding questions re AG questions. | 1.30 | 1,586.00 |
| 03/06/2026 | KAS | Plan and prepare and attend all hands call with CA Attorney General regarding sale process. | 1.20 | 1,560.00 |
| 03/06/2026 | KAS | Plan and prepare for and attend QAF strategy call. | 1.20 | 1,560.00 |
| 03/06/2026 | AIC | Strategize re: requirements for Attorney General notice. | 0.30 | 256.50 |
| 03/06/2026 | KKS | Strategize and discuss QAF provisions in APA. | 0.70 | 672.00 |



Invoice Date: April 21, 2026
Invoice Number: 329228

**66520**          **Oroville Hospital**
**910**            **Workout Plan**

| DATE | TIMEKEEPER | NARRATIVE | HOURS | AMOUNT |
|---|---|---|---|---|
| 03/09/2026 | RFM | Review and revise Asset Purchase Agreement re AG conditions and outstanding questions re AG conditions. | 1.20 | 1,464.00 |
| 03/09/2026 | RFM | Draft and revise work plan re transaction, CHOW processes, and AG approval process. | 0.60 | 732.00 |
| 03/09/2026 | KAS | Prepare and attend planning call regarding transaction work plan. | 0.50 | 650.00 |
| 03/09/2026 | KAS | Attention to asset purchase agreement AG conditions and follow up action items including disclosure schedules. | 1.70 | 2,210.00 |
| 03/09/2026 | KKS | Review open items, draft internal project tracker and work plan. | 2.20 | 2,112.00 |
| 03/09/2026 | KKS | Strategize and discuss internal work plan and coordinate project assignments. | 0.40 | 384.00 |
| 03/10/2026 | RFM | Review and analyze work plan and workstream re AG filing and requirements re AG filing. | 1.50 | 1,830.00 |
| 03/10/2026 | KAS | Prepare and attend standing strategy meeting. | 1.00 | 1,300.00 |
| 03/10/2026 | KAS | Review and analyze proposed revisions to potential bidder clean team agreement and communicate with opposing counsel regarding proposed revisions. | 1.50 | 1,950.00 |
| 03/10/2026 | KKS | Review and analyze most recent draft of APA and provide comments on the recent draft of the APA. | 2.40 | 2,304.00 |
| 03/11/2026 | RFM | Review and analyze Asset Purchase Agreement and outstanding questions re APA. | 0.70 | 854.00 |
| 03/11/2026 | KAS | Attention to and draft and revise and finalize conflict waiver and clean team agreement with potential bidder. | 2.00 | 2,600.00 |
| 03/11/2026 | KAS | Review and analyze revised draft asset purchase agreement. | 1.50 | 1,950.00 |
| 03/11/2026 | KKS | Update workplan, save and retain copies of conflict waivers and clean team agreement with potential bidder. | 0.20 | 192.00 |



Invoice Date: April 21, 2026
Invoice Number: 329228

**66520**         **Oroville Hospital**
**910**          **Workout Plan**

| DATE | TIMEKEEPER | NARRATIVE | HOURS | AMOUNT |
|------|-----------|-----------|-------|--------|
| 03/12/2026 | RFM | Review and analyze disclosure schedules work plan and next steps re disclosure schedules. | 0.50 | 610.00 |
| 03/12/2026 | RFM | Review and revise Clean Team Agreement re potential bidder. | 0.50 | 610.00 |
| 03/12/2026 | RFM | Prepare for and conference with J. Moloney, M. Lane et al. re AG approval process, potential conditions, and next steps re AP approval process. | 1.40 | 1,708.00 |
| 03/12/2026 | KAS | Prepare for and attend standing strategy meeting. | 1.00 | 1,300.00 |
| 03/12/2026 | AIC | Strategize re: requirements for Notice to the Attorney General. | 0.10 | 85.50 |
| 03/12/2026 | AIC | Strategize re: Disclosure Schedules to Form APA. | 0.40 | 342.00 |
| 03/12/2026 | KKS | Review and update internal project tracker for APA. | 0.60 | 576.00 |
| 03/12/2026 | KKS | Strategize and discuss work plan for disclosure schedules. | 0.40 | 384.00 |
| 03/12/2026 | KKS | Strategize and discuss APA and other open items during standing call. | 1.00 | 960.00 |
| 03/13/2026 | RFM | Review and revise Asset Purchase Agreement to address outstanding comments re APA. | 0.70 | 854.00 |
| 03/13/2026 | CBO | Analyze application of the Stark Law to urology coverage agreement. | 0.50 | 747.50 |
| 03/13/2026 | KAS | Draft and revise clean team agreements and attention to communications with opposing counsel regarding clean team agreements. | 2.80 | 3,640.00 |
| 03/13/2026 | KKS | Review and analyze APA and data rooms to begin populating disclosure schedules. | 1.20 | 1,152.00 |
| 03/16/2026 | RFM | Prepare for and conference re revisions to Asset Purchase Agreement and outstanding comments re revisions to APA. | 1.30 | 1,586.00 |
| 03/16/2026 | RFM | Review and revise Asset Purchase Agreement and address outstanding questions re APA. | 0.60 | 732.00 |
| 03/16/2026 | KAS | Prepare for and attend meeting to review comments to asset purchase agreement. | 2.00 | 2,600.00 |



