TANIA M. MOYRON (SBN 235736)
tania.moyron@dentons.com
SAMUEL R. MAIZEL (SBN 189301)
samuel.maizel@dentons.com
DENTONS US LLP
601 South Figueroa Street, Suite 2500
Los Angeles, California 90017-5704
Telephone      (213) 623-9300
Fax               (213) 623-9924

SAM J. ALBERTS (admitted *pro hac vice*)
sam.alberts@dentons.com
DENTONS US LLP
1900 K Street, NW
Washington DC 20006-1102
Telephone      (202) 496-7500
Fax               (202) 496-7756

*Attorneys for the Official Committee of Unsecured Creditors*

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF CALIFORNIA
## SACRAMENTO DIVISION

| | |
|---|---|
| In re:<br><br>OROVILLE HOSPITAL, *et al.,*<br><br>Debtors and Debtors in Possession | Case No. 25-26876<br><br>Jointly Administered With:<br>Case No. 25-26877<br><br>Chapter 11<br><br>Hon. Christopher Jamie |

☒    Affects all Debtors
☐    Affects Oroville Hospital
☐    Affects OroHealth Corporation: A Nonprofit Healthcare System

     Debtors and Debtors in Possession.

**DENTONS MONTHLY FEE APPLICATION FOR ALLOWANCE AND PAYMENT OF INTERIM COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD OF MARCH 1, 2026 THROUGH MARCH 31, 2026**

1. Dentons US LLP ("Dentons") hereby respectfully submits its Monthly Fee Application (the "Application") for allowance and payment of interim compensation and reimbursement of expenses for the period March 1, 2026 through March 31, 2026 (the "Application Period") for services rendered for the Official Committee of Unsecured Creditors (the "Committee"). In support of the Application, Dentons represents as follows:

2. Dentons, as counsel to the Committee, hereby applies to this Court for allowance and payment of interim compensation for services rendered and reimbursement of expenses incurred during the Application Period.

3. For the Application Period, Dentons seeks compensation based upon fees of $173,903.21[1] and expenses of $151.88. The fees represent 142.30 hours expended during the period covered by this Application. The fees and expenses break down as follows:

| Period | Fees | Expenses | Total |
|---|---|---|---|
| 3/1/2026-3/31/2026 | $173,903.21 | $151.88 | $174,055.09 |
| | | **Total for Application Period** | $174,055.09 |

4. Accordingly, Dentons seeks allowance of interim compensation in the amount of $139,274.45 comprised as follows: $139,122.57 (80% of the fees for services rendered during the Application Period) plus $151.88 (100% of the expenses incurred during the Application Period).

5. Pursuant to the terms of the *Application of Official Committee of Unsecured Creditors for Order Authorizing Retention and Employment of Dentons US LLP as Committee Counsel, Effective as of December 31, 2025* [Docket No. 379] (the "Retention Application"), Dentons agreed to bill at its customary standard hourly rate, subject to an agreed, blended rate fee cap of $950 per hour, with the fees of Downey Brand, LLP ("Downey Brand")[2] included when calculating the blended hourly rate. As stated in the Retention Application, if Downey Brand bills 100 hours at an average rate of $550 per hour, and Dentons bills 120 hours at an average rate of $1,100, the total blended rate would be $935, which is below the rate cap. If Dentons' average rate for that same 100 hours is $1,400, then the rate cap of $950 would apply. There is no temporal period on which the rate cap applies (e.g., monthly, quarterly, or over the life of the case). Nevertheless, for the purpose of this Application, Dentons and Downey Brand have calculated the average hourly rate over the Application Period. For the Application Period, Downey Brand seeks payment of fees of $32,943 for 63.6 hours billed, which when added to the fees sought by Dentons for the Application Period equates to an average hourly rate of

---

[1] This amount does not include $51,805.80 in fees written off by Dentons and not reflected in the attached invoices during the Application Period pursuant to its billing judgment. Dentons' further chose, in its billing discretion, not to charge for certain hours worked, as reflected in the attached summaries and billing statements.

[2] Downey Brand has been retained as conflicts and special litigation counsel to the Committee pursuant to the *Order Authorizing Retention and Employment of Downey Brand LLP as Special*

$1,004.60, which exceeds the $950 hourly cap. However, because Dentons and Downey Brand are subject to a 20% holdback pursuant to the *Order Establishing Procedures and Authorizing Payment of Professional Fees and Expenses on a Monthly Basis* entered on or about February 17, 2026 [Docket No. 466] (the "Monthly Fee Order"), the requested payments to them (which are limited to 80% of fees) fall below the agreed-upon fee cap for the Application Period. Dentons and Downey Brand will reconcile the ultimate amounts to be paid, applying the fee cap, in conjunction with any application to pay the 20% holdback.

6. For the postpetition period, Dentons has been paid to date as follows:

| Application Period | Amount | Description |
|---|---|---|
| 1/1/2026-2/28/2026 | $555,840.45 | *Dentons' Monthly Fee Application for Allowance and Payment of Interim Compensation and Reimbursement of Expenses for the Period of January 1, 2026 through February 28, 2026* [Docket No. 589]<br><br>Fees:      $554,615.48<br>Expenses:      $1,224.97 |

7. To date, Dentons is owed as follows (excluding amounts owed pursuant to this Application):

| Application Period | Amount | Description |
|---|---|---|
| 1/1/2026-2/28/2026 | $138,653.88 | 20% holdback |

8. Attached hereto as **Exhibit "1"** are the names of each professional who performed services in connection with these cases during the period covered by this Application and the hourly rate for each such professional. Attached hereto as **Exhibit "2"** are detailed time and expense statements for the Application Period.

9. Dentons has served a copy of this Application on the Office of the United States Trustee, the above-captioned debtors (the "Debtors"), counsel to the Debtors, and counsel for UMB Bank, N.A., in its capacities as successor Series 2019 Bond Trustee, Master Trustee, and postpetition lender, and parties who have requested special notice (collectively, the "Notice Parties"). The Application was mailed to the Notice Parties by first class mail, postage prepaid,

(..continued)
*Litigation and Conflicts Counsel* [Docket No. 509].

