**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF CALIFORNIA**
**CIVIL MINUTES**

---

**Case Title:** OROVILLE HOSPITAL

**Case No.:** 25-26876 - B - 11

**Docket Control No.** NAK-38

**Date:** 09/29/2026
**Time:** 11:00 AM

**Matter:** [1165] - Motion/Application to Vacate [NAK-38] Filed by Debtor OROVILLE HOSPITAL (hlus)

**Judge: Christopher D. Jaime**
**Courtroom Deputy: Danielle Mobley**
**Reporter: Electronic Record**
**Department: B**

---

**APPEARANCES for:**
**Movant(s):**
Debtor's Attorney - Nicholas A Koffroth
**Respondent(s):**
Creditor's Attorney - Samuel Alberts, U.S. Trustee's Attorney - Jason Blumberg, Creditor's Attorney - Kevin J. Walsh; Creditor's Attorney - Christopher D. Marks; Creditor's Attorney - Christopher D Hughes; by zoom) Ombudsman - Jacob Nathan Rubin, M.D. (by zoom) Creditor's Attorney – Melissa Hamill, (by zoom) Creditor's Attorney – Ian McGlone

---

**CIVIL MINUTES**

HEARING TO BE HELD ON 10/20/2026 at 11:00 AM at Sacramento Courtroom 32, Department B, to allow time for the court to issue its findings.