United States Bankruptcy Court
Eastern District of California

In re:
OROVILLE HOSPITAL
Debtor

Case No. 25-26876-B
Chapter 11

# CERTIFICATE OF NOTICE

District/off: 0972-2 | User: auto | Page 1 of 1
Date Rcvd: Sep 28, 2026 | Form ID: L154m | Total Noticed: 1

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 30, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| aty | + | Jorge A. Gaitan, Downey Brand LLP, 621 Capitol Mall, 18th Floor, Sacramento, CA 95814-4731 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 30, 2026 Signature: /s/Gustava Winters

UNITED STATES BANKRUPTCY COURT
Eastern District of California

Robert T Matsui United States Courthouse
501 I Street, Suite 3–200
Sacramento, CA 95814
(916) 930–4400
M–F 9:00 AM – 4:00 PM
www.caeb.uscourts.gov

# NOTICE OF PAYMENT DUE

| | |
|---|---|
| **In re**<br>OROVILLE HOSPITAL<br>**Debtor(s).** | **Case Number**<br>**25–26876 – B – 11** |

The fee for a document filed by Official Committee of Unsecured Creditors was not paid in full at the time of filing. The document was entered on the docket on 9/22/26. The document number and docket text for this fee document is set forth below.

> **[1226] – Motion/Application to Restrict or Redact Public Access Re [DB–5] 1163 Motion/Application for Compensation Filed by Creditor Committee Official Committee of Unsecured Creditors (Fee Paid $0.00) (eFilingID: 7698818) (hlus)**

Full payment of fees is expected the same calendar day documents are filed. The required fee of **$28.00** is now **DUE AND PAYABLE**.

**For parties without an Attorney:** If the fee is not paid within three business days, the Clerk's Office will issue an Order to Show Cause for Failure to Pay Fees and set a hearing date. If you do not pay the fee before the hearing date, the court may take additional action at the hearing. To pay the fee that is due, money orders or cashier's checks, payable to "Clerk, U.S. Bankruptcy Court" are accepted in person or by mail at the address below. Debit card payments are accepted in person at the address below. **No cash accepted.** Personal checks from non–attorneys are not accepted. Please pay only the amount due. To ensure proper credit, please include the name and case number on money orders and cashier's checks. If you are unsure how much you owe to the court, you can contact the Clerk's office at the phone number at the bottom of the page.

**For Attorneys:** If your document was e–Filed, you may make your payment through the court's eCalWebFiling. If the fee is not paid within three business days, the Clerk's Office will issue an Order to Show Cause for Failure to Pay Fees and set a hearing date.

If you are unable to complete the payment transaction, or if you dispute the propriety or the amount of the fee due, please call the Clerk's Office at (916) 930–4400 during regular business hours.

If you need more information regarding this notice, you may view cases electronically through a PACER account or obtain Filing and Fee information from our web site at www.caeb.uscourts.gov.

Dated: 9/28/26

FOR THE COURT
Scott Yach Clerk,
BY: hlus , Deputy Clerk
U.S. Bankruptcy Court
Robert T Matsui United States Courthouse
501 I Street, Suite 3–200
Sacramento, CA 95814
(916) 930–4400