**2**

TRAVIS S. WEST (SBN 281583)
CALIFORNIA NURSES ASSOCIATION
LEGAL DEPARTMENT
155 Grand Avenue
Oakland, CA 94612
510-761-1522 (Telephone)
510-663-4822 (Facsimile)
twest@calnurses.org

Attorneys for
CALIFORNIA NURSES ASSOCIATION

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF CALIFORNIA**
**SACRAMENTO DIVISION**

| | |
|---|---|
| In re:<br><br>OROVILLE HOSPITAL, *et al.*,<br><br>Debtors and Debtors in Possession. | Lead Case No. 25-26876<br><br>Jointly Administered With: 25-26877<br><br>**DCN TSW-1**<br><br>Chapter 11<br><br>Hon. Christopher D. Jaime<br><br>**CERTIFICATE OF SERVICE** |
| ☒ Affects All Debtors<br><br>☐ Affects Oroville Hospital<br><br>☐ Affects OroHealth Corporation: A Nonprofit Healthcare System<br><br>Debtors and Debtors in Possession. | |

The undersigned hereby declares under penalty of perjury that I am a citizen of the United States, over the age of eighteen years, not a party to the within action and that my business address is 155 Grand Avenue, Oakland, California 94612.

On November 25, 2026, I served a copy of the following documents:

1. **CREDITOR CALIFORNIA NURSES ASSOCIATION'S APPLICATION FOR ALLOWANCE AND PAYMENT OF ADMINSITRATIVE EXPENSE CLAIM;**

2. **DECLARATION OF KIM JAKAB IN SUPPORT OF CREDITOR CALIFORNIA NURSES ASSOCIATION'S APPLICATION FOR ALLOWANCE AND PAYMENT OF ADMINISTRATIVE EXPENSE CLAIM;**

3. **EXHIBITS IN SUPPORT OF CREDITOR CALIFORNIA NURSES ASSOCIATION'S APPLICATION FOR ALLOWANCE AND PAYMENT OF ADMINISTRATIVE EXPENSE CLAIM**

via ECF to all ECF Registered Participants.

I served a copy via Electronic Mail and a courtesy copy via U.S. Mail as follows:

***Counsel to Debtors:***

Fox Rothschild LLP
Attn: Keith C. Owens
Attn: Nicholas A Koffroth
Attn: Anthony Novoa
10250 Constellation Boulevard, Suite 900
Los Angeles, CA 90067
Via First Class Mail &
Via Electronic Mail: kowens@foxrothschild.com
nkoffroth@foxrothschild.com
anovoa@foxrothschild.com

***The Office of the United States Trustee***

Attn: Jason Blumberg
501 I Street, Suite 7-500
Sacramento, CA 95814
Via First Class Mail &
Via Electronic Mail: Jason.Blumberg@usdoj.gov

I declare under penalty of perjury that the foregoing is true and correct. Executed on November 25, 2026, at Oakland, California.

*/s/ Marie A. Montoya*
Marie A. Montoya