Invoice Date: April 21, 2026
Invoice Number: 329228

**66520**      **Oroville Hospital**
**910**       **Workout Plan**

| DATE | TIMEKEEPER | NARRATIVE | HOURS | AMOUNT |
|------|-----------|-----------|-------|--------|
| 03/16/2026 | KKS | Strategize and discuss APA. | 1.60 | 1,536.00 |
| 03/16/2026 | KKS | Draft specific performance provision for APA. | 0.50 | 480.00 |
| 03/17/2026 | RFM | Review and analyze proposed revisions to APA and outstanding comments re AG approval process and CHOW process. | 1.50 | 1,830.00 |
| 03/17/2026 | RFM | Prepare for and conference with counsel and committee counsel re outstanding comments to the Asset Purchase Agreement. | 1.60 | 1,952.00 |
| 03/17/2026 | RFM | Prepare for and conference with N. Koffroth et al. re outstanding questions re Asset Purchase Agreement. | 0.30 | 366.00 |
| 03/17/2026 | RFM | Review and revise Asset Purchase Agreement re comments received from creditors' committee and UMB counsel. | 1.40 | 1,708.00 |
| 03/17/2026 | RFM | Prepare for and conference with R. Wentz, T. Kohli et al. re proposed transaction, status, and next steps re transaction. | 0.70 | 854.00 |
| 03/17/2026 | KAS | Prepare and attend standing planning and strategy meeting. | 0.50 | 650.00 |
| 03/17/2026 | KAS | Prepare for and attend asset purchase agreement review meeting. | 0.50 | 650.00 |
| 03/17/2026 | KAS | Review and analyze draft asset purchase agreement and prepare for and attend asset purchase agreement review meeting. | 2.50 | 3,250.00 |
| 03/17/2026 | AIC | Research AG notice requirements. | 0.50 | 427.50 |
| 03/17/2026 | AIC | Draft and revise work plan re: Attorney General notice requirements. | 0.40 | 342.00 |
| 03/17/2026 | KKS | Debrief Committee call and follow-up items for HLB. | 1.20 | 1,152.00 |
| 03/17/2026 | KKS | Strategize and discuss APA and other items during standing call. | 1.10 | 1,056.00 |
| 03/17/2026 | KKS | Discuss form APA and comments from Committee. | 2.50 | 2,400.00 |
| 03/18/2026 | NAM | Strategize re: regulatory considerations for sale-leaseback arrangement. | 0.30 | 390.00 |