3

on or about April 25, 2026.

10. Pursuant to the Monthly Fee Order, the Debtors are authorized in their discretion to make the payment requested herein, to the extent of available funds, without a further hearing or order of this Court unless an objection to this Application is filed with the Court and served upon the Notice Parties and undersigned counsel within ten (10) calendar days after the date of mailing of the Notice of this Application. If such an objection is filed, the Debtors are authorized to pay 80% of the uncontested fees and 100% of the uncontested expenses without further order of the Court. If no objection is filed, the Debtors are authorized to pay 80% of all fees requested in the Application and 100% of all expenses requested in the Application without further order of the Court.

11. The interim compensation and reimbursement of expenses sought in this Application is not final. Upon the conclusion of these Chapter 11 Cases, Dentons will seek fees and reimbursement of the expenses incurred for the totality of the services rendered in these Chapter 11 Cases. Any interim fees or reimbursement of expenses approved by this Court and received by Dentons will be credited against such final fees and expenses as may be allowed by this Court.

WHEREFORE, Dentons respectfully requests that the Debtors pay compensation to Dentons as requested herein pursuant to and in accordance with the terms of the Monthly Fee Order.

[*Remainder of page intentionally left blank*]

4

Dated:  April 25, 2026

Respectfully submitted,

**DOWNEY BRAND LLP**

*/s/ Jorge A. Gaitan*
JORGE A. GAITAN
JAMIE P. DREHER
621 Capitol Mall, 18th Floor
Sacramento, California 95814
Tel: (916) 444 1000 / Fax: (916) 444 2100
Email:  Jdreher@downeybrand.com
        jgaitan@downeybrand.com


**DENTONS US LLP**

TANIA M. MOYRON (SBN No. 235736)
SAMUEL R. MAIZEL (SBN No. 189301)
601 South Figueroa Street, Suite 2500
Los Angeles, California 90017-5704
Tel: (213) 623 9300 / Fax: (213) 623 9924
Email: tania.moyron@dentons.com
       samuel.maizel@dentons.com

-and-

SAM J. ALBERTS (*pro hac vice* pending)
1900 K Street, NW
Washington, DC 20006
Tel: (202) 408 7004 / Fax: (202) 496 7756
Email: sam.alberts@dentons.com

*Counsel for the Official Committee of Unsecured Creditors*

5

**Exhibit "1"**

**PERIOD 3/1/2026-3/31/2026**

| Name of Professional | Department | Hourly Rate | Total Hours | Total |
|---|---|---|---|---|
| Tania M. Moyron | Bankruptcy | $1,402.50 | 20.90 | $29,312.25 |
| Tania M. Moyron | Bankruptcy | N/C | 1.40 | N/C |
| Samuel R. Maizel | Bankruptcy | $1,360.00 | 30.20 | $41,072.00 |
| Samuel J. Alberts | Bankruptcy | $1,317.50 | 63.40 | $83,529.50 |
| John D. Beck | Bankruptcy | $1,232.50 | 0.80 | $986.00 |
| R. Matthew Garms | Corporate | $790.50 | 14.0 | $11,067.00 |
| Elysa Chew | Bankruptcy | $935.00 | 2.30 | $2,150.50 |
| Henry Thomas | Bankruptcy | $841.50 | 2.90 | $2,440.35 |
| George L. Medina | Bankruptcy | $522.75 | 0.40 | $209.10 |
| Katherine Howard | Bankruptcy | $522.75 | 0.70 | $365.93 |
| Pamela Zamudio | Bankruptcy | $522.75 | 5.30 | $2,770.58 |

**Total:** **142.30**    **$173,903.21**

**Exhibit "2"**

| Code | Description | Total Hours | Total Fees |
|------|-------------|-------------|------------|
| APP | Appellate Proceedings | 0.10 | $136.00 |
| B110 | Case Administration | 13.50 | $17,148.75 |
| B120 | Asset Analysis and Recovery | 4.00 | $5,427.25 |
| B130 | Asset Disposition | 37.80 | $43,732.50 |
| B120 | Relief from Stay/Adequate Protection Proceedings | 4.90 | $6,434.50 |
| B150 | UCC Meetings, Communications and Issues | 17.70 | $23,723.50 |
| B160 | Fee/Employment Applications | 17.20 | $16,026.33 |
| B190 | Other Contested Matters (excl. Assump/Rejection Motions) | 45.20 | $58,720.13 |
| B220 | Employee Benefits/Pension | 0.50 | $658.75 |
| B230 | Financing/Cash Collections | 0.40 | $544.00 |
| B310 | Claims Administration and Objections | 1.00 | $1,351.50 |
| | **Total:** | **142.30** | **$173,903.21** |



Dentons US LLP
601 S. Figueroa Street
Suite 2500
Los Angeles, CA 90017

| Vital Net, Michael Kollar<br>Committee of Unsecured Creditors of OroHealth Corporation<br>640 Boro Place, 4th Floor<br>McLean, VA 22102 | **INVOICE #:** | **5001-1069290** |
|---|---|---|
| | Invoice Date: | April 24, 2026 |

**Matter Number:**    15818835-000001

**Description:**    Oroville Committee of Unsecured Creditors

Payment Due Upon Receipt

For professional services rendered through March 31, 2026

**Invoice Amount**    **$174,055.09**

**To pay by E-Check – https://www.e-billexpress.com/ebpp/DentonsUS**

**Electronic Transfer (Preferred Method of Payment):**
**Citibank, N.A.**
**227 West Monroe, Chicago, IL 60606**
**ABA Transit #: 271070801**
**Account #: 0801051693**
**Account Name: Dentons US LLP**
**Swift Code: CITIUS33**
**Reference: Invoice # and/or client matter #**

| Payment by check (Overnight Delivery):<br>REMITCO<br>Dentons #3078<br>5450 N. Cumberland Avenue<br>Chicago, IL 60656 | **OR** | Payment by check (USPS):<br>Dentons US LLP<br>P.O. Box. 3078<br>Carol Stream, IL 60132-3078 |
|---|---|---|

**\*\*Please contact Dentons US LLP directly to validate any request to change our payment details above\*\***

Please send remittance instructions to cashreceipts@dentons.com or include this page with your payment.