Invoice Date: April 21, 2026
Invoice Number: 329228

**66520**          **Oroville Hospital**
**910**          **Workout Plan**

| DATE | TIMEKEEPER | NARRATIVE | HOURS | AMOUNT |
|---|---|---|---|---|
| 03/18/2026 | RFM | Prepare for and conference with AG office re proposed conditions, review process, and outstanding questions re AG approval process. | 0.90 | 1,098.00 |
| 03/18/2026 | RFM | Review and analyze CHOW licensure issues and outstanding questions re CHOW licensure. | 1.70 | 2,074.00 |
| 03/18/2026 | KAS | Prepare for and attend change of ownership planning meeting. | 0.50 | 650.00 |
| 03/18/2026 | KAS | Prepare for and attend asset purchase agreement review meeting. | 1.00 | 1,300.00 |
| 03/18/2026 | KAS | Prepare and attend meeting to review APA and related AG issues. | 0.50 | 650.00 |
| 03/18/2026 | KAS | Finalize clean team agreement with potential bidder. | 1.50 | 1,950.00 |
| 03/18/2026 | KKS | Strategize and discuss licensure timelines and relation to sale/leaseback. | 0.70 | 672.00 |
| 03/18/2026 | KKS | Revise form APA's AG consent provision and use of additional terms in reference to government vs. private payors throughout. | 5.00 | 4,800.00 |
| 03/18/2026 | KKS | Strategize, discuss and review APA to finalize form for posting. | 1.40 | 1,344.00 |
| 03/19/2026 | RFM | Review and analyze antitrust considerations re proposed transaction and potential partners. | 0.80 | 976.00 |
| 03/19/2026 | KAS | Attend all hands strategy call re: proposed transaction. | 0.50 | 650.00 |
| 03/19/2026 | KAS | Finalize clean team agreement with potential bidder and conflict waiver. | 1.00 | 1,300.00 |
| 03/19/2026 | AIC | Draft work plan for Attorney General notice requirements. | 0.50 | 427.50 |
| 03/24/2026 | RFM | Review and analyze outstanding requests from AG and proposed response re same and review and analyze applicable law re AG approval process. | 1.30 | 1,586.00 |



Invoice Date: April 21, 2026
Invoice Number: 329228

**66520**      **Oroville Hospital**
**910**      **Workout Plan**

| DATE | TIMEKEEPER | NARRATIVE | HOURS | AMOUNT |
|---|---|---|---|---|
| 03/24/2026 | RFM | Prepare for and conference with N. Koffroth, J. Moloney et al. proposed transaction, bid process, and next steps re proposed transaction. | 1.10 | 1,342.00 |
| 03/24/2026 | KAS | Attend all hands strategy call re: proposed transaction. | 0.90 | 1,170.00 |
| 03/24/2026 | KAS | Review and analyze AG request to review draft form APA. | 0.10 | 130.00 |
| 03/24/2026 | KKS | Strategize and discuss APA and other open items during standing call. | 0.80 | 768.00 |
| 03/25/2026 | RFM | Review and revise APA Process Letter and Term Sheet. | 1.20 | 1,464.00 |
| 03/25/2026 | KAS | Review and revise APA process letter and term sheet and share comments with Cain Brothers. | 2.00 | 2,600.00 |
| 03/25/2026 | AIC | Review and analyze documentation in data room for inclusion in Disclosure Schedules. | 1.00 | 855.00 |
| 03/25/2026 | KKS | Review data room documents and coordinate access to data rooms to begin populating disclosure schedules. | 0.80 | 768.00 |
| 03/26/2026 | RFM | Prepare for and conference with M. Lane, T. Kohli et al. re proposed transaction, bid process, and outstanding questions re proposed transaction. | 1.90 | 2,318.00 |
| 03/26/2026 | KAS | Prepare and attend all hands strategy call. | 1.00 | 1,300.00 |
| 03/26/2026 | AIC | Review and analyze data room documents for inclusion in Disclosure Schedules. | 0.90 | 769.50 |
| 03/26/2026 | KKS | Strategize and discuss APA and other open items during standing call. | 1.00 | 960.00 |
| 03/27/2026 | AIC | Draft and revise shells for Disclosure Schedules to form APA. | 1.30 | 1,111.50 |
| 03/30/2026 | KAS | Review and analyze NDA issues and teleconference with Cain Bros regarding NDA issues. | 1.20 | 1,560.00 |
| 03/30/2026 | AIC | Review and analyze documentation pertinent to Disclosure Schedules. | 0.90 | 769.50 |



Invoice Date: April 21, 2026<br>Invoice Number: 329228

**66520**          **Oroville Hospital**
**910**           **Workout Plan**

| DATE | TIMEKEEPER | NARRATIVE | HOURS | AMOUNT |
|------|-----------|-----------|-------|--------|
| 03/31/2026 | KAS | Prepare for and attend all hands strategy call. | 1.10 | 1,430.00 |
| 03/31/2026 | KAS | Review and attention to asset purchase agreement schedules. | 0.90 | 1,170.00 |
| 03/31/2026 | AIC | Review and analyze documents in Data Room and revise Disclosure Schedules to include pertinent information. | 3.70 | 3,163.50 |
| 03/31/2026 | KKS | Discuss APA and other open items during standing call. | 1.40 | 1,344.00 |
| 03/31/2026 | KKS | Strategize and discuss APA schedules and disclosure schedules. | 1.00 | 960.00 |
| | | **B130 SUBTOTAL FEES:** | **132.80** | **149,648.00** |