Dentons US LLP TIN # 36-1796730
Questions relating to this invoice should be directed to:
T. Moyron at (213) 243 6101



| Client: Committee of Unsecured Creditors of OroHealth Corporation and Oroville Hospital | Invoice Date: | April 24, 2026 |
|---|---|---|
| Matter: 15818835-000001 | INVOICE #: | 5001-1069290 |

For professional services rendered through March 31, 2026

## **Fee Detail:**

**Task Code:**    APP - Appellate Proceedings

| Date | Name | Description | Hours | Amount |
|---|---|---|---|---|
| 03/10/26 | S. Maizel | Review notice of appeal from USAO re setoff issue. | 0.10 | 136.00 |
| **Task Total** | APP - Appellate Proceedings | | **0.10** | **$136.00** |

**Task Code:**    B110 - Case Administration

| Date | Name | Description | Hours | Amount |
|---|---|---|---|---|
| 03/06/26 | S. Alberts | Confer with Debtor about case issues (1.0); and follow up with Province (.5). | 1.50 | 1,976.25 |
| 03/09/26 | S. Alberts | Review case materials, including MORS and other filings to understand various timing, operational status and other long and short-term issues (1.3); communicate with N. Koffroth about documents concerning Affiliates and case (.2); and began reviewing documents (.2). | 1.70 | 2,239.75 |
| 03/09/26 | K.M. Howard | Review email from S. Alberts regarding documents produced by Debtors (.1); review email from J. Nwasike regarding same (.1); telephone conference with S. Alberts regarding Debtors' produced documents (.1); brief review and organization of Debtors'' bylaws and governance documents, Insurance policies, and Lease Agreements (.2); prepare email to S. Alberts regarding same (.1). | 0.60 | 313.65 |
| 03/10/26 | S. Alberts | Receive update from call with Debtor about various matters and respond. | 0.10 | 131.75 |
| 03/12/26 | T. Moyron | Coordination call with Downey Brand and discuss open items and next steps. | 1.00 | 1,402.50 |
| 03/12/26 | T. Moyron | Meeting with S. Alberts regarding Debtor's transition motion and related terms plus matters related to investigation, Bank of NY Mellon motion, proposed Debtor stipulation and other matters. | 0.70 | 981.75 |
| 03/12/26 | S. Alberts | Assess and allocate open case issues with T. Moyron (.7); communicate with Downey Brand open case issues and vision of labor (1.0). | 1.70 | 2,239.75 |
| 03/18/26 | G. Medina | Review local form, draft pro hac vice motion for S. Alberts and send to J. Gaitan and S. Alberts. | 0.40 | 209.10 |

**DENTONS**

Client: Committee of Unsecured Creditors of
OroHealth Corporation and Oroville Hospital

Invoice Date: April 24, 2026

Matter: 15818835-000001

INVOICE #: 5001-1069290

| Date | Name | Description | Hours | Amount |
|---|---|---|---|---|
| 03/20/26 | S. Alberts | Review docket and filings (.3); call from N. Koffroth about Wentz resignation and next steps (.5); report to working group (.1); communicate with C. Marks about status off case due to a Wentz resignation and next steps (.3). | 1.20 | 1,581.00 |
| 03/23/26 | S. Alberts | Communicate with T. Moyron about last week's hearing and follow up with N. Koffroth . | 0.30 | 395.25 |
| 03/23/26 | S. Maizel | Telephone conference with T. Moyron re pending issues including transition litigation, etc. | 0.30 | 408.00 |
| 03/26/26 | S. Alberts | Communicate with C. Marks about Management Transition Agreement and open issues (.3); receive and consider UMB's open issue list (.2); review UCC objection and draft issues to supplement UMB's list circulate internally for comment (.3); receive approval on list and send to Debtor, UMB and UST (.1); receive and review Debtor's proposed issue list and respond (.1); confer with counsel to UMB about issues list and other case issues (.4); receive Debtors revised issue list, and follow up communications with Debtor, UMB and UST (and internal) to resolve issues list and revise and resolve issues (1.4). | 2.80 | 3,689.00 |
| 03/31/26 | S. Alberts | Receive and review proposed stipulation resolving Transition Motion (.2); update call from Debtor and UMB (.7); follow up with UMB (.3). | 1.20 | 1,581.00 |
| **Task Total** | B110 - Case Administration | | **13.50** | **$17,148.75** |

**Task Code:**    B120 - Asset Analysis and Recovery

| Date | Name | Description | Hours | Amount |
|---|---|---|---|---|
| 03/03/26 | S. Maizel | Analyzing issues related to payments to affiliates. | 1.00 | 1,360.00 |
| 03/06/26 | S. Alberts | Review and provide comments to BRG POE communication (.1); and follow up with S. Maizel (.2). | 0.30 | 395.25 |
| 03/11/26 | S. Maizel | Review materials re issues related to affiliates (1.3); telephone conference with S. Alberts re same (.4). | 1.70 | 2,312.00 |
| 03/12/26 | S. Maizel | Reviewing materials and allegations re affiliates. | 1.00 | 1,360.00 |
| **Task Total** | B120 - Asset Analysis and Recovery | | **4.00** | **$5,427.25** |

**Task Code:**    B130 - Asset Disposition

| Date | Name | Description | Hours | Amount |
|---|---|---|---|---|
| 03/06/26 | S. Maizel | Zoom conference with F10, Cain Bros, Province, etc. re sale process. | 0.60 | 816.00 |