**Fee/Employment Applications**

| DATE | TIMEKEEPER | NARRATIVE | HOURS | AMOUNT |
|------|-----------|-----------|-------|--------|
| 03/02/2026 | KAS | Attention to fee application and review and analyze orders regarding the same, plan and prepare for fee application. | 1.00 | 1,300.00 |
| 03/02/2026 | AIC | Review and analyze Bankruptcy Court Order and Procedures re: retention and employment of HLB. | 0.70 | 598.50 |
| 03/03/2026 | KAS | Review and analyze fee application. | 0.50 | 650.00 |
| 03/03/2026 | AIC | Strategize re: Court's order and procedure for submission of monthly fee applications. | 1.20 | 1,026.00 |
| 03/05/2026 | KAS | Review and analyze fee application. | 0.50 | 650.00 |
| 03/05/2026 | AIC | Draft and revise Monthly Fee Application and Notice of Monthly Fee Application. | 4.20 | 3,591.00 |
| 03/06/2026 | AIC | Review monthly fee application guidelines. | 0.20 | 171.00 |
| 03/09/2026 | KAS | Attend review meeting regarding fee application. | 0.60 | 780.00 |
| 03/09/2026 | AIC | Draft and revise Exhibit B to Monthly Fee Application. | 0.70 | 598.50 |
| 03/12/2026 | AIC | Draft and revise Notice and Monthly Fee Application. | 1.90 | 1,624.50 |



Invoice Date: April 21, 2026
Invoice Number: 329228

**66520          Oroville Hospital**
**910             Workout Plan**

| DATE | TIMEKEEPER | NARRATIVE | HOURS | AMOUNT |
|------|-----------|-----------|-------|--------|
| 03/12/2026 | AIC | Review and analyze applicable expenses and include in Notice and Monthly Fee Application. | 0.40 | 342.00 |
| 03/12/2026 | AIC | Strategize re: billing entry requirements per Federal Guidelines for Large Cases in Chapter 11. | 0.20 | 171.00 |
| 03/16/2026 | AIC | Strategize with bankruptcy counsel re: procedural requirements for monthly fee application. | 0.30 | 256.50 |
| 03/16/2026 | AIC | Review and analyze Federal Guidelines re: procedures for changes in billing rates. | 0.50 | 427.50 |
| 03/16/2026 | AIC | Draft and revise Notice, Monthly Fee Application, and Exhibits in support of the Monthly Fee Application. | 3.20 | 2,736.00 |
| 03/17/2026 | AIC | Strategize re: Notice of rates increases. | 0.10 | 85.50 |
| 03/17/2026 | AIC | Draft and revise Exhibit B in support of Monthly Fee Application. | 2.60 | 2,223.00 |
| 03/18/2026 | KAS | Review and finalize fee application. | 1.50 | 1,950.00 |
| 03/18/2026 | AIC | Revise Notice and Monthly Fee Application to incorporate bankruptcy counsel edits. | 1.00 | 855.00 |
| 03/19/2026 | AIC | Revise Exhibit B to Monthly Fee Application for Initial Period. | 1.30 | 1,111.50 |
| 03/20/2026 | AIC | Prepare for and meet w/ B. Carver re: bankruptcy monthly fee filing. | 0.40 | 342.00 |
| 03/20/2026 | AIC | Draft and revise Exhibit B to Form Monthly Fee Statement for Initial Period. | 4.20 | 3,591.00 |
| 03/22/2026 | AIC | Draft and revise Notice of Monthly Fee Application and Form of Monthly Fee Application. | 1.70 | 1,453.50 |
| 03/23/2026 | RFM | Review and analyze fee application and outstanding questions re fee application. | 0.60 | 732.00 |
| 03/23/2026 | AIC | Draft and revise Notice, Monthly Fee Application, and Exhibits in support of Monthly Fee Application. | 6.50 | 5,557.50 |
| 03/23/2026 | AIC | Strategize re: Notice and Monthly Fee Application for Interim Period. | 1.40 | 1,197.00 |
| 03/24/2026 | RFM | Review and revise fee application. | 0.50 | 610.00 |