**DENTONS**

| | | | | |
|---|---|---|---|---|
| Client: Committee of Unsecured Creditors of OroHealth Corporation and Oroville Hospital | | | Invoice Date: | April 24, 2026 |
| Matter: 15818835-000001 | | | INVOICE #: | 5001-1069290 |

| Date | Name | Description | Hours | Amount |
|---|---|---|---|---|
| 03/06/26 | S. Maizel | Review and respond to emails re BRG proposal for sharing quality of earning report with Committee. | 0.30 | 408.00 |
| 03/06/26 | S. Maizel | Telephone conference with E. King re potential buyer for Debtors' assets. | 0.20 | 272.00 |
| 03/09/26 | S. Maizel | Zoom conference with T. Moyron and S. Alberts re pending issues, including sale issues (.9); zoom conference with Greenberg Traurig attorneys, etc. re sale issues (1.0). | 1.90 | 2,584.00 |
| 03/10/26 | S. Maizel | Telephone conference with N. Koffroth re sale issues (.2); zoom conference with Fox Rothschild, etc. re same (.5); review motion re sale process and auction procedures (.5.). | 1.20 | 1,632.00 |
| 03/13/26 | S. Alberts | Confer with M. Garms about APA and issues for identification of importance to UCC. | 0.40 | 527.00 |
| 03/13/26 | R. Garms | Review and comment on draft Asset Purchase Agreement. | 3.80 | 3,003.90 |
| 03/13/26 | T. Moyron | Analyze APA. | 0.70 | 981.75 |
| 03/13/26 | T. Moyron | Meeting with S. Alberts and attention to sale matters thereafter. | 0.80 | 1,122.00 |
| 03/14/26 | R. Garms | Review and comment on Asset Purchase Agreement. | 4.30 | 3,399.15 |
| 03/16/26 | T. Moyron | Analyze APA. | 0.80 | 1,122.00 |
| 03/17/26 | R. Garms | Calls regarding Asset Purchase Agreement (2.5); review revisions and related commentary from debtor's counsel (0.8). | 3.30 | 2,608.65 |
| 03/17/26 | S. Maizel | Telephone conference with Greenberg Traurig attorneys, etc. re APA and sale issues (.5); zoom conference with T. Moyron, S. Alberts, etc. re same (.5); telephone conference with T. Moyron re same (.4); zoom with N. Koffroth, etc. re same (2.4); review and respond to emails re same (.4); drafting inserts for APA re AG oversight issues (.7). | 4.90 | 6,664.00 |
| 03/17/26 | T. Moyron | Meeting with office of the Attorney General and advisors for Debtors and lenders and analyze related matters thereafter (.7); call with C. Marks re same (.4). | 1.10 | 1,542.75 |
| 03/17/26 | T. Moyron | Meeting with Greenberg Traurig attorneys, et al., re APA and sale issues (.5); Dentons zoom re same (.5); call with S. Maizel re same (.4); zoom with N. Koffroth, et al. re same (1.0); analyze updated APA from Debtors and comments in response (.8); analyze proposed revision to AG language (.2); correspondence with Debtors, et al., re same (.4). | 3.80 | 5,329.50 |
| 03/19/26 | R. Garms | Review revised Asset Purchase Agreement and comments regarding same. | 2.60 | 2,055.30 |

**DENTONS**

| Client: Committee of Unsecured Creditors of OroHealth Corporation and Oroville Hospital | | Invoice Date: | April 24, 2026 |
|---|---|---|---|
| Matter: 15818835-000001 | | INVOICE #: | 5001-1069290 |

| Date | Name | Description | Hours | Amount |
|---|---|---|---|---|
| 03/20/26 | T. Moyron | Attention to emails and pending matters, including APA and sale matters. | 0.60 | 841.50 |
| 03/24/26 | S. Maizel | Zoom conference with N. Koffroth, C. Marks, etc. re sale issues (.9); telephone conference with T. Moyron re same (.8); review and respond to emails re same (.1). | 1.80 | 2,448.00 |
| 03/26/26 | S. Maizel | Telephone conference with S. Alberts and T. Moyron re sale issues (.3); analyze issues re sale of assets (.5). | 0.80 | 1,088.00 |
| 03/27/26 | T. Moyron | Meeting with Debtor's counsel, GT, and Cain re sales process (.6); follow up call with C. Marks and S. Maizel (.2); and call with S. Maizel re same (.2). | 1.00 | 1,402.50 |
| 03/27/26 | S. Maizel | Zoom conference with Cain Bros., K. Owens, C. Marks, K. Walsh, C. Murphy, etc. re sale process (1.1); telephone conference with T. Moyron re same (.2); telephone conference with C. Marks re same (.2). | 1.50 | 2,040.00 |
| 03/27/26 | S. Alberts | Confer with Debtor about sale and other open issues (1.1); follow up (.2). | 1.30 | 1,712.75 |
| 03/31/26 | S. Alberts | Communication update concerning sale status from Debtor. | 0.10 | 131.75 |
| **Task Total** | B130 - Asset Disposition | | **37.80** | **$43,732.50** |

**Task Code:**     B140 - Relief from Stay/Adequate Protection Proceedings

| Date | Name | Description | Hours | Amount |
|---|---|---|---|---|
| 03/09/26 | T. Moyron | Call with Reed Smith, counsel to The Bank of New York Mellon Trust Company, N.A. in its capacity as indenture trustee for the Series 2018 Bonds, re Project Fund and motion re stay. | 0.10 | 140.25 |
| 03/09/26 | S. Maizel | Zoom conference with attorney for BNY re motion re automatic stay and 2018 bonds (.1); review DIP order re BNY escrow account (.3). | 0.40 | 544.00 |
| 03/11/26 | S. Alberts | Review and assess 2018 Bondholders stay relief motion and related papers (.4); confer with S. Maizel regarding same (.1); review applicable provisions in DIP order cited by and not cited by Bond Trustee (.3); confer with J. Beck concern DIP order provision and any additional background (.3). | 1.10 | 1,449.25 |
| 03/11/26 | J. Beck | Review 2018 bondholder filing seeking relief from the automatic stay (.5); discuss 2018 bondholders stay motion with S. Albert (.3). | 0.80 | 986.00 |
| 03/11/26 | S. Maizel | Review relief from stay motion filed by US Bank and related documents. | 0.50 | 680.00 |