Invoice Date: April 21, 2026<br/>Invoice Number: 329228

**66520**       **Oroville Hospital**
**910**        **Workout Plan**

| DATE | TIMEKEEPER | NARRATIVE | HOURS | AMOUNT |
|---|---|---|---|---|
| 03/24/2026 | KAS | Review and revise fee application. | 0.70 | 910.00 |
| 03/24/2026 | AIC | Draft and revise Decl. of K. Schmitz ISO Form and Notice of Fee Application. | 0.80 | 684.00 |
| 03/24/2026 | AIC | Revise Exhibits in support of Monthly Fee Application. | 0.40 | 342.00 |
| 03/24/2026 | AIC | Review and revise Notice and Monthly Fee Application. | 3.40 | 2,907.00 |
| 03/25/2026 | KAS | Attention to finalizing filing of fee application. | 2.00 | 2,600.00 |
| 03/25/2026 | AIC | Finalize and strategize with bankruptcy counsel re: Monthly Fee Application filing. | 0.70 | 598.50 |
| 03/26/2026 | AIC | Review and respond to C. Marks' questions re: redactions on Monthly Fee Application for Initial Period. | 0.10 | 85.50 |
| 03/27/2026 | AIC | Draft and revise March shells for Notice, Monthly Fee Application and Exhibits in support of the Monthly Fee Application. | 4.30 | 3,676.50 |
| 03/27/2026 | AIC | Research and analyze Federal Guidelines and Bankruptcy Court Order re: which situations require notices of rate increases. | 1.20 | 1,026.00 |
| 03/30/2026 | AIC | Analyze guideline requirements for Notice of Rate Increases. | 0.40 | 342.00 |
| | | **B160 SUBTOTAL FEES:** | **51.90** | **47,802.00** |

**Business Operations**

| DATE | TIMEKEEPER | NARRATIVE | HOURS | AMOUNT |
|---|---|---|---|---|
| 03/05/2026 | KAS | Prepare for and attend meeting regarding disclosure obligations. | 0.50 | 650.00 |
| 03/06/2026 | RFM | Review and analyze draft self disclosure document and outstanding questions re draft self disclosure. | 0.80 | 976.00 |
| 03/11/2026 | KAS | Attention to and review and analyze requested revisions to clinical staffing agreement. | 2.50 | 3,250.00 |
| 03/12/2026 | KAS | Prepare for and teleconference regarding Clinical Services Agreement. | 0.50 | 650.00 |
| 03/18/2026 | KAS | Draft and revise first amendment to clinical staffing agreement. | 2.50 | 3,250.00 |



Invoice Date: April 21, 2026
Invoice Number: 329228

**66520**          **Oroville Hospital**
**910**            **Workout Plan**

| DATE | TIMEKEEPER | NARRATIVE | HOURS | AMOUNT |
|---|---|---|---|---|
| 03/26/2026 | KAS | Attention to and strategize regarding agreement and amendment. | 1.50 | 1,950.00 |
| 03/26/2026 | MSS | Review background information re proposed employment of Oroville employee and joint employment risks. | 0.30 | 288.00 |
| 03/27/2026 | KAS | Draft and revise first amendment to agreement. | 4.80 | 6,240.00 |
| 03/27/2026 | KAS | Review and analyze and draft and revise clinic staffing agreement. | 1.00 | 1,300.00 |
| 03/27/2026 | MSS | Revise First Amendment to Clinical Staffing Agreement to address and mitigate joint employment risks re proposed employment of Oroville employee for billing services. | 1.30 | 1,248.00 |
| | | **B210 SUBTOTAL FEES:** | **15.70** | **19,802.00** |

**Corporate Governance and Board Matters**

| DATE | TIMEKEEPER | NARRATIVE | HOURS | AMOUNT |
|---|---|---|---|---|
| 03/03/2026 | KAS | Attention to board interviews of independent directors and email and communicate with potential directors regarding the same. | 2.80 | 3,640.00 |
| 03/04/2026 | KAS | Prepare for and attend board interviews of independent directors. | 1.10 | 1,430.00 |
| 03/11/2026 | KAS | Attention to finalizing independent director interviews. | 0.50 | 650.00 |
| 03/13/2026 | KAS | Attention to and communicate with independent directors for follow up interviews. | 1.50 | 1,950.00 |
| 03/15/2026 | KAS | Attention to scheduling follow up independent director interview meetings. | 1.20 | 1,560.00 |
| 03/16/2026 | KAS | Attention to finalizing independent director interviews. | 2.20 | 2,860.00 |
| 03/20/2026 | KAS | Attention to finalizing independent director interviews. | 1.00 | 1,300.00 |
| 03/23/2026 | KAS | Attention to and arrange final independent director interview and respond to emails regarding the interviews. | 1.20 | 1,560.00 |
| | | **B260 SUBTOTAL FEES:** | **11.50** | **14,950.00** |