**DENTONS**

| | | | |
|---|---|---|---|
| Client: Committee of Unsecured Creditors of OroHealth Corporation and Oroville Hospital | | Invoice Date: | April 24, 2026 |
| Matter: 15818835-000001 | | INVOICE #: | 5001-1069290 |

| Date | Name | Description | Hours | Amount |
|---|---|---|---|---|
| 03/12/26 | S. Alberts | Follow up concerning stay 2018 BH stay relief motion. | 0.30 | 395.25 |
| 03/24/26 | S. Alberts | Receive, review and provide comment to response to BNY stay relief motion (.7); receive, review and provide recommended course of action to Schiller stay relief motion (.4). | 1.10 | 1,449.25 |
| 03/31/26 | S. Alberts | Communication from Debtor concerning Schiller stay relief request (.1); and follow up (.2); review BNY reply to objection to stay relief objection (.2); and staying BNY relief from stay hearing (.1). | 0.60 | 790.50 |
| **Task Total** | | B140 - Relief from Stay/Adequate Protection Proceedings | **4.90** | **$6,434.50** |

**Task Code:**     B150 - UCC Meetings,Communications and Issues

| Date | Name | Description | Hours | Amount |
|---|---|---|---|---|
| 03/02/26 | S. Alberts | Email to UCC professionals about communication with S. Maizel about case issues for UCC agenda and meeting (.3); draft and circulate UCC agenda to other professionals (.2); obtain approvals and comment, revise and circulate to UCC members (.2); pre-call with Province (.3); UCC call (.5). | 1.50 | 1,976.25 |
| 03/02/26 | S. Maizel | Telephone conference with S. Alberts re meetings with UMB (.1); review and respond to emails re same (.1); telephone conference with T. Moyron re same (.1). | 0.30 | 408.00 |
| 03/02/26 | S. Maizel | Review and respond to emails re UCC meeting and agenda (.3); meeting with UCC via zoom re pending issues (.5). | 0.80 | 1,088.00 |
| 03/04/26 | S. Alberts | Communicate with confer with UCC member about case issues (.3); follow up call with S. Maizel (.1); and report to T. Moyron (.3). | 0.70 | 922.25 |
| 03/04/26 | S. Maizel | Telephone conference with S. Alberts re pending issues. | 0.30 | 408.00 |
| 03/05/26 | S. Maizel | Review and respond to email from L. Sizemore re BONY issues. | 0.10 | 136.00 |
| 03/06/26 | S. Maizel | Zoom conference with Province, and S. Alberts re credit recovery issues (.3); telephone conference with S. Alberts re same (.2). | 0.50 | 680.00 |
| 03/09/26 | S. Alberts | Call with S. Maizel and T. Moyron about various case issues and next steps (.6); communicate with co-UCC professionals about forgoing this week' meeting (.1); relay same to UCC (.1); and follow up with USW (.1). | 0.90 | 1,185.75 |
| 03/10/26 | S. Alberts | Communications about conference with USW (.1); and set conference (.1). | 0.20 | 263.50 |

**DENTONS**

| | | | |
|---|---|---|---|
| Client: Committee of Unsecured Creditors of OroHealth Corporation and Oroville Hospital | | Invoice Date: | April 24, 2026 |
| Matter: 15818835-000001 | | INVOICE #: | 5001-1069290 |

| Date | Name | Description | Hours | Amount |
|---|---|---|---|---|
| 03/11/26 | S. Alberts | Communicate with USW about case and legislation concerning potential increase California distress funds (.4); follow up with S. Maizel concerning same and other related issues (.2). | 0.60 | 790.50 |
| 03/11/26 | S. Maizel | Zoom conference with M. Woods, etc. re union issues as creditor (.6); telephone conference with S. Alberts re same (.3); telephone conference with T. Moyron re same (.3). | 1.20 | 1,632.00 |
| 03/13/26 | S. Alberts | Receive and assess information from USW concerning California legislation (.2); and follow up internally (.1); weekly UCC update call with Province (.4). | 0.70 | 922.25 |
| 03/13/26 | T. Moyron | Analyze email from Committee member re state loan to rural hospital. | 0.20 | 280.50 |
| 03/16/26 | S. Alberts | Draft assessment of open matters, and proposed agenda for UCC and circulate to T. Moyron and S. Maizel (.8); receive comments approval, revise and send to Province and Downey Brand (.2); receive Province slide deck and add to agenda and send to Committee (.2); Committee call (1.1). | 2.30 | 3,030.25 |
| 03/16/26 | T. Moyron | Meet with Committee members re Weekly Meeting to discuss status, open matters, and next steps. | 1.00 | 1,402.50 |
| 03/23/26 | S. Alberts | Consider issues and draft proposed agenda for UCC review and circulate internally (.3); receive comment, revise and circulate to other UCC professionals (.2); receive clearance and send to UCC (.1); receive and review Province UCC update (.2); email (.1); then Communicate with Province about questions (.2); UCC call (.7). | 1.80 | 2,371.50 |
| 03/23/26 | S. Maizel | Zoom conference with Committee re pending issues including litigation, sale process, etc. | 0.70 | 952.00 |
| 03/27/26 | S. Maizel | Zoom conference with P. Navid, H. Thompson and T. Moyron re pending issues, including sale process issues. | 0.40 | 544.00 |
| 03/30/26 | S. Alberts | Draft and circulate proposed UCC meeting agenda for internal review (.2); review Province materials in advance of UCC call (.2); and relay sale update (.1); internal discussion about UCC matters (.4); send agenda to UCC members (.1); UCC meeting (.6). | 1.60 | 2,108.00 |
| 03/30/26 | T. Moyron | Meet with Committee to discuss pending matters and updates, including motions, sale, and litigation. | 0.50 | 701.25 |
| 03/30/26 | T. Moyron | Dentons meetings regarding motions and upcoming meeting with Committee. | 0.40 | 561.00 |

**DENTONS**

| | |
|---|---|
| Client: Committee of Unsecured Creditors of OroHealth Corporation and Oroville Hospital | Invoice Date:          April 24, 2026 |
| Matter: 15818835-000001 | INVOICE #:          5001-1069290 |

| Date | Name | Description | Hours | Amount |
|---|---|---|---|---|
| 03/30/26 | S. Maizel | Conference with S. Alberts and T. Moyron re pending issues for UCC meeting (.5); zoom conference with UCC re pending issues (.5) . | 1.00 | 1,360.00 |
| **Task Total** | | B150 - UCC Meetings,Communications and Issues | **17.70** | **$23,723.50** |