**EXHIBIT C**

[Summary of Compensation Requested by Project Category]

184804921.1

**EXHIBIT C**

Summary of Compensation Requested by Project Category

| | TASK SUMMARY: | | |
|---|---|---|---|
| **TASK CODE** | **TASK DESCRIPTION** | **HOURS** | **AMOUNT** |
| B130 | ASSET DISPOSITION | 132.80 | 149,648.00 |
| B160 | FEE/EMPLOYMENT APPLICATIONS | 51.90 | 47,802.00 |
| B210 | BUSINESS OPERATIONS | 15.70 | 19,802.00 |
| B260 | BOARD OF DIRECTORS MATTERS | 11.50 | 14,950.00 |
| **TOTALS** | | **211.90** | **$ 232,202.00** |

Case Name and Number: In re Oroville Hospital, et al.
Applicant's Name: Hooper, Lundy & Bookman, P.C.
Date of Application: April 24, 2026
Interim or Final: Interim

18

10403963.3

184767499.1

184804921.1

**EXHIBIT D**

[Summary of Expense Requested by Category]

184804921.1

**EXHIBIT D**

Summary of Expense Requested by Category

| Category | Amount |
|---|---|
| Copies | $ 0 |
| Outside Printing | $ 0 |
| Telephone | $ 0 |
| Facsimile | $ 0 |
| Online Research | $ 0 |
| Delivery Services/Couriers | $ 0 |
| Postage | $ 0 |
| Local Travel | $ 0 |
| Out-of-Town Travel: | |
| (a) Transportation | $ 0 |
| (b) Hotel | $ 0 |
| (c) Meals | $ 0 |
| (d) Ground Transportation | $ 0 |
| (e) Other (please specify) | $ 0 |
| Meals (local) | $ 0 |
| Court Fees | $ 0 |
| Subpoena Fees | $ 0 |
| Witness Fees | $ 0 |
| Deposition Transcripts | $ 0 |
| Trial Transcripts | $ 0 |
| Trial Exhibits | $ 0 |
| Litigation Support Vendors | $ 0 |
| Experts | $ 0 |
| Investigators | $ 0 |
| Arbitrators/Mediators | $ 0 |
| Other (please specify) | $ 0 |

Case Name and Number: In re Oroville Hospital, et al.
Applicant's Name: Hooper, Lundy & Bookman, P.C.
Date of Application: April 24, 2026
Interim or Final: Interim

20

184804921.1

**EXHIBIT E**

[Summary Cover Sheet of Fee Application]

184804921.1

**EXHIBIT E**

Summary Cover Sheet of Fee Application

| | |
|---|---|
| Name of applicant | Hooper, Lundy & Bookman, P.C. |
| Name of client | Oroville Hospital and OroHealth Corporation |
| Time period covered by this application | March 1, 2026 - March 31, 2026 |
| Total compensation sought this period | $232,202.00 |
| Total expenses sought this period | $ 0 |
| Petition date | December 8, 2025 |
| Retention date | February 17, 2026 |
| Date of order approving employment | February 17, 2026 |
| Total compensation approved by interim order to date | $ 0 |
| Total expenses approved by interim order to date | $ 0 |
| Total allowed compensation paid to date | $ 256,675.69 |
| Blended rate in this application for all attorneys | $ 1095.80 |
| Blended rate in this application for all timekeepers | $ 1095.80 |
| Compensation sought in this application already paid pursuant to a monthly compensation order but not yet allowed. | $ 0 |
| Expenses sought in this application already paid pursuant to a monthly compensation order but not yet allowed | $ 0 |
| Number of professionals included in this application | 8 |
| If applicable, number of professionals in this application not included in staffing plan approved by client | N/A |
| If applicable, difference between fees budgeted and compensation sought for this period | N/A |
| Number of professionals billing fewer than 15 hours to the case during this period | 4 |

22

184804921.1

| Are any rates higher than those approved or disclosed at retention? | No |
|---|---|

Case Name and Number: In re Oroville Hospital, et al.
Applicant's Name: Hooper, Lundy & Bookman, P.C.
Date of Application: April 24, 2026
Interim or Final: Interim

23

184804921.1