**Task Code:**     B160 - Fee/Employment Applications

| Date | Name | Description | Hours | Amount |
|---|---|---|---|---|
| 03/01/26 | S. Maizel | Review and revise Province employment application. | 0.50 | 680.00 |
| 03/03/26 | S. Maizel | Attention to Province employment application (.2); review and respond to emails re same (.2). | 0.40 | 544.00 |
| 03/06/26 | S. Maizel | Telephone conference with S. Alberts re Debtors' motions re CRO and CEO (.3); review filed motion re CRO retention and related documents (.5). | 0.80 | 1,088.00 |
| 03/06/26 | S. Alberts | Receive, review and communicate about Wentz, Lane and Dec.-February invoices. | 0.50 | 658.75 |
| 03/16/26 | S. Alberts | Review and comment on February time and send for adjustments and net reductions. | 1.10 | 1,449.25 |
| 03/18/26 | S. Alberts | Receive, review and comment on pro hac admissions motion. | 0.30 | 395.25 |
| 03/20/26 | P. Zamudio | Further prepare Initial Fee Application for period 12/31/25 to 02/28/26. | 4.30 | 2,247.83 |
| 03/23/26 | S. Alberts | Review and comment on February revised draft and provide comment (.5); and follow up with T. Moyron (.2); and forward spreadsheet to Downey (.1); and follow up communication concerning invoicing (.1). | 0.90 | 1,185.75 |
| 03/23/26 | E. Chew | Review and further prepare draft of first monthly fee application. | 2.30 | 2,150.50 |
| 03/23/26 | T. Moyron | Finalization of monthly fee statement, review of spreadsheet and correspond regarding same with local counsel. | 1.40 | N/C |
| 03/23/26 | T. Moyron | Analyze and provide comments on monthly fee statement. | 0.60 | 841.50 |
| 03/24/26 | P. Zamudio | Further prepare Initial Monthly Fee App; update the Fee App with the February 2026 billing time and submit to E. Chew and Tania Moyron for review. | 1.00 | 522.75 |
| 03/25/26 | S. Maizel | Revising first monthly fee notice (.8); review and respond to emails from N. Koffroth re omnibus notice of first monthly fee applications (.3). | 1.10 | 1,496.00 |
| 03/25/26 | T. Moyron | Analyze and update monthly fee notice (.7); analyze correspondence from N. Koffroth, et al., re omnibus notice of first monthly fee applications (.3). | 1.00 | 1,402.50 |

**DENTONS**

| Client: Committee of Unsecured Creditors of OroHealth Corporation and Oroville Hospital | Invoice Date: | April 24, 2026 |
|---|---|---|
| Matter: 15818835-000001 | INVOICE #: | 5001-1069290 |

| Date | Name | Description | Hours | Amount |
|---|---|---|---|---|
| 03/25/26 | T. Moyron | Correspond with Downey Brand re invoices, etc. | 0.20 | 280.50 |
| 03/27/26 | S. Maizel | Review Hooper Lundy monthly fee application and email to T. Moyron, etc. re same. | 0.10 | 136.00 |
| 03/27/26 | S. Alberts | Communicate about Hooper Fee application. | 0.10 | 131.75 |
| 03/30/26 | S. Maizel | Review fee applications filed by Debtor's professionals (.5); email to T. Moyron re same (.1). | 0.60 | 816.00 |
| **Task Total** | B160 - Fee/Employment Applications | | **17.20** | **$16,026.33** |

**Task Code:**     B190 - Other Contested Matters (excl. Assump/Rejection Motions)

| Date | Name | Description | Hours | Amount |
|---|---|---|---|---|
| 03/03/26 | S. Alberts | Call with J. Gaitan about status of litigation discovery and efforts. | 0.30 | 395.25 |
| 03/05/26 | S. Alberts | Receive motion to transition officers and services and provide comments (1.0); follow up with S. Maizel (.2). | 1.20 | 1,581.00 |
| 03/05/26 | S. Maizel | Analyze draft of motion re appointment of consultant for the Debtors (.5); review and respond to emails re same (.1). | 0.60 | 816.00 |
| 03/06/26 | S. Alberts | Call with S. Maizel about filed Motion to transition officers and services and other case issues. | 0.40 | 527.00 |
| 03/09/26 | T. Moyron | Call with GT regarding Debtors' motion for order approving management transition plan. | 1.00 | 1,402.50 |
| 03/10/26 | S. Maizel | Telephone conference with N. Koffroth re 2018 bondholders motion and other issues (.2); email to T. Moyron re discussion with N. Koffroth and other pending issues (.2). | 0.40 | 544.00 |
| 03/10/26 | S. Maizel | Review motion for order approving transition of management and related documents. | 0.90 | 1,224.00 |
| 03/11/26 | S. Alberts | Confer with S. Maizel about US DOJ's appeal of turnover order, whether UCC should intervene and related set off issues (.4); confer with S. Maizel about Affiliate investigation and litigation issues (.3). | 0.70 | 922.25 |
| 03/13/26 | S. Alberts | Review motion for management transition and related pleadings, including employment contracts and UMB objection and draft issues list and recommendations for how proceed (2.8); draft related information request to Debtors (.3); update call with Debtors (.7). | 3.80 | 5,006.50 |
| 03/13/26 | T. Moyron | Analyze issues related to transition motion and proposed terms and draft opposition thereto. | 1.30 | 1,823.25 |
| 03/13/26 | T. Moyron | Analyze email from GT re transition motion. | 0.10 | 140.25 |

**DENTONS**

| Client: Committee of Unsecured Creditors of OroHealth Corporation and Oroville Hospital | Invoice Date: | April 24, 2026 |
|---|---|---|
| Matter: 15818835-000001 | INVOICE #: | 5001-1069290 |

| Date | Name | Description | Hours | Amount |
|---|---|---|---|---|
| 03/15/26 | S. Alberts | Follow up with Fox concerning status of production relevant to management transition motion. | 0.20 | 263.50 |
| 03/16/26 | S. Alberts | Communicate with T. Moyron about Management Transition Motion and response (.2); draft points for potential compromise with Debtor to resolve motion in view of comments received thus far (.4); follow up with Province about potential areas of resolution (.2); communicate with Province about Debtors' Transition Management Motion, its stated comparables and possible resolution (.5); follow up with Debtors (.5); draft communication to Debtors seeking resolution of issues (.8); communicate with T. Moyron about call with Debtors and next steps (.2); revised communication to Debtor as communication to UMB with communication to Debtors as a subpart and circulate for internal review (.7); receive, revise and send comments to UMB (.4). | 3.90 | 5,138.25 |
| 03/16/26 | T. Moyron | Analyze issues related to transition motion and proposed terms to Debtors to resolve disputed issues. | 1.30 | 1,823.25 |
| 03/17/26 | S. Alberts | Send communication to Debtor outlining points in relation to Transition Motion (.2); review and analyze documents sent from Debtor concerning Debtor's management of affiliates and Wentz contracts (1.3); Email with UMB about Management Transition Motion (.1); communicate with UMB about same (.7); communicate with N. Koffroth about potential resolution of issues (.3); follow up with N. Koffroth (.2); discuss with T. Moyron Debtor's response and next steps (.2); reach out for associate assistance to draft an objection (.1); and explain assignment (.2); receive debtors declination to move hearing (.1); request to Province for comparables for objection (.1); using shell created by associate, draft and circulate objection (2.3); and forward to co counsel for review (.1). | 5.90 | 7,773.25 |
| 03/17/26 | H. Thomas | Call with S. Alberts related to objection to debtor motion for management transition. | 0.10 | 84.15 |
| 03/17/26 | H. Thomas | Prepare response to debtor motion for management transfer. | 0.40 | 336.60 |
| 03/17/26 | K.M. Howard | Review email from S. Alberts regarding the transition motion documents received from Debtors' counsel. | 0.10 | 52.28 |

# DENTONS

| | | | | |
|---|---|---|---|---|
| Client: Committee of Unsecured Creditors of OroHealth Corporation and Oroville Hospital | | Invoice Date: | | April 24, 2026 |
| Matter: 15818835-000001 | | INVOICE #: | | 5001-1069290 |

| Date | Name | Description | Hours | Amount |
|---|---|---|---|---|
| 03/18/26 | S. Alberts | Receive and review Debtors revisions to employment agreements related to transition motion (.3); and follow up to N. Koffroth (.2); discuss with T. Moyron about objection and transition motion (.3); confer with UMB status of objection to management transition motion (.2); revise objection in view of Debtors' concessions and open issues (1.4); confer with Province about need for comps and declaration concerning COO (.2); receive draft declaration, review and request modifications (.2); receive comments and revise objection (.5), Communicate with Province about declaration and brief (.3); communicate with T, Moyron and UMB about status of transition motion and other case issue (.2); and revise objection in view of further comments (.4); and send to internal review (.1); receive and review UMB's objection (.2); and UST's objection (.2); oversee final changes and filing (.7); communicate with T. Moyron about hearing and APA discussions (.3). | 5.70 | 7,509.75 |
| 03/18/26 | H. Thomas | Prepare opposition to debtors' management motion and correspondence with Dentons, Province, and Downey teams regarding same. | 1.80 | 1,514.70 |
| 03/18/26 | H. Thomas | Draft declaration in support of opposition to debtors' management motion. | 0.60 | 504.90 |
| 03/18/26 | T. Moyron | Correspond with GT re transition motion. | 0.20 | 280.50 |
| 03/18/26 | T. Moyron | Analyze and prepare limited objection to transition motion (1.8); analyze related motion and documents (.4). | 2.20 | 3,085.50 |
| 03/19/26 | S. Alberts | Prepare for hearings on Management Transition Motion (2.3); communication with B. Steffen to prepare for potential expert testimony (.6); communicate with J. Dreher concerning court procedures (.4); Court hearing (1.5); report outcome Dentons team (.2); communication with C. Marks about hearing and next steps (.3); communication with B. Steffen about revisions to declaration (.2); send materials for calendaring (.1); follow up with Debtors (.1). | 5.70 | 7,509.75 |
| 03/24/26 | S. Alberts | Communicate with N. Koffroth about Management Transition Motion and potential resolution (.3); follow up call with UMB regarding the same and next steps (.3); communicate with Debtors and UMB about Transition Motion and other case issues (.9); follow up with internal Dentons discussion about resolving open points (.4); communicate with UMB (.4); and follow up (.1). | 2.40 | 3,162.00 |

**DENTONS**

| | | |
|---|---|---|
| Client: Committee of Unsecured Creditors of OroHealth Corporation and Oroville Hospital | Invoice Date: | April 24, 2026 |
| Matter: 15818835-000001 | INVOICE #: | 5001-1069290 |

| Date | Name | Description | Hours | Amount |
|---|---|---|---|---|
| 03/24/26 | S. Alberts | Consider issues and draft proposed agenda for UCC review and circulate internally (.3); receive comment, revise and circulate to other UCC professionals (.2); receive clearance and send to UCC (.1); receive and review Province UCC update (.2); email (.1); then communicate with Province about questions (.2); UCC call (.7). | 1.80 | 2,371.50 |
| 03/24/26 | S. Alberts | Receive final complaint and recommend distribution to UCC members. | 0.10 | 131.75 |
| 03/30/26 | S. Alberts | Review notice of filings and quick review of case filings (.2); review and consider proposed stipulation resolving Management Transition Agreement (.2). | 0.40 | 527.00 |
| 03/30/26 | S. Alberts | Review in detail Schiller stay relief motion. Memo in support, declarations, exhibits (.8); draft email to debtors seeking discussion on Schiller stay motion and other pending matters (.2). | 1.00 | 1,317.50 |
| 03/31/26 | S. Maizel | Zoom conference with N. Koffroth, K. Owens, C. Marks, etc. re numerous pending issues, including transition motion resolution, etc. (.5); review and respond to emails re same (.2). | 0.70 | 952.00 |
| **Task Total** | | B190 - Other Contested Matters (excl. Assump/Rejection Motions) | **45.20** | **$58,720.13** |

**Task Code:**    B220 - Employee Benefits/Pension

| Date | Name | Description | Hours | Amount |
|---|---|---|---|---|
| 03/16/26 | S. Alberts | Review stipulation concerning increasing wage cap (.1); and follow up with Debtors (.2). | 0.30 | 395.25 |
| 03/31/26 | S. Alberts | Communicate about wage stipulation. | 0.20 | 263.50 |
| **Task Total** | | B220 - Employee Benefits/Pension | **0.50** | **$658.75** |

**Task Code:**    B230 - Financing/Cash Collections

| Date | Name | Description | Hours | Amount |
|---|---|---|---|---|
| 03/06/26 | S. Maizel | Review and respond to emails from D. Hoffman, Force 10, re budget issues. | 0.40 | 544.00 |
| **Task Total** | | B230 - Financing/Cash Collections | **0.40** | **$544.00** |

**Task Code:**    B310 - Claims Administration and Objections

| Date | Name | Description | Hours | Amount |
|---|---|---|---|---|
| 03/03/26 | S. Maizel | Review and respond to email from creditors re bar date. | 0.20 | 272.00 |

**DENTONS**

| | | | | | |
|---|---|---|---|---|---|
| Client: Committee of Unsecured Creditors of OroHealth Corporation and Oroville Hospital | | | Invoice Date: | | April 24, 2026 |
| Matter: 15818835-000001 | | | INVOICE #: | | 5001-1069290 |

| Date | Name | Description | Hours | Amount |
|---|---|---|---|---|
| 03/09/26 | S. Alberts | Receive and review claims assessment from Province (.2); and follow up concerning certain claims, including malpractice (.3). | 0.50 | 658.75 |
| 03/09/26 | T. Moyron | Correspondence with Providence re claims. | 0.20 | 280.50 |
| 03/23/26 | T. Moyron | Analyze email from K. Owens re bar date motion. | 0.10 | 140.25 |
| **Task Total** | B310 - Claims Administration and Objections | | **1.00** | **$1,351.50** |

| | | Hours | Amount |
|---|---|---|---|
| **Total For Services** | | **142.30** | **173,903.21** |

**Timekeeper Summary:**

| Name | Hours | Rate | Amount |
|---|---|---|---|
| E. Chew | 2.30 | 935.00 | 2,150.50 |
| G. Medina | 0.40 | 522.75 | 209.10 |
| H. Thomas | 2.90 | 841.50 | 2,440.35 |
| J. Beck | 0.80 | 1,232.50 | 986.00 |
| K.M. Howard | 0.70 | 522.75 | 365.93 |
| P. Zamudio | 5.30 | 522.75 | 2,770.58 |
| R. Garms | 14.00 | 790.50 | 11,067.00 |
| S. Alberts | 63.40 | 1,317.50 | 83,529.50 |
| S. Maizel | 30.20 | 1,360.00 | 41,072.00 |
| T. Moyron | 20.90 | 1,402.50 | 29,312.25 |
| T. Moyron | 1.40 | N/C | N/C |
| **Total** | **142.30** | | **173,903.21** |

**Task Summary:**

| Task Code | Description | Hours | Amount |
|---|---|---|---|
| APP | Appellate Proceedings | 0.10 | 136.00 |
| B110 | Case Administration | 13.50 | 17,148.75 |
| B120 | Asset Analysis and Recovery | 4.00 | 5,427.25 |
| B130 | Asset Disposition | 37.80 | 43,732.50 |
| B140 | Relief from Stay/Adequate Protection Proceedings | 4.90 | 6,434.50 |
| B150 | UCC Meetings,Communications and Issues | 17.70 | 23,723.50 |
| B160 | Fee/Employment Applications | 17.20 | 16,026.33 |
| B190 | Other Contested Matters (excl. Assump/Rejection Motions) | 45.20 | 58,720.13 |
| B220 | Employee Benefits/Pension | 0.50 | 658.75 |
| B230 | Financing/Cash Collections | 0.40 | 544.00 |
| B310 | Claims Administration and Objections | 1.00 | 1,351.50 |

**DENTONS**

| | | |
|---|---|---|
| Client: Committee of Unsecured Creditors of OroHealth Corporation and Oroville Hospital | Invoice Date: | April 24, 2026 |
| Matter: 15818835-000001 | INVOICE #: | 5001-1069290 |

| Task Code  Description | Hours | Amount |
|---|---|---|
| **Total** | **142.30** | **$173,903.21** |

## Disbursement Detail:

| Date | Description | Quantity | Amount |
|---|---|---|---|
| 03/19/26 | MembershipDues-ProfessionalAssnw/Business Ordered Certificate of Good Standing to Submit Pro Hac Vice Application for the Oroville Case. | 1.00 | 25.68 |
| 03/31/26 | PACER 4358562-Q12026 | 1.00 | 126.20 |
| **Total Disbursements** | | | **$151.88** |

| | |
|---|---|
| Fees | 173,903.21 |
| Disbursements | 151.88 |
| **Total Due This Invoice** | **$174,055.09** |



Dentons US LLP
601 S. Figueroa Street
Suite 2500
Los Angeles, CA 90017

Vital Net, Michael Kollar
Committee of Unsecured Creditors of OroHealth
Corporation
640 Boro Place, 4th Floor
McLean, VA 22102

**INVOICE #:**      **5001-1069290**

Invoice Date:      April 24, 2026

## Statement of Account

According to our records, as of April 24, 2026, the amounts shown below are outstanding on this matter.  If your records are not in agreement with ours, please call us. Thank you

| Date | Invoice No. | Invoice Amount | Payments/ Adjustments | Invoice Total |
|---|---|---|---|---|
| 02/27/26 | 5001-1052469 | 397,441.97 | (329,974.91) | $67,467.06 |
| 03/24/26 | 5001-1061433 | 299,296.36 | 0.00 | $299,296.36 |
| 04/24/26 | 5001-1069290 | 174,055.09 | 0.00 | $174,055.09 |
| **Total Outstanding Invoices** | | | | **$540,818.51